1  ALEXANDER G. CALFO, SBN 152891
   acalfo@kslaw.com
2  SUSAN V. VARGAS, SBN 177972
   svargas@kslaw.com
3  **KING & SPALDING LLP**
   633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone: +1 213 443 4355
5  Facsimile: +1 213 443 4310

6  Attorneys for Defendants
   MERCK & CO., INC.; MERCK SHARP
7  & DOHME CORP.[1]; ORGANON & CO.;
   and ORGANON LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-00916-CAB-MSB<br><br>**NOTICE OF MOTION AND MOTION TO EXCLUDE OR LIMIT THE OPINION TESTIMONY OF DAVID HEALY**<br><br>**Hearing Date:**　July 1, 2024<br>**Hearing Time:**　10:30 a.m.<br>**Courtroom:**　　12A<br><br>Action Filed:　May 23, 2024<br>Trial Date:　　None Set |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, when this case is reassigned to the Honorable Marilyn L, Huff, on July 1, 2024 at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 12A of the above-entitled court, located at 333 West Broadway, San Diego, CA 92101, defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon, LLC (collectively, "Defendants"), will and do hereby move this Court to exclude the opinion testimony of Plaintiff Richard Parker's specific causation expert, Dr. David Healy, pursuant to Federal Rules of Evidence 401, 403, and 702.

This motion is based on the Defendants' Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Susan V. Vargas, exhibits, and the pleadings and papers filed therein.

DATED: May 29, 2024

KING & SPALDING LLP

*/s/ Susan V. Vargas*
Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ORGANON & CO.; and ORGANON LLC