| | |
|---|---|
| 1 | ALEXANDER G. CALFO, SBN 152891 |
| 2 | acalfo@kslaw.com<br>SUSAN V. VARGAS, SBN 177972 |
| 3 | svargas@kslaw.com<br>**KING & SPALDING LLP** |
| 4 | 633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071 |
| 5 | Telephone: +1 213 443 4355<br>Facsimile: +1 213 443 4310 |
| 6 | Attorneys for Defendants |
| 7 | MERCK & CO., INC.; MERCK SHARP<br>& DOHME CORP.[1]; ORGANON & CO.; |
| 8 | and ORGANON LLC |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual, | Case No. 3:24-cv-00916-CAB-MSB |
| Plaintiff, | **DECLARATION OF SUSAN V. VARGAS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE OPINION TESTIMONY OF DAVID HEALY** |
| vs. | |
| MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive, | **Hearing Date:** July 1, 2024<br>**Hearing Time:** 10:30 a.m.<br>**Courtroom:** 12A |
| | Action Filed: May 23, 2024<br>Trial Date: None Set |
| Defendants. | |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Case No. 3:24-cv-00916-CAB-MSB

DECLARATION OF SUSAN V. VARGAS ISO DEFENDANTS' MOTION TO EXCLUDE OR LIMIT THE OPINION TESTIMONY OF DAVID HEALY

I, Susan V. Vargas, hereby declare and state as follows:

1. I am an attorney licensed to practice law in California, including in the United States District Court for the Southern District of California, and am an attorney at King & Spalding LLP, counsel of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC, Organon & Co., and Organon LLC (collectively, "Defendants"). I have personal knowledge of the matters stated below and, if called upon, could and would testify competently thereto.

2. This declaration is submitted in support of Defendants' Motion to Exclude or Limit the Opinion Testimony of David Healy.

3. Plaintiff Richard Parker's ("Plaintiff") claims were previously joined with those of Spencer Bueno in the case *Bueno v. Merck & Co., Inc., et al.* (S.D. Cal. Case No. 3:22-cv-00522-H-BLM) ("*Bueno*"). Attached hereto as **Exhibit A** is a true and correct copy of Dr. David Healy's report regarding Plaintiff, which was served on Defendants in the *Bueno* action on January 5, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Dr. Healy related to Plaintiff, which was taken in the *Bueno* action on February 22, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript (Vol. I) of Plaintiff's mother, Carol Parker, which was taken in the *Bueno* action on June 28, 2023.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Richard Parker, which was taken in the *Bueno* action on July 7, 2023.

7. Attached hereto as **Exhibit E** is a true and correct copy of a medical record dated January 2, 2016 by Dr. Danner Hodgson regarding Plaintiff that was produced in the *Bueno* action by Sierra Nevada Memorial Hospital with Bates label ParkerR-SierraNVMemHosp-00125 - ParkerR-SierraNVMemHosp-00128.

8. Attached hereto as **Exhibit F** is a true and correct copy of a medical record dated January 5, 2016 by Glenn Thiel, DO, regarding Plaintiff that was produced in the *Bueno* action by Western Sierra Medical Clinic with Bates label ParkerR-WstrnSierraMedClin-00022 - ParkerR-WstrnSierraMedClin-00023.

9. Attached hereto as **Exhibit G** is a true and correct copy of pharmacy records reflecting Plaintiff's montelukast prescriptions between January 5, 2016 and March 11, 2016 that were produced in the *Bueno* action by Western Sierra Pharmacy with Bates label ParkerR-Wstrn-SierraPharm-00007 - ParkerR-Wstrn-SierraPharm-00008.

10. Attached hereto as **Exhibit H** is a true and correct copy of pharmacy records reflecting Plaintiff's montelukast prescription on May 12, 2016 that were produced in the *Bueno* action by Dokimos' East Main Pharmacy with Bates label ParkerR-DokimosEastMainPharm-00006.

11. Attached hereto as **Exhibit I** is a true and correct copy of pharmacy records reflecting Plaintiff's montelukast prescriptions between June 18, 2016 and October 21, 2021 and Plaintiff's oxycodone-acetaminophen 10-325 (Percocet) prescriptions between February 15, 2019 and June 16, 2019 that were produced in the *Bueno* action by Rite Aid with Bates label ParkerR-RiteAid-00001 - ParkerR-RiteAid-00016.

12. Attached hereto as **Exhibit J** is a true and correct copy of a medical record dated October 13, 2017 by Dr. Sumana Reddy regarding Plaintiff that was produced in the *Bueno* action by Dr. Reddy with Bates label ParkerR-ReddyDrSumana-00011 - ParkerR-ReddyDrSumana-00012.

