## <u>TABLE OF CONTENTS</u>

Exhibit A – Pages 000001 through 000035

Exhibit B – Pages 000036 through 000072

Exhibit C – Pages 000073 through 000076

Exhibit D – Pages 000077 through 000080

Exhibit E – Pages 000081 through 000084

Exhibit F – Pages 000085 through 000086

Exhibit G – Pages 000087 through 000088

Exhibit H – Page 000089

# EXHIBIT A

6 Menai Ville Terrace
Menai Bridge
Wales LL59 5ES
United Kingdom

Lynne Kizis
Wilentz, Goldman & Spitzer, P.A.
Woodbridge,
New Jersey,
United States

January 5th, 2024

**RULE 26 REPORT**
**Richard Parker** ████████
Spencer Bueno and Richard Parker versus
MERCK & CO., INC., and MERCK SHARP & DOHME CORP.,
Case No. 3:22-cv-00522-H-BLM

Dear Ms. Kizis

## 1. Opinion on Singulair and Neuropsychiatric Problems in Richard Parker

You have asked me to write an expert report covering specific causation matters in the case of Richard Parker, a plaintiff in a case brought against Merck in respect to Singulair (montelukast) usage.

Mr. Parker began taking Singulair, for asthma, in 2016 and continued through to 2021. It is claimed that he suffered adverse effects of a neuropsychiatric nature while on this drug and you have asked me to assess these effects and linkage to Singulair.

In my opinion, to a reasonable degree of medical certainty, Singulair had significant neuropsychiatric effects on Richard Parker, while he was taking this drug. These effects began early in the course of treatment and remained significant during his period of time on treatment, and some endure.

Before he began Singular and since stopping it completely, he has been free from many of the problems he had while on treatment. He has, however, enduring problems linked to his exposure to Singulair that seem characteristic of many of the people that I have seen who have been prescribed this medication; these include memory problems. Mr. Parker also has the consequences of an injury that can be attributed to Singulair, the effects of Singular on the treatment of those injuries and the enduring consequences of the management he received.

1

## 2. Qualifications

As evidence of my qualifications, I include a Curriculum Vitae giving my publications and my involvement in professional activities, along with details of clinical posts. You should note that a United Kingdom MD degree in the United States would be a PhD degree. My United Kingdom degrees are MB, BCh., BAO, MD, which in US Terms translates to MD PhD.

In terms of clinical practice, my experience covers inpatient and outpatient psychiatry, referrals from family doctors and liaison psychiatry dealing with referrals for a range of mental health and neuropsychiatric referrals from general hospital settings, of which the most common problems were linked to the neuropsychiatric effects of non-psychotropic drugs in a range of settings from dermatology clinics through to surgical wards.

My professional posts have been a standard mix of academic and clinical practice. I have been a Professor of Psychiatry at Cardiff, and Bangor Universities in the United Kingdom and McMaster University in Canada.

I am the Founder, and CEO of Data Based Medicine Global, an organization that I established in 2010, as well as the Chief Scientific Officer for Data Based Medicine.

## 3. Fees

My rates for this work will be the following:

1. For reviewing documents, interviewing plaintiffs, preparing opinions and declarations, and responding to declarations my rate is $600 per hour.
2. For time spent in discussion/advising you $500 per hour.
3. For involvement in depositions my rate will be $750 per hour.
4. For involvement as a witness at trial my rate will be $750 per hour.
5. For travel time and dead time linked to depositions or trial my rate is $1500 per 12 hours.

## 4. Prior Testimony

Since 1997, I have been involved in a series of cases involving suicide or homicide on SSRI drugs.

I have offered reports for inquests on approximately 50 individuals who have committed suicide following intake of one or other of the major SSRI drugs.

I have prepared reports and testified in several criminal cases in the US, Canada and Australia.

I have also been involved in a set of cases involving dependence on Paxil in both the United States and United Kingdom.

2

I have been involved as an expert in a series of cases involving SSRIs and birth defects.

I have been consulted by New York State prior to a fraud action against GlaxoSmithKline in 2004[1].

I have been involved in a prior Singulair case that did not go to trial and a further case that is part of the current series of cases.

A complete list of all cases on which reports have been prepared is presented in my Curriculum Vitae which accompanies this report.

### 5. Specific Causation and General Causation

The matter of distinguishing between specific and general causation in the case of treatment linked adverse events has been among my main areas of academic interest. I have lectured extensively on these issues for several years in a variety of forums, which are listed in my Curriculum Vitae.

My work in both these areas has contributed to a listing of several treatment-linked adverse events in drug labels.

In this report, I outline the specific effects of Singulair on Richard Parker. I am not dealing in this report with matters of general causation, namely what is known about the effects of Singulair from clinical trials, or studies in the biosciences that might point to pertinent neurological effects that might mediate clinical symptoms. The issues I deal with are whether it is reasonable for a jury on the basis of Mr. Parker's likely testimony and an examination of his medical record to conclude to a reasonable degree of medical certainty that Singulair had significant neuropsychiatric effects on him, that it caused him notable injuries, and these injuries derailed his life and nearly cost him his life.

This report does not deal with matters related to what Merck might have known at various points in time and should have included in the label of Singulair as a warning to prospective patients.

## RICHARD PARKER SPECIFIC CAUSATION

**Background Materials**

I first interviewed Richard Parker for an hour on July 28th prior to reading his medical

---

[1] New York: Supreme Court of New York State, 2004 June 2; 18 p.
Available: http://www.oag.state.ny.us/press/2004/jun/jun2b_04_attach1.pdf

records. Prior to that, I had read Mr. Calfo's deposition of Mr. Parker 3 weeks beforehand.

Since my initial interview with Mr. Parker, I have read a set of his medical records provided by Zachary Stahl. These include the following materials:

- Imaging Healthcare Specialists **(ParkerR – ImgHlthcrSpclsts – 00001-00034)**
- La Maestra Family Clinic **(ParkerR – LaMaestraFamClnMR – 00001-00203)**
- Scripps Health Encinatas **(ParkerR – ScrippsHlthMR- 00001-00824)**
- UC San Diego Medical Center **(ParkerR – UCSnDgoHlth – 00001 – 00079)**
- Alvarado Hospital Medical Center **(ParkerR – AlvaradoHospMedCtr – 00001-00231)**
- Anthony Jeffrey San Diego Sports Medical Centre **(ParkerR-AnthnyJffryPDO – 00001 – 00171)**
- Function Fit Rehabilitation Department (**ParkerR – PnCrSnDiego – 00001–00031)**
- Dr Sumana Reddy **(ParkerR –ReddyDrSumana – 00001-00048)**
- San Diego Sports Medicine **(ParkerR-SanDiegoSprtsMed – 00001-00170)**
- Santa Barbara Cottage Hospital **(ParkerR – SantaBarbaraCttgHosp – 00001 – 00270)**
- Sierra Nevada Memorial Hospital **(ParkerR – SierraNVMemHosp – 00001-00226)**
- Spine Institute of San Diego **(ParkerR – SpineInstSanDiegoMR – 00001-00133)**
- Torrance Memorial Medical Center **(ParkerR – TorranceMemMedCtr – 00001-00175)**
- U.C. Davis Medical Center **(ParkerR – UCDavisMedCtr – 00001-00040)**
- Western Sierra Medical Clinic **(ParkerR – WstrnSierraMedClin – 00001-00031)**
- Rite-Aid Pharmacy Records **(ParkerR-RiteAid- 00001-00017)**
- CVS Pharmacy Records **(ParkerR – CVSCaremarkIncCorpOfc – 00001-00006)**

Mr. Stahl has also sent the following depositions:

1. Rick Parker **(June 27, 2023)**
2. Carol Parker **(Part I June 28, 2023) (Part II November 6, 2023)**
3. Stephen Pappin **(June 23, 2023)**
4. Dr. Michael Moon **(July 6, 2023)**
5. Dr. Adham Malaty **(July 12, 2023)**
6. Chris Cessna, LMFT **July 17, 2023)**
7. Dr. Rami Michael **(August 4, 2023)**
8. Dr. Sumana Reddy **(July 20, 2023)**
9. Richard Parker **(July 7, 2023)**

4

**Assessment Interviews**

I interviewed Richard Parker on July 28th and again for a further hour on August 30th. Aside from Mr. Stahl and Ms. Kizis, I have contacted no-one about this case.

**Richard Parker's General Medical History**

Mr. Parker had asthma from the age of 5.  Aside from asthma, and linked allergies his primary medical history through to 2016 consisted of injuries arising mainly from sporting accidents, including fractures of his wrist and leg, an anterior cruciate injury, and other injuries. He may have had a parasitic infection stemming from a visit to Australia and Timor in 2014.

His asthma treatment through to 2016 was standard and combined antihistamines, with steroid and beta agonist inhalers, steroid tablets when his condition worsened and antibiotics if there were signs of infection.

His move to Grass Valley in 2015 was a move to a high pollen count region. His asthma deteriorated badly at the end of 2015 and start of 2016. It typically got worse at least once per year.  According to medical records provided, he started taking montelukast for asthma and allergies on January 5th, 2016.

During the 5-year period from early 2016 to 2021, Richard Parker had multiple admissions to Emergency Departments, Medical Units and Mental Health facilities for difficulties with his asthma, along with difficulties following a snowboarding accident that led to pain and ultimately an operation on his cervical vertebrae, in addition to episodes recorded in his medical record as psychotic episodes along with episodes requiring monitoring after suicide attempts.

His allergist, Dr. Reddy, stopped prescribing Singulair to him in mid-2021 but Mr. Parker may have stopped using Singulair before that while out of the country as he generally had less allergic problems when away from California. His appointment with his allergist in 2021, along with his own experience off the drug, led him to the conclusion that Singulair had been causing him problems over the previous 5 years.

After stopping Singulair, Mr. Parker's medical consultations reverted to consultations for the management of his asthma rather than treatment for mental health issues, as his consultations with Dr Rami Michael in late 2021 indicate.

A number of factors make the assessment of Mr. Parker's medical record challenging. If his use of Singulair played a significant role in shaping his clinical presentations, as I believe it did, then when reading the records there is a need to take into account that the clinicians attempting to assess the clinical picture they were seeing were unlikely to be aware of Singulair as a factor that might shape that picture.

A second factor is that Mr. Parker's autobiographical memory for the events of this period is poor. His memory problems are consistent with a drug induced state-

5

dependent memory problem that other patients taking Singulair seem to have. As a result, he is not able to give vivid descriptions of the problems he was having. This memory problem may have contributed to his failure to recognize Singulair's role in what was happening to him.

From early on he thought Singulair was not helping manage his asthma. There is no good evidence his asthma or allergies improved as a result of taking it. He seems to have taken it primarily as matter of obeying orders. Asthma and dyspnea are the two most common reports on Singulair to FDA suggesting many takers may not benefit from it (Appendix 1).

**Parker Family Medical History**

While references to a mood disorder or psychotic disorder, such as schizophrenia, turn up in Mr. Parker's medical record, in my opinion his history is better read as pointing to drug induced problems rather than a mood disorder or a psychotic disorder.

There is no relevant psychiatric history in Richard Parker's family of origin. Nor is there a history of problems with prescription drugs. Prior to 2021, neither he nor his family expressed a view that prescription medicines were likely to cause significant harms – quite the contrary, they were slow to make a link to treatment. In terms of the management of his asthma, the prior treatments he had been given were helpful perhaps even lifesaving.

**Richard Parker's Mental State at Interview**

On the occasions I interviewed Mr. Parker, he was coherent and to the point. There was no evidence of psychotic features or lability of mood. He had a realistic appreciation that his injuries and the events since 2016 had altered the course of his life and that, rather than trying to restore a life he has lost, his need now is to carve out a living for himself that makes the most of the skills he is left with.

One of the most striking features of my interviews with Mr. Parker was his difficulty in offering detailed memories of the episodes that had brought him into hospital in the 2016-2020 period.

This difficulty, I believe, can be seen in his deposition testimony also. In terms of assessing his mental state and noting the features above, and I have taken into account the evidence from Mr. Parker's deposition which took place a few days before my initial interview with him.

**Specific Features of Richard Parker's Medical History**

There are a number of specific features of Mr. Parker's history from 2016 to the present that I will deal with in detail. These include:

- Escalating Anxiety
- A series of likely suicide attempts,

6

- Escalating pain and use of pain medication,
- Neuropsychiatric Episodes viewed as mental illness,
- Memory difficulties.
- Other significant changes.

### 1. Escalating Anxiety

Mr. Parker presented with asthma and anxiety to Dr. Hodgson at the clinic in Grass Valley on January 2nd, 2016. Severe asthma commonly leads to anxiety and there is no hint from this visit that either the doctor or the patient attributed the anxiety to anything other than the asthmatic condition.

Over the course of the following weeks, months, and years this perception changed. There was an increase in anxiety after starting Singulair. He later started theophylline as a treatment for asthma and this might also have caused anxiety, but this was stopped in case it was contributing to an escalation in his anxiety. The anxiety, however, persisted. There was therefore an increase in anxiety, which was viewed as different, with theophylline being ruled out as the trigger.

Mr. Parker notably mentioned feeling intense fear on many occasions while on Singulair in a way that was quite atypical for him. Some of this was a free-floating anxiety linked to a sense that he did not know what was happening him or what the end result of what was happening was likely to be.

Notably, Dr. Harris recorded on January 28th that despite a presentation for asthma, accompanied by anxiety, that even though the asthma was managed successfully and relieved fully, Mr. Parker was still complaining that no-one was listening to him, and he was not getting good care. This was his continuing perception over the next 5 years – something was happening to him that no-one was getting to grips with.

This report centers on Mr. Parker's perception that something was happening to him that no-one was getting to grips with. It argues that he was correct – Singulair was the something happening that neither he nor his doctors recognized.

His anxiety levels led to a prescription for Zoloft at the end of January 2016, but this does not seem to have been filled.

In early June he may have had a surfing accident. A week later he is reported as scared, as losing his memory, and generally not feeling right.

Assessing what is happening is complex. At this point, Mr. Parker was taking opioids for pain, along with Valium episodically, and both of these are anxiolytic. While Valium can contribute to memory problems, he was only taking this occasionally while the problems with both his memory (see below) and anxiety levels endured and even escalated.

7

The distinctive and novel factor during this period was his use of Singulair and there are numerous adverse event reports to FDA of comparable problems to those reported by Mr. Parker including panic attacks, night terrors and nightmares and other manifestations of anxiety.

(For a list of the pertinent reports among the 1000 most common reports to FDA of adverse events on Singulair as of July 20, 2023, see Appendix 1. Reports of anxiety related symptoms feature in Appendix 2).

### 2. Suicide

Mr. Parker describes an episode shortly after starting Singulair, when driving along a back road, he had an impulse to drive off the road into trees at the risk of killing himself.

Against a background of being in a place he was keen to be in and involved in a new relationship he was more than happy with, he viewed this urge as significantly out of character, enough to have him mention it to his doctor subsequently.

A drug induced suicidality commonly involves thoughts that are viewed as ego-alien – out of character. They have a distinct character that differs from the thoughts of self-harm linked to a depressive mood disorder.

At the time of this event, Mr. Parker describes himself as still able to realize how strange the event was and still capable of taking the logical step and enquiring of a doctor as to what might be going on.  He believes that soon afterwards he lost this ability to step back and appreciate the alien quality of these thoughts.

A second episode, the episode linked to his injuries, had a similar quality to the drive off the road event. In this instance, he, as it were, did drive off the road at high speed. He knew he was tired and the track was deserted. He travelled at high speed indifferent to the risk and crashed into a bank of snow sustaining significant injuries. As he told the story to me at interview, there was a Russian roulette quality to the event.

This event was as puzzling to him as the prior driving event, in that he was due to go to a show that evening where his girlfriend, Tiffany, was due to be presenting, and he claims to have been looking forward to this.

His specific memory of this event now has a generic character to it, which is consistent with other memory problems he has.  He had lost the sense that what was happening was highly abnormal, a sense that he had had a short while before. His father reports being told at the time that this was a suicidal event and suicidality is also consistent with the medical record from the time.

A third notable episode happened in January 2019. On this occasion, Mr. Parker texted a friend to tell him he was going to commit suicide and to make arrangements for looking after his dog.  He destroyed his cell phone so he could not be contacted, or found, and he took all his pills. When brought to the Cottage Hospital Medical Center

8

afterwards, he made clear that he had tried to kill himself but that he was now glad that he had not succeeded. The staff at the Center believed that he had intended to kill himself.

This episode was less ego-alien in that his circumstances were difficult. His life really was falling apart, and thoughts of solving his problems by dying are more easily understood.

Finally, there were a number of less specific events involving the use of a Spear Gun to kill himself but failing in this attempt as the safety catch broke. He also attempted to kill himself on several occasions in 2018, while staying in his parents' house, using a combination of a plastic bag over his head with Argon Gas, to which, as a welder, he had access.

In addition to these events, he describes regularly coming back to base after a day doing the things he enjoyed most, like surfing, and feeling that life was not worth living. This was a very different mindset to the one he had prior to 2016.

