```
ALEXANDER G. CALFO, SBN 152891
acalfo@kslaw.com
SUSAN V. VARGAS, SBN 177972
svargas@kslaw.com
```
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>        Defendants. | Case No. 3:24-cv-00916-CAB-MSB<br><br>**DEFENDANTS MERCK & CO., INC., MERCK SHARP & DOHME CORP., ORGANON & CO., AND ORGANON LLC'S NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF DIMA MAZEN QATO, MPH, PH.D.**<br><br>**Hearing:**   July 1, 2024<br>**Time:**    10:30 a.m.<br>**Courtroom:**  12A<br><br>Action Filed:  May 23, 2024<br>Trial Date:   None Set |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, when this case is reassigned to the Honorable Marilyn L. Huff, on July 1, 2024 at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 12A of the above-entitled court, located at 333 West Broadway, San Diego, CA 92101, defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon, LLC (collectively, "Defendants"), will and do hereby move this Court to exclude the opinion testimony of Dima Mazen Qato, MPH, Ph.D., whom Plaintiff identified as a general causation and warnings expert, pursuant to Federal Rules of Evidence 401, 403, and 702.

This motion is based on the Defendants' Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Susan V. Vargas, exhibits, and the pleadings and papers filed therein.

DATED: May 30, 2024

KING & SPALDING LLP

*/s/ Susan V. Vargas*
Alexander G. Calfo
Susan V. Vargas
Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ORGANON & CO.; and ORGANON LLC