ALEXANDER G. CALFO, SBN 152891
acalfo@kslaw.com
SUSAN V. VARGAS, SBN 177972
svargas@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00916-CAB-MSB<br><br>**DECLARATION OF SUSAN V. VARGAS IN SUPPORT OF DEFENDANTS MERCK & CO., INC., MERCK SHARP & DOHME CORP., ORGANON & CO., AND ORGANON LLC'S MOTION TO EXCLUDE THE OPINIONS OF DIMA MAZEN QATO, MPH, PH.D.**<br><br>Hearing:      July 1, 2024<br>Time:          10:30 a.m.<br>Courtroom:  12A<br><br>Action Filed:  May 23, 2024<br>Trial Date:     None Set |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Case No. 3:24-cv-00916-CAB-MSB
DECLARATION OF SUSAN V. VARGAS IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE OPINIONS OF DIMA MAZEN QATO, MPH, PH.D.

I, Susan V. Vargas, hereby declare and state as follows:

1. I am an attorney licensed to practice law in California, including in the United States District Court for the Southern District of California, and am an attorney at King & Spalding LLP, counsel of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme LLC, Organon & Co., and Organon LLC (collectively, "Defendants"). I have personal knowledge of the cases stated below and, if called upon, could and would testify competently thereto.

2. This declaration is submitted in support of Defendants' Motion to Exclude the Opinions of Dima Mazen Qato, PharmD, MPH, Ph.D. ("Dr. Qato").

3. The claims of Plaintiff Richard Parker ("Plaintiff") were originally filed in a complaint that was removed on April 15, 2022 from San Diego County Superior Court to the United States District Court for the Southern District of California captioned *Bueno et al. v. Merck & Co., Inc., et al.* (S.D. Cal. Case No. 3:22-cv-00522-H-BLM) ("*Bueno*"), Doc. No. 1-2.

4. On May 20, 2024, the Court entered an Order granting the parties' joint motion to sever the claims of Plaintiff Richard Parker in the *Bueno* case, dismissing Plaintiff's claims without prejudice to refiling ("Severance Order"). (*Bueno*, Dkt. No. 84.) The Court's Severance Order also provided, *inter alia*, that should Plaintiff file a new complaint, "all documents obtained by either side or served by either side prior to the severance, including but not limited to Rule 26 initial disclosures, discovery responses, document productions, expert designations, and expert disclosures/reports, in [the *Bueno* case] may be used in [Plaintiff]'s severed case, without waiver of the parties' rights to object to their use in either case." (*Id.* at 5.) On May 23, 2024, Plaintiff filed his new complaint in the United States District Court for the Southern District of California. (Dkt. No. 1.)

5. Attached hereto as **Exhibit 1** is a true and correct of the curriculum vitae of Dr. Qato dated February 2024, which Plaintiff served on Defendants in the *Bueno* case on February 23, 2024, prior to the severance of Plaintiff's claims.

6. Attached hereto as **Exhibit 2** is a true and correct copy of Dr. Qato's report, which Plaintiff served on Defendants in this case on January 5, 2024.

7. Dr. Qato was deposed over two days in the *Bueno* case, prior to the severance of Plaintiff's claims, as well as a now-dismissed case in the United States District Court for the District of Massachusetts captioned *McLaughlin v. Merck & Co., Inc., et al.* (D. Mass. Case No. 4:22-cv-40041-MRG) ("*McLaughlin*"). Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Volume I of the reporter's transcript of the deposition of Dr. Qato, which was taken in the *Bueno* and *McLaughlin* cases on February 26, 2024. For the Court's convenience, the portions of the transcript cited in Defendants' Motion to Exclude the Opinions of Dr. Qato have been highlighted.

8. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Volume II of the reporter's transcript of the deposition of Dr. Qato, which was taken in the *Bueno* and *McLaughlin* cases on February 27, 2024. For the Court's convenience, the portions of the transcript cited in Defendants' Motion to Exclude the Opinions of Dr. Qato have been highlighted.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the August 24, 1998 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00307131 to MRK-SNG-00307133.

10. Attached hereto as **Exhibit 6** is a true and correct copy of the August 27, 1999 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00306904 to MRK-SNG-00306907.

11. Attached hereto as **Exhibit 7** is a true and correct copy of the May 3, 2000 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00306785 to MRK-SNG-00306787.

12. Attached hereto as **Exhibit 8** is a true and correct copy of the November 8, 2000 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00306676 to MRK-SNG-00306678.

13. Attached hereto as **Exhibit 9** is a true and correct copy of the March 21, 2001 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00235705 to MRK-SNG-00235708.

14. Attached hereto as **Exhibit 10** is a true and correct copy of the September 12, 2001 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00306554 to MRK-SNG-00306557.

15. Attached hereto as **Exhibit 11** is a true and correct copy of the October 14, 2001 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00288820 to MRK-SNG-00288822.

16. Attached hereto as **Exhibit 12** is a true and correct copy of the April 2, 2003 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00288692 to MRK-SNG-00288695.

17. Attached hereto as **Exhibit 13** is a true and correct copy of the June 18, 2003 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00288541 to MRK-SNG-00288544.

18. Attached hereto as **Exhibit 14** is a true and correct copy of the March 1, 2007 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00333853 to MRK-SNG-00333854.

19. Attached hereto as **Exhibit 15** is a true and correct copy of the April 10, 2007 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00334233 to MRK-SNG-00334153.

20. Attached hereto as **Exhibit 16** is a true and correct copy of the October 2, 2007 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates label MRK-SNG-00334990 to MRK-SNG-00334911.

