Lynne M. Kizis, *Pro Hac Vice*
  lkizis@wilentz.com
Kevin P. Roddy, CA State Bar No. 128283
  kroddy@wilentz.com
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel:   (732) 855-6402

*Attorneys for Plaintiff*

Shehnaz M. Bhujwala, CA State Bar No. 223484
  bhujwala@boucher.la.com
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367-4903
Telephone: (818) 340-5400

*Local Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 3:24-cv-00916-H-BLM <br><br> **DECLARATION OF LYNNE KIZIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: August 19, 2024 <br> Hearing Time: 10:30 A.M. <br> Courtroom:    12A |

I, Lynne Kizis hereby declare as follows:

1. I am an attorney licensed to practice law in New Jersey and New York.  I am admitted pro hac vice to appear before this Court in this matter on behalf of Plaintiff.

2. I have personal knowledge of the statements contained herein, and if called upon to testify to these facts, I would do so competently.

3. This declaration is filed in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, filed in this case on May 30, 2024.

4. Attached hereto as **Exhibit 1** is a true and accurate copy of an excerpt from Defendants website, https://www.merck.com/media/company-fact-sheet/ last visited 7/8/24.

5. Attached hereto as **Exhibit 2** is a true and accurate copy of an excerpt from FDA website, https://www.fda.gov/about-fda/ last visted 7/8/2024.

6. Attached hereto as **Exhibit 3** is a true and accurate copy of Pharmacology review for New Drug Application 20-829.

7. Attached hereto as **Exhibit 4** is a true and accurate copy of the curriculum vitae of Dr. Philip.

8. Attached hereto as **Exhibit 5** is a true and accurate copy of the transcript of the Deposition of Dr. Philip.

9. Attached hereto as **Exhibit 6** is a true and accurate copy of an excerpt of original submission of New Drug Application 20-829, dated 2/24/1997.

10. Attached hereto as **Exhibit 7** is a true and accurate copy of an additional excerpt from pharmacology review for NDA 20-829.

11. Attached hereto as **Exhibit 8** is a true and accurate copy of the transcript of the Deposition of Dr. Lydia Gilbert-McClain.

12. Attached hereto as **Exhibit 9** is a true and accurate copy of Protocol 219.

13. Attached hereto as **Exhibit 10** is a true and accurate copy of Protocol 117.

14. Attached hereto as **Exhibit 11** is a true and accurate copy of Letter from FDA approving NDA 20-829.

15. Attached hereto as **Exhibit 12** is a true and accurate copy of an SEC Filing.

16. Attached hereto as **Exhibit 13** is a true and accurate copy of the transcript of the 2019 Pediatric Advisory Committee Meeting.

17. Attached hereto as **Exhibit 14** is a true and accurate copy of the September 21, 2001 CBE Notification.

18. Attached hereto as **Exhibit 15** is a true and accurate copy of the August 1998 CBE Notification.

19. Attached hereto as **Exhibit 16** is a true and accurate copy of the February 3, 2009 correspondence from Parents United.

20. Attached hereto as **Exhibit 17** is a true and accurate copy of January 17, 2009 Parents United correspondence.

21. Attached hereto as **Exhibit 18** is a true and accurate copy of the FDA Response to Parents United.

22. Attached hereto as **Exhibit 19** is a true and accurate copy of a draft of the 2009 Philip Article.

23. Attached hereto as **Exhibit 20** is a true and accurate copy of the Expert Report of Dr. Dima Qato.

24. Attached hereto as **Exhibit 21** is a true and accurate copy of the transcript of Deposition of Dr. Dima Qato.

25. Attached hereto as **Exhibit 22** is a true and accurate copy of Transcript of 2014 hearing of the Nonprescription Advisory Committee.

26. Attached hereto as **Exhibit 23** is a true and accurate copy of March 3, 2020 FDA Press Release.

27. Attached hereto as **Exhibit 24** is a true and accurate copy of Singulair label with Black Box Warning.

28. Attached hereto as **Exhibit 25** is a true and accurate copy of Excerpt from FDA website regarding Covid, https://www.fda.gov/emergency-preparedness-and-response/ mcm-legal-regulatory-and-policy-framework/faqs-what-happens-euas-when-public-health-emergency-ends#:~:text=The%20HHS%20Secretary%20issued%20a%20determination%20under%20section%20564%20of,affect%2C%20national%20security%20or%20t

hee.

29. Attached hereto as **Exhibit 26** is a true and accurate copy of deposition transcript of Plaintiff Richard Parker.

30. Attached hereto as **Exhibit 27** is a true and accurate copy of the report of Dr. Healy.

31. Attached hereto as **Exhibit 28** is a true and accurate copy of the deposition transcript of Dr. Reddy.

32. Attached hereto as **Exhibit 29** is a true and accurate copy of the 2017 label.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July 2024 in Cincinnati, Ohio

<u>s/ Lynne Kizis</u>
Lynne Kizis
Attorney for Plaintiff

## TABLE OF CONTENTS OF EXHIBITS

| Exhibit | Page |
|---|---|
| Exhibit 1 | 1 |
| Exhibit 2 | 10 |
| Exhibit 3 | 17 |
| Exhibit 4 | 22 |
| Exhibit 5 | 26 |
| Exhibit 6 | 192 |
| Exhibit 7 | 206 |
| Exhibit 8 (Volume 1) | 207 |
| Exhibit 8 (Volume 2) | 383 |
| Exhibit 9 | 459 |
| Exhibit 10 | 1793 |
| Exhibit 11 | 2862 |
| Exhibit 12 | 2865 |
| Exhibit 13 | 2874 |
| Exhibit 14 | 3027 |
| Exhibit 15 | 3032 |
| Exhibit 16 | 3036 |
| Exhibit 17 | 3045 |
| Exhibit 18 | 3048 |
| Exhibit 19 | 3062 |
| Exhibit 20 | 3091 |
| Exhibit 21 | 3118 |
| Exhibit 22 | 3174 |
| Exhibit 23 | 3521 |
| Exhibit 24 | 3530 |
| Exhibit 25 | 3562 |
| Exhibit 26 | 3571 |

| | | |
|---:|---|---:|
| 1 | Exhibit 27 | 3697 |
| 2 | Exhibit 28 | 3733 |
| 3 | Exhibit 29 | 3844 |