1  Lynne M. Kizis, *Pro Hac Vice*
      *lkizis@wilentz.com*
2  Kevin P. Roddy, CA State Bar No. 128283
      *kroddy@wilentz.com*
3  WILENTZ, GOLDMAN & SPITZER, P.A.
   90 Woodbridge Center Drive, Suite 900
4  Woodbridge, New Jersey 07095
   Tel:   (732) 855-6402
5
   *Attorneys for Plaintiff*
6
7  Shehnaz M. Bhujwala, CA State Bar No. 223484
      *bhujwala@boucher.la.com*
8  BOUCHER LLP
   21600 Oxnard Street, Suite 600
9  Woodland Hills, CA 91367-4903
   Telephone: (818) 340-5400
10
11 *Local Counsel for Plaintiff*
12
13            **UNITED STATES DISTRICT COURT**

14            **SOUTHERN DISTRICT OF CALIFORNIA**

15 RICHARD PARKER, an individual,          Case No. 3:24-cv-00916-H-BLM

16                         Plaintiff,       **DECLARATION OF LYNNE KIZIS
                                            IN SUPPORT OF PLAINTIFF'S**
17           vs.                            **OPPOSITION TO DEFENDANTS'
                                            MOTION TO EXCLUDE THE**
18 MERCK & CO., INC., a New Jersey          **OPINIONS OF DR. DIMA QATO**
   Corporation; MERCK SHARP &
19 DOHME CORP., a New Jersey
   Corporation; ORGANON & CO., a
20 Delaware Corporation; ORGANON LLC,
   a Delaware Limited Liability Company;
21 and DOES 1-10, Inclusive,

22                         Defendants.

23

24

25      I, Lynne Kizis hereby declare as follows:

26      1.  I am an attorney licensed to practice law in New Jersey and New York.  I am

27          admitted pro hac vice to appear before this Court in this matter on behalf of

28          Plaintiff.

2. I have personal knowledge of the statements contained herein, and if called upon to testify to these facts, I would do so competently.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of the deposition transcript of Dr. Dima Qato.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of the expert report of Dr. Dima Qato

5. Attached hereto as **Exhibit 3** is a true and accurate copy of declaration of Dr. Dima Qato.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July 2024 in Cincinnati, Ohio

_s/ Lynne Kizis_

Lynne Kizis

Attorney for Plaintiff

**TABLE OF CONTENTS OF EXHIBITS**

Exhibit 1       1

Exhibit 2       60

Exhibit 3       86

Case No. 3:24-cv-00916-H-BLM

DECLARATION OF LYNNE KIZIS