Lynne M. Kizis, *Pro Hac Vice*
  *lkizis@wilentz.com*
Kevin P. Roddy, CA State Bar No. 128283
  *kroddy@wilentz.com*
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel:  (732) 855-6402

*Attorneys for Plaintiff*

Shehnaz M. Bhujwala, CA State Bar No. 223484
  *bhujwala@boucher.la.com*
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367-4903
Telephone: (818) 340-5400

*Local Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>                   Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>                   Defendants. | Case No. 3:24-cv-00916-H-BLM<br><br>**DECLARATION OF LYNNE KIZIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DR. DIMA QATO** |

I, Lynne Kizis hereby declare as follows:

1. I am an attorney licensed to practice law in New Jersey and New York. I am admitted pro hac vice to appear before this Court in this matter on behalf of Plaintiff.

2. I have personal knowledge of the statements contained herein, and if called upon to testify to these facts, I would do so competently.
3. Attached hereto as **Exhibit 1** is a true and accurate copy of the deposition transcript of Dr. Dima Qato.
4. Attached hereto as **Exhibit 2** is a true and accurate copy of the expert report of Dr. Dima Qato
5. Attached hereto as **Exhibit 3** is a true and accurate copy of declaration of Dr. Dima Qato.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of July 2024 in Cincinnati, Ohio.

*s/ Lynne Kizis*
Lynne Kizis
Attorney for Plaintiff

**TABLE OF CONTENTS OF EXHIBITS**

Exhibit 1 — 1
Exhibit 2 — 60
Exhibit 3 — 86