# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 3:24-cv-00916-H-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR ADDITIONAL EXTENSION OF BRIEFING SCHEDULE**<br><br>[Doc. No. 28.] |

   On November 16, 2022, the Court issued a scheduling order in the related action, Bueno v. Merck & Co., Inc. et al., United States District Court, Southern District of California, Case No. 3:22-cv-00522-H-BLM ("Bueno"). (Bueno Doc. No. 25.) On July 28, 2023, the Court issued an amended scheduling order. (Bueno Doc. No. 65.) On June 12, 2024, the Court continued the hearing on Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon LLC's ("Defendants") motion for summary judgment and two Daubert[1] motions in this action. (Doc. No. 18.) The Court also extended

---

[1]   Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579, 580 (1993).

the deadlines for Plaintiff Richard Parker ("Plaintiff") to file any opposition briefs and for Defendants to file any reply briefs. (Id.) On June 21, 2024, the parties filed a joint motion to further extend the deadlines for Plaintiff to respond to Defendants' motion for summary judgment and two Daubert motions and for Defendants to file their reply briefs for each corresponding motion. (Doc. No. 19.) The Court granted the joint motion. (Doc. No. 22.) On July 16, 2024, the parties filed a joint motion for an additional extension of deadlines for filing Plaintiff's opposition briefs and Defendants' reply briefs. (Doc. No. 28.)

For good cause shown, the Court grants the joint motion and orders as follows:

1. Plaintiff's amended opposition to Defendants' motion to exclude the opinions of Dima Mazen Qato, filed on **July 10, 2024**, (Doc. No. 27), is considered timely.

2. Any reply in support of Defendants' motion to exclude the opinions of Dima Mazen Qato, (Doc. No. 10), must be filed by **July 24, 2024**.

3. Plaintiff's response to Defendants' motion for summary judgment, filed on **July 9, 2024**, (Doc. Nos. 24, 25), is considered timely.

4. Any reply in support of Defendants' motion for summary judgment, (Doc. No. 11), must be filed by **July 23, 2024**.

5. Any reply in support of Defendants' motion to exclude or limit the opinion testimony of David Healy, (Doc. No. 9) remains due **July 22, 2024**. (Doc. No. 22.)

**IT IS SO ORDERED.**

DATED: July 18, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT