ALEXANDER G. CALFO, SBN 152891
acalfo@kslaw.com
SUSAN V. VARGAS, SBN 177972
svargas@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-00916-H-BLM<br><br>**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' OBJECTIONS TO AND MOTION TO STRIKE THE DECLARATION OF DAVID HEALY SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE**<br><br>**Hearing:** August 19, 2024<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Marilyn L. Huff<br>**Courtroom:** 12A<br><br>Action Filed: May 23, 2024<br>Trial Date: November 12, 2024 |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Case No. 3:24-cv-00916-H-BLM

# CERTIFICATE OF COMPLIANCE

Pursuant to Civil Local Rule 26.1(b), I certify that on July 16, 2024, I telephonically met and conferred with Lynne M. Kizis, counsel for Plaintiff Richard Parker ("Plaintiff"), during which I discussed with Ms. Kizis the grounds raised in the concurrently-filed Objections to and Motion To Strike the Declaration of David Healy Submitted in Opposition to Defendants' Motion To Exclude.  Ms. Kizis informed me that Plaintiff will not agree to withdraw the Declaration of David Healy M.D. submitted in Opposition to Defendants' Motion to Exclude or Limit the Testimony of David Healy M.D. filed on July 8, 2024 (ECF No. 23-1).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2024, in Los Angeles, California.

KING & SPALDING LLP

*/s/ Susan V. Vargas*
Susan V. Vargas
Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ORGANON & CO.; and ORGANON LLC