# EXHIBIT 35

Exhibit 35
4

```
                                                         Page 1
 1         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
 2                    - - -
 3   RICHARD MCLAUGHLIN,     : C.A. 4:22-CV-40041-TSH
             v.              :
 4   MERCK & CO., INC.,      :
     MERCK SHARP & DOHME     :
 5   CORP., ORGANON & CO.,   :
     and ORGANON, LLC.       :
 6         Defendants.       :
 7
                      - - -
 8
                 FEBRUARY 26, 2024
 9
                      - - -
10
11
12              Videotape deposition of DIMA
13   M. QATO, PharmD, MPH, PhD, taken pursuant
14   to notice, was held at the law offices of
15   Wilentz, Goldman, & Spitzer, P.A., 90
16   Woodbridge Center Drive, Suite 900,
17   Woodbridge, New Jersey 07095, commencing
18   at 9:34 a.m., on the above date, before
19   Amanda Dee Maslynsky-Miller, a Realtime
20   Reporter and Certified Court Reporter.
21
22                    - - -
        GOLKOW LITIGATION SERVICES, INC.
23     877.370.3377 ph| 917.591.5672 fax
              deps@golkow.com
24
```

Page 102

```
 1          Q.    Now, at one point in time,
 2   you were a -- what you refer to as a
 3   fellow of the National Academy of
 4   Science?
 5          A.    National Academy of Medicine
 6   and Engineering and Science, yeah.
 7          Q.    And that was from 2018 to
 8   2020?
 9          A.    Correct.
10          Q.    And were you a principal
11   investigator for any particular studies
12   overseen by the National Academy of
13   Medicine and Science?
14          A.    So the -- I was a PI on that
15   fellowship.  They give us funding as
16   fellows.  And that funding is used for
17   whatever purposes we need.
18          Q.    And for what purpose did you
19   use the funding?
20          A.    To support research analysts
21   or research assistant students.  I mean,
22   it's -- it was, like, four years ago when
23   I was at the University of
24   Illinois-Chicago.
```

```
                                      Page 103
 1               I think it was to support
 2   the graduate students' time.
 3        Q.    Did you conduct any
 4   particular research with that funding?
 5        A.    No, no.
 6        Q.    Now, you've been associated
 7   with USC since 2020; is that correct?
 8        A.    Since the fall of 2020,
 9   correct.
10        Q.    And you are particularly in
11   the School of Pharmacy at USC?
12        A.    Correct.
13        Q.    And for us on the East
14   Coast, USC is University of Southern
15   California?
16        A.    Yes.
17        Q.    And am I correct that
18   University of Southern California has a
19   School of Medicine?
20        A.    Yes, you are correct.
21        Q.    It's called the Keck School
22   of Medicine?
23        A.    Yes.
24        Q.    And are you on the faculty
```

Page 183

1  industry.  So there's various sources
2  available in clinical offices and at
3  university hospitals and schools of
4  pharmacy for pharmacist training.
5             So Micromedex is one of
6  them.  There's -- it's Cerner now.  I
7  think it's -- no, Cerner is Multum.  Some
8  hospitals use Cerner.  Some use
9  Micromedex.  It depends on the lexicon.
10            There's different sources of
11 drug safety information, similar to
12 Micromedex, that are available to
13 physicians.
14       Q.    And did you do any sorts of
15 background investigation to determine,
16 for each of the medicines you identified,
17 what the prescribing information said in
18 regard to the risk of depression?
19       A.    What do you mean?
20       Q.    Did you do a double-check of
21 Micromedex to make sure you had the right
22 medicines?
23       A.    We did.  I mean, it's
24 updated.

Page 184

1           So, I mean, I'm pretty
2    thorough.  So we looked at the list.  We
3    cross-checked it with the FDA labeling.
4    And we relied on, I think, a study or two
5    that actually compared the reliability of
6    Micromedex in terms of detecting black
7    box warnings, and it's pretty reliable.
8         Q.   So in regard to each of the
9    medicines that are identified in
10   Exhibit-15, you actually were checking
11   the prescribing information to
12   determine --
13        A.   For some of them.  I don't
14   think we checked all 200.  We relied -- I
15   mean, our source of the safety
16   information was Micromedex.
17        Q.   Did you see, when you were
18   doing this analysis in 2017, that there
19   was, in fact, a warning and precaution
20   with Singulair related to the potential
21   risk for depression, suicidality?
22        A.   That it was on the label?
23        Q.   Yes.
24        A.   Yes, I think we did.

Page 431

1 CERTIFICATE
2
3
4 I HEREBY CERTIFY that the
5 witness was duly sworn by me and that the
6 deposition is a true record of the
7 testimony given by the witness.
8
9
10
    Amanda Maslynsky-Miller
11  Certified Realtime Reporter
    Dated:  March 7, 2024
12
13
14
15
16
17 (The foregoing certification
18 of this transcript does not apply to any
19 reproduction of the same by any means,
20 unless under the direct control and/or
21 supervision of the certifying reporter.)
22
23
24