13. Attached hereto as **Exhibit K** is a true and correct copy of a medical record dated April 4, 2018 by Dr. Sumana Reddy regarding Plaintiff that was produced in the *Bueno* action by Dr. Reddy with Bates label ParkerR-ReddyDrSumana-00019 - ParkerR-ReddyDrSumana-00020.

14. Attached hereto as **Exhibit L** is a true and correct copy of a medical record dated December 20, 2019 by Dr. Sumana Reddy regarding Plaintiff that was produced in the *Bueno* action by Dr. Reddy with Bates label ParkerR-ReddyDrSumana-00026 - ParkerR-ReddyDrSumana-00027.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the deposition transcript of Plaintiff's uncle, Stephen Pappin, which was taken in the *Bueno* action on June 23, 2023.

16. Attached hereto as **Exhibit N** is a true and correct copy of a therapy record dated April 6, 2017 by Chris Cessna, LMFT regarding Plaintiff that was produced in the *Bueno* action by Mr. Cessna with Bates label ParkerR-CessnaChrisLMFT-00013.

17. Attached hereto as **Exhibit O** is a true and correct copy of a medical record dated June 1, 2016 by Dr. Jeffrey Anthony regarding Plaintiff that was produced in the *Bueno* action by San Diego Sports Medicine and Family Health Center with Bates label ParkerR-AnthnyJffryPDO-00166 - ParkerR-AnthnyJffryPDO-00169.

18. Attached hereto as **Exhibit P** is a true and correct copy of a medical record dated June 17, 2016 by Dr. Lisa Morikado regarding Plaintiff that was produced in the *Bueno* action by Scripps Health with Bates label ParkerR-ScrippsHlthMR-00222 - ParkerR-ScrippsHlthMR-00223.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a medical record dated June 27, 2016 regarding Plaintiff that was produced in the *Bueno* action by University of California, San Diego Health with Bates label ParkerR-UCSnDgoHlth-00010 - ParkerR-UCSnDgoHlth-00018 and ParkerR-UCSnDgoHlth-00031 - ParkerR-UCSnDgoHlth-00033.

20. Attached hereto as **Exhibit R** is a true and correct copy of a medical record dated June 29, 2017 by Dr. Ramin Raiszadeh regarding Plaintiff that was produced in the *Bueno* action by Spine Institute San Diego with Bates label ParkerR-SpineInstSanDiegoMR-00039 - ParkerR-SpineInstSanDiegoMR-00042.

21. Attached hereto as **Exhibit S** is a true and correct copy of a medical record dated August 3, 2017 by Dr. Ramin Raiszadeh regarding Plaintiff that was produced in the *Bueno* action by Spine Institute San Diego with Bates label ParkerR-SpineInstSanDiegoMR-00034 - ParkerR-SpineInstSanDiegoMR-00037.

22. Attached hereto as **Exhibit T** is a true and correct copy of a therapy record dated May 22, 2017 by Chris Cessna, LMFT regarding Plaintiff that was produced in the *Bueno* action by Mr. Cessna with Bates label ParkerR-CessnaChrisLMFT-00020.

23. Attached hereto as **Exhibit U** is a true and correct copy of a medical record dated February 12, 2018 by Dr. Michael Moon regarding Plaintiff that was produced in the *Bueno* action by La Maestra Family Clinic with Bates label ParkerR-LaMaestraFamClnMR-00166 – ParkerR-LaMaestraFamClnMR-00167.

24. Attached hereto as **Exhibit V** is a true and correct copy of a medical record dated March 21, 2018 by Erlinda Ochoa, NP regarding Plaintiff that was produced in the *Bueno* action by La Maestra Family Clinic with Bates label ParkerR-LaMaestraFamClnMR-00043 – ParkerR-LaMaestraFamClnMR-00050.

25. Attached hereto as **Exhibit W** is a true and correct copy of a medical record dated August 13, 2018 by Dr. Christina Martinez, ND regarding Plaintiff that was produced in the *Bueno* action by Nourish Medical Center with Bates label ParkerR-NourishMedicalMR-00005 - ParkerR-NourishMedicalMR-00007.

26. Attached hereto as **Exhibit X** is a true and correct copy of a medical record dated September 5, 2018 by Dr. Christina Martinez, ND regarding Plaintiff that was produced in the *Bueno* action by Nourish Medical Center with Bates label ParkerR-NourishMedicalMR-00012 - ParkerR-NourishMedicalMR-00013.