### 3. Escalating Pain and use of Pain Medication

Mr. Parker was accustomed to breaking bones and suffering ligamentous injuries linked to his sporting and outdoor endeavors. In 2016, in the event of an injury, he expected to suffer significant pain in the short term but was not overly distressed by this as he knew from past experience the pain would wear off within a few days.

After his snow-boarding accident, he does not seem to have been in undue or crippling pain to begin with. He got up and made it down the mountain unaided and went to his partner's event that night.

In the course of the following weeks, his perception of his situation began to change. The pain did not ease. It got worse. This led to a hunch that he had been misdiagnosed by the local medical facilities as having a soft tissue injury and that his problems were likely linked to more serious difficulties. He attributed the persistence and severity of the pain, and its different quality, to nerve roots being pinched giving him a different kind of pain to the bone pain he had had before and was used to.

He came to view the new pain as a nerve pain that interfered with his sleep and brought an element of fear with it. Later investigation revealed a fracture of his C 5 and 6 vertebrae, leading, his clinicians thought, to abnormal sensations in his arms. The surgery, done by Dr. Raiszadeh, in 2016, was aimed at preventing a loss of nerve function rather than relief of the pain. The operation was technically a success and was viewed as helping a maintenance of function.

In the months prior to the surgery and during most of 2016, Mr. Parker's complaints of pain escalated steadily and substantially despite taking Percocet (Oxycodone) and later Flexeril (Cyclobenzaprine), Tramadol and Naproxen.

9

In June 2016, his treating clinicians, Dr. Anthony and Dr. Moon, began to worry that he was abusing opioids and were concerned that the use of an opioid might begin producing the problems it was designed to treat. Opioids can lower pain thresholds and make a patient's pain more intense.

Against this problem, Mr. Parker may have had an opioid benefit. He had an escalating anxiety and depression and for decades prior to the discovery of antidepressants and tranquilizers opiates had been viewed as effective antidepressants. These drugs therefore can cause problems but can also be of benefit. In Mr. Parker's case his situation was deteriorating. His opiate use was one explanation but not the only one. He had had opioids before for injuries without slipping into a comparable state to the one he was now in.

It is notable that from 2021 Mr. Parker's pain subsided to manageable proportions - after he stopped Singulair. He became at that point once again able to adopt an approach toward pain that pain management services typically advocate, and advocated in his case, and which he had adopted as a matter of common sense prior to 2016, but which he had difficulties adopting in between 2016 and 2021.

This introduces an alternate explanation for the events from 2016 to 2021, namely that Singulair significantly altered his pain threshold, or impaired his judgement or both, making him more sensitive to pain and or less able to manage pain he would otherwise have managed readily.

Reports on Singulair to MedWatch, the FDA Adverse Event reporting system, are of interest in respect of pain.

Often the top adverse event reports for a drug link it to an unexpected failure to work or aggravation of the problem, in this case asthma. In the case of Singulair, the top two reports are of asthma and dyspnea (breathlessness). There are 28,063 reports of these two categories.

| Rank | Symptom | Number |
|------|---------|--------|
| 1 | Dyspnea | 14,304 |
| 2 | Asthma | 13,732 |

After these two most common reports comes a further 9,400 reports of drug ineffective, 8,785 reports of fatigue, 8,291 of cough, 7,962 of headache, 7,117 of nausea, 6,644 of reports of wheezing, and 6,222 reports of pneumonia.

These are largely consistent with Mr. Parker's view that Singulair may not have been helping him and also indicate Singulair may have been contributing to clinical impressions that he had chest infections that need treating with antibiotics like ciprofloxacin and doxycycline.

Singulair has a Black Box Warning for neuropsychiatric problems and consistent with this warning, the 10th most common report is for Anxiety at 5,489 reports and the 14th most common is Depression at 4,534 reports.

Pain notably features more than either Anxiety or Depression. It comes in at 9th place with 5,892 reports. In addition, there are over 70 different pain and related peripheral neuropathy items reported with over 55,000 reports of pain of one sort or the other, and over 60,000 reports, if injection site pain and related terms are included (See Appendix 3). Adding headache, the 6th most commonly reported problem brings these totals up to 65,000 and over 70,000 pain reports.

Pain is a neuropsychiatric symptom. Reports to FDA place it as more common than any of the other neuropsychiatric symptoms mentioned in the Black Box Warning. Neuropathies are part of the neuropsychiatric spectrum.

Merck's detailing of pain related events in their 1997 NDA submission to FDA place it in the Body as a Whole System Organ Class (SOC) and reviewers would not be surprised to find dental pain there. But in this case, dental pain occurs a lot more often among healthy volunteers taking Singulair than those taking placebo, which should indicate that we are looking at a problem of central origin rather than one arising in the volunteers teeth.

The Warning states:

> You should call your doctor right away and stop taking montelukast if you experience any of the following symptoms: agitation, aggressive behavior, anxiety, irritability, difficulty paying attention, memory loss or forgetfulness, confusion, unusual dreams, hallucinations (seeing things or hearing voices that do not exist), repeating thoughts that you cannot control, depression, difficulty falling asleep or staying asleep, restlessness, sleep walking, suicidal thoughts or actions (thinking about harming or killing yourself or planning or trying to do so), or tremor (uncontrollable shaking of a part of the body).

Mr. Parker experienced all of the clinical features mentioned here to a significant extent.

Increased pain was his most persistent complaint and the factor that most complicated the clinical management of his case.

The omission of pain and symptoms of peripheral neuropathy from FDA's warning is somewhat surprising. It may link to an urban myth that Singulair can alleviate pain. This notion appears to have arisen in the treatment of Sickle Cell Disease but failed to hold up when a randomized clinical trial was conducted to establish if Singulair actually is in some sense analgesic. The thousands of reports to FDA of injection site pain argue strongly against the claimed analgesic effect and, in addition to a pain threshold lowering effect, open up the possibility that many of these pain reports, including some

of the problems Mr. Parker had, can result from Singulair causing bleeding into soft tissues.

In addition to being sensitive to pain in general, Mr. Parker at interview endorsed many of the specific kinds of pain reported by others to FDA. He endorsed eye pain, chest and rib pain, back pain, leg pain, neck discomfort and clearly in his records has complained of other pains on the list of pains reported to FDA, which did not come to mind at the interview, but are in his record, such as abdominal pain. (My initial interview was conducted without giving him any prior notice that pain would feature as a topic of interest. The interview did not lead off with questions about pain or give any indication that pain was an area of interest).

Pain is a cardinal feature of peripheral neuropathies, along with other phenomena generally called paresthesia. Mr. Parker endorses a number of the paresthesia that are on FDA's list such as a problem that he described as teeth and gum weirdness.

The sensations down his arms and legs including pain and burning sensations are commonly viewed as paresthesia. Much of what Mr. Parker was experiencing in May and June 2016 may have been linked to his continuing Singulair use rather than to his neck injury.

It is notable that there are reports of vertebral problems, disc problems, back pain and back surgery on Singulair. These along with drug induced peripheral neuropathies raise the question as to whether Mr. Parker would have needed surgery had he not been taking Singulair.  I cannot say to a reasonable degree of medical certainty that Mr. Parker would not have needed surgery had he not been on Singulair in 2016.

I can say to a reasonable degree of medical certainty, however, that his treating team, who were good clinicians, would likely have taken the role of Singulair into account, recording it in his medical record, had they been aware of its neuropsychiatric effects at the time.  Given the uncertainties expressed on the part of those treating Mr. Parker, it is a distinct possibility that they would have opted not to operate and instead have suggested discontinuing Singulair and reviewing the clinical picture when he was Singulair free for some months.

Medications are increasingly recognized as a common cause, perhaps the most common cause, of peripheral neuropathies. The SSRI group of antidepressants can cause peripheral neuropathies, many of whose features overlap with the problems reported on Singulair (including eye problems for instance - difficulties with bright light and other problems). These drug induced effects are likely the commonest cause of dizziness, a problem Mr. Parker complained of, which may reflect elements of a recently described condition called Persistent Postural Perceptual Dizziness (PPPD).

Dr. Raiszadeh, the surgeon who operated on Mr. Parker in 2016, reviewed him in 2021 and, while the surgery was not done to relieve pain, he was surprised at the degree of Mr. Parker's pain and recorded that as regards pain Mr. Parker was then worse.

12

Mr. Parker did not ever view his pain medication as relieving his pain. His perception was that they relieved his anxiety, making him care less, and offered sedation, making it easier to get some sleep.

Richard Parker had a history of broken sleep dating from 2014. Asthma can aggravate any sleep problems. But Singulair is also linked to poor sleep, early in the night, during the night and in the early morning. Mr. Parker had been able to live with poor sleep prior to 2016 but found his sleep issues an increasing problem after 2016. He regularly ended up all night and sleeping by day. These sleep difficulties seem likely to have contributed to his overuse of pain medication. His sleep has improved considerably since stopping Singulair.

The use of pain medicines for sedative purposes led to an ER visit in June 2016 at Scripps following a fall in the shower. The treating team viewed him as heavily sedated in the ER and likely to have fallen in the shower due to sedation. Mr. Parker's requests for further pain medication helped generate a perception that he was opioid seeking and this triggered tensions between his service providers and himself.

### 4. Neuropsychiatric Episodes

Between mid-2016 and 2021, Mr. Parker's behavior changed dramatically. Changes in his personality were readily apparent to his immediate family and friends. This seems evident in family depositions, where there was talk about demonic possession. He lost many of his network of friends during this time.

During this period, Mr. Parker also had a number of admissions to medical and mental illness facilities, where medical staff raised the possibility that he was having an affective or psychotic episode, on the basis of clinical presentations characterized by mood lability and an expression of bizarre ideas about parasites and poisoning. Medical perceptions of what was happening were shaped by histories given by his family that pointed to an individual background of an affective or psychotic disorder, but this background postdated January 2016.

In addition, there were a number of medical assessments prior to Mr. Parker's move back to San Diego that included a significant anxiety component, and which conveyed a strong sense that Richard Parker was experiencing a change in his mental status, giving him a sense in mid-2016 that he did not know what was happening to him or likely to happen to him.

The clinical assessments he had were at:

- La Maestra Family Clinic
- Scripps Health Encinatas
- UC San Diego Medical Center
- Alvarado Hospital Medical Center

- Anthony Jeffrey San Diego Sports Medical Centre
- Function Fit Rehabilitation Department
- Dr Sumana Reddy
- San Diego Sports Medicine
- Santa Barbara Cottage Hospital
- Sierra Nevada Memorial Hospital
- Spine Institute of San Diego
- Torrance Memorial Medical Center
- U.C. Davis Medical Center.
- Western Sierra Medical Clinic

The anxiety component to his changing mental state is noted in section 1 above.

This section addresses the question of whether there was any evidence of mental illness and, if not, to what can the changes in his behavior and his clinical presentations be attributed?

In brief, it is my opinion that Mr. Parker does not have a mental illness, and never had a mental illness prior to taking Singulair, and that while there were clear changes in his behavior while he was on Singulair, these changes and clinical features are more consistent with neuropsychiatric problems than with a mental illness.

It is not surprising that diagnoses of or references to major depressive disorder, bipolar disorder, paranoia, and schizophrenia were made given Mr. Parker's suicide attempts, emotional lability, and bizarre ideas. But, when looked at more closely and especially in the light of how his altered behaviors have settled since discontinuing Singulair, it is clear that he does not have any of these disorders.

**June 2016**

In June 2016, there was an incident recorded in the medical record, stating:

> Pt called, wanted to let Dr Anthony know that on Friday he was swimming in the ocean and then woke up on the beach, states was rushed to UCSD, they preformed a CT scan, was diagnosed with a concussion, and has MRI scheduled for 6/9/16, pt wants to know if he should come in to see Dr Anthony or have his MRI for a sooner date because pt states he has not felt right since the accident, states he is having issues with his memory, having trouble communicating, and is interchanging words. Pt states he is scared.

In June 2016, when Dr. Moon saw Mr. Parker, his opinion was that Mr. Parker was severely depressed with significant cognitive impairments.

On June 27, 2016, Mr. Parker had an episode that led to his assessment at UC San Diego where his blood reports were quite abnormal, which along with tachycardia and hypertension suggested an infection, withdrawal from pain medication or other problem.

The June 27 admission happened after some fraught weeks in his parents' house when they became convinced that such was the change in his personality and mental state that he might be possessed and in need of an exorcism.

The key set of events, according to his father, began after an episode at home in the garden one afternoon when his father used a rifle to shoot at rabbits. Whether the shots or not, something precipitated a confused episode, which ended with Mr. Parker pulling his father into a swimming pool.

Concerned at this episode, Mr. Parker Sr. called on some members of his church to help. His son's behavior was bizarre and had been bizarre since he moved back home a short time before, so bizarre that Mr. Parker Sr. entertained the possibility of demonic possession and thought of prayer as a way to help.

The consensus among the churchmen was that Mr. Parker Jr's condition was more likely to be a medical than a spiritual crisis and they suggested calling the police to have Richard Parker transported to a medical facility for evaluation. When the police heard about the swimming pool episode, they considered charging Richard Parker with assault until it became clear to them that he was indeed physically unwell and they brought him to a medical facility for an evaluation.

At the time of his medical evaluation, Richard Parker was described as confused and tangential with erratic behavior. These are descriptions of a physical disorder, but the medical notes toppled over into more mental health terminology, describing Mr. Parker as agitated and deluded.

The medical file records tachycardia and hypertension, which raised the possibility of drug abuse with either methamphetamine or marijuana, but Mr. Parker senior had his son sleeping in his room with him during the prior week and states categorically there was no evidence that his son was taking illicit drugs. Mr. Parker Sr. agrees though that his son was getting progressively more unwell during this week.

The medical file records an extremely elevated white cell count. This likely points to an infection. It is inconsistent with a mental disorder. This would indicate that Richard Parker's mental state at the time of this evaluation is best characterized as a delirious state. The problem this episode posed later for Richard Parker is that some of the ideas he came out with at this time colored views of what was happening to him when he was evaluated on later occasions, giving rise to the mistaken impression that there had been prior psychotic episodes.

Consistent with an interpretation of this admission as a delirious state, Richard Parker has very little memory of just what happened that day.

## December 2018

The year 2018 was a difficult one for Mr. Parker, living at home for the most part. He may have attempted to kill himself with argon gas on a few occasions. In late 2018, he seemed driven by a need to leave the family home and contacted his uncle, Steven Pappin, asking if could he stay with Mr. Pappin.

Referring to his management of the pain he was in, Mr. Pappin characterized Mr. Parker's mental state at this time as follows:

> He said, "I don't know what else to do. You know, if I can't fix this, if I can't get away from this, then I don't have any option."

Mr. Parker's stay with Mr. Pappin only lasted a matter of weeks. Mr. Pappin apparently disapproved of what he viewed as an astonishing consumption of pain medicines, along with a good deal of medical cannabis which was in the Pappin house, donated by a neighbor. At one point Mr. Pappin refers to Mr. Parker smoking Percocet in Cannabis oil. Mr. Parker has very little memory of this period.

Whether home-grown or medical Cannabis used for pain relief, most cannabis contains cannabidiol. Cannabidiol can increase the concentration of Singulair. If Singulair was causing Richard Parker neuropsychiatric problems, taking or smoking cannabidiol can be expected to increase those problems.

After being thrown out of the Pappin household, in December 2018, Richard Parker was assessed at the Torrance Memorial Medical Clinic, where he claimed that he was being or had been poisoned by his mother with amsacrine and some estrogen containing compounds.

He pointed to a degree of gynecomastia as evidence for the estrogen poisoning. Neither he, nor those treating him, were aware that gynecomastia is a not uncommonly reported adverse effect of Singulair (See Section 6 below). Essentially, he was correct in his view that he was being poisoned but mistaken in his attributions as to the source of the poisoning.

The records also report indications that for the prior two years he had been suffering with intermittent abdominal pain, vomiting, and malaise, along with confusion.

Unexplained intermittent abdominal pain offers good grounds for someone to develop a view that they might have a parasitic infection. And Mr. Parker had a prior history of a suspected parasitic infection with either the infection or the treatments for it leading to abdominal cramps.

The view that he had a recurrent parasitic infection may have become even more plausible given that Singular can cause skin and anal itching (pruritus) and like cocaine is reported to cause formication – the sensation that the person has parasites erupting from their skin. This view can become entrenched even though tests fail to provide evidence of the parasites.

If triggered by a drug like Singulair, these erroneous beliefs are not delusions. The conclusions may be incorrect but the perceptions giving rise to these conclusions are correct and the medical teams looking after Mr. Parker were no more correct in their view that he had nothing physically wrong with him than he was in his incorrect view as to what exactly was physically wrong with him.


## January 2019

In January of 2019, Mr. Parker had a very similar presentation to the Santa Barbara Cottage Hospital. This was close to continuous with his presentation to Torrance at the end of December.