21. Attached hereto as **Exhibit 17** is a true and correct copy of the February 25, 2008 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00335527 to MRK-SNG-00335432.

22. Attached hereto as **Exhibit 18** is a true and correct copy of the July 31, 2008 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00336597 to MRK-SNG-00336598.

23. Attached hereto as **Exhibit 19** is a true and correct copy of the April 14, 2010 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00340496 to MRK-SNG-00340497.

24. Attached hereto as **Exhibit 20** is a true and correct copy of the September 28, 2011 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00342996 to MRK-SNG-00342997.

25. Attached hereto as **Exhibit 21** is a true and correct copy of the July 25, 2012 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00344643 to MRK-SNG-00344644.

26. Attached hereto as **Exhibit 22** is a true and correct copy of the November 7, 2012 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00345540 to MRK-SNG-00345541.

27. Attached hereto as **Exhibit 23** is a true and correct copy of the March 18, 2013 CBE Submission Letter that was produced in the *Bueno* case, prior to the severance of Plaintiff's claims, with Bates labels MRK-SNG-00346271 to MRK-SNG-00346272.

28. Attached hereto as **Exhibit 24** is a true and correct copy of the June 30, 2016 CBE Submission Letter that was produced in this action with Bates labels MRK-SNG-00349852 to MRK-SNG-00349853.

29. Attached hereto as **Exhibit 25** is a true and correct copy of the September 17, 2018 CBE Submission Letter that was produced in this action with Bates labels MRK-SNG-00351595 to MRK-SNG-00351596.

30. Attached hereto as **Exhibit 26** is a true and correct copy of the February 13, 2018 CBE Submission Letter that was produced in this action with Bates labels MRK-SNG-00352227 to MRK-SNG-00352228.

31. Attached hereto as **Exhibit 27** is a true and correct copy of the June 7, 2011 letter from the U.S. Department of Health and Human Services, Food and Drug Administration regarding its decision pertaining to a citizen petition from Jenna Markle, Director of the Parents United for Pharmaceutical Safety and Accountability.

32. Attached hereto as **Exhibit 28** is a true and correct copy of the Singulair labeling dated December 2018.

33. Attached hereto as **Exhibit 29** is a true and correct copy of: (1) a medical record dated January 5, 2016 by Dr. Glenn Thiel of Western Sierra Medical Clinic regarding Plaintiff, with the Bates labels ParkerR-WstrnSierraMedClin-00022 to ParkerR-WstrnSierraMedClin-00023; and (2) a patient prescription record by Western Sierra Pharmacy regarding Plaintiff for the period of January 1, 2015 to July 13, 2023, with the Bates labels ParkerR-WstrnSierraPharm-00007 and ParkerR-WstrnSierraPharm-00008.  Both records were produced in the *Bueno* case, prior to the severance of Plaintiff's claims.  Although the January 5, 2016 medical record states Plaintiff's treatment plan was to "Start Singulair Tablet, 10 MG," the patient prescription record confirms that a montelukast prescription was filled, not the branded Singulair.

34. Attached hereto as **Exhibit 30** is a true and correct copy of the December 29, 2008 letter from Margaret E. McCann, D.V.M., Ph.D. to Badrul Chowdhury, M.D., Ph.D. that was produced in this action with Bates labels MRK-SNG-00337832 to MRK-SNG-00337822.

35. Attached hereto as **Exhibit 31** is a true and correct copy of *Reference Guide on Epidemiology* from the Reference Manual on Scientific Evidence: Third Edition (2011).

36. Attached hereto as **Exhibit 32** is a true and correct copy of Philip, et al., *Analysis of behavior-related adverse experiences in clinical trials of montelukast*, 124 J. Allergy Clin. Immunol. 699 (2009).

37. Attached hereto as **Exhibit 33** is a true and correct copy of Philip, et al., *Reports of suicidality in clinical trials of montelukast.* 124 J. Allergy Clin. Immunol. 691 (2009).

38. Attached hereto as **Exhibit 34** is a true and correct copy of the Singulair labeling dated November 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of May, 2024, in Los Angeles, California.

*/s/ Susan V. Vargas*
SUSAN V. VARGAS

## TABLE OF CONTENTS OF EXHIBITS

| | Page |
|---|---:|
| EXHIBIT 1 | 9 |
| EXHIBIT 2 | 35 |
| EXHIBIT 3 | 62 |
| EXHIBIT 4 | 123 |
| EXHIBIT 5 | 152 |
| EXHIBIT 6 | 156 |
| EXHIBIT 7 | 161 |
| EXHIBIT 8 | 165 |
| EXHIBIT 9 | 169 |
| EXHIBIT 10 | 174 |
| EXHIBIT 11 | 179 |
| EXHIBIT 12 | 183 |
| EXHIBIT 13 | 188 |
| EXHIBIT 14 | 193 |
| EXHIBIT 15 | 196 |
| EXHIBIT 16 | 232 |
| EXHIBIT 17 | 269 |
| EXHIBIT 18 | 303 |
| EXHIBIT 19 | 306 |
| EXHIBIT 20 | 308 |
| EXHIBIT 21 | 311 |
| EXHIBIT 22 | 314 |
| EXHIBIT 23 | 317 |
| EXHIBIT 24 | 320 |
| EXHIBIT 25 | 323 |
| EXHIBIT 26 | 326 |

| | |
|---|---|
| EXHIBIT 27 | 329 |
| EXHIBIT 28 | 343 |
| EXHIBIT 29 | 369 |
| EXHIBIT 30 | 374 |
| EXHIBIT 31 | 825 |
| EXHIBIT 32 | 913 |
| EXHIBIT 33 | 930 |
| EXHIBIT 34 | 943 |