27. Attached hereto as **Exhibit Y** is a true and correct copy of a medical record dated September 29, 2017 by Dr. Sumana Reddy regarding Plaintiff that was produced in the *Bueno* action by Dr. Reddy with Bates label ParkerR-ReddyDrSumana-00007 - ParkerR-ReddyDrSumana-00010.

28. Attached hereto as **Exhibit Z** is a true and correct copy of a medical record dated November 7, 2018 by Dr. Christina Martinez, ND regarding Plaintiff that was produced in the *Bueno* action by Nourish Medical Center with Bates label ParkerR-NourishMedicalMR-00012 - ParkerR-NourishMedicalMR-00013.

29. Attached hereto as **Exhibit AA** is a true and correct copy of a medical record dated November 9, 2018 by Dr. Sumana Reddy regarding Plaintiff that was produced in the *Bueno* action by Dr. Reddy with Bates label ParkerR-ReddyDrSumana-00022 - ParkerR-ReddyDrSumana-00023.

30. Attached hereto as **Exhibit AB** is a true and correct copy of a medical record dated December 31, 2018 regarding Plaintiff that was produced in the *Bueno* action by Torrance Memorial Medical Center with Bates label ParkerR-TorranceMemMedCtr-00050 - ParkerR-TorranceMemMedCtr-00052.

31. Attached hereto as **Exhibit AC** is a true and correct copy of a medical record dated January 19, 2019 regarding Plaintiff that was produced in the *Bueno* action by Santa Barbara Cottage Health with Bates label ParkerR-SantaBarbaraCttgeHosp-00014 - ParkerR-SantaBarbaraCttgeHosp-00023.

32. Attached hereto as **Exhibit AD** is a true and correct copy of a medical record dated March 9, 2019 regarding Plaintiff that was produced in the *Bueno* action by Alvarado Medical Center with Bates label ParkerR-AlvaradoHospMedCtr-00012 - ParkerR-AlvaradoHospMedCtr-00014.

33. Attached hereto as **Exhibit AE** is a true and correct copy of a therapy record dated September 17, 2019 by Chris Cessna, LMFT regarding Plaintiff that was produced in the *Bueno* action by Mr. Cessna with Bates label ParkerR-CessnaChrisLMFT-00033.

34. Attached hereto as **Exhibit AF** is a true and correct copy of a medical record dated August 4, 2020 by Dr. Rami Michael regarding Plaintiff that was produced in the *Bueno* action by La Maestra Family Clinic with Bates label ParkerR-LaMaestraFamClnMR-00033 – ParkerR-LaMaestraFamClnMR-00038.

35. Attached hereto as **Exhibit AG** is a true and correct copy of a medical record dated October 2, 2020 regarding Plaintiff that was produced by Scripps Mercy Hospital San Diego with Bates label ParkerP-ScrippsMercyHosp-00016 and ParkerR-ScrippsMercyHosp-00230 - ParkerR-ScrippsMercyHosp-00231.

36. Attached hereto as **Exhibit AH** is a true and correct copy of a medical record dated October 3, 2020 regarding Plaintiff that was produced by Scripps Health with Bates label ParkerR-ScrippsHlthMR-00298 - ParkerR-ScrippsHlthMR-00307.

37. Attached hereto as **Exhibit AI** is a true and correct copy of a medical record dated October 5, 2020 regarding Plaintiff that was produced by Scripps Health with Bates label ParkerR-ScrippsHlthMR-00296 - ParkerR-ScrippsHlthMR-00297 and ParkerR-ScrippsHlthMR-00316 - ParkerR-ScrippsHlthMR-00324.

38. Attached hereto as **Exhibit AJ** is a true and correct copy of a medical record dated July 23, 2021 by Dr. Ramin Raiszadeh regarding Plaintiff that was produced in the *Bueno* action by Spine Institute San Diego with Bates label ParkerR-SpineInstSanDiegoMR-00018 - ParkerR-SpineInstSanDiegoMR-00023.

39. Attached hereto as **Exhibit AK** is a true and correct copy of email correspondence between Chris Cessna, LMFT and Plaintiff from various dates, including November 1, 2021, produced by Mr. Cessna in the *Bueno* action and marked as Exhibit A to his deposition dated July 17, 2023.

40. Attached hereto as **Exhibit AL** is a true and correct copy of Clarridge K, Chin S, Eworuke E, Seymour S. A Boxed Warning for Montelukast: The FDA Perspective. J Allergy Clin Immunol Pract. 2021 Jul;9(7):2638-2641. doi: 10.1016/j.jaip.2021.02.057. Epub 2021 Mar 17. PMID: 33744471.