His friends at this time confirmed he had been increasingly difficult to live with, was out of work and filing lawsuits. This information was not likely to endear him to the medical team assessing him.

While leaning toward a diagnosis of drug induced psychosis, the Cottage Hospital records nevertheless note impaired concentration (p181) along with confusion and an altered state of consciousness (p 277)


## March 2019

A later March 2019 assessment mentions panic attacks, and beliefs in a tapeworm infection, and it builds a picture of periods of paranoia and wild moods, with extreme fear, might terrors and nightmares.

Mr. Parker and his uncle refer to him being in a state of brain fog during this two year period.

Mr. Parker was often aware he was having an 'episode' at times like this and alerted people who called the police. He now describes himself as out of control during this period and not himself. He states that he could not trust the decisions he made or his intuitions. He was aware that none of his friends wanted to associate with him.

Since stopping Singulair, he has been returning to normal. His friends now tell him they recognize him and can depend on him, and are happy to connect with him again

He is recorded as having hallucinations during this period but has no memory of them.


## October 2020

On October 2nd Mr. Parker was admitted to the ER in Scripps Mercy Hospital in San Diego on a 5150. A bystander had noticed his confused state and called the police who brought him to hospital.

The initial assessments pointed to delusions, hallucinations, talked of a history of schizophrenia and suspected drug induced psychosis. This was linked to garbled accounts of time spent in Mexico. He was scheduled for detention for stabilization of his mental state.

The drug screen turned out negative except for THC. The clinical assessment noted a remarkable turn in his mental state so that 2 days later he was fit for discharge home, having had small doses of haloperidol, which ordinarily would not be expected to turn a psychotic state around quickly but can bring about rapid improvements in a delirious state.

Mr. Parker's blood pressure and vital signs during the initial 24-36 hours were labile. His thinking was also noted to be tangential and his emotional state labile, all of which are consistent with a drug induced toxic state – a delirium.

For reports to FDA consistent with a Singulair induced delirious state, including difficulties with memory, see Appendix 4.

### 5. Memory Problems

Unlike the absence of pain in FDA's Black Box Warning on Singulair, memory problems and confusion do figure.

It is not uncommon for new drugs of any sort, from drugs for weight loss, or cholesterol, to drugs for asthma to feature in newspaper headlines as the next breakthrough treatment for Alzheimer's dementia or cognitive failure. In the case of Singulair, there were reports like this, which colored the drug in a manner that would have made it less likely that clinicians would note memory problems. Reports like this also led to studies attempting to establish Singulair linked cognitive benefits, but no benefits have been established.

A striking feature of Mr. Parker's mental state at interview and in deposition, which I have also found when interviewing other individuals taking Singulair, is that his memory of events during the period 2016 to 2021 was different the normal for him. He knows of certain events rather than remembers them. This can be phrased as follows: he remembers he has been in certain places, such as hospital clinics, from seeing the records rather than actually remembers being there. He knows he has had nightmares, because he has been told, rather than because he remembers the content of the nightmares.

When discussing some of the episodes that happened Mr. Parker between 2016 and 2021, he has flashes of memory, when he seems to re-see fragments of the setting and the people. This lack of episodic memory, with flashes of memory triggered by reading records, is a pattern found with brain damage or alternately toxic effects from an infection or drug on brain function.

18

This is in marked contrast to his memory of my first interview with him over a month prior to the second interview where he clearly remembered the tenor of our interview, along with details of the conversation and could remember it rather than remember we had an interview because he has seen a report of that interview, which he hadn't.

Our memories are often state dependent, so that we may have amnesia when sober for certain events that happen when we take alcohol and these may be better remembered by taking alcohol again.

Again, in contrast, to his memories from 2016 to 2021, Mr. Parker's memories for the period before 2016 feel more like normal memories. He thinks about episodes and looks at photos and has a sense that there is a loss of connection. There is a difference here to the loss of connection to memories during his period on Singulair. This loss of connection to his prior life stems from a sense of rupture in his life trajectory – the person he clearly remembers from before 2016 is a different person, who was adventurous and confident, slimmer and fitter. Someone he can never be again.

Memory problems and confusion are a cardinal feature of delirious states. Delirium is the central neuropsychiatric syndrome. Reports to FDA consistent with delirious states can be found in Appendix 4.

### 6. Other Problems

Early in 2016 in his medical file, Mr. Parker was recorded as having an elevated testosterone level. This led to a suspicion he might be taking supplements, which he denied. In 2017, his records note low testosterone levels.

Starting in 2018, his records point on several occasions to gynecomastia. This development underpinned his fears that he was being given estrogen hormones or was otherwise being poisoned. There are recommendations that his gynecomastia be investigated but there is no evidence it ever was. He has recently made the first steps to getting it investigated.

As of August 2021, 58 people have been reported to FDA as having gynecomastia as a side effect when taking Singulair. Singulair has also been linked to erectile dysfunction in men. The mechanisms underpinning these effects remain unknown at present.

Mr. Parker, who formerly was very well disposed to the company of women now finds himself without a partner and with little interest in a romantic attachment, in part because his chest is embarrassing.

The problems on his chest are in the breast area but are not typical gynecomastia. They look more like fatty deposits, sometimes called lipomas which are sometimes but not usually painful. This accords with Mr. Parker's reports. Lipodystrophy is a process that can give rise to phenomena like these deposits. Lipodystrophy is linked to the use of drugs given by injection, which does not apply in Mr. Parker's case. It refers to a

19

removal of fat from certain parts of the body, usually the injection site and their deposition elsewhere.

Lipomas are linked to Singulair usage with slightly more reports of lipomas than for gynecomastia reported on Singulair. If reports of gynecomastia and lipoma are amalgamated this becomes a not uncommon problem and would feature among the top 1000 reports.

It is my opinion to a reasonable degree of medical certainty that Mr. Parker's problems that have been termed gynecomastia, have been caused by Singulair. They began after he took it, they may be easing now that he is off this drug, and surgery to remove these disfigurements might not lead to their recurrence. We do not at present know the mechanisms underpinning this clinical feature, but the problem is not appropriately diagnosed as gynecomastia.

As regards fluctuating sex hormone levels, the SSRIs that Mr. Parker was put on can cause this. It remains to be established whether Singulair can also do this.

In addition to the above, Mr. Parker has raised or labile blood pressure and is still carrying excess weight.

He was treated on several occasions for candida (thrush) of the mouth primarily, but the treatment did not worked. Reports on Singulair to FDA point to mouth discoloration and tongue swelling among other things that would often support a presumptive but potentially incorrect diagnosis of candida. Given the lack of response to treatment, it seems more likely that Mr. Parker never had candida and was given treatments he did not need.

There are many reports to FDA of dizziness, gait disturbance and tremor and Mr. Parker endorses all these as happening to him. There are episodes recorded in his medical file consistent with otherwise unexplained gait disturbance and dizziness that may have stemmed from Singulair. He is better in this respect now – he is not having balance problems or tremor.

His allergies, if anything, got worse rather than better while on Singulair. There was talk while on Singulair of introducing immunotherapy and this is still under consideration. The number of reports to FDA of allergies in people on Singulair support Mr. Parker's hunch that Singulair did not work for this problem for him.

He has had medical consultations since mid-2021 but only for his respiratory and allergy issues. He is not now on psychotropic medication or anything for pain-relief other than Advil.

## Differential Diagnosis

Richard Parker's case caused diagnostic confusion. I do not just mean the failure to diagnose Singulair toxicity, which this report endorses as the cause of Mr. Parker's medical problems, but the lack of a coherent diagnostic approach between 2016 and 2021, before which he had asthma only and after which he has had asthma only. Psychotic and mood disorders were considered as diagnoses, along with Religious Trauma Syndrome, Substance Misuse and Orthopedic problems, most of which have depended on hearsay. The multiplicity of diagnoses points to a clinical failure to pinpoint what was happening.

In contrast, someone coming new to this case, such as a jury, can now see in broad outline that there was a clear deterioration in his mental state starting in early 2016, and his mental state returned to something approaching normal for him, with considerable residual damage, from mid-2021 onwards. These changes coincided with going on and coming off Singulair.

There was no prior history of comparable problems before starting Singulair, his problems began within weeks of starting, and since stopping many important features have cleared. The problems he had are consistent with FDA warnings on this drug and reports to FDA from thousands of people put on this drug or from their doctors. His problems were not just neuropsychiatric but whole body problems as might be expected from a drug that acts throughout the body on inflammatory responses.

Neither his treating physicians, nor Mr. Parker or his family, however, while he was on the drug, concluded that Singulair was the cause of his problems.

This report, focusing on Mr. Parker's case specifically, marshals the evidence that supports a role for Singulair in what happened him. A key part of the argument is the proposal that to a reasonable degree of medical certainty, the effects of Singulair are more consistent with what happened to him than any alternate diagnostic or treatment related explanation.

## Alternate Diagnoses

Through this period, Mr. Parker was variously diagnosed with functional psychoses, rather than organic disorders. These diagnoses cannot be sustained on the basis of his clinical history prior to Singulair, or on the basis of the mental states he presented with at various clinics and Emergency Departments, nor can they be sustained based on the accepted longitudinal course of any of the functional psychoses offered as diagnostic possibilities, which would predict continuing problems after he stopped treatment.

For a schizophrenic or bipolar diagnosis to be sustainable, the disorder should clearly endure to this day and Mr. Parker should not be functioning as well as he is without maintenance medication. There should also be greater consistency to the diagnostic formulations offered by various clinics than is found in the record. Clinic staff may have settled on a view stemming from his parents' view of the outcome of an early 2016

assessment, or stemming from the easy option of a substance abuse diagnosis based primarily on the Percocet he was taking.

**Alternate Treatment Toxicities**

Mr. Parker's concurrent medication poses another diagnostic consideration. His Percocet caused excessive sedation leading to one medical presentation after a fall in the shower. Percocet may also have increased his sensitivity to pain rather than helped manage his pain. An unfortunate consequence of his use of Percocet was that it generated the perception that Mr. Parker was a drug addict. As a result, clinicians took seriously any hints of methamphetamine or other abuse, and any hints of stealing to fund a habit, and took anything else he said less seriously, including his repeated claims that something was wrong that the medical services were not getting to grips with.

Having a clinical picture colored by Percocet also meant that no clinician stopped to think further about a very unusual clinical presentation and the role of one of the other drugs he was taking in leading to his presentations which were not typical or either drug abuse or functional psychoses.

It is clear from his prior ability to manage without opioids when sustaining fractures or other painful injuries, his success as stopping opioids once Singular was removed, and his current management of residual pain without opioids that Mr. Parker never was nor is now an opioid addict.

As part of efforts to manage his anxiety, Mr. Parker was also put on diazepam (Valium). This can have significant effects on autobiographical, also called episodic, memory function giving rise to clinical pictures that have some overlap with the features of the memory problems I have described Mr. Parker as having.

Diazepam, however, seems to have been only prescribed in early 2016. It might have contributed to some amnesia for the swimming pool episode but in general it is more likely to calm than cause a delirium. If it was the cause of his memory problems, Mr. Parker should now display a selective amnesia for the June 2016 period alone.

Another point is that there is good evidence for an emergence of neuropsychiatric problems, consequent on Singulair, in the form of intense anxiety before any diazepam had been prescribed.

Mr. Parker was also prescribed venlafaxine and fluoxetine, selective serotonin reuptake inhibiting (SSRI) antidepressants. These can lead to suicidal and psychotic behavior. Dr. Lao prescribed these for the management of pain, for which they are often used – without much effect for the kinds of pain Mr. Parker had.

These treatments were prescribed from October 2018 to June 2019. A look at Mr. Parker's medical record indicates that this was a period when he most frequently arrived at Emergency Departments or other clinical settings in a very disorganized state. Did treatment with SSRIs contribute to this?

I cannot entirely rule out an unhelpful contribution from these SSRIs, but Richard Parker does not seem to have thought they either helped much or harmed much. Earlier prescriptions for SSRIs, like Zoloft, sertraline, had been offered to him but he seems not to have filled them.

There is another detail that may shed some light on this issue. Mr. Parker had regularly taken SSRIs before and at other points, during this history and since, without them causing a problem, when for instance he was given doxycycline, which is an SSRI, for chest infections. He was also given Tramadol for pain which is an SSRI. There is no evidence in the record of any deterioration in his mental state on doxycycline. He was on and off it at regular intervals, which, all things being equal, might have increased the chance of his being able to recognize adverse effects it might have been having on him.

Finally, Mr. Calfo in several depositions, especially Dr. Reddy's stressed that Symbicort also had a black box warning and neuropsychiatric problems such as manic reactions are among the complications linked to its use. This is unquestionably the case in general, but in this specific case Symbicort does not have the fingerprint Singulair has. An intense anxiety set in shortly after Mr. Parker started Singulair and this eased after he stopped taking the drug whereas he had been taking Symbicort for over a decade prior to starting Singulair and has been taking it since stopping Singulair without anyone noticing undue problems on it. His family never linked any personality issues to Symbicort, for instance.

Mr. Parker was also taking marijuana during this period. He had been taking it prior to taking Singulair without anyone, in particular his family, noting significant ill-effects. He has been taking it since stopping Singulair without reported problems.

In summary, there is very little evidence from the record that these other drugs did much to help Mr. Parker and they may have made things worse in some respects, but they offer nothing like the fingerprint Singulair offers for adverse effects consistent with what others have reported it to cause them and a set of detrimental effects found consistently in Mr. Parker's case throughout the relevant and extended timeframe.

## Conclusion

If an assessor can ignore the many false trails that different clinicians followed that compounded the difficulties Mr. Parker had in engaging with health services, the case is quite straightforward. It has all the stigmata of a toxic state. The difficulty lay in the fact that his toxic crises were not so immediate and severe that they forced clinicians to recognize what was happening.

As outlined in Susannah Cahalan's best-selling Brain on Fire, however, even acute and severe neuropsychiatric crises can be missed for what, retrospectively, can look like an astonishing period of time.

Making a retrospective diagnosis is a lot easier. In this case, no knowledge of Singulair's physical actions on the brain or the body is needed in order to make a diagnosis. The clinical record speaks for itself, and Mr. Parker's consistent testimony over a two year period since stopping Singulair speaks to a new insight on his part as to what had been happening to him, one that has offered him much relief. He has been able to set about rebuilding a life.

It must be said that if appropriate warnings had been in place in 2016, it is quite likely that someone involved in his care, like Dr Reddy later did in 2021, would have drawn the possibility that Singulair was causing his anxiety and other problems to his attention and would have triggered the experiment of taking him off treatment to see what happened. This turned out to be the key step.

A further aspect to this case is Mr. Parker's lack of an apparent benefit – for either his asthma or his allergies. It would have to be a substantial benefit to balance the problems Singulair caused him, but there is no evidence for a benefit.

The drug seems to have been singularly unsuited to him. He did not simply have neuropsychiatric problems. He had problems across the board in multiple bodily areas and will live with the consequences of some of these for the rest of his life.

The consequences for Richard Parker of being put on Singulair were dramatic and life-changing. He may never have had the snow-boarding accident or, if he had, he may have avoided the operation he later underwent. He would not now have a mental health and substance abuse history to dog his footsteps in the health and other domains for the foreseeable future.

He has missed several years of his life, important years for employment and relationship opportunities.

He seems to have considerable natural resilience and now his efforts to get to grips with his state make progress rather than make things worse. He can now see light at the end of the tunnel and is finding a little more joy in life.

He describes himself as formerly being a self-confident individual who has now lost his natural self-confidence. He has recovered a degree of belief in his own judgement but is hesitant in a way that he was not before. This may be a consequence of aging, or a consequence of being badly burnt by his Singulair experience, or some combination of the two, but, having interviewed several other people exposed to Singulair, I believe a component of this stems from enduring alterations in cognitive processing caused by Singulair.

In sum, to a reasonable degree of medical certainty, Mr. Parker's use of Singulair starting from January 2016 caused him to escalating anxiety, suicidality, escalating pain, neuropsychiatric episodes that were misdiagnosed, significant insomnia, memory problems and significant and problematic lipomas.

There is little or no indication from the medical records that Singulair offered Mr. Parker a compensatory benefit.