41. Attached hereto as **Exhibit AM** is a true and correct copy of information published on the U.S. Food and Drug Administration's website titled "FDA's Sentinel Initiative - Background" dated February 4, 2022 and available at www.fda.gov/safety/fdas-sentinel-initiative/fdas-sentinel-initiative-background (URL

last accessed May 28, 2024).

42. Attached hereto as **Exhibit AN** is a true and correct copy of Apata J, Lyons JG, Bradley MC, Ma Y, Kempner ME, Kim I, Eworuke E, Pennap D, Mosholder A. Assessing the risk of intentional self-harm in montelukast users: an updated Sentinel System analysis using ICD-10 coding. J Asthma. 2023 Dec 14:1-10. doi: 10.1080/02770903.2023.2293064. Epub ahead of print. PMID: 38064517.

43. Dr. David Healy was deposed in a now-dismissed case in the United States District Court for the District of Massachusetts captioned *McLaughlin v. Merck & Co., Inc., et al.* (D. Mass. Case No. 4:22-cv-40041-MRG) ("*McLaughlin*"). Attached hereto as **Exhibit AO** is a true and correct copy of excerpts from the deposition transcript of Dr. Healy in the *McLaughlin* matter taken on February 20, 2024.

44. Attached hereto as **Exhibit AP** is a true and correct copy of excerpts from the deposition transcript of Dr. Healy, which was taken in the *Bueno* action on February 22, 2024.

45. Attached hereto as **Exhibit AQ** is a true and correct copy of Dr. Healy's curriculum vitae, produced by Dr. Healy marked as Exhibit 5 to his *McLaughlin* deposition transcript dated February 20, 2024.

46. Attached as **Exhibit AR** is a true and correct copy of Charifa A, Azmat CE, Badri T. Lipoma Pathology. StatPearls: Treasure Island (FL). 2022 Dec 5. Available at: https://www.ncbi.nlm.nih.gov/books/NBK482343/ (URL last accessed May 28, 2024).

47. Attached hereto as **Exhibit AS** is a true and correct copy of excerpts from the deposition transcript of Plaintiff's expert, Dr. Dima Qato, taken in the *McLaughlin* action on February 26, 2024.

48. Attached hereto as **Exhibit AT** is a true and correct copy of information published on the Substance Abuse and Mental Health Services Administration's website titled "Mental Health and Substance Use Co-Occurring Disorders" dated April 24, 2023 and available at https://www.samhsa.gov/mental-health/mental-health-substance-use-

co-occurring-disorders#:~:text=Mental%20health%20and%20substance%20use%20 disorders%20share%20some%20underlying%20causes,exposure%20to%20stress%20 or%20trauma (URL last accessed May 28, 2024).

49. Attached hereto as **Exhibit AU** is a true and correct copy of Center for Substance Abuse Treatment (US). Trauma-Informed Care in Behavioral Health Services. Rockville (MD): Substance Abuse and Mental Health Services Administration (US); 2014. (Treatment Improvement Protocol (TIP) Series, No. 57.) Chapter 3, Understanding the Impact of Trauma. Available at: https://www.ncbi.nlm.nih.gov/books/NBK207191/.

50. Attached hereto as **Exhibit AV** is a true and correct copy of a therapy record dated May 30, 2017 by Chris Cessna, LMFT regarding Plaintiff that was produced in the *Bueno* action by Mr. Cessna with Bates label ParkerR-CessnaChrisLMFT-00022.

51. Attached hereto as **Exhibit AW** is a true and correct copy of a medical record dated February 5, 2016 by Gabriel Ramirez, PA regarding Plaintiff that was produced in the *Bueno* action by Western Sierra Medical Clinic with Bates label ParkerR-WstrnSierraMedClin-00015 - ParkerR-WstrnSierraMedClin-00016.

52. Attached hereto as **Exhibit AX** is a true and correct copy of a medical record dated June 24, 2016 by Dr. Michael Moon regarding Plaintiff that was produced in the *Bueno* action by Pain Care San Diego with Bates label ParkerR-PnCrSnDiego-00009 - ParkerR-PnCrSnDiego-00013.

53. Attached hereto as **Exhibit AY** is a true and correct copy of information published on Mayo Clinic's website titled "Mental illness" dated December 13, 2022 and available at https://www.mayoclinic.org/diseases-conditions/mental-illness/symptoms-causes/syc-20374968 (URL last accessed May 28, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of May, 2024, in Los Angeles, California.

                                 */s/ Susan V. Vargas*
                                    Susan V. Vargas