Yours sincerely

David Healy MB BCh, BAO, MD, FRCPsych

## Appendix 1A: Relevant Singulair Reports to FDA

| Rank | Symptom | Number |
|------|---------|--------|
| 1 | Dyspnoea | 14,304 |
| 2 | Asthma | 13,732 |
| 9 | Pain | 5,892 |
| 10 | Anxiety | 5,489 |
| 14 | Depression | 4,534 |
| 17 | Arthralgia | 4,209 |
| 28 | Pain in Extremity | 3,268 |
| 29 | Nasopharyngitis | 3,175 |
| 34 | Back Pain | 2,835 |
| 37 | Feeling Abnormal | 2,738 |
| 40 | Chest Pain | 2,659 |
| 42 | Suicidal Ideation | 2,411 |
| 47 | Abdominal Pain | 2,249 |
| 51 | Abdominal Pain Upper | 2,168 |
| 59 | Aggression | 1,944 |
| 61 | Myalgia | 1,877 |
| 64 | Oropharyngeal Pain | 1,861 |
| 70 | Paresthesiae | 1,780 |
| 73 | Hypoaesthesia | 1,693 |
| 80 | Abnormal Behavior | 1,549 |
| 82 | Abdominal Discomfort | 1,543 |
| 88 | Migraine | 1,469 |
| 90 | Nightmares | 1,466 |
| 97 | Confusion | 1,272 |
| 99 | Memory impairment | 1,244 |
| 101 | Anger | 1,214 |
| 104 | Dyspepsia | 1,175 |
| 107 | Agitation | 1,118 |
| 113 | Stress | 1,098 |
| 116 | Irritability | 1,093 |
| 117 | Crying | 1.092 |
| 123 | Hallucination | 1,011 |
| 125 | Arthritis | 1,002 |
| 129 | Burning Sensation | 966 |
| 130 | Dysphagia | 966 |
| 134 | Depressed Mood | 935 |
| 135 | Rheumatoid Arthritis | 929 |
| 140 | Middle insomnia | 912 |
| 144 | Overdose | 898 |
| 149 | Emotional Distress | 878 |
| 155 | Peripheral Neuropathy | 845 |

Exhibit A - 0026

| 156 | Mood Swings | 840 |
|---|---|---|
| 158 | Throat Irritation | 837 |
| 166 | Musculo-skeletal Stiffness | 768 |
| 170 | Disturbance in Attention | 755 |
| 177 | Neck Pain | 736 |
| 179 | Mood Altered | 722 |
| 188 | Nervousness | 694 |
| 201 | Fibromyalgia | 672 |
| 209 | Suicide Attempt | 638 |
| 210 | Musculo-skeletal Pain | 635 |
| 212 | Panic Attacks | 633 |
| 221 | Sleep Terror | 622 |
| 226 | Abnormal Dreams | 606 |
| 234 | Fear | 574 |
| 242 | Mental disorder | 553 |
| 243 | Throat Tightness | 550 |
| 246 | Bone Pain | 539 |
| 256 | Emotional Disorder | 510 |
| 269 | Restlessness | 486 |
| 271 | Eye Pain | 484 |
| 277 | Poor Sleep | 470 |
| 281 | Arthropathy | 462 |
| 285 | Ear Pain | 484 |
| 287 | Psychomotor Hyperactivity | 454 |
| 297 | Road Traffic Accident | 434 |
| 303 | Neuropsychiatric Symptoms | 427 |
| 311 | Thinking Abnormal | 415 |
| 331 | Completed Suicide | 373 |
| 343 | Disorientation | 361 |
| 362 | Paranoia | 343 |
| 370 | Obsessive-Compulsive | 338 |
| 375 | Anhedonia | 334 |
| 376 | Withdrawal Syndrome | 331 |
| 392 | Cognitive Disorder | 316 |
| 396 | Dyskinesia | 310 |
| 398 | Screaming | 310 |
| 405 | Movement Disorder | 303 |
| 408 | Pharyngeal Edema | 299 |
| 412 | Psychotic Disorder | 295 |
| 417 | Personality Change | 289 |
| 420 | Intentional Self-Injury | 287 |
| 421 | Oral Pain | 286 |
| 427 | Skin Burning | 279 |
| 434 | Musculo-skeletal chest pain | 274 |
| 435 | Pain in Jaw | 270 |

Exhibit A - 0027

| 452 | Hallucination auditory | 257 |
|------|------------------------|-----|
| 456 | Pharyngitis | 256 |
| 458 | Procedural Pain | 253 |
| Injection site | | |
| 459 | Somnambulism | 252 |
| 472 | Mental Status Changes | 242 |
| 477 | Feeling Jittery | 239 |
| 478 | Paresthesiae Oral | 238 |
| 479 | Hallucination Visual | 237 |
| 482 | Affective Disorder | 234 |
| 491 | Drug Withdrawal Syndrome | 231 |
| 493 | Social Avoidance | 229 |
| 496 | ADL impaired | 225 |
| 502 | Ear Discomfort | 222 |
| 503 | Laryngitis | 222 |
| 515 | Back Disorder | 216 |
| 518 | Glossodynia | 215 |
| 516 | Pharyngitis Streptococcal | 216 |
| 523 | Tendonitis | 213 |
| 527 | Joint Stiffness | 209 |
| 529 | QoL impaired | 207 |
| 535 | Pharyngeal Swelling | 203 |
| 536 | Depressed lvl Consciousness | 202 |
| 546 | Bipolar Disorder | 199 |
| 552 | Toothache | 196 |
| 568 | Sensory Disturbance | 190 |
| 575 | Major Depressive Disorder | 186 |
| 580 | Coma | 183 |
| 583 | Frustration Tolerance down | 182 |
| 586 | Mood Abnormal | 179 |
| 604 | Nervous System Disorder | 176 |
| 611 | Sciatica | 174 |
| 621 | Mental Impairment | 171 |
| 622 | Tenderness | 170 |
| 627 | Muscle Tightness | 169 |
| 629 | Dry Throat | 168 |
| 631 | Flank Pain | 168 |
| 634 | Initial Insomnia | 167 |
| 639 | Intention overdose | 165 |
| 651 | Oral Discomfort | 162 |
| 654 | Drug Abuse | 161 |
| 664 | Throat Clearing | 159 |
| 672 | Self injurious ideation | 154 |
| 680 | Delirium | 153 |

Exhibit A - 0028

| 687 | Oropharygeal discomfort | 151 |
|------|-------------------------|-----|
| 688 | Dementia | 150 |
| 693 | Unresponsive to Stimuli | 149 |
| 695 | Musculoskeletal Disorder | 148 |
| 696 | Hypoalgesia Oral | 147 |
| 697 | Ocular discomfort | 147 |
| 703 | Facial pain | 145 |
| 706 | Spinal operation | 145 |
| 710 | Sinus headache | 144 |
| 711 | ADHD | 143 |
| 718 | Affect lability | 141 |
| 724 | Pain of skin | 141 |
| 727 | Suicidal behaviour | 141 |
| 739 | Nerve compression | 137 |
| 740 | Nerve injury | 137 |
| 743 | Back injury | 136 |
| 747 | Abdominal pain lower | 135 |
| 757 | Apathy | 131 |
| 770 | Panic | 128 |
| 784 | Homicidal ideation | 124 |
| 785 | Mania | 124 |
| 797 | Laceration | 121 |
| 796 | Intentional Drug Misuse | 121 |
| 828 | Formication | 114 |
| 844 | Parosmia | 111 |
| 851 | Decreased interest | 109 |
| 853 | Erectile dysfunction | 109 |
| 868 | Spinal compression | 106 |
| 869 | Spinal disorder | 106 |
| 878 | Negative Thoughts | 105 |
| 904 | Hostility | 99 |
| 907 | Depressive symptom | 98 |
| 906 | Pharyngolaryngeal pain | 94 |
| 930 | Gingival bleed | 93 |
| 932 | Altered state consciousness | 92 |
| 964 | Spinal pain | 88 |
| 966 | Anxiety disorder | 87 |
| 971 | Self-esteem decreased | 87 |
| 973 | Depression suicidal | 86 |
| 982 | Panic disorder | 85 |
| 986 | Tendon pain | 85 |
| 996 | Behaviour disorder | 83 |
| | | |
| 743 | | |

Exhibit A - 0029

## Appendix 2: Reports to FDA of Anxiety Features on Singulair

| Rank | Symptom | Number |
|------|---------|--------|
| 1 | Dyspnoea | 14,304 |
| 2 | Asthma | 13,732 |
| 10 | Anxiety | 5,489 |
| 14 | Depression | 4,534 |
| 37 | Feeling Abnormal | 2,738 |
| 42 | Suicidal Ideation | 2,411 |
| 59 | Aggression | 1,944 |
| 90 | Nightmares | 1,466 |
| 101 | Anger | 1,214 |
| 107 | Agitation | 1,118 |
| 113 | Stress | 1,098 |
| 116 | Irritability | 1,093 |
| 117 | Crying | 1.092 |
| 123 | Hallucination | 1,011 |
| 134 | Depressed Mood | 935 |
| 140 | Middle insomnia | 912 |
| 144 | Overdose | 898 |
| 149 | Emotional Distress | 878 |
| 156 | Mood Swings | 840 |
| 179 | Mood Altered | 722 |
| 188 | Nervousness | 694 |
| 209 | Suicide Attempt | 638 |
| 212 | Panic Attacks | 633 |
| 221 | Sleep Terror | 622 |
| 226 | Abnormal Dreams | 606 |
| 234 | Fear | 574 |
| 242 | Mental disorder | 553 |
| 256 | Emotional Disorder | 510 |
| 269 | Restlessness | 486 |
| 277 | Poor Sleep | 470 |
| 287 | Psychomotor Hyperactivity | 454 |
| 297 | Road Traffic Accident | 434 |
| 303 | Neuropsychiatric Symptoms | 427 |
| 311 | Thinking Abnormal | 415 |
| 331 | Completed Suicide | 373 |
| 362 | Paranoia | 343 |
| 370 | Obsessive-Compulsive | 338 |
| 375 | Anhedonia | 334 |
| 376 | Withdrawal Syndrome | 331 |
| 405 | Movement Disorder | 303 |
| 412 | Psychotic Disorder | 295 |
| 417 | Personality Change | 289 |

Exhibit A - 0030

| 420 | Intentional Self-Injury | 287 |
|------|------|------|
| 452 | Hallucination auditory | 257 |
| 477 | Feeling Jittery | 239 |
| 482 | Affective Disorder | 234 |
| 491 | Drug Withdrawal Syndrome | 231 |
| 493 | Social Avoidance | 229 |
| 529 | QoL impaired | 207 |
| 546 | Bipolar Disorder | 199 |
| 568 | Sensory Disturbance | 190 |
| 575 | Major Depressive Disorder | 186 |
| 583 | Frustration Tolerance down | 182 |
| 586 | Mood Abnormal | 179 |
| 604 | Nervous System Disorder | 176 |
| 634 | Initial Insomnia | 167 |
| 639 | Intention overdose | 165 |
| 654 | Drug Abuse | 161 |
| 664 | Throat Clearing | 159 |
| 672 | Self injurious ideation | 154 |
| 711 | ADHD | 143 |
| 718 | Affect lability | 141 |
| 727 | Suicidal behaviour | 141 |
| 757 | Apathy | 131 |
| 770 | Panic | 128 |
| 784 | Homicidal ideation | 124 |
| 785 | Mania | 124 |
| 797 | Laceration | 121 |
| 796 | Intentional Drug Misuse | 121 |
| 828 | Formication | 114 |
| 844 | Parosmia | 111 |
| 851 | Decreased interest | 109 |
| 853 | Erectile dysfunction | 109 |
| 878 | Negative Thoughts | 105 |
| 904 | Hostility | 99 |
| 907 | Depressive symptom | 98 |
| 966 | Anxiety disorder | 87 |
| 971 | Self-esteem decreased | 87 |
| 973 | Depression suicidal | 86 |
| 982 | Panic disorder | 85 |
| 996 | Behaviour disorder | 83 |
|  |  |  |
|  |  |  |
|  |  |  |

## Appendix 3: Reports to FDA of Pain on Singular

| Rank | Symptom | Number |
|------|---------|--------|
| 1 | Dyspnea | 14,304 |
| 2 | Asthma | 13,732 |
| 9 | Pain | 5,892 |
| 17 | Arthralgia | 4,209 |
| 28 | Pain in Extremity | 3,268 |
| 29 | Nasopharyngitis | 3,175 |
| 34 | Back Pain | 2,835 |
| 40 | Chest Pain | 2,659 |
| 47 | Abdominal Pain | 2,249 |
| 51 | Abdominal Pain Upper | 2,168 |
| 61 | Myalgia | 1,877 |
| 64 | Oropharyngeal Pain | 1,861 |
| 70 | Paresthesia | 1,780 |
| 73 | Hypoesthesia | 1,693 |
| 82 | Abdominal Discomfort | 1,543 |
| 88 | Migraine | 1,469 |
| 104 | Dyspepsia | 1,175 |
| 125 | Arthritis | 1,002 |
| 129 | Burning Sensation | 966 |
| 130 | Dysphagia | 966 |
| 135 | Rheumatoid Arthritis | 929 |
| 155 | Peripheral Neuropathy | 845 |
| 158 | Throat Irritation | 837 |
| 166 | Musculo-skeletal Stiffness | 768 |
| 177 | Neck Pain | 736 |
| 201 | Fibromyalgia | 672 |
| 210 | Musculo-skeletal Pain | 635 |
| 243 | Throat Tightness | 550 |
| 246 | Bone Pain | 539 |
| 271 | Eye Pain | 484 |
| 281 | Arthropathy | 462 |
| 285 | Ear Pain | 484 |
| 408 | Pharyngeal Edema | 299 |
| 421 | Oral Pain | 286 |
| 427 | Skin Burning | 279 |
| 434 | Musculo-skeletal chest pain | 274 |
| 435 | Pain in Jaw | 270 |
| 456 | Pharyngitis | 256 |
| 458 | Procedural Pain | 253 |
| 478 | Paresthesiae Oral | 238 |
| 502 | Ear Discomfort | 222 |
| 503 | Laryngitis | 222 |

| | | |
|---|---|---|
| 515 | Back Disorder | 216 |
| 518 | Glossodynia | 215 |
| 516 | Pharyngitis Streptococcal | 216 |
| 523 | Tendonitis | 213 |
| 527 | Joint Stiffness | 209 |
| 535 | Pharyngeal Swelling | 203 |
| 552 | Toothache | 196 |
| 611 | Sciatica | 174 |
| 622 | Tenderness | 170 |
| 627 | Muscle Tightness | 169 |
| 629 | Dry Throat | 168 |
| 631 | Flank Pain | 168 |
| 651 | Oral Discomfort | 162 |
| 664 | Throat Clearing | 159 |
| 687 | Oropharyngeal discomfort | 151 |
| 695 | Musculoskeletal Disorder | 148 |
| 696 | Hypoalgesia Oral | 147 |
| 697 | Ocular discomfort | 147 |
| 703 | Facial pain | 145 |
| 706 | Spinal operation | 145 |
| 710 | Sinus headache | 144 |
| 724 | Pain of skin | 141 |
| 739 | Nerve compression | 137 |
| 740 | Nerve injury | 137 |
| 743 | Back injury | 136 |
| 747 | Abdominal pain lower | 135 |
| 868 | Spinal compression | 106 |
| 869 | Spinal disorder | 106 |
| 906 | Pharyngolaryngeal pain | 94 |
| 930 | Gingival bleed | 93 |
| 964 | Spinal pain | 88 |
| 986 | Tendon pain | 85 |

| | | |
|---|---|---|
| 69 | Injection site pain | 1806 |
| 152 | Injection site erythema | 854 |
| 233 | Injection site pruritus | 577 |
| 239 | Injection site bruising | 566 |
| 241 | Injection site swelling | 556 |
| 295 | Injection site reaction | 442 |
| 320 | Injection site hemorrhage | 393 |
| 484 | Infusion site pain | 234 |
| 532 | Injection site urticaria | 206 |
| 537 | Infusion site erythema | 202 |
| 563 | Injection site mass | 193 |
| 574 | Infusion site swelling | 186 |

Exhibit A - 0033

| | | |
|---|---|---|
| 601 | Infusion site extravasation | 177 |
| 674 | Increased tendency to bruise | 155 |
| 738 | Infusion site pruritus | 137 |
| 761 | Injection site warmth | 130 |
| 865 | Injection site haematoma | 106 |
| 871 | Application site pain | 105 |
| 935 | Infusion site haemorrhage | 92 |
| | | |

## Appendix 4: Reports to FDA of Features of Delirium on Singulair

| Rank | Symptom | Number |
|------|---------|--------|
| 1 | Dyspnoea | 14,304 |
| 2 | Asthma | 13,732 |
| 80 | Abnormal Behavior | 1,549 |
| 97 | Confusion | 1,272 |
| 99 | Memory impairment | 1,244 |
| 170 | Disturbance in Attention | 755 |
| 303 | Neuropsychiatric Symptoms | 427 |
| 311 | Thinking Abnormal | 415 |
| 343 | Disorientation | 361 |
| 392 | Cognitive Disorder | 316 |
| 398 | Screaming | 310 |
| 459 | Somnambulism | 252 |
| 472 | Mental Status Changes | 242 |
| 479 | Hallucination Visual | 237 |
| 496 | ADL impaired | 225 |
| 536 | Depressed level Consciousness | 202 |
| 580 | Coma | 183 |
| 621 | Mental Impairment | 171 |
| 680 | Delirium | 153 |
| 688 | Dementia | 150 |
| 693 | Unresponsive to Stimuli | 149 |
| 718 | Affect lability | 141 |
| 757 | Apathy | 131 |
| 828 | Formication | 114 |
| 844 | Parosmia | 111 |
| 932 | Altered state consciousness | 92 |
| 996 | Behaviour disorder | 83 |

Exhibit A - 0035

# EXHIBIT B

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3    ---------------------------------------X

4    SPENCER BUENO, an individual and

     RICHARD PARKER, an individual,

5                              CASE NO.: 3:22-CV-00522-L-JLB

6                       Plaintiffs,

7              vs.

8    MERCK & CO., INC., a New Jersey corporation;

     MERCK SHARP & DOHME CORP., a New Jersey

9    corporation; ORGANON & CO., a Delaware corporation;

     ORGANON, LLC, a Delaware Limited Liability Company;

10   and DOES 1-10, Inclusive,

11                       Defendants.

12   ---------------------------------------X

13

14       VIDEOTAPED DEPOSITION OF DAVID HEALY, M.D.

15                 Woodbridge, New Jersey

16               Thursday, February 22, 2024

17

18

19

20   Reported by:

21   Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

22   Job 351850

23

24

25

1                    February 22, 2024

2                      9:32 a.m.

3

4          VIDEOTAPED Deposition of DAVID HEALY, M.D.,

5          held at Wilentz, Goldman & Spitzer, P.A.,

6          90 Woodbridge Center Drive, Woodbridge, New Jersey

7          before Angela (Angie) M. Shaw-Crockett, a

8          Certified Court Reporter, Certified Realtime

9          Reporter, Registered Merit Reporter and Notary

10         Public of the States of New York, New Jersey, and

11         Connecticut.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  Parker's family members before you prepared your
2  report?
3      A.   No, I haven't.
4      Q.   Did you consider doing so?
5      A.   No, I haven't.
6      Q.   You understand that one of Mr. Richard
7  Parker, the plaintiff's, claims is that -- at least
8  in the records, is that his family was part of his
9  issues?
10      A.   Yes.
11      Q.   Given that, did you consider even for a
12  scintilla talking to his mom, dad, sisters, anything
13  to that effect?
14      A.   No, I didn't.
15      Q.   Okay.  Looking back, would you have liked
16  to have done that?
17      A.   No.
18      Q.   Why not?
19      A.   Well, it became clear -- there's two or
20  three angles to that.  I became -- I'm aware fairly
21  early on from him, or from medical records that I
22  got, or the -- the depositions, that there was an
23  issue of religious trauma syndrome.  And in terms of
24  someone who's interested in, well, has this man had
25  a neurotoxic effect from a drug, religious trauma

1    syndrome is irrelevant.  I think it makes as much

2    sense as the recovered memory problems that we all

3    had, that you guys in the United States had to a

4    greater extent in the late '80s and early '90s.

5            So I just cannot make issues of things

6    that really aren't issues, or else aren't the issues

7    that are relevant to what I'm asked to do.

8            Let me go a little further.  I agree, from

9    the material that I saw, that Richard's family, you

10   could say, are fairly rigid Christians.  You can say

11   they're possibly fundamentalists.  But that's true

12   when you get in the Jewish community, a bunch of

13   families that are fairly fundamentalists.  In the

14   Islamic community and increasingly in the Hindu

15   community also.

16           One of the features from my point of view

17   of that is that, and on the whole, these communities

18   are less likely to use mental health services and

19   less likely to use psychotropic drugs than the rest

20   of us who think of ourselves as being possibly

21   secular.

22           So from that point of view, those

23   issues -- I mean, what I read in the depositions

24   were parents who were concerned for their son,

25   rather than thinking, well, these are odd beliefs

1   that they have.  The fact that they thought -- I
2   mean, I think one of the interesting things about it
3   is -- and I think it's unhelpful for Merck's case, I
4   think it's the kind of thing a jury will all too
5   well understand.  If I'm trying to explain to a jury
6   that, you know, in the case of Mr. --
7   Mr. McLaughlin, he's had a change of personality.
8   If I say in the case of Mr. Bueno, he's had a change
9   of personality.  They'll say, well, change of
10  personality, what's that?
11          In the Parker case, if I said, well, his
12  parents thought he had such a change of personality
13  that he was possessed by demon spirits, and they
14  thought maybe they should exorcise him, they'll
15  understand what change of personality means.
16          MR. CALFO:  I'll move to strike the
17      nonresponsive portions.
18      A.   I think they're all responsive.
19          MR. CIFALDI:  Let's not have a dialogue.
20          MR. CALFO:  That's fine.
21  BY MR. CALFO:
22      Q.   I mean, when did Richard Parker, in your
23  analysis, first be prescribed montelukast?
24      A.   In early January, 2016.
25      Q.   Did you ask Richard Parker in your

1    interview, Richard, tell me about all the trauma

2    that you had, in your mind, before you ever heard of

3    the word "montelukast" in early January of 2016?

4         Did you ever ask him that?

5         A.    The trauma he had in his mind would be

6    irrelevant to the question of whether montelukast

7    had a neurotoxic effect on him.

8         Q.    Did you ask him, Richard, tell me about

9    your experiences before you ever were prescribed

10   montelukast that led you to potential depression or

11   suicide before you ever even heard of that medicine,

12   montelukast?

13        A.    I was looking for a neurotoxic effect and

14   not assuming that there were going to be issues

15   about being depressed and suicidal.  And if a person

16   gets apparently depressed on montelukast, they don't

17   have an SSRI response disorder.  So those issues

18   that may have existed pre to taking montelukast were

19   irrelevant to begin with.  They might -- they may

20   have -- if I got to the point of thinking, now, the

21   cause of this man's current problems is not

22   montelukast, part of my job then would be to decide,

23   is there anything else better explaining this case.

24   And that's the point at which I would have been

25   interested to pick up the issues of does he have a

1     where I worked, though, frequently ask me along,

2     they consult me about dermatological problems like

3     an itch, because that is my area of expertise.

4         Q.    Itching is your area of expertise?

5         A.    Well, the idea that a person might have an

6     itch that might not be caused by a parasite, and the

7     drugs we use to treat mental health problems are the

8     best treatments for itch.

9         Q.    You recognize there are doctors who

10    specialize in gastroenterology?

11        A.    I do.

12        Q.    And you do not specialize in that?

13        A.    That's correct.

14        Q.    You have no specialized training in

15    gastroenterology?

16        A.    No.

17        Q.    You recognize there are doctors who

18    specialize in endocrinology?

19        A.    Yes.

20        Q.    What is endocrinology?

21        A.    You're look at hormones, generally.

22        Q.    And you have no specialized training?

23        A.    That's correct.

24        Q.    You're not a lipidologist?

25        A.    I didn't know there was such a thing.

1     We're getting so specialized these days.  I'm not

2     awfully surprised to hear it, but I'm not --

3         Q.   You understand what a lipoma is?

4         A.   Oh, lipidologists, I've assumed, is people

5     who are interested in cholesterol levels.  That's

6     not what you're saying, is it?

7         Q.   No.  I am, yes.  Yes.

8         A.   You're just actually talking about just

9     your blood lipids rather than lipomas?

10         Q.   Yes.

11         A.   Which has nothing to do with your blood --

12         Q.   Lipidologist is a doctor that specializes

13     in fat metabolism disorders.

14         A.   Correct, but lipomas are aren't

15     necessarily linked to that.

16         Q.   Understand.  But they can be?

17         A.   They can be.  You're right.  And we can --

18         Q.   We're going to talk a little bit more

19     about that.

20         A.   Okay.  Fine.

21         Q.   You recognize there are doctors who

22     specialize in orthopedics?

23         A.   Yes.

24         Q.   That when people break their necks and

25     backs, that they know how to fix them?

1   records I have looked at where their names come up.

2   And whether it was before montelukast -- I know he

3   was being treated for asthma before he got to

4   montelukast.  And I guess there was a doctor

5   treating him for that, but I'm not sure that I could

6   give you the name of the doctor.

7        Q.   Do you, Dr. Healy, have in your mind any

8   reason why the only two transcripts you did not

9   review and receive are of the two doctors who saw

10  Mr. Parker before he was ever prescribed

11  montelukast?

12       A.   I don't have in my mind any reason to

13  think that there's anything nefarious there.

14       Q.   I don't either, but I'm just wondering is

15  there -- do you know why you haven't?  Do you have

16  any idea?

17       A.   I think I would have asked about that.

18  And at the point I asked -- in fact, I'm reasonably

19  sure I asked, but at the point I asked, the

20  depositions hadn't been done.

21       Q.   I don't want to get into the Dr. Qato and

22  Dr. Finchum discussion we've had over the last two

23  days.

24           But is it fair to say you did not rely on

25  anything from them in forming your opinions in

1   Mr. Parker's case before you prepared your report?

2       A.   Yes, it's fair to say that.  Both before

3   and after, they don't offer a view on anything about

4   the Parker case that I'm aware of.

5       Q.   And have you viewed any expert reports

6   specifically for the Parker case from the

7   defendants' experts?

8       A.   Yes.  I've reviewed Dr. Epstein's report.

9   And I've also reviewed the general causation

10   Dr. Platt, whom I may have called Dr. Pratt by

11   accident yesterday.  Dr. -- and again -- Rosenbloom.

12       Q.   Ronaldson?

13       A.   That's it.  And Dr. McClain's report,

14   along with Dr. Epstein's report.

15       Q.   Okay.  When did you review Dr. Epstein's?

16       A.   Whenever it came through to me, whenever

17   that was.  So that's somewhere two to three weeks

18   ago, I guess.

19       Q.   Dr. Platt?

20       A.   As I was saying, I got three of them in a

21   lot -- all three together.  I think Dr. McClain's

22   came maybe a few days later.

23       Q.   Okay.  And why did you review

24   Dr. Epstein's report?

25       A.   Well, that was the one that seemed to -- I

1    BY MR. CALFO:

2        Q.    In your opinion.

3        A.    No, it's just not right.

4        Q.    Okay.

5        A.    You're broadly generalized.  In psychotic

6    disorders and manic depressive disorders, you can

7    get chronic states without any periods of remission

8    at all.  When we're looking at the diagnosis of an

9    illness, it's not just some clinical features like

10   an elated mood and a depressed mood later.  It's the

11   course of the condition, which is -- which you're

12   hinting at.  For instance, if I'm going -- you may

13   appear to be -- sorry to put it this way -- you may

14   appear to be dementing, okay.  And sorry.

15           If I'm trying to work out do you have

16   Alzheimer's or do you have Jakob Creutzfeldt

17   disease, the features I would look at is not do you

18   have just have memory problems, but is this rapidly

19   deteriorating or is it taking a long time.

20           So the course of the condition is crucial,

21   and that plays a big part in my view about what's

22   happening to Richard Parker, which is up until 2016,

23   there was no evidence of a serious mental illness.

24   Since 2021, there's essentially no evidence of a

25   serious mental illness.  That's much more consistent

1   with a neurotoxic effect of a drug that he's on

2   during this period than it is with, say, a psychotic

3   disorder or manic depressive illness.

4       Q.   Can you cite for me, Dr. Healy, based on

5   your review of the medical records and the

6   depositions, areas where -- or diagnoses of

7   Mr. Parker with PTSD following several months of

8   discontinuation of the medicine, montelukast?

9       A.   I don't fully understand your question.

10  You're saying --

11      Q.   I'll do it again.  Months after --

12      A.   He's halted the montelukast, yes.

13      Q.   -- he halted the montelukast, there were

14  several months later where he was diagnosed with

15  PTSD, wasn't he?

16      A.   Correct.

17      Q.   You didn't note that in your report

18  though, did you?

19      A.   No.

20      Q.   Why not?

21      A.   Well, Mr. Parker has had a very difficult

22  few years where a lot of terribly strange things

23  happened.  He's ended up being brought into the

24  hospital and ended up being brought into the police

25  station and a range of other things like that, that

1   period of 2016 to 2021?

2       A.   And I make it clear that they thought

3   that.  And I also make it clear that they didn't

4   agree with each other, they were all over the place

5   as regards to the nature of the psychosis or the

6   mood disorder.  And in all cases, as I indicated, it

7   was understandable that they came to the views they

8   came to, but that, in my opinion, they were wrong.

9   If they had been appropriately briefed on the things

10  that montelukast can do and had brought that into

11  the frame, I think they would have come to a

12  different diagnosis.

13      Q.   And can we agree that all of these

14  healthcare providers, including mental illness

15  professionals in the United States, also diagnosed

16  religious trauma syndrome?

17      A.   I agree there was a diagnosis made of

18  religious trauma syndrome, which I think is a little

19  laughable.

20      Q.   Can we agree that healthcare providers in

21  the United States, including Mr. Parker's treating

22  doctors, diagnosed him as suffering from substance

23  abuse?

24      A.   Yes.

25      Q.   Can we agree that his healthcare providers

1    So he begins to worry that it's more serious than he

2    originally thought.

3    BY MR. CALFO:

4        Q.   Because he consistently wanted an MRI, and

5    when he got the MRI, he found out his injury was as

6    serious as he had thought.

7        A.   When he got the MRI, it turns out that he

8    had an injury, but it didn't seem to be one that

9    required surgery necessarily.  There was the

10   question about what to do about it was up in the air

11   to some extent, and he's the one who said -- who

12   appears to have thought, well, you know, treatment

13   can't do me any harm, so why not go ahead with it.

14       Q.   So if we go to page 21 of your report that

15   we just went through.

16       A.   Yes.

17       Q.   You included in your differential

18   diagnosis for Mr. Parker, I would imagine, psychotic

19   and mood disorders, religious trauma syndrome,

20   substance misuse, orthopedic problems, part of your

21   differential diagnosis?

22       A.   Religion trauma syndrome wouldn't have

23   been part of my differential diagnosis.

24       Q.   Okay.  What would have -- what did you

25   consider for your differential diagnosis in the

1    the pain and also get some sleep and be less

2    anxious.

3              And he felt that he had extreme anxiety,

4    which was there from very early on, even before he

5    ends up with the pain.  His problem is intense

6    anxiety which the system is not recognizing, and a

7    component of his Percocet use, for instance, and

8    marijuana use is to try and alleviate the anxiety as

9    much as alleviate the pain.

10        Q.   Do you, Dr. Healy, have the opinion that

11   Mr. Richard Parker, our plaintiff, did not do heroin

12   before he was ever prescribed montelukast?

13        A.   I have no evidence that Mr. Parker did

14   heroin or methamphetamine.

15        Q.   Zero?

16        A.   Yeah.  The record as I have, and certainly

17   what -- there is one record -- one hospital record

18   in particular where it talks about him having heroin

19   and methamphetamine, but he denies that.  And I'm

20   inclined to believe him.

21        Q.   Do you, Dr. Healy, have the opinion that

22   Mr. Richard Parker did not smoke and grow marijuana

23   before he was ever prescribed the asthma medication,

24   montelukast?

25        A.   I'm very happy that he was a true

1  BY MR. CALFO:

2       Q.   Do you, Dr. Healy, hold the opinion that

3  Richard Parker did not take opioids before he was

4  ever prescribed the asthma medication, montelukast?

5       A.   We've agreed that he had opioids before

6  montelukast in the form of Percocet at least.

7       Q.   Okay.  Do you, Dr. Healy, have the opinion

8  that Richard Parker did not use magical mushrooms

9  before he was ever prescribed the asthma medicine,

10 montelukast?

11      A.   Now, I can't remember the magical

12 mushrooms there to the record.  It may well be

13 there.  I wouldn't be awfully surprised.  The two

14 drugs I remember in particular were the Percocet and

15 the marijuana.

16      Q.   Is it your opinion based on your review of

17 the materials that Richard Parker did not snort

18 cocaine before he was prescribed the asthma

19 medicine, montelukast?

20      A.   Now, I'm fairly confident this issue has

21 come up and there have been claims, but I can't

22 remember whether he said he had or whether he agreed

23 with any of the claims.  I know Mr. Pappin made a

24 lot of claims about his drug use that Richard Parker

25 doesn't agree with.  I'm not in a position to decide

1  the frame.

2  BY MR. CALFO:

3      Q.    Did he ever tell you that before he took

4  the asthma medicine that he had to end his

5  relationship with a woman he loved because his

6  parents demanded it?

7      A.    I don't believe he did tell me that, no.

8      Q.    Did he ever tell you that -- and I'm

9  talking shortly before the asthma medicine -- that

10  his parents ended his relationship, made him end his

11  relationship with a woman because God's will cursed

12  his love for her.  Anything to that effect?

13      A.    No, but I wouldn't have thought it would

14  be a particular problem if his parents had said

15  things like that.  If my parents had said things

16  like that to me, it wouldn't have bothered me

17  particularly.

18      Q.    Did Richard Parker tell you, before he

19  took the asthma medicine, he felt so brainwashed and

20  believed that even though his parents were

21  destroying him, he had left everything in San Diego

22  to enroll at a discipleship training course in

23  Perth, in Australia?

24      A.    I was aware of that, I believe.

25      Q.    And that was before the asthma medicine,

1  right?

2      A.    It was, yes.

3      Q.    And did he tell you that he had sold

4  everything and left San Diego to enroll in that

5  training course in Perth, Australia, before the

6  asthma medicine, because he was taught by his

7  parents to hear God's voice.  He tested the program

8  and it did not work out for him?

9      A.    I was aware of that.

10      Q.    And that he needed to follow his higher

11  self to work in the mines in a place called Port

12  Hedland.  Did he tell you that?

13      A.    I was aware of the Australian episode,

14  certainly.  And I'm not sure of the phrase that he

15  needed to go to Port Hedland.

16      Q.    Did he tell you that he was making tons of

17  money in Australia, but he felt very unfulfilled?

18  And this is before the asthma medicine.  Did he tell

19  you anything to that effect?

20      A.    I was aware of that, yes.

21      Q.    And that he had linked up with

22  missionaries in West Timor, T-I-M-O-R?

23      A.    Yes.

24      Q.    Which is why he believes he had a

25  parasitic problem?

1    from an illness or a neurotoxic effect.

2    BY MR. CALFO:

3         Q.    Did you ask Dr. -- or strike that.

4               Did you ask Richard Parker if he had ever

5    considered suicide before he ever took the medicine,

6    montelukast?

7         A.    Yes.

8         Q.    And what did he tell you?

9         A.    And he told me that he had.

10        Q.    Where is that in your report?

11        A.    It's not in the report because it's not

12   relevant to the report.

13        Q.    All right.  And then did he ever tell you

14   that before he took the medicine montelukast,

15   because of his relationships and feeling so

16   undervalued by his family, that he snapped again and

17   screamed at God?  Did he tell you anything to that

18   effect?

19              MR. CIFALDI:  Object to form.

20        A.    If he had, I'd probably been slightly

21   bored.

22   BY MR. CALFO:

23        Q.    Okay.  So we know that he left San Diego

24   for a ranch in Grass Valley, right.  You agree with

25   that?

1          So it's based on the clinical picture.  I

2     mean, when I say what causes, we don't know what the

3     mechanisms are.  Drugs can be the trigger, the cause

4     or trigger, but we don't necessarily know what the

5     mechanism is in the sense of the biological changes,

6     and these can be happening in the body rather than

7     the brain.

8          Q.   Can we agree that to you, Dr. Healy, the

9     clinical record speaks for itself?

10         A.   Well, it speaks in a certain way to me,

11    but at the time, because -- partly because the

12    doctors didn't have the benefit, as you say, of

13    being able to look back at the record, knowing

14    montelukast was in the frame and the possibilities

15    that it might be contributing to the record.  I

16    think it might speak for them in the same way as it

17    speaks for me.  If they now knew that and looked

18    back through the record and said -- and they may not

19    say, absolutely, we know for sure, but they would be

20    likely to say, well, this could have played a part

21    and it's a pity we didn't take it into account.

22         Q.   Can we agree that these healthcare

23    providers for Mr. Parker, if you look at the medical

24    records, knew that at times, Mr. Parker had been

25    prescribed the asthma medicine when they treated

1    him?

2        A.   Yes.

3        Q.   So in the next paragraph, you note here,

4    "A further aspect to this case is Mr. Parker's lack

5    of an apparent benefit."  And you're talking about

6    for either his asthma or his allergies.  Do you see

7    that?

8        A.   Yes.

9        Q.   Now, Dr. Healy, you are a psychiatrist?

10        A.   Yes.

11        Q.   You don't plan to offer an opinion in this

12    case on the efficacy of an asthma medication or an

13    allergy medication, do you?

14        A.   In his case, I'm saying his view was that

15    it wasn't efficacious, and I'm happy to support his

16    view, and it appears that in lots of cases it's not

17    efficacious.

18          I'm not saying -- I'm not giving an

19    overall view.  I could offer the FDA view that it

20    seems to be less effective than any of the other

21    medicines that are used for these -- for this

22    indication.

23        Q.  Before the break we were discussing the

24    snowboarding accident.

25        A.   We were.

1   were biased against drugs.  There didn't seem to be

2   any hint of that.

3           And in one of the other cases I said is

4   also important, this young man came from a family

5   where everybody thought drugs were great.  Medicines

6   has made -- they have saved lives.  And in this

7   case, the Parker family would have taught him

8   medicines generally helped and maybe even saved his

9   life.  You know, so...

10      Q.   Where are you getting that from?

11      A.   Well --

12      Q.   That the Parker family liked medicines and

13  thought they saved --

14      A.   They've seen their son taking asthma meds,

15  and this has helped control things.  It hasn't added

16  to the problems.

17      Q.   Let me ask you a true-or-false question,

18  and we'll see if we can do it this way.

19      A.   Mm-hm.

20      Q.   True or false, there's an increased risk

21  of psychiatric disorders if there is a family

22  history of psychiatric disorders?

23           MR. CIFALDI:  Objection to form.

24      A.   That's broadly speaking true, but almost

25  to the point where it's unhelpful.

1    BY MR. CALFO:

2         Q.    Broadly speaking, is it true that genetics

3    play a role in psychiatric disorders?

4              MR. CIFALDI:   Objection.

5         A.    Genetics play a role in some psychiatric

6    disorders.

7    BY MR. CALFO:

8         Q.    You would consider a history of anxiety or

9    depression in a patient's parents or siblings,

10   wouldn't you?   You'd at least consider it?

11        A.    I would be interested to note it, yes.

12   Yes.

13        Q.    All right.   Now, you state on this page,

14   under relevant family history -- and I'm looking for

15   it.

16              Oh, you have it?   Oh, okay.

17              "There is no relevant psychiatric history

18   in Richard Parker's family of origin."   And then you

19   go on to say, "Nor is there a history of problems

20   with prescription drugs."

21        A.    Yes.

22        Q.    What does that mean?

23        A.    Well, there was -- I mean, he didn't

24   report to me, and I didn't pick up from any of the

25   depositions that anyone was having adverse effects

1  we have it leaving you with less fat in the place

2  than you should have and accumulating elsewhere.

3      Q.  Lipomas are inherited familial features,

4  aren't they?

5      A.  Well, it looks like they may also be

6  drug-induced toxic features.

7      Q.  But they are inherited familial features?

8      A.  This probably applies to some lipomas.  I

9  don't think we -- like, for instance, we don't

10  particularly know what causes lipodystrophy.  We

11  know it can be triggered by injections.

12      Q.  Yes or no.  Lipomas are inherited familial

13  features?

14      MR. CIFALDI:  I object to the form of the

15      question.

16      A.  Some lipomas may be, but not all.

17  BY MR. CALFO:

18      Q.  Lipomas occur due to poor diet?

19      A.  I don't believe that's the cause of

20  lipomas, and certainly not the cause of all lipomas.

21      Q.  Lipomas occur due to too little exercise?

22      A.  That's certainly not the cause of all or

23  even most lipomas.

24      Q.  Mr. Parker, could not exercise and could

25  not be active following his snowboarding accident?

1    those.

2    BY MR. CALFO:

3         Q.    And what Dr. Healy believes is Mr. Parker

4    developed his --

5                   MR. CIFALDI:   Dr. Healy is here.   You can

6         ask him.

7    BY MR. CALFO:

8         Q.    What you, Dr. Healy, believe is that

9    Mr. Parker's lipomas of fatty lumps were due to his

10   taking medicine for his asthma; is that correct?

11        A.    My belief is if he had not been on

12   montelukast, he would not have the lipomas.

13                   Now, I have encouraged him to think about

14   getting them removed.   I think the response from --

15   as I understand it from medical people that he's

16   been to see is they don't know what's going on here,

17   and they don't know whether removing them, they may

18   recur or not.

19                   One way for us to find out if they recur

20   will be to remove them now that he's off

21   montelukast.

22                   Montelukast, like other drugs, can have

23   endocrine effects.   If it has effects on prolactin

24   hormones, that's the kind of thing that would lead

25   to classic gynecomastia, even though that's not what

1    methamphetamines?

2         A.    I'm aware that he was, but that the drug

3    screen at the time didn't show it.

4         Q.    Did you note from Mr. Pappin's testimony,

5    his own uncle, that Richard Parker lied to him about

6    applying for jobs?

7         A.    Well, I think Mr. Pappin characterized

8    events in one way that I'm not sure a jury would say

9    was necessarily the only -- the best way.  It's

10   clear that Mr. Pappin and Mr. Parker had

11   difficulties during the period of time they were

12   together, and it led to a degree of alienation

13   between the two of them.  And I'm not sure how much

14   weight to put on Mr. Pappin's testimony.

15              I hope that now that Mr. Parker is in a

16   better place, not a perfect place, but a better

17   place than he was, that maybe they can be

18   reconciled.  As I said, Mr. Pappin has issues with

19   the entire family, not just from Mr. Parker.

20        Q.    So we know, based on your testimony, that

21   you understand that one of Mr. Parker's friends

22   described him as a chronic liar; that he had lied to

23   Dr. Moon about a toxicology screen which was

24   positive for cocaine, or he shielded the drug use

25   from his doctor; that he said he never smoked

1    methamphetamine, but the records say he did; and he

2    has his own uncle testifying that he had lied to him

3    about working.

4              Knowing that, what did you do, if

5    anything, when you interviewed Mr. Parker for an

6    hour or two, to ensure that Mr. Parker in this

7    lawsuit was telling you the truth?

8         A.   And in this lawsuit, I'm assuming that he

9    didn't always tell the truth.   I'm assuming that he

10   got confused from time to time.  It's the -- my view

11   is that having been on this drug, you don't always

12   remember things terribly accurately, and it wouldn't

13   be right to call that lies.  And I'm assuming all of

14   these things, that I can't rely on all of the

15   testimony.  And, in particular, because a lot of the

16   episodes that have led to me seeing in hospital work

17   delirious episodes.

18             And he's not going to give -- you could

19   say truthfully he's not going to give accurate

20   account when he's in that state, and he's certainly

21   not going to remember the state when he's telling me

22   about it.

23             So I note that in the -- I mean, I note a

24   lot of what's in the records, and I make sure that

25   it's represented here.  But my view, as you know, is

1  that the best way to interpret these admissions to

2  hospital was that these were delirious states, and

3  that's what gives rise to the clinical picture we've

4  seen.

5          In the first submission of the hospital,

6  where he has a raised temperature, raised blood

7  pressure, raised white cell count, this is before I

8  began thinking, perhaps, the best word to use for

9  these conditions might be "catatonia."

10          What you don't know is that one of the

11  things that happens with people who've got catatonia

12  is you can have raised blood pressure through the

13  roof -- which he didn't normally have -- at one

14  point, and an hour or two later, your blood pressure

15  can be low.

16          Your heart rate can be 240 per minute at

17  one point, and hour or two later, it can be slow.

18  Your temperature can be malignantly high, and a

19  short while later, you can be hyperthermic.

20          Your blood glucose can go high, and a

21  short while later, it could be low.

22          So that maps on the clinical picture that

23  we see for Mr. Parker in the first hospital

24  admission, or ER admission, the one that leads to

25  him being labeled as having schizophrenia.

1      Q.    Let's go back to January 2nd of 2016,
2   before he was ever prescribed his asthma medicine.
3   Are you with me?
4      A.    Yes.
5      Q.    You're aware that he was living in Grass
6   Valley?
7      A.    Yes.
8      Q.    That he was smoking a lot of marijuana, we
9   talked about all of the drugs?
10     A.    I don't know how much he was actually
11  smoking at that point in time, but I'm sure he was
12  having more than I would be having.
13     Q.    The bottom line here is from the medical
14  records, before he took the montelukast, in January
15  of 2016, he went to the emergency room in a panicky
16  state, didn't he?
17     A.    Yes.
18     Q.    And one of the things that he asked for
19  before he was ever given the asthma medicine, was
20  Valium.  Do you remember that?
21     A.    I do.
22     Q.    And Mr. Parker told his treating doctor at
23  that time, before he was ever receiving any asthma
24  medicine, "Doctor, I'm very anxious to have more
25  Valium."  Do you remember that?

1  Mr. Parker was asking for more Valium before he was

2  taking the asthma medicine?

3      A.   I don't document that, but that's not an

4  unreasonable understanding of what someone with

5  anxiety might do, and the amounts that he was

6  getting at that point in time were fairly small.

7      Q.   Are you aware that Mr. Parker told his

8  doctors that he had always had anxiety?

9      A.   I'm aware.  Yeah, I'm aware that he had

10  mentioned being anxious.  I mean, most people figure

11  they have a degree of anxiety, and everybody figures

12  that's more than they wish they had.

13          MR. CALFO:  Let me mark as next in order.

14      And it will be a June 1, 2016, record from San

15      Diego Sports Medicine.

16          (Exhibit 7 was received and marked for

17  identification, as of this date.)

18  BY MR. CALFO:

19      Q.   Have you seen this record?

20      A.   I imagine I have.

21      Q.   Okay.

22      A.   I saw everything on the computer screen.

23  I didn't have them printed out like this.

24      Q.   If you look to the left, it says June 1,

25  2016 office visit, from Dr. Anthony.  Do you see

1   BY MR. CALFO:

2       Q.   Now, do you -- well, let me ask you this:

3   You don't dispute that Mr. Parker had always had

4   anxiety, do you?

5       A.   I figured we could all say that.

6       Q.   Okay.  You didn't mention in your report

7   that Mr. Parker has reported that he has always had

8   anxiety, do you?

9       A.   Going back to the detail issue, I haven't

10  mentioned all of these things in the report, no.

11  I'm looking at the bigger picture, and I don't think

12  putting in this is helping anyone to work out what

13  the bigger picture is.

14          I have put in issues that you haven't

15  brought up at all, which is he had intense anxiety,

16  but a further thing that he had, which came from the

17  medical system and the way they handled things like

18  that when he raised them, was he didn't know where

19  this was going.  He knew something different was

20  happening to him, and he didn't know what the end

21  result was going to be, and was worried about what

22  the end result was going to be.

23          Now, that's the thing he mentioned

24  repeatedly to me.  And he was absolutely right.  No

25  one in the system was able to tell him what was

1    wrong with him and where it was going to end up.

2        Q.    Let's go to the next exhibit, which will

3    be Exhibit 8.

4            (Exhibit 8 was received and marked for

5    identification, as of this date.)

6    BY MR. CALFO:

7        Q.    And, Doctor, this is a June 17, 2016,

8    medical record from Scripps.

9        A.    Yes.

10       Q.    Now, are you aware that Scripps is one of

11   the best hospitals in Southern California?

12       A.    I am aware of that.

13       Q.    And part of the University of California,

14   San Diego system?

15       A.    Yes.

16       Q.    And if we look under "Physical

17   Examination," in the middle of the document -- are

18   you with me?

19       A.    Not just yet.  It's very small print, and

20   I don't have my glasses, but...

21       Q.    Yes, it is.

22       A.    But, yes, I've got you.  Sorry.

23       Q.    It says "General:  This is a very sedated

24   gentleman" --

25       A.    Yep.

1    Q.   Okay.  I just need to get this.  I'm not

2  trying to push you.  I'm just trying to get it

3  clear.  You have no data or evidence in your reports

4  establishing that montelukast increases the risk for

5  suicide or suicidality; you just don't have any

6  data?

7          MS. BECK:  Objection to form.

8    A.   People are the data in scientific studies,

9  there are no other data than people.  We have access

10 and the jury will have access to the data from these

11 three people.

12   Q.   Okay.  But other --

13   A.   And that's better scientific evidence and

14 opportunity, as it were, than articles published in

15 the New England Journal of Medicine, of the kind you

16 seem to be hinting at.

17   Q.   All right.  And I'm going to end after

18 this, but I just need it on the record.  It is

19 Dr. Healy's opinion that interviewing three

20 litigants is the best data; is that fair?

21          MS. BECK:  Objection, form.

22   A.   Yes.

23 BY MR. CALFO:

24   Q.   And that you do not cite any other data in

25 your expert reports in an effort to establish that

1      Q.   And Mr. Parker states that his life is

2   falling apart and he does not have a reason to live?

3      A.   Yes.

4      Q.   Now, once again, before he ever took the

5   asthma medicine, we know Mr. Parker acknowledged

6   that his life was falling apart and he did not have

7   a reason to live, right?

8      A.   Yes.

9      Q.   And now we have the same thing after he

10   after he's been through these events?

11      A.   Yes.

12      Q.   Will you agree with me that having lost a

13   restaurant business, being forced to move in with

14   your parents, when you don't want to live with them,

15   subsequently moving in with an uncle, who evicts

16   you, having to sleep in a car and feeling like your

17   life is falling apart are pretty stressful

18   stressors?

19      A.   Yes.  And I note all of this in my report,

20   saying that his thoughts about trying to kill

21   himself are understandable in this context, in a way

22   things weren't with that snowboard accident.

23      Q.   He did not lose his restaurant business

24   after he took his asthma medicine, did he?

25      A.   No.  That was there beforehand, yes.

1  of the blue.

2      Q.   Okay.  Did you ask him, have you -- has he
3  taken methamphetamines since 2021?

4      A.   I don't know that he took methamphetamines
5  in 2021.

6      Q.   Did you ask him if he's taken heroin since
7  2021?

8      A.   I don't know that he ever took heroin.

9      Q.   Did you ask him if he's taken Percocets
10  since 2021?

11      A.   I know that he had been taking Percocet
12  and regularly tried to stop it and regularly
13  relapsed.

14      Q.   Is he taking Percocet today?

15      A.   I don't believe he's taking Percocet
16  today.

17      Q.   Did you ask him if he has ingested or
18  snorted cocaine since 2021?

19      A.   I don't know that I did ask him that.

20      Q.   Have you asked him if -- Mr. Parker, have
21  you taken any other illicit drug since 2021?  Did
22  you ask him that?

23      A.   I'm sure I probably did.  But my point is,
24  to some extent, if I did or I didn't is irrelevant
25  in that what we're looking at is he had an extensive

1  exposure to illicit drugs before taking montelukast,

2  and they didn't lead to six hospital assessments

3  during a very short period of time.  He goes on

4  montelukast, he ends up going to the ER and trying

5  to kill himself on multiple occasions.  He stops

6  montelukast, and all of that goes away.

7      Q.   And I'm not going to bicker with you, but

8  he tried to kill himself before he ever took the

9  asthma medication.

10     A.   Well, you're telling me that.  I would

11  need to just have a look more closely at the -- when

12  Mr. Marshall raised Mr. McLaughlin's effort to try

13  and kill himself, which was a gesture probably in

14  his teenage years, that's very different to being on

15  top of a motorway bridge and thinking about throwing

16  yourself over after you've hit a friend.

17     Q.   Let's go to the next page, page 21, of

18  that exhibit that you have in front of you.

19     A.   (Witness complies.)

20     Q.   And under --

21     A.   Do you mean the last page?

22     Q.   Yes.

23     A.   Yes.

24     Q.   It says Clinical Notes?

25     A.   Yes.

1                    CERTIFICATE

2  STATE OF NEW YORK)

3                    :   ss

4        I, Angela M. Shaw-Crockett, a Certified Court

5  Reporter, Registered Merit Reporter and Notary Public within

6  and for the States of New York, New Jersey and Connecticut,

7  do hereby certify that prior to the commencement of the

8  examination, DAVID HEALY, M.D., was duly sworn by me to

9  testify to the truth, the whole truth and nothing but the

10  truth.

11        I DO FURTHER CERTIFY that the foregoing is a

12  verbatim transcript of the testimony as taken

13  stenographically by me at the time, place and on the date

14  hereinbefore set forth, to the best of my ability.  Witness

15  will read and sign.

16        I DO FURTHER CERTIFY that I am neither a relative

17  nor employee nor attorney nor counsel of any of the parties

18  to this action, and that I am neither a relative nor

19  employee of such attorney of counsel, and that I am not

20  financially interested in the action.

21

22

        ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR

23        LICENSE NO. XI00218400

        Notary Public

24        Dated:

25

# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
 2
                  CASE NO.:  3:22-cv-00522-H-BLM
 3
    SPENCER BUENO, an individual, and
 4  RICHARD PARKER, an individual,
 5       Plaintiffs,
 6  vs.
 7  MERCK & CO., INC., a New Jersey
    corporation; MERCK SHARP & DOHME
 8  CORP., a New Jersey corporation;
    ORGANON & CO., a Delaware
 9  corporation; ORGANON LLC, a
    Delaware limited liability
10  company; and DOES 1-10,
    inclusive,
11
         Defendants.
12  _____/
13
14
                VIDEO-RECORDED DEPOSITION OF
15                    CAROL PARKER
16             Wednesday, June 28, 2023
17              10:07 a.m. - 1:01 p.m.
18                    Holiday Inn
               1302 Ponce De Leon Boulevard
19             St. Augustine, Florida  32084
20
21
22
              Taken stenographically before
23        Karen F. Howard, RPR, FPR-C, CCR (GA)
24                 Job No. 338233
25
```

Exhibit C - 0073

```
 1                    APPEARANCES
 2
    FOR THE PLAINTIFFS (appearing remotely):
 3
          Zachary A. Stahl, Esq.
 4        Lynne M. Kizis, Esq.
          Wilentz Goldman & Spitzer, P.A.
 5        90 Woodbridge Center Drive, Suite 900
          Woodbridge, New Jersey  07095
 6        732-636-8000
          zstahl@wilentz.com
 7        lkizis@wilentz.com
 8
 9  FOR THE DEFENDANTS:
10        Alexander G. Calfo, Esq.
          King & Spalding, LLP
11        633 West Fifth Street, Suite 1600
          Los Angeles, California  90071
12        213-443-4355
          acalfo@kslaw.com
13
14
15  Also present:
16         Jeff Fleming, Videographer
17
18
19
20
21
22
23
24
25
```

Exhibit C - 0074

Golkow Litigation Services                          Page 2

 1   studied up.  I didn't even look -- I didn't even like

 2   Google what a deposition felt like.

 3      Q   So as I understand it -- Richard was born in what

 4   year?

 5      A   1984.

 6      Q   And he had, as I understand it -- correct me if

 7   I'm wrong -- horrible asthma.

 8      A   He had asthma since the time he was four to five

 9   years old, yes, bad asthma.

10      Q   And tell me what -- let's just start off by

11   talking about how Richard was treated for his asthma

12   when he was four or five years old.

13      A   Nebulizer with albuterol sulfate and saline

14   solution.

15      Q   Okay.  And how long -- that's when he was four or

16   five?

17      A   Correct.

18      Q   And then how long did that program, I'll call it,

19   last of nebulizer, albuterol?  How many years?

20      A   Until he would have -- oh, till currently.

21      Q   Okay.

22      A   As needed.  It's not a daily thing; it's when an

23   asthma situation occurs.

24      Q   And when he was four or five years old -- I'll

25   tell you there has been some testimony that you would

Exhibit C - 0075

Golkow Litigation Services                              Page 15

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF ST. JOHNS

4

5       I, Karen F. Howard, RPR, FPR-C, CCR (GA), Notary

6    Public, State of Florida, certify that CAROL PARKER

7    personally appeared before me on the 28th day of

8    June, 2023, produced identification in the form of a

9    California driver's license, and was duly sworn.

10

11           Dated this 5th day of July, 2023.

12

13

14

_____

15       Karen F. Howard, RPR, FPR-C, CCR (GA)

         Notary Public, State of Florida

16

17

18

19

20

21

22

23

24

25

Exhibit C - 0076

Golkow Litigation Services                        Page 103

**EXHIBIT D**

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3

4    SPENCER BUENO, an

     individual, and RICHARD        CASE NO. 3:22-CV-00522-H-BLM

5    PARKER, an individual,

6              Plaintiffs,

7       vs.

8    MERCK & CO., INC., a New

     Jersey Corporation; MERCK

9    SHARP & DOHME CORP., a New

     Jersey Corporation; ORGANON

10   & CO., a Delaware

     Corporation; ORGANON LLC, a

11   Delaware Limited Liability

     Company; and DOES 1-10,

12   inclusive,

13             Defendants.

     _____

14

15

16        VIDEO-RECORDED DEPOSITION OF RICHARD S. PARKER

17             550 West C Street, Suite 700

18                San Diego, California

19

20             Friday, July 7, 2023, 9:07 a.m.

21

22

23

24

25   Reported by:  Dawn R. Glessner, CSR No. 9078

```
 1    APPEARANCES:

 2

      For Plaintiffs:

 3

          ZACHARY A. STAHL, Attorney at Law

 4        LYNNE M. KIZIS, Attorney at Law

          Wilentz, Goldman & Spitzer, P.A.

 5        90 Woodbridge Center Drive, Suite 900, Box 10

          Woodbridge, New Jersey 07095-0958

 6        Office 732-855-6419

          Email zstahl@wilentz.com

 7            lkizis@wilentz.com

 8

      For Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp.,

 9    Organon & Co. And Organon LLC:

10        ALEXANDER G. CALFO, Attorney at Law

          BRITTANY L. LITZINGER, Attorney at Law

11        King & Spalding, LLP

          633 West 5th Street, Suite 1600

12        Los Angeles, California 90071

          Office 213-433-4355

13        Email acalfo@kslaw.com

              blitzinger@kslaw.com

14

15

      Also Present:  Jim Lopez, Videographer

16

17

18

19

20

21

22

23

24

25
```

```
 1          Q.   The best you can do is the south side?

 2          A.   Yes.

 3          Q.   The hospitalization for your asthma as a kid, where

 4    did that happen?

 5          A.   I'm going to say somewhere in San Diego.

 6          Q.   You just don't know?

 7          A.   No.

 8          Q.   How old were you?

 9          A.   My asthma started for me when I was four or five

10    years old, I believe.

11          Q.   Okay.

12          A.   You'd have to ask my parents.  I don't -- you know,

13    four or five.  I don't remember when I first suffered.

14          Q.   What other emergency rooms can you share with us?

15          A.   There have been ER visits for, you know, little --

16    for asthma attacks and for some of the sports things along

17    the way.

18          Q.   Can you share with us what emergency rooms you went

19    to, the type of, urgent care or --

20          A.   I've been in the Alvarado emergency room, I've been

21    in the Grossmont emergency room, I've been in the UCSD

22    emergency room.  I've been in the -- I want to say Mercy

23    emergency room up here in Hillcrest.  I've had a good tour.

24          Q.   Okay.  Anywhere else come to mind?

25          A.   Emergency rooms in Australia and New Zealand,
```

 1    UNITED STATES DISTRICT COURT            )

                                             )

 2    FOR THE SOUTHERN DISTRICT OF CALIFORNIA )

 3

 4           I, Dawn R. Glessner, CSR No. 9078, Certified

 5    Shorthand Reporter, certify:

 6           That the foregoing proceedings were taken before me

 7    at the time and place therein set forth, at which time the

 8    witness was put under oath by me;

 9           That the testimony of the witness, the questions

10    propounded, and all objections and statements made that the

11    time of the examination were recorded stenographically by me

12    and were thereafter transcribed;

13           That a review of the transcript by the deponent was

14    requested;

15           That the foregoing is a true and correct transcript

16    of my shorthand notes so taken.

17           I further certify that I am not a relative or

18    employee of any attorney of the parties, nor financially

19    interested in the action.

20           I declare under penalty of perjury under the laws

21    of California that the forgoing is true and correct.

22

23                      DATE:  July 31, 2023

24

       _____

25                      DAWN R. GLESSNER, CSR 9078

# EXHIBIT E


NAME: PARKER, RICHARD
MRN: 7801005122 (SN)
Acct #: 42001225368 (SN)
Pt Loc: SNM ED

DOB: ▓▓▓▓ Age: 31 years Sex:M
Admit Date: 1/2/2016
Disch Date: 1/2/2016
Physician: Hodgson,Danner MD

---

### *Emergency Documentation - MD*

---

DOCUMENT NAME: **ED Physician Notes**
RECEIVED DATE/TIME: **1/2/2016 14:01 PST**
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: **Hodgson,Danner MD (1/2/2016 14:17 PST)**
SIGN INFORMATION: Hodgson,Danner MD (1/2/2016 23:35 PST)

**Dyspnea**

Patient: PARKER, RICHARD     MRN: 7801005122 (SN)     FIN: 42001225368 (SN)
Age: 31 years   Sex: M   DOB: ▓▓▓▓
Associated Diagnoses: None
Author: Hodgson, Danner MD

**Basic Information**
   Time seen: Provider Initial Contact Time
   01/02/2016 13:55.
   Additional Information: Chief Complaint (ST)
   Chief Complaint ED: Asthma     01/02/16 13:49,
   ED Triage Assessment: Seen by PMD today, placed on 60mg prednisone and told to go to ER if symptoms are not
   relieved. Symptoms have been ongoing for three weeks.     01/02/16 13:49
   .

**History of Present Illness**
   The patient presents with notes " I am tough, water guy, surfer, diver, big lungs, things are getting really bad if I am here."

   from san diego
   here recently no pcp, sendt over from miners where they had written for pred pt had had pred taper is **exceedingly anxious**,
   requesting eval again for his shortness of breath, has nebulizer at home. The onset was . weeks ago. The course/duration of
   symptoms is constant. Degree at onset moderate. Degree at present moderate. The Exacerbating factors is exertion. Risk
   factors consist of asthma.

**Review of Systems**
       Constitutional symptoms: No fever, no chills.
       Skin symptoms: No jaundice, no rash.
       Eye symptoms: No recent vision problems, no pain.
       ENMT symptoms: No ear pain, no sore throat.
       Respiratory symptoms: Shortness of breath, cough, wheezing, No hemoptysis,
       Cardiovascular symptoms: No chest pain, no syncope.
       Gastrointestinal symptoms: No abdominal pain, no vomiting.
       Genitourinary symptoms: No dysuria, no hematuria.
       Musculoskeletal symptoms: No back pain, no joint pain.

| Legend: | C=Corrected | *=Comment | | H=High | | L=Low | | |
|---|---|---|---|---|---|---|---|---|
| Lab Legend: | C= Critical | @=Corrected | *=Abnormal | H= High | L=Low | i=Interpretive Data | f=Footnotes |

Laboratory Medical Director: Rebecca J Sonu, MD
Date/Time Printed: 3/24/2023 11:29 PDT

Report Request ID: 544517787
Page 1 of 74



**Sierra Nevada Memorial Hospital**
155 Glasson Way
Grass Valley, CA 95945-
Facility Phone #:     (530) 274-6000

NAME: PARKER, RICHARD
MRN:  7801005122 (SN)
Acct #: 42001225368 (SN)
Pt Loc: SNM ED

DOB: ████████   Age: 31 years   Sex:M
Admit Date: 1/2/2016
Disch Date: 1/2/2016
Physician:   Hodgson,Danner MD

---

### *Emergency Documentation - MD*

**Neurologic symptoms:** No headache, no altered level of consciousness.

**Health Status**
  **Allergies:**
    Allergic Reactions (Selected)
      Severe
        Penicillins- Hives..

**Past Medical/ Family/ Social History**

  **Medical history**
    Reviewed as documented in chart.
    Respiratory: asthma.
  **Surgical history:**
    No active procedure history items have been selected or recorded..
  **Family history:**
    No family history items have been selected or recorded..
  **Social history:** Reviewed as documented in chart.
  **Problem list:**
    All Problems
      Asthma / 301485011 / Confirmed.

**Physical Examination**

  **Vital Signs**
  Vital-Signs
      01/02/16 13:49 PST          Oxygen Amount              Room air
                                  SPO2                       95 %
                                  Heart Rate                 87 bpm
                                  NIBP Diastolic             85 mm Hg
                                  NIBP Systolic              128 mm Hg
                                  Resp Rate (Monitor)        18 Breaths/Min
                                  Temperature PO             36.7 deg C
                                  Pain Intensity             0
                                  Pain Scale Used            Numeric Rating Scale
  .
  Measurements
      01/02/16 13:49 PST          Drug Calc Weight (kg)      100 kg
                                  BMI                        30.75
                                  Height                     180.34 cm
  .
  SPO2
      01/02/16 13:49 PST    SPO2        95 %  .
  vital signs reviewed.

Date/Time Printed:   3/24/2023 11:29 PDT



NAME: PARKER, RICHARD
MRN: 7801005122 (SN)
Acct #: 42001225368 (SN)
Pt Loc: SNM ED

DOB:  ▮▮▮▮  Age: 31 years    Sex:M
Admit Date: 1/2/2016
Disch Date: 1/2/2016
Physician:   Hodgson,Danner MD

---

## *Emergency Documentation - MD*

**General:** Alert.
**Skin:** Warm, dry.
**Head:** Normocephalic, atraumatic.
**Neck:** Trachea midline, No thyromegaly,
**Eye:** Extraocular movements are intact, vision unchanged.
**Ears, nose, mouth and throat:** Oral mucosa moist, Nose: Normal.
**Cardiovascular:** Regular rate and rhythm, No murmur.
**Respiratory:** Respirations: Respiratory distress mild, prolonged, Breath sounds: Rhonchi present, wheezes present
(moderate, expiratory wheezes).
**Chest wall:** No tenderness, No deformity.
**Back:** Normal range of motion, Normal alignment.
**Musculoskeletal:** Normal ROM, no deformity.
**Gastrointestinal:** Non distended, Trauma: Negative.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.

**Medical Decision Making**

**Differential Diagnosis:** Pneumonia, bronchitis, congestive heart failure, pulmonary embolism, chronic obstructive
pulmonary disease, asthma, pulmonary edema, pleural effusion, acute myocardial infarction, upper respiratory
infection, influenza, sinusitis, allergies, anxiety.
**Rationale:** only seems to be even slightly with increased work of breathing when i am in room, i spanicky, has increased
psychomotor aggitaiton
has classic asthma exam
nothing here to suggest pe or pna or sepsis
after neb and steroid, pt predictably feels "zero improvment"
we discuss pathology of disease, pt notes "feels very panicky and I recognisze this, ust need something to relax"
he drove but will have friend pick up
I wrote for valium
pt very anxious to have more
he has steroids and z pack at home from this last dr
he has return ppx and we discussed full ddx and return precautions.
**Orders**  Launch Orders
Patient Care:
    Saline Lock (Order Processing): 01/02/16 14:17 PST, once
    Pulse Oximetry (Continuous) (Order Processing): 01/02/16 14:17 PST
Pharmacy:
    Solu-MEDROL (Order Processing): 125 mg, IV Push, x1
    Atrovent (0.02%) NEB (Order Processing): 0.5 mg, NEB - inhalation, x1
    albuterol 0.5% NEB (Order Processing): 10 mg, NEB - inhalation, x1
Radiology:
    CXR 2 Views (Order Processing): 01/02/16 14:16 PST, Stat, Reason For Exam: sob, once, No
Respiratory:
    RT Evaluate and Treat Protocol (Order Processing): 01/02/16 14:17 PST.
**Radiology results:** Radiologist's interpretation
 **Name:** PARKER, RICHARD
**Account:** 42001225368

Date/Time Printed:    3/24/2023 11:29 PDT

Exhibit E - 0083

ParkerR-SierraNVMemHosp-      00127



**Sierra Nevada Memorial Hospital**
155 Glasson Way
Grass Valley, CA 95945-
Facility Phone #:     (530) 274-6000

NAME: PARKER, RICHARD                                    DOB: ▮▮▮▮▮     Age: 31 years     Sex:M
MRN:  7801005122 (SN)                                    Admit Date: 1/2/2016
Acct #: 42001225368 (SN)                                 Disch Date:  1/2/2016
Pt Loc: SNM ED                                           Physician:    Hodgson,Danner MD

---

### *Emergency Documentation - MD*

---

MRN: 7801005122
DOB: ▮▮▮▮▮▮

==========================

Result Date: 01/02/16 14:37
Verified By: Hallenbeck, Michael G MD at 01/02/16 14:45

Report : XR Chest 2 Views
Impression: No radiographic evidence of acute cardiopulmonary disease. 01/02/16 14:44
++++++++++++++++++++++++++++++++++++++++++++++++++++++

.

Impression and Plan
  Dyspnea (ICD10-CM R06.00, Discharge, Medical)
  Plan
    Disposition: Discharged: Time  01/02/16 15:42:00, to home.
    Prescriptions: Launch RX Writer
    Pharmacy:
        Valium 5 mg oral tablet (Prescribe): 1 Tab, PO, QID, 12 Tab, PRN:  for anxiety.
    Patient was given the following educational materials: Shortness of Breath.
    Follow up with: Return for worsening. no med changes. no procedures.  Within 1 to 2 days.
    Orders: Launch Orders
    Admit/Transfer/Discharge:
        Discharge (Order Processing): 01/02/16 15:43 PST, Now, Home or self care.

*Electronically Signed By:*
*Hodgson, Danner MD*
*On 01/02/16 23:35*
*Co Signature By:*
*Modify Signature By:*
*Hodgson, Danner MD*
*On 01/02/16 15:43*

**EXHIBIT F**

**Patient:** Parker, Richard
**Account Number:** 114186
**DOB:** ███████ **Age:** 31 Y **Sex:** Male
**Phone:** 619-633-8700
**Address:** 11734 Slate Creek Rd, GRASS VALLEY, CA-95945
**Pcp:** Flene Folsom

**Provider: Glenn Thiel, DO**
**Date: 01/05/2016**

## Subjective:

**Chief Complaints:**
1. Asthma.

**HPI:**
New symptom(s):
    12/29 saw PA and using rescue a lot; took some own prednesone; then got a course here; then back with more prednesone; pharmacy was lat thus to the ED and go IV steroid; constant nebulizer tx; and then sent home to stay on nebulizer; used neb but ran out but did not the rx; so short on soln; has maybe one significant episode like this each year; stays fit.

**ROS:**
Respiratory:
    Patient complaining of shortness of breath at rest, shortness of breath with exertion, wheezing.

**Medications:** Taking Ventolin HFA 90 MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs, Taking ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4-6 hrs, Taking Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Taking Albuterol Sulfate 1.25 MG/3ML Nebulization Solution 3 ml as needed every 8 hrs, Taking Zyrtec-D Allergy & Congestion 5-120 MG Tablet Extended Release 12 Hour 1 tablet Twice a day, Taking PredniSONE 20 MG Tablet 3 po per day for 3 Once a day, Taking Zithromax Z-Pak 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Once a day, Taking Albuterol Sulfate (5 MG/ML) 0.5% Nebulization Solution 0.5 ml Three times a day, Taking Valium 5 MG Tablet , Not-Taking/PRN Qvar 40 MCG/ACT Aerosol Solution 1 puff Twice a day, Not-Taking/PRN Nasonex 50 MCG/ACT Suspension 2 sprays in each nostril Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Penicillin G Sodium.

## Objective:

**Vitals:** Ht 71, Wt 219, BMI 30.54, Temp 98.8 F, HR 111 /min, Oxygen sat % 94 %, BP 138/88 mm Hg, Ht-cm 180.34, Wt-kg 99.34.

**Examination:**
General Examination:
    GENERAL APPEARANCE: normal. LUNGS: diminished breath sounds on the LEFT, diminished breath sounds on the RIGHT; working to breathe.

## Assessment:

**Assessment:**
1. Asthma - J45.909 (Primary)

## Plan:

**1. Asthma**
Refill Albuterol Sulfate Nebulization Solution, 1.25 MG/3ML, 3 ml as needed, Inhalation, every 4 hours, 30 days, 4 Boxes, Refills 2 ; Refill PredniSONE Tablet, 20 MG, 3 po per day for 3, Orally, Once a day, 05 days, 15, Refills 3 ; Start Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 30 day(s), 30, Refills 6 .
Referral To:Pulmonary Diseases
        Reason:poorly controlled asthma

**Follow Up:** prn

**Provider:** Glenn Thiel, DO
**Patient:** Parker, Richard **DOB:** ███████ **Date:** 01/05/2016

ParkerR-WstrnSierraMedClin-    00022



**Electronically signed by Glenn Thiel, DO on 01/05/2016 at 11:44 AM PST**
Sign off status: Completed

ParkerR-WstrnSierraMedClin-        00023

# EXHIBIT G

**Western Sierra Pharmacy**
844 Old Tunnel Rd
Grass Valley, CA 95945-8524
(530) 273-0182 Fax: (530) 273-0698

**PATIENT PRESCRIPTION SUMMARY**
**Period 01/01/15 to 07/13/23**
Thu Jul 13, 2023

Page 1
PID: 5656903
NPI: 1063894756

PATIENT SUMMARY

**PARKER, RICHARD**
11734 SLATE CREEK RD
GRASS VALLEY, CA 95945
(619) 633-8700

Birthdate: ▓▓▓▓

| Date | Drug | Rx Nbr | Rf | Qty | Doctor | | Price Summary | Total |
|------|------|--------|----|----|--------|---|---------------|-------|
| 01/05/16 ManERx | MONTELUKAST SOD 10 MG TAB NDC 00054-0259-13 Type S RPh cin | 1239 | 0 | 30 DS | THIEL, GLENN 30 DEA BT5337375 | DAW | Patient Paid 216.69 | $216.69 |
| 01/05/16 ManERx | predniSONE 20 MG TABS NDC 00054-0018-29 Type S RPh cin | 1240 | 0 | 15 DS | THIEL, GLENN 5 DEA BT5337375 | DAW | Patient Paid 34.23 | $34.23 |
| 01/05/16 ManERx | ALBUTEROL SUL 2.5 MG/3 ML S NDC 00487-9501-25 Type S RPh cin | 1243 | 0 | 75 DS | THIEL, GLENN 5 DEA BT5337375 | DAW | Patient Paid 52.00 | $52.00 |
| 01/05/16 TRANSFER | PROAIR HFA 90 MCG INHALER NDC 59310-0579-22 Type R RPh cin | 1265 | 0 | 8 DS | FOLSOM, FLENE (340B) 30 DEA MB1835581 | DAW | Patient Paid 108.63 | $108.63 |
| 01/15/16 ManERx | predniSONE 20 MG TABS NDC 00054-0018-29 Type S RPh mgi | 1240 | 1 | 15 DS | THIEL, GLENN 5 DEA BT5337375 | DAW | Patient Paid 34.23 | $34.23 |
| 01/15/16 ManERx | ALBUTEROL SUL 2.5 MG/3 ML S NDC 00487-9501-25 Type S RPh ann | 1243 | 1 | 75 DS | THIEL, GLENN 5 DEA BT5337375 | DAW | Patient Paid 52.00 | $52.00 |
| 01/22/16 ManERx | ALBUTEROL SUL 2.5 MG/3 ML S NDC 00487-9501-25 Type S RPh ann | 1243 | 2 | 75 DS | THIEL, GLENN 5 DEA BT5337375 | DAW | Patient Paid 52.00 | $52.00 |
| 01/22/16 TRANSFER | NASONEX 50 MCG NASAL SPRAY NDC 00085-1288-01 Type R RPh cin | 2415 | 0 | 17 DS | FOLSOM, FLENE (340B) 30 DEA MB1835581 | DAW | Patient Paid 361.89 | $361.89 |
| 01/22/16 TRANSFER | ADVAIR 250-50 DISKUS NDC 00173-0696-04 Type R RPh cin | 2416 | 0 | 60 DS | FOLSOM, FLENE (340B) 30 DEA MB1835581 | DAW | Patient Paid 888.36 | $888.36 |
| 01/26/16 ManERx | SULFAMETHOXAZOLE-TMP DS TAB NDC 65862-0420-05 Type S RPh ann | 2526 | 0 | 20 DS | THIEL, GLENN 10 DEA BT5337375 | DAW | Patient Paid 50.00 | $50.00 |
| 01/26/16 ManERx | SERTRALINE HCL 50 MG TABLET NDC 59762-4900-01 Type S RPh cin | 2527 | 0 | 30 DS | THIEL, GLENN 30 DEA BT5337375 | DAW | Patient Paid 119.51 | $119.51 |
| 01/27/16 ManERx | predniSONE 20 MG TABS NDC 00054-0018-29 Type S RPh mgi | 1240 | 2 | 15 DS | THIEL, GLENN 5 DEA BT5337375 | DAW | Patient Paid 34.23 | $34.23 |
| 01/27/16 ManERx | SYMBICORT 160-4.5 MCG INH NDC 00186-0370-20 Type R RPh anh | 2528 | 0 | 10 DS | THIEL, GLENN 15 DEA BT5337375 | DAW | Patient Paid 406.85 | $406.85 |
| 02/05/16 ManERx | MONTELUKAST SOD 10 MG TAB NDC 00054-0259-13 Type S RPh mgi | 1239 | 1 | 30 DS | THIEL, GLENN 30 DEA BT5337375 | DAW | Patient Paid 216.69 | $216.69 |

Western Sierra Pharmacy
844 Old Tunnel Rd
Grass Valley, CA 95945-8524
(530) 273-0182 Fax: (530) 273-0698

PATIENT PRESCRIPTION SUMMARY
Period 01/01/15 to 07/13/23
Thu Jul 13, 2023

Page    2
PID: 5656903
NPI: 1063894756

PATIENT SUMMARY

## PARKER, RICHARD (Continued)

| Date | Drug | Rx Nbr | Rf | Qty | Doctor | | Price Summary | Total |
|------|------|--------|-----|-----|--------|-----|---------------|-------|
| 02/05/16 | predniSONE 20 MG TABS | 1240 | 3 | 15 | THIEL, GLENN | | Patient Paid   34.23 | $34.23 |
| ManERx | NDC 00054-0018-29 Type S RPh mgi | | | | DS   5 DEA  BT5337375 | DAW | | |
| 02/05/16 | PROAIR HFA 90 MCG INHALER | 3206 | 0 | 8 | RAMIREZ (340B), GABRIEL | | Patient Paid  108.63 | $108.63 |
| FAX | NDC 59310-0579-22 Type R RPh mgi | | | | DS  30 DEA  MR2088385 | DAW | | |
| 02/05/16 | FLUTICASONE PROP 50 MCG SPR | 3207 | 0 | 16 | RAMIREZ (340B), GABRIEL | | Patient Paid  112.80 | $112.80 |
| FAX | NDC 00054-3270-99 Type S RPh mgi | | | | DS  30 DEA  MR2088385 | DAW | | |
| 02/24/16 | SYMBICORT 160-4.5 MCG INH | 2528 | 1 | 10 | THIEL, GLENN | | Patient Paid  453.44 | $453.44 |
| ManERx | NDC 00186-0370-20 Type R RPh mgi | | | | DS  15 DEA  BT5337375 | DAW | | |
| 02/24/16 | PROAIR HFA 90 MCG INHALER | 4235 | 0 | 8 | RAMIREZ (340B), GABRIEL | | Patient Paid  108.63 | $108.63 |
| FAX | NDC 59310-0579-22 Type R RPh cin | | | | DS  17 DEA  MR2088385 | DAW | | |
| 03/01/16 | FLUTICASONE PROP 50 MCG SPR | 4414 | 0 | 16 | RAMIREZ (340B), GABRIEL | | Patient Paid  112.80 | $112.80 |
| FAX | NDC 00054-3270-99 Type S RPh cin | | | | DS  30 DEA  MR2088385 | DAW | | |
| 03/11/16 | MONTELUKAST SOD 10 MG TAB | 1239 | 2 | 30 | THIEL, GLENN | | | |
| ManERx | NDC 00054-0259-13 Type S RPh nla | | | | DS  30 DEA  BT5337375 | DAW | | |
| 03/11/16 | PROAIR HFA 90 MCG INHALER | 4327 | 0 | 8 | RAMIREZ (340B), GABRIEL | | | |
| FAX | NDC 59310-0579-22 Type R RPh nla | | | | DS  17 DEA  MR2088385 | DAW | | |

Total New/Refill's 22   Total Non-AR Plan(s) Paid      $0.00   Total AR & Patient Paid  $3,557.84

RPh Signature:

David Kattendricks Pharm D

**EXHIBIT H**

**RICHARD PARKER**
11734 SLATE CREEK RD.
GRASS VALLEY, CA   95945
Ph: 619-633-8700
BORN: ■■ ■■ ■■        From   01 Jan 98   To   18 Jul 23

**DOKIMOS' EAST MAIN PHARMACY**
640 EAST MAIN STREET
GRASS VALLEY, CA   95945
Ph: 530-274-0100 Fax: 530-274-7500

| Rx # | Drug Name/NDC Code | Doctor | Date | Qty | Refs-Rem | Patient Pay | Patient Total |
|------|--------------------|--------|------|-----|----------|-------------|---------------|
| 426600 | CYCLOBENZAPR HCL 10MG TABS  00603307932 | RAMIREZ,GABRIEL | 31 May 16 | 90 | 0   0 | | |
| | TAKE 1 TABLET ORALLY 3 TIMES DAILY | | | | | | |
| 426596 | ZONISAMIDE 100MG CAP  31722022801 | LASICH,CHRISTINA | 31 May 16 | 53 | 1   1 | | |
| | TAKE 1 CAPSULE ORALLY DAILY FOR 7 DAYS THEN 1 CAPSULE TWICE A DAY FOR 7 DAYS THEN 1 CAPSULE 3 TIMES DAILY | | | | | | |
| 424962 | OXYCODONE/APAP 5-325MG TAB  52  52746020301 | RAMIREZ,GABRIEL | 20 May 16 | 60 | 0   0 | | |
| | TAKE 1 TABLET ORALLY TWICE A DAY AS NEEDED | | | | | | |
| 423606 T | SYMBICORT 160-4.5 AER  00186037020 | PARIKH,NEIL | 12 May 16 | 10 | 2   2 | | |
| | INHALE 2 PUFFS ORALLY TWICE A DAY | | | | | | |
| 423605 T | MONTELUKAST SOD 10MG TAB  00054025913 | PARIKH,NEIL | 12 May 16 | 30 | 2   2 | | |
| | TAKE 1 TABLET ORALLY EVERY DAY | | | | | | |
| 423604 | OMNARIS 50MCG/ACT SUS  63402070101 | PARIKH,NEIL | 12 May 16 | 12 | 2   2 | | |
| | USE 2 SPRAYS IN EACH NOSTRIL EVERY DAY | | | | | | |
| 423603 T | VENTOLIN HFA AER  00173068220 | PARIKH,NEIL | 12 May 16 | 18 | 2   2 | | |
| | INHALE 2 TO 4 PUFFS ORALLY EVERY 2-4 HOURS AS NEEDED MAX 12 PUFFS IN 24 HOURS | | | | | | |
| 408797 | THEOPHYLLINE ER 300MG CR TAB  23155006201 | THIEL,GLENN | 15 Jan 16 | 30 | 1   1 | | |
| | TAKE 1 TABLET ORALLY EVERY DAY AS DIRECTED | | | | | | |

Page 1                                              Total ->      7/18/23