# EXHIBIT 36

Exhibit 36
11

## Expert Report of Patrick T. Ronaldson, Ph.D., FAAPS

### I.   INTRODUCTION

1.      At the request of counsel for Merck and Organon, I, Patrick T. Ronaldson, Ph.D., FAAPS, hereby submit this expert report.  A brief summary of my overall opinions in this matter, as more fully set forth in this report, are that:  (a) montelukast (MLKT; Singulair®), a commonly prescribed drug for treatment of asthma and allergic rhinitis, does not have a biologically plausible mechanism that would allow it to cross the blood-brain barrier (BBB) and attain an effective free concentration in brain tissue at therapeutic doses; and (b) there is not convincing pharmacological evidence in either humans or in preclinical animals models that this drug triggers neuropsychiatric side effects at therapeutically relevant concentrations.  Relevant to this litigation, these claimed side effects include, but are not limited to, suicidal ideation, agitation, anxiety, tics and tremors, stuttering, depression, obsessive-compulsive disorders, aggressive behavior, and hostility.

2.      If called upon to testify at trial, I expect to testify, *inter alia*, about the following:

- my professional background, qualifications, and experience;

- background on physiology of the BBB, biological mechanisms that permit drugs to cross the BBB, chemical characteristics of drugs that enable penetration across the BBB, pharmacokinetic and pharmacodynamic properties of MLKT, and published scientific data describing pharmacological effects and associated mechanisms of MLKT in brain tissue;

- any other topic discussed in this report; and

- my opinions concerning MLKT brain penetration and its association with neuropsychiatric side effects.

**Exhibit 36**

1      **12**

3.      I may also testify in rebuttal to any opinions offered by expert(s) testifying on behalf of Plaintiffs at deposition or trial.

4.      I reserve the right to amend or supplement my opinions upon considering any evidence Plaintiffs offer or additional information that may become available and/or be made available to me in the future. To the extent Plaintiffs and/or their experts provide additional statements, opinions, or conclusions, including any rebuttal reports, I may offer further opinions. I also reserve the right to prepare, rely on, and convey my opinions using demonstrative exhibits at trial. I have not yet created the exhibits I expect to use at trial, but they will likely include diagrams, presentations, videos, animations, still images, and/or callouts to illustrate or explain opinions discussed in this Report. Additionally, I may use cited materials to assist me in preparing demonstratives, such as graphics and animations, for my testimony.

## II.      QUALIFICATIONS AND EXPERIENCE

5.      My qualifications and credentials are fully outlined in my *curriculum vitae*, attached hereto as Exhibit A.

6.      I graduated from the University of Toronto, Toronto, Ontario, Canada, in 2000 with an Honours Bachelor of Science degree (Hon. B.Sc.) with Distinction in Pharmacology.  I later obtained a Ph.D. in Pharmaceutical Sciences from the Leslie Dan Faculty of Pharmacy at the University of Toronto in 2007. The focus of my doctoral dissertation was transport mechanisms that regulate both drug distribution to the brain as well as drug effects in the central nervous system ("CNS").

7.      After completion of my Ph.D. degree, I undertook two postdoctoral fellowships. The first postdoctoral fellowship was at the Leslie Dan Faculty of Pharmacy at the University of Toronto from 2007-2008. The second postdoctoral fellowship was at the University of Arizona

**Exhibit 36**

2      **13**

College of Medicine from 2008-2009. During my postdoctoral fellowship at the University of Arizona, I gained experience in BBB physiology and application of animal models to studies of CNS drug penetration and drug effects in the brain.

8.      After completion of my second postdoctoral fellowship, I joined the faculty of the Department of Pharmacology at the University of Arizona College of Medicine in October 2009. My first faculty position was as a Research Assistant Professor. This was a research-intensive position that provided me with the opportunity to develop my own independent research program, which was (and still is) focused on understanding how BBB transport mechanisms can be targeted for improved drug delivery to the brain for treatment of neurological diseases. Of relevance to this litigation, my research program is designed to understand how BBB transport mechanisms control drug disposition into brain tissue and how blood-to-brain drug uptake can produce sufficient free drug concentrations that allow for interactions with specific molecular targets (i.e., receptors, enzymes, transporters) in the brain. Evaluation of drug-target interactions permits a rigorous understanding as to how drug interactions with receptors, enzymes, and/or transporters cause both desired therapeutic effects and undesired adverse events.

9.      In February 2011, I transitioned to the rank of tenure-eligible Assistant Professor in the Department of Pharmacology at the University of Arizona College of Medicine. In August 2017, I was promoted to Associate Professor with tenure in the Department of Pharmacology at the University of Arizona College of Medicine. In August 2022, I was promoted to full Professor with tenure in the Department of Pharmacology at the University of Arizona College of Medicine.

10.     I have more than 20 years of experience in the pharmaceutical sciences, including pharmacokinetics, pharmacology, clinical pharmacology, and neuropharmacology. Specific areas that my research emphasizes includes pharmacology of CNS drugs, dose-response effects of

**Exhibit 36**

3      14

centrally acting drugs, mechanisms that determine brain disposition of drugs, and understanding how drug effects in the brain are associated with therapeutic effects and/or adverse drug events (i.e., side effects).

11.     I am currently employed full time as a tenured Professor at the Department of Pharmacology at the College of Medicine at the University of Arizona in Tucson, Arizona where my main field of expertise is in neuroscience and pharmacology. I operate a pharmacology research laboratory that is funded by federal grants from the National Institutes of Neurological Diseases and Stroke (NINDS), National Institute on Drug Abuse (NIDA), and the National Institute on Aging (NIA). My research is aimed at i) understanding transport mechanisms at the BBB that can be targeted for optimized delivery of drugs to the brain, improved treatment of neurological diseases, and safer CNS pharmacotherapy (i.e., fewer adverse drug events); ii) identification of transport proteins in the brain that can be targeted for more effective and safer treatment strategies of neurological diseases; and iii) discovery of new chemical entities or repurposed drugs that can be developed for treatment of CNS diseases. The disease states that my research emphasizes include ischemic stroke, Alzheimer's disease (AD), and drug addiction resulting from prescription drug abuse/misuse. This work requires a detailed understanding of pharmacokinetics including drug absorption, distribution, metabolism, elimination, and toxicity. Furthermore, translational advancement of my research findings requires thorough assessment of dosing regimens, drug formulations, delivery vehicles, brain penetration, therapeutic effects, adverse drug events, and drug-drug interactions.

12.     I have published 54 peer-reviewed articles and 7 book chapters on topics related to BBB physiology, transporter pharmacology, CNS drug delivery, and treatment of neurological diseases. My H-index is currently 34. In health sciences, the H-index is a parameter that compares

**Exhibit 36**

4     **15**

the number of citations amongst scientists. Specifically, the value of "H" is defined as the number of papers (i.e., "H") that have been cited at least "H" times. As noted by Hirsch (Hirsch. *Proc Natl Acad Sci USA.* 102(46): 16569-16572, 2005), an H-index above 20 is excellent.

13.     I have been invited to present my research on BBB physiology and transporter pharmacology at other academic institutions, at scientific meetings, and at pharmaceutical companies on dozens of occasions. In addition to the United States, I have presented scientific lectures internationally in Australia, Canada, and China.

14.     I am a Past Chair of the Pharmacokinetics, Pharmacodynamics, and Drug Metabolism (PPDM) Community of the American Association of Pharmaceutical Scientists (AAPS), a Past Chair of the Drug Transport Community at AAPS as well as the previous Chair (2019-2021) of the Drug Discovery for the Nervous System (DDNS) Study Section at the National Institute of Health (NIH). For these roles, I was elected by my peers based on my knowledge and accomplishments in pharmacokinetics, neuropharmacology, drug discovery, and therapeutic development.

15.     I was recently elected by my peers to serve as the Chair of the Discovery and Basic Research track of PharmSci 360, which is the Annual Meeting of AAPS and the only scientific conference that covers all aspects of the pharmaceutical sciences from early-stage drug discovery through clinical evaluation and therapeutic delivery to patients. In 2023, this meeting was held in Orlando, FL (October 22-25, 2023). My role was to secure state-of-the-art scientific programming that highlights the most cutting edge advances in drug delivery, pharmacokinetics, and preclinical drug discovery. I will be continuing in this role for the 2024 PharmSci 360 conference, which will be held in Salt Lake City, UT (October 20-23, 2024).

**Exhibit 36**

5       16

16.     Since November 2022, I have served as the Chair of the NIH Study Section entitled "Small Business Drug Discovery for the Nervous System (NV-14)." I was elected to this role based on my expertise in pharmacokinetics, neuropharmacology, drug discovery, and drug effects in the brain. Of note, this study section reviews grant applications from start-up pharmaceutical companies and must consider commercialization potential of the product under development as well as the efficacy and safety of each company's lead molecule that they seek to develop into a marketed pharmaceutical in the United States.

17.     I have received many honors and awards for my work in pharmacology and pharmacokinetics, for example the "New Investigator Award" and the "PPDM Service Award" by the Pharmacokinetics, Pharmacodynamics and Drug Metabolism (PPDM) Section, AAPS in October 2011 and November 2016, respectively. More recently, I received the "Leadership in Pharmaceutical Sciences Award" from the Leslie Dan Faculty of Pharmacy Alumni Association at the University of Toronto in September 2023.

18.     In October 2023, I was elevated to the status of Fellow by AAPS. This honor is bestowed to select members of the society in recognition of sustained professional excellence and superior impact in fields relevant to the AAPS mission, which is to advance the capacity of pharmaceutical scientists to develop products and therapies that advance global health. AAPS Fellows are demarcated by the designation "FAAPS" in their respective professional titles.

19.     I am an Associate Editor for *Fluids and Barriers of the CNS* (2022-2023 Impact Factor = 6.961), a peer-reviewed journal that publishes state-of-the-art research and seminal reviews on the BBB, blood-cerebrospinal fluid barrier (BCSFB), brain fluid dynamics, and CNS drug delivery. Additionally, I am a current editorial board member for *BMC Pharmacology and*

**Exhibit 36**
6     17

*Toxicology* and *Frontiers in Drug Discovery.* I have previously served on the editorial boards for *Pharmaceutics* and *Hypoxia.*

20.     I have an extensive history of teaching pharmacology and pharmacokinetics. For the last 10 years I have been lecturer in, for example, the Medical Pharmacology Graduate Program; Doctor of Medicine Program; and the Undergraduate Program, teaching Principles of Pharmacology. In this capacity, I teach students to, for example, interpret and construct dose-response curves as well as learn the basics of pharmacokinetics and pharmacodynamics. All my teaching has been conducted at the Tucson campus of the University of Arizona.

21.     I am currently the Discipline Director for Pharmacology in the Doctor of Medicine Program at the University of Arizona College of Medicine. In this role, I work with pre-clerkship and clerkship directors to develop a robust and comprehensive curriculum that provides high-level instruction on the pharmacological knowledge base that is expected of a practicing physician. The individual serving as Discipline Director for Pharmacology is expected to have a translational knowledge base that covers concepts including, but not limited to, routes of drug administration, ADME-T properties, dosing regimens, drug effects including therapeutic efficacy and adverse drug reactions, and drug-drug interactions.

22.     Finally, I was elected by colleagues at the University of Arizona to serve as Chair of the Graduate Interdisciplinary Program in Neuroscience. My term for this position began August 2022 and will last for 5 years. This role requires me to ensure a robust curriculum and dynamic training environment for doctoral-level students that includes detailed coursework and hands-on laboratory training. I am also responsible for monitoring student progress and ensuring that the program attracts outstanding applicants from across the United States and the world.

**Exhibit 36**

7          **18**

## III.    COMPENSATION AND PRIOR TESTIMONY

23.    I am being compensated for my time at the rate of $400 per hour.  My compensation is not contingent on the outcome of this litigation.

24.    In the last four years, I have given testimony at trial, hearings, and/or at deposition in the following matters: *Goodpaster v. Kentucky Bureau of Prisons et al.*; *Johnson v. Walgreen Arizona Drug Company, Walgreens Boots Alliance, Inc., Heriberto Duarte, John Does 1-5, Dr. Jennifer Lin, Arizona Community Physicians, P.C. et al.; Eberlein and Eberlein v. Arizona Blood & Cancer Specialists, PLLC et al..; Gilbert v. Beach; Bial-Portela & CA S.A., Bial-Holding, S.A., and Sunovion Pharmaceuticals Inc. v. Alkem Laboratories Limited, S&B Pharma, Inc., Apotex Inc. and Apotex Corp.; Apodaca v. McCarthy; Copperfield v. McDonald; Bernier v. Sunrise Hospital; Talwar v. Franciscana Apartments; and McCarthy v. Tesla.*

## IV.    MATERIALS REVIEWED

25.    A complete list of documents I relied upon in forming my opinions is set forth in the References section of this report and referenced throughout this report.  Throughout this report, I cite portions of these documents.  These citations are intended only as examples, and I reserve the right to rely on any portions of these documents in addition to those cited in this report.

26.    In arriving at my opinions in this report, I have considered my education, training, knowledge, basic texts and scientific principles, experience in the relevant scientific disciplines, and the materials cited herein.

## V.    TECHNICAL BACKGROUND

### A.    Basic Pharmacology of MLKT (Singulair®)

**Exhibit 36**

8      19

27.     The medication that is central to this matter is MLKT, which is also known by the brand name Singulair® in the United States. This drug is currently manufactured and sold by Organon and Company, Inc. (Jersey City, NJ). It was first approved for use in 1998.

28.     As referenced in the FDA-approved product label document (revised 03/2012) for Singulair® (https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021409s036lbl.pdf), the FDA has approved this medication for: the treatment of asthma in patients aged 12 months and older; the prevention of exercise-induced bronchoconstriction in patients aged 6 years and older; the relief of seasonal allergic rhinitis in patients aged 2 years and older; and the relief of perennial rhinitis in patients 6 months and older.  Details on the clinical trial experience with Singulair® that demonstrates efficacy in these settings can also be found in the FDA-approved product label document.  The FDA-approved dosing for Singulair® is as follows: for patients aged 15 years and older, one 10 mg tablet daily; for patients aged 6 to 14 years, one 5 mg chewable tablet; for patients aged 2 to 5 years, one 4 mg chewable tablet or one packet of 4 mg granules; and for patients aged 6 to 23 months, one packet of 4 mg granules. As noted in the FDA-approved label for Singulair®, there is no additional clinical benefit for total daily doses above 10 mg.

29.     Asthma is a chronic condition that affects the lungs. It is demarcated by spasms in the bronchi (i.e., airways of the lungs), an effect that causes difficulty breathing. An exacerbation of asthma is caused by several known triggers including, but not limited to, allergies, air pollution and other airborne irritants, respiratory infections, exercise or other physical activity, weather and air temperature, emotions, and some medications. Pharmacological triggers of asthma include aspirin, non-steroidal anti-inflammatory drugs (NSAIDs), or beta-blockers (https://aafa.org/asthma/asthma-triggers-causes/medicines/).  Allergic rhinitis is an inflammation

**Exhibit 36**
9        20

of the inside of the nose caused by an allergen such as pollen, dust, mold, or skin flakes from certain animal species.

30.    The chemical structure of MLKT is shown in **Figure 1**. MLKT exerts its pharmacological effect by binding to the leukotriene $D_4$ receptor ($LTD_4R$). Another name for $LTD_4R$ is the cysteinyl leukotriene receptor 1 ($CysLT_1R$). Activation of $CysLT_1R$ by leukotriene $D_4$ occurs in the airway of asthma patients and results in profound bronchoconstriction. MLKT is an antagonist of $CysLT_1R$, which means that it binds to this receptor and prevents leukotriene $D_4$ from exerting its physiological effects. When MLKT blocks the ability of leukotriene $D_4$ to bind to $CysLT_1Rs$ in the airway, the ability of a human subject to breathe is improved in the setting of an asthma exacerbation (De Lepeliere et al. *Clin Pharmacol Ther.* **61**: 83-92, 1997).



**Figure 1: Chemical Structure of Montelukast (MLKT; Singulair®)**

31.    In addition to $CysLT_1R$, MLKT produces pharmacological effects by blocking effects of leukotrienes at G-protein coupled receptor 17 (GPR17), an orphan receptor that is structurally related to $CysLT_1R$ (Ciana et al. *EMBO J.* **25(19)**: 4615-4627, 2006). In the context of diseases such as asthma and allergic rhinitis, activation of GPR17 on immune cells (i.e., neutrophils, macrophages) causes increased production of proinflammatory cytokines and a worsening of airway inflammation (Zhan et al. *Int Immunopharmacol.* **62**: 261-269, 2018). Interestingly, GPR17 also has been shown to control cell surface expression of $CysLT_1R$ in pulmonary epithelial cells as well as the ability of leukotrienes to bind to $CysLT_1R$ (Maekawa et

**Exhibit 36**
10      21

al. *Proc Natl Acad Sci USA.* **106(28):** 11685-11690, 2009; Maekawa et al. *J Immunol.* **185(3):** 1846-1854, 2010). This mechanism teaches us that a drug that blocks only GPR17 would be therapeutically ineffective because it would allow activity of $CysLT_1R$ to increase in the setting of an asthma exacerbation, an event that causes bronchoconstriction. As such, a drug that targets leukotriene receptors for asthma treatment must block both $CysLT_1R$ and GPR17 to achieve a therapeutic benefit. MLKT is an inhibitor (i.e., antagonist) of both $CysLT_1R$ and GPR17.

32.     An example of a preclinical study that shows effectiveness of MLKT in the context of asthma was published by Zhang and colleagues in 2004 (Zhang et al. *Acta Pharmacol Sin.* **25(10)**: 1341-1346, 2004). In this study, the investigators used a mouse model of eosinophilic asthma to study effects of cysteinyl leukotriene receptors (i.e., $CysLT_1R$ and $CysLT_2R$) on airway inflammation. Of note, Zhang and colleagues reported that $CysLT_1R$ was increased but $CysLT_2R$ was decreased in the airway epithelium of these mice, which showed a predominant role for $CysLT_1R$ in asthma pathogenesis (Zhang et al. *Acta Pharmacol Sin.* **25(10)**: 1341-1346, 2004). Furthermore, MLKT (6 mg/kg per day for 20 days) prevented the increase of eosinophils in bronchoalveolar lavage fluid and lung tissue, which is understood to be a biomarker of airway inflammation (Zhang et al. *Acta Pharmacol Sin.* **25(10)**: 1341-1346, 2004). MLKT also blocked the pathological increase in airway $CysLT_1R$ levels, an effect that further contributes to its pharmacological effect (Zhang et al. *Acta Pharmacol Sin.* **25(10)**: 1341-1346, 2004).

33.     It has also been suggested that the mechanism of action of MLKT may involve inhibition of 5-lipoxygenase (5-LOX), a critical enzyme involved in leukotriene biosynthesis. Using the human mast cell line HMC-1, Ramires and colleagues reported suppression of 5-LOX products (including leukotrienes) in response to increasing concentrations of MLKT (Ramires et al. *Biochem Biophys Res Comm.* **324(2)**: 815-821). Activity of human recombinant 5-LOX was

**Exhibit 36**
11     22

decreased by MLKT concentrations between 300 nM and 100 μM (Ramires et al. *Biochem Biophys Res Comm.* **324(2)**: 815-821). Overall, this pharmacological mechanism of action for MLKT can add to its therapeutic benefits by reducing leukotriene production and, by extension, limiting activation of $CysLT_1R$, in the setting of asthma or allergic rhinitis.

34.     The first FDA-approved product label for Singulair® was issued in 1998. This document describes Singulair® as containing MLKT sodium as an active pharmaceutical ingredient that works via inhibition of $CysLT_1R$.

35.     The mean oral bioavailability for the 10 mg tablet is 64% while the mean oral bioavailability for the 5 mg chewable tablet formulation is 73% (https://www.organon.com/product/usa/pi_circulars/s/singulair/singulair_pi.pdf).     Put     another way, only 6.4 mg of a 10 mg MLKT tablet or 3.7 mg of a 5 mg chewable MLKT tablet will enter the circulation following absorption from the gastrointestinal tract.

36.     Following absorption, the mean peak plasma concentration ($C_{max}$) for MLKT is achieved in 3-4 hours ($T_{max}$) following administration of a 10 mg tablet. For the 5 mg chewable tablet, the mean $C_{max}$ for MLKT is 2-2.5 hours. This information is explicitly stated in the FDA-approved     product     label     (revised     06/2021)     for     Singulair® (https://www.organon.com/product/usa/pi_circulars/s/singulair/singulair_pi.pdf).

37.     As stated in the FDA-approved product label from its introduction in 1998 until 2020:

> "*[MLKT] is more than 99% bound to plasma proteins. The steady-state volume of distribution of [MLKT] averages 8 to 11 liters. Studies in rats with radiolabeled [MLKT] indicate minimal distribution across the blood-brain barrier. In addition, concentrations of radiolabeled material at 24 hours post-dose were minimal in all other tissues.*"

**Exhibit 36**

12     23

The information regarding plasma protein binding means that, at any given time point, less than 1% of MLKT is available to distribute out of the plasma and into other organs and tissues.

38. This information in the FDA product label is consistent with data reported in the Center for Drug Evaluation and Research Pharmacology Review for Singulair® document, which will be discussed below. Furthermore, while this information suggests that some drug was able to reach the brain in preclinical animal models, it cannot be inferred that this quantity of MLKT had any potential to cause pharmacological effects in brain tissue. As noted below, this statement is based upon preclinical rodent data that measured total brain concentrations of MLKT. The preclinical pharmacokinetic data set for MLKT does not provide any basis to support the assumption that a pharmacologically relevant free concentration of the drug can be achieved in the brain.

39. MLKT undergoes extensive metabolism, which explains the rapid removal of the parent drug from the plasma after a single oral or intravenous dose. The majority of MLKT metabolites are excreted in the bile and less than 0.2% is eliminated in the urine (Balani et al. *Drug Metab Dispos.* **25**: 1282-1287, 1997; Filppula et al. *Drug Metab Dispos.* **39(5):** 904-911, 2011). MLKT metabolites are produced by cytochrome P450 isozymes (i.e., CYP2C8, CYP2C9, CYP3A4) and uridine-5'-diphospho-glucuronosyltransferase 1A3 (UGT1A3) in the liver (Filppula et al. *Drug Metab Dispos.* **39(5):** 904-911, 2011; de Oliveira Cardoso et al. *Drug Metab Dispos.* **43(12)**: 1905-1916, 2015; Hirvensalo et al. *Clin Pharmacol Ther.* **104(1)**: 158-168, 2017; Itkonen et al. *Clin Pharmacol Ther.* **104(3)**: 495-504, 2017). MLKT metabolites are not detectable in human plasma at steady state concentrations of the parent drug (https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021409s036lbl.pdf), a fact that suggests that these metabolites are unlikely to distribute to body tissues and/or contribute to

**Exhibit 36**
13    24

pharmacological effects of MLKT. Of particular significance, none of the known MLKT metabolites produced via hepatic metabolism in humans are detectable in brain tissue (Marques et al. *Life Sci.* **310**: 121056, 2022).

40.     Involvement of cytochrome P450 isozymes in MLKT metabolism may indicate a potential for drug-drug interactions (DDIs). In this context, either a perpetrator drug would interfere with MLKT metabolism or MLKT itself would impair metabolism of a victim drug. This process, if it occurs, may result in pharmacologically significant changes in drug plasma concentrations and, subsequently, an increased risk for side effects. For example, it has been suggested that cannabidiol can inhibit metabolism of MLKT via CYP2C8 and/or CYP2C9, an effect that could cause enhanced MLKT plasma concentrations and adverse drug effects (Brown and Winterstein. *J Clin Med.* **8(7)**: 989, 2019). This hypothesis is based on the fact that cannabidiol and MLKT are metabolized by the same cytochrome P450 isozymes; however, there are not any published studies demonstrating that cannabidiol can actually increase plasma concentrations of MLKT in either preclinical animal species or in human subjects. Interestingly, Bansal et al. reported that MLKT is the most potent inhibitor for CYP2C8 known to date (Bansal et al. *Drug Metab Dispos.* **50(4)**: 351-360, 2022). Furthermore, MLKT has been shown experimentally to be a 500-fold more potent CYP2C8 inhibitor than cannabidiol (Bansal et al. *Drug Metab Dispos.* **50(4)**: 351-360, 2022). At known plasma concentrations of cannabidiol in human subjects (Millar et al. *Front Pharmacol.* **9**: 1365, 2018), it is unlikely that this drug would inhibit metabolism of MLKT at the level of cytochrome P450 isozymes and trigger a pharmacologically significant DDI.

41.     MLKT is primarily eliminated via biliary excretion and can be recovered in the feces. A study of healthy young volunteers (12 subjects; 33% male, 67% female; age range 20-48 years) revealed an elimination half-life of $5.3 \pm 0.5$ h after a single MLKT adult oral dose of 10

**Exhibit 36**
14    25

mg (Zhao et al. *Biopharmaceut Drug Dispos.* **18(9):** 769-777, 1997). There was no significant change in the elimination half-life following a 7 day dosing regimen (Zhao et al. *Biopharmaceut Drug Dispos.* **18(9):** 769-777, 1997). This is consistent with mean plasma half-life data reported in the FDA-approved product insert for Singulair® (https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021409s036lbl.pdf).  Given that the elimination half-life of MLKT is short relative to the dosing interval of 24 h (i.e., once daily dosing), accumulation of this drug in the body is low (i.e., over time, MLKT concentrations do not appreciably build up in organs/tissues such as the brain). Zhao and colleagues reported an accumulation ratio of 1.14 following once-daily dosing of 10 mg tablets, which reflects little accumulation of MLKT in the body (Zhao et al. *Bipharmaceut Drug Dispos.* **18(9)**: 769-777, 1997). Similarly, administration of the 5 mg chewable tablet formulation to 6-8 year-old children with a positive diagnosis of asthma did not show any MLKT accumulation following a 14-day treatment course (Knorr et al. *J Clin Pharmacol.* **1**: 786-793, 1999).

42.     In older individuals (12 subjects; 67% male, 33% female; age range 65-73 years), the elimination half-life increased to 6.6 ± 0.8 h (Zhao et al. *Biopharmaceut Drug Dispos.* **18(9):** 769-777, 1997). Despite the increase in elimination half-life, the dosing interval (i.e., 24 h) remains long relative to the time required to eliminate MLKT from the body. As such, MLKT accumulation will also be low in elderly human subjects.

### B.     Physiology of the Blood-Brain Barrier

43.     The potential, if any, for MLKT (i.e., Singulair®) to trigger adverse neuropsychiatric symptoms would require that the drug must cross the blood-brain barrier (BBB) and be capable of accumulating in brain tissue such that a sufficient free drug concentration could

**Exhibit 36**

15      26

be attained that can and does interact with a relevant receptor. This implicates a component of free drug theory, a fundamental concept in pharmacology and the pharmaceutical sciences (Summerfield et al. *Pharm Res.* **39**: 213-222, 2022).

44.     A good example is loperamide (Imodium®), an opioid drug that is available in over the counter and prescription strengths for treatment of diarrhea. Loperamide is an agonist at the µ-opioid receptor, which is expressed in the gastrointestinal tract and throughout the nervous system. In the gut, µ-opioid receptor activity results in reduced propulsive contractions and decreased water secretion into the gut lumen (Galligan and Sternini. *Handb Exp Pharmacol.* **239**: 363-378, 2017). In the CNS, µ-opioid receptors produce analgesic effects but also sedation and respiratory depression (Dahan et al. *Anesthesiology.* **128(5)**: 1027-1037, 2018). Neither loperamide nor its primary metabolite (*N*-desmethyl-loperamide) can cross the BBB and achieve pharmacologically relevant concentrations, primarily due to active efflux transport mediated by P-glycoprotein (P-gp) (Hsiao and Unadkat. *Mol Pharm.* **9(3)**: 629-633, 2012). As such, loperamide is a safe and effective drug for treatment of diarrhea and does not show the central side effect profile that is known to be associated with opioid medications.

45.     To clearly delineate the opinions presented in this report, it is essential that the physiology of the BBB be reviewed in detail. The BBB primarily exists at the level of the endothelial cells that line the cerebral microvasculature; however, it is important to note that brain microvascular endothelial cells are not intrinsically capable of forming a barrier. In fact, barrier properties can only arise via coordinated cell-cell interactions and signaling between endothelial cells, glial cells (i.e., astrocytes, microglia), pericytes, neurons, and extracellular matrix (Abdullahi et al. *Am J Physiol Cell Physiol.* **315(3)**: C343-C356, 2018). These relationships imply the existence of a "neurovascular unit", a concept formally defined by the National Institute of

**Exhibit 36**

16     27

Neurological Diseases and Stroke (NINDS) Stroke Progress Review Group in 2001 (Iadecola. *Neuron.* **96**: 17-42, 2017).

46.     Physiologically, the BBB functions to supply brain tissue with essential nutrients and to efficiently control elimination of waste materials from the brain. It expresses many ion channels and transporters that precisely regulate CNS ion and solute concentrations and control brain water and electrolyte balance, thereby producing an extracellular milieu in brain parenchyma that provides optimal conditions for neuronal and glial function. For example, intracerebral concentrations of potassium, calcium, magnesium, and protons are tightly controlled by the brain microvascular endothelium (Hansen. *Physiol Rev.* **65**: 101-148, 1985; Jeong et al. *Acta Anaesthesiol Scand.* **50**: 211-216, 2006; Nischwitz et al. *Anal Chim Acta.* **627**: 258-269, 2008). Additionally, carrier-mediated transport processes for nutrients (e.g.: glucose uptake via the facilitated glucose transporter GLUT1) are essential to ensure that the metabolic demands of the brain are met (Simpson et al. *J Cereb Blood Flow Metab.* **27(11)**: 1766-1791, 2007).

47.     Due to its large surface area (i.e., approximately 20 m$^2$ per 1.3 kg brain) and the short diffusion distance between neurons and blood vessels, the BBB has the predominant role in regulating the brain microenvironment (Abbott et al. *Nat Rev Neurosci.* **7**: 41-53, 2006). This critical role of the BBB requires the microvascular endothelium to function as a "brain guard" (Abdullahi et al. *Am J Physiol Cell Physiol.* **315(3)**: C343-C356, 2018). As such, brain microvascular endothelial cells have evolved distinct molecular characteristics that enable them to protect CNS tissue from potentially toxic endogenous and exogenous substances that may be present in the blood.

48.     The BBB serves as an obstacle to drug delivery to the brain. It is generally accepted that approximately 98% of small molecule drugs and all (i.e., 100%) large molecule drugs have

**Exhibit 36**

17      **28**

limited BBB penetration (Pardridge. *J Cereb Blood Flow Metab.* **32(11):** 1959-1972, 2012) and, therefore, are incapable of achieving pharmacologically relevant free drug concentrations in brain tissue. The barrier properties that limit blood-to-brain drug uptake include a physical barrier conferred by tight junction protein complexes and a biochemical barrier that results from functional expression of active efflux transport proteins.

49.     BBB endothelial cells are interconnected by tight junctions, which are large, multiprotein complexes maintained by direct contact with astrocytes (Janzer & Raff. *Nature.* **325**: 253-257, 1987). These tight junction protein complexes function to restrict movement of solutes including drugs between adjacent endothelial cells (i.e., paracellular diffusion). Essentially, tight junctions ensure that the BBB restricts free flow of substances between the brain and the systemic circulation.

50.     BBB tight junction formation primarily involves specific transmembrane proteins (i.e., claudins, tricellulin, occludin, junctional adhesion molecules) that are linked to cytoskeletal filaments by interactions with accessory proteins (Ronaldson & Davis. *Brain Res.* **1623**: 39-52, 2015). Perhaps the most critical component is claudin-5, which forms the "physiological seal" of BBB tight junctions (Haseloff et al. *Semin Cell Devel Biol.* **38**: 16-25, 2015). Studies in mice have shown that genetic knockout of claudin-5 results in serious brain defects and death approximately 10 h after birth (Nitta et al. *J Cell Biol.* **161:** 653-660, 2003; Lochhead et al. *Front Physiol.* **11**: 914, 2020). Additionally, brain microvasculature of claudin-5 knockout mice is highly permeable to molecules with a molecular weight less than 800 Da (Nitta et al. *J Cell Biol.* **161:** 653-660, 2003).

51.     Additional control of paracellular diffusion at the BBB is conferred by adherens junctions. These are specialized cell-cell interactions that are formed by cadherins and associated

**Exhibit 36**

18      **29**

proteins that are directly linked to actin filaments (Redzic. *Fluids Barriers CNS.* **8**: 3, 2011). The primary functions of adherens junctions are to stabilize cell-cell adhesions, regulate the actin cytoskeleton, and to contribute to intracellular signaling and transcriptional regulation (Hartsock & Nelson. *Biochim Biophys Acta.* **1778(3):** 660-669, 2008).

52.    The overall penetration of a drug across the BBB is the net result of passive transcellular diffusion and membrane transporters. Passive transcellular diffusion is a non-saturable process that is governed by Fick's First Law of Diffusion. According to this mathematical relationship, which only relates to diffusion and not facilitated or active transport, the rate of passive flux across a biological membrane is directly proportional to the magnitude of the solute concentration gradient. Therefore, a larger drug concentration in the circulation (i.e., blood) will result in greater tissue delivery by passive diffusion than a smaller concentration of the same substance. This relationship is shown in **Figure 2.**



**Figure 2. Graph of the Relationship between Transmembrane Concentration Gradient ($\Delta$C) and the Rate of Passive Diffusion ($J_{net}$) Across a Biological Membrane.** In this equation, "P" represents a constant that is defined by the diffusion coefficient (D), surface area available for diffusion (A), and the thickness of the membrane ($\Delta$x). As noted in the figure, $J_{net}$ is directly proportional to the magnitude of $\Delta$C.

**Exhibit 36**
19    30

53.     Enhancement of passive permeability for drugs is commonly employed in the context of drug discovery and development. The Lipinski criteria (i.e., the "Rule of 5") were proposed to guide development of orally available medications by maximizing passive diffusion across the intestinal epithelium. Lipinski's rules predict that oral absorption via passive diffusion is likely to be poor if a drug molecule has i) a molecular weight greater than 500 Da; ii) has a calculated logarithm of the partition coefficient between n-octanol and water (i.e., cLogP; an indicator of lipophilicity) greater than 5; iii) has more than 5 hydrogen bond donors; and iv) has more than 10 hydrogen bond acceptors (Benet et al. *Adv Drug Deliv Rev.* **101**: 89-98, 2016).

54.     It is essential to note that the criteria of cLogP $\leq$ 5 as a determinant of oral absorption reflects the fact that a drug molecule cannot be infinitely hydrophobic. Indeed, compounds with cLogP values greater than 5 exhibit low aqueous solubility, which can compromise bioavailability. This can be explained, in part, by the presence of an unstirred water layer at both sides of the lipid bilayer, which can be rate-limiting for membrane permeability of hydrophobic molecules (Avdeef et al. *Eur J Pharm Sci.* **22(5)**: 365-374, 2004; Sugita et al. *J Chem Inf Model.* **61(7)**: 3681-3695, 2021).

55.     Medicinal chemists often utilize polar surface area as an additional parameter that can predict transcellular permeability for optimization of oral absorption. Total polar surface area values that exceed 140 $\text{Å}^2$ will result in poor passive diffusion across biological membranes in the intestine (Palm et al. *Pharm Res.* **14(5)**: 568-571, 1997; Matsson and Kihlberg. *J Med Chem.* **60(5)**: 1662-1664, 2017).

56.     Since most centrally acting drugs have a passive diffusion component that contributes to their BBB permeability, Lipinski's rules have been modified in a more stringent manner to predict the capability of a therapeutic substance to cross the brain microvascular

**Exhibit 36**
20        31

endothelium (Banks. *BMC Neurol.* **9 Suppl 1(Suppl 1):** S3, 2009). For a drug to cross from blood into brain parenchyma by diffusion, it must be of low molecular weight and be sufficiently lipophilic. Passive permeability across the BBB can be enhanced when molecular weight is less than 400 Da, cLogP = 1.5-2.5, and an upper limit of approximately 80 Å$^2$ for polar surface area is imposed (**Table 1**) (Banks. *BMC Neurol.* **9 Suppl 1(Suppl 1):** S3, 2009; Misra et al. *J Pharm Pharm Sci.* **6(2):** 252-273, 2003; Begley. *Pharmacol Ther.* **104(1):** 29-45, 2004; Pajouhesh and Lenz. *NeuroRx.* **2(4):** 541-553, 2005; Mikitsh and Chacko. *Perspect Medicin Chem.* **6**: 11-24, 2014; Kadry et al. *Fluids Barriers CNS.* **17(1):** 69, 2020); Neumaier et al. *Pharmaceutics.* **13(10)**, 2021; Ronaldson and Davis. *Expert Opin Drug Deliv.* Epub Jan 13, 2024).

**Table 1: Comparison of Drug Physicochemical Criteria for Oral Absorption and for Brain Penetration by Passive Diffusion.**

| Criteria | Oral Absorption | Brain Penetration |
|---|---|---|
| **Molecular Weight (Da)** | $\leq 500$ | $\leq 400$ |
| **cLogP** | $\leq 5$ | $1.5 - 2.5$ |
| **Hydrogen Bond Acceptors** | 10 | No more than 6 total hydrogen bonds. |
| **Hydrogen Bond Donors** | 5 | No more than 6 total hydrogen bonds. |
| **Polar Surface Area (Å$^2$)** | $\leq 140$ | $\leq 80$ |

(From: Ronaldson and Davis. *Expert Opin Drug Deliv.* Epub Jan 13, 2024)

57.     Additionally, reduction in hydrogen bonding capacity plays a critical role in maximizing CNS passive permeability (Loryan et al. *Mol Pharm.* **12(2)**: 520-532, 2015). Quantitatively, a tendency to form more than 6 total hydrogen bonds is a limiting factor for CNS drug penetration by passive diffusion (Kadry et al. *Fluids Barriers CNS.* **17(1):** 69, 2020). This concept is best illustrated by replacement of hydroxyl groups on morphine with acetyl groups to produce heroin, a drug that exhibits more than 30X greater CNS penetration as measured by the

**Exhibit 36**
21    **32**

brain uptake index method (Oldendorf et al. *Science.* **178(4064):** 984-986, 1972; Mikitsh and Chacko. *Perspect Medicin Chem.* **6**: 11-24, 2014).

58.     Ionization status as dictated by the p$K_A$ of a compound is also a determining factor in passive CNS uptake (Geldenhuys et al. *Ther Deliv.* **6(8)**: 961-971, 2015). The majority of currently marketed small molecule therapeutics possess functional groups that render them weak acids, weak bases, or zwitterions. In general, transcellular diffusion of charged molecules across biological membranes is considerably less than that for uncharged solutes. Therefore, drug molecules that exhibit a higher proportion of ionization at physiological pH (i.e., pH 7.4) will present challenges in achieving efficient passive permeability across the brain microvascular endothelium.

59.     The endothelial cells that line the cerebral microvasculature are "polarized" cells. This means that these cells have plasma membranes that are functionally distinct depending upon the direction in which they face. In terms of the BBB, endothelial cells possess a "luminal" and "abluminal" plasma membrane that face blood and brain tissue, respectively. The characteristics of the luminal and abluminal plasma membranes in brain microvessel endothelial cells can be quite different, including the types and quantities of proteins (i.e., receptors, transporters) that are expressed.

60.     Transport proteins in brain microvascular endothelial cells are a critical mechanism that selectively permit brain uptake of circulating solutes while restricting permeability of others (Williams et al. *Pharmaceutics.* **12**: 154, 2020). Such transport processes include adenosine triphosphate (ATP)-binding cassette (ABC) transporters (i.e., active efflux transporters) and solute carrier (SLC) transporters (Sanchez-Covarrubias et al. *Curr Pharm Des.* **20**: 1422-1449, 2014). ABC and SLC transport proteins are not unique to the BBB. Indeed, ABC and/or SLC transporters

**Exhibit 36**

22      33

are found in all other organs/tissues in the body, albeit the specific isoforms of each transporter superfamily will differ by cell type. The transporter isoforms expressed in the brain function in a similar manner to their counterparts in non-CNS tissues (i.e., selective uptake or efflux of endogenous and exogenous substrates including drugs).

61.     ABC transporters require biological energy via hydrolysis of ATP to transport substances against their concentration gradient. ABC transporters that are expressed at the human BBB include P-gp, multidrug resistance proteins (MRPs), and breast cancer resistance protein (BCRP). P-gp transports a vast array of structurally diverse compounds from different chemical classes, whereas MRPs are primarily involved in cellular efflux of anion drugs as well as their glucuronidated, sulfated, and glutathione-conjugated metabolites (Dallas et al. *Pharmacol Rev.* **58**: 140-161, 2006; Miller et al. *Pharmacol Rev.* **60**: 196-209, 2008; Sanchez-Covarrubias et al. *Curr Pharm Des.* **20**: 1422-1449, 2014; Williams et al. *Pharmaceutics.* **12**: 154, 2020). BCRP has considerable overlap in substrate profile with P-gp and recognizes many sulfo-conjugated organic anions, hydrophobic, and amphiphilic compounds (Robey et al. *Adv Drug Deliv Rev.* **61**: 3-13, 2009). In fact, BCRP functions in a synergistic manner with P-gp to limit brain penetration of drugs (de Vries et al. *Clin Cancer Res.* **13:** 6440-6449, 2007; Polli et al. *Drug Metab Dispos.* **37:** 439-442, 2009; Agarwal & Elmquist. *Mol Pharm.* **9**: 678-684, 2012).

62.     In contrast to ABC transporters, membrane transport of circulating solutes by SLC family members is governed by either an electrochemical gradient utilizing an inorganic or organic solute as a driving force or the transmembrane concentration gradient of the substance being transported (Abdullahi et al. *Am J Physiol Cell Physiol.* **315(3)**: C343-C356, 2018). These transporters have evolved as a means for selective delivery of nutrients and other substances required for brain function such as carbohydrates (i.e., glucose), hormones, peptides, and amino

**Exhibit 36**

23      34

acids. SLC transporters are also effective vehicles for blood-to-brain delivery of small molecule drugs relevant to the treatment of neurological diseases, primarily due to their chemical similarity with endogenous solutes and natural products.

63.    An example of a family of SLC transporters that can facilitate uptake transport of drugs across biological membranes are the organic anion transporting polypeptides (OATPs). These transporters are well known to transport 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (i.e., statins) in human endothelial cells (Ronaldson et al. *J Pharmacol Exp Ther.* **376(2)**: 148-160, 2021). OATP transporters that can mediate blood-to-brain delivery of statins are detectable at the human BBB (Gao et al. *J Pharmacol Exp Ther.* **294(1)**: 73-79, 2000; Bronger et al. *Cancer Res.* **65**: 11419-11428, 2005; Lee et al. *J Biol Chem.* **280**: 9610-9617, 2005; Ronaldson and Davis. *Pharmacol Rev.* **65(1)**: 291-314, 2013; Al-Majdoub et al. *Mol Pharm.* **16(3)**: 1220-1233, 2019). Statins have been shown to exhibit beneficial effects in the brain such as neuroprotection and antioxidant effects (Wood et al. *Ann NY Acad Sci.* **1199:** 69-76, 2010; Barone et al. *Pharmacol Res.* **63**: 172-180, 2011; Thompson et al. *J Cereb Blood Flow Metab.* **34**: 699-707, 2014). This represents an excellent example of a pharmacological situation where transporter-mediated uptake of a drug into the brain is not associated with a negative effect in the CNS.

64.    Indeed, OATP transporters have been identified in other tissues including the intestine, liver, kidney, heart, lung, spleen, testis, placenta, and peripheral blood cells (Ronaldson & Davis. *Pharmacol Rev.* **65(1):** 291-314, 2013). It is critical to emphasize that OATP transporter localization and expression is different across these various organ systems. Additionally, expression of an OATP isoform in one organ system does not mean that it is expressed in all organ systems in the body. Furthermore, demonstration of OATP-mediated transport of a drug in one

**Exhibit 36**

24      35

cell type (e.g.: intestinal epithelial cells) does not mean that this family of transporters will be involved in its transport in another cell type (e.g.: brain microvascular endothelial cells).

65.     Another example of a drug that requires transport across the BBB to exert its therapeutic effect is levodopa (L-DOPA), the gold-standard medication used in the treatment of Parkinson's disease. At physiological pH (i.e., the pH of blood is normally 7.2-7.4), L-DOPA is a zwitterion, which means that the drug molecule possesses both a positive and negative charge. Charged molecules are incapable of crossing biological membranes unless they are a substrate for a membrane transporter. L-DOPA utilizes the L-type amino acid transporter (LAT1) to cross the BBB and attain effective concentrations in brain tissue (Puris et al. *Pharm Res.* **37(5)**: 88, 2020). In the brain, L-DOPA exerts multiple beneficial effects associated with alleviating motor symptoms during early-stage Parkinson's disease.

66.     Many other therapeutics can be delivered to the brain via endogenous BBB transporters. These include antiretroviral drugs used to treat HIV-1 infection (e.g.: zidovudine, efavirenz), non-steroidal anti-inflammatory drugs (e.g.: ketoprofen, ibuprofen, indomethacin, naproxen), valproic acid (used for management of seizures), opioid analgesic drugs (i.e., morphine), dopamine receptor agonists for treatment of Parkinson's disease (pramipexole), and anti-cancer drugs (e.g.: 6-mercaptopurine, methotrexate) (Ishiguro et al. *Drug Metab Dispos.* **33(4)**: 495-499, 2005; Zhu et al. *Pharm Res.* **35(12)**: 243, 2018; Puris et al. *Pharm Res.* **39(7)**: 1415-1455, 2022).

67.     Once a drug crosses the luminal (i.e., blood side) membrane of a brain microvessel endothelial cell, it can remain "trapped" in the cytoplasm. Should the drug manage to permeate the abluminal (i.e., brain side) membrane, it can bind non-specifically to brain tissue in a manner dependent upon the physicochemical properties of the compound itself. Since only free drug that

**Exhibit 36**

25      **36**

is available in brain extracellular fluid can bind to its molecular target, vascular trapping and non-specific binding can further reduce potential for a pharmacological effect to occur.

68.     An excellent example of a currently marketed BBB-penetrant therapeutic that binds non-specifically in brain tissue and does not possess frequent and/or serious CNS side effects is telmisartan. Positron emission tomography (PET) imaging studies in male rhesus macaques showed accumulation of telmisartan in whole brain tissue (Noda et al. *Nucl Med Biol.* **39(8):** 1232-1235, 2012). Of particular significance, the brain-to-plasma ratio increased during the PET scanning period, which suggests a slower rate of clearance from brain tissue as compared to plasma, which rapidly decreased (Noda et al. *Nucl Med Biol.* **39(8):** 1232-1235, 2012). As noted in the FDA product label for Micardis® (i.e., the brand name for telmisartan), the most common adverse events reported in clinical trials were not CNS-related, but instead included back pain, sinusitis, diarrhea, intermittent claudication, and skin ulceration (https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/020850s032lbl.pdf). Some adverse events such as insomnia, somnolence, and vertigo were reported in clinical trials, but these occurred infrequently and were not directly associated with administration of telmisartan.

69.     Assessment of drug penetration across the BBB requires an appreciation that the barrier is dynamic in nature. As such, the BBB can be modified in response to disease or to pharmacotherapy itself. These changes in BBB integrity can include modulation of tight junction protein complexes and opening of a paracellular diffusion route and/or alterations in expression and activity of ABC and SLC transporters. A dysfunctional BBB can behave differently, including enabling more extensive drug penetration than a normally functioning BBB.  To assess CNS drug penetration more accurately, it is essential that disease-specific effects on BBB integrity be considered during preclinical drug development.

**Exhibit 36**
26     37

70.     Diseases that are associated with BBB dysfunction include, but are not limited to, ischemic stroke, cerebral hypoxia, inflammatory conditions, HIV-1 infection, diabetes mellitus, AD, epilepsy, brain cancer, and pain (Hawkins & Davis. *Pharmacol Rev.* **57(2)**: 173-185, 2005; Ronaldson & Davis. *Brain Res.* **1623**: 39-52, 2015; Lochhead et al. *AAPS J.* **19(4)**: 910-920, 2017; Sweeney et al. *Nat Rev Neurol.* **14(3)**: 133-150, 2018; Hashimoto et al. *Fluids Barriers CNS.* **20(1)**: 22, 2023). As such, studies in animals or human subjects involving underlying disease states must be carefully analyzed and placed into context in terms of what their findings mean for "healthy" animals or humans (i.e., subjects without inherent BBB dysfunction). This is because studies in animals or human subjects with underlying disease states that cause BBB dysfunction may show drug passage through the subjects' compromised BBBs to an extent that may not occur in the setting of a non-compromised BBB.

**C.     Prerequisites for the Theory About MLKT and Neuropsychiatric Symptoms**

71.     It has been theorized that there may be a relationship between MLKT use and neuropsychiatric symptoms.  For neuropsychiatric symptoms to occur because of MLKT use, three events would need to occur. Firstly, MLKT would need to cross the BBB. Secondly, the quantity of MLKT that crosses the BBB would need to be able to produce a sufficient free concentration in brain tissue that would permit interactions with MLKT target receptors (i.e., CysLT1R, GPR17). Finally, free MLKT in brain tissue would have to interact with its target receptors to elicit a measurable pharmacological effect. A "measurable pharmacological effect" is defined as either a beneficial effect that could be useful in the treatment of a neurological disease or an adverse effect that could limit the use of MLKT in human subjects.  This report will examine these issues and demonstrate that this theory lacks scientific support and is unproven.

**Exhibit 36**

27     **38**

72.     In healthy brain tissue, expression of CysLT$_1$R is low (Lynch et al. *Nature.* **399**: 789-793, 1999; Sarau et al. *Mol Pharmacol.* **56(3)**: 657-663, 1999); however, this receptor may be induced in the context of neurological diseases where it mediates inflammation, microglial activation, leukocyte migration, and BBB dysfunction (Wang et al. *Neurobiol Aging.* **87:** 1-10, 2020). As such, CysLT$_1$R antagonists (e.g.: MLKT) will exert pharmacological effects that prevent these deleterious processes. Indeed, many preclinical studies have demonstrated anti-inflammatory, immune modulating, and BBB protective properties of MLKT, which result from pharmacological inhibition of leukotriene effects at CysLT$_1$R (Gelosa et al. *Mediators Inflamm.* **2017**: 3454212, 2017).

73.     *In vivo* studies have shown that activation of GPR17 is associated with inflammatory processes, microglial activation, and cognitive impairment (Liang et al. *J Neuroinflammation.* **20**: 271, 2023). Additionally, GPR17 activity is associated with decreased neuronal growth and oligodendrocyte differentiation/central myelination (Chen et al. *Nat Neurosci.* **12(11)**: 1398-1406, 2009; Braune et al. *Int J Mol Sci.* **22(21)**: 11683, 2021). Indeed, pharmacological effects caused by blockade of GPR17 with MLKT include improved neurogenesis (Braune et al. *Int J Mol Sci.* **22(21)**: 11683, 2021) and myelination of regenerated axons (Wang et al. *Neuron.* **108(5):** 876-886, 2020). These are beneficial properties that support neuroprotective effects of MLKT.

74.     In contrast, neuropsychiatric symptoms involve activation of neurotransmitter receptor systems for dopamine (i.e., D2 receptors), serotonin (i.e., 5-HT$_{2A}$ receptors), and glutamate (i.e., N-methyl-D-aspartate receptors (NMDARs)). Evidence for involvement of these receptor systems in development of symptoms of neurological dysfunction (e.g., hallucinations, delusions, depression, anxiety, insomnia, social withdrawal, lack of motivation, cognitive

**Exhibit 36**
28     39

impairment) comes from neuropharmacological research using specific agonists or antagonists against each pathway. For example, stimulants such as amphetamine and methamphetamine increase synaptic concentrations of dopamine by inhibition of the dopamine transporter, which can cause neuropsychiatric symptoms via activation of D2 receptors in the mesolimbic and mesocortical tracts (Harro. *Int Rev Neurobiol.* **120**: 179-204, 2015). Development of hallucinations is associated with activation of 5-HT$_{2A}$ receptors via agonists such as lysergic acid diethylamide (LSD), psilocybin, and mescaline (Vollenweider et al. *NeuroReport.* **9(17)**: 3897-3902, 1998; Gonzalez-Maeso et al. *Neuron.* **53**: 439-452, 2007; Vamvakopoulou et al. *Neuropharmacology.* **222**: 109294, 2023). There also may be a role for NMDARs in development of neuropsychiatric effects given that drugs known to block these receptors (i.e., ketamine, phencyclidine) are associated with development of schizophrenia-like symptoms (Kapur & Seeman. *Mol Psychiatry.* **7(8)**: 837-844, 2002).

75.     Neuropsychiatric symptoms can be mitigated using therapeutic agents that interact with D2 receptors, 5-HT$_{2A}$ receptors, and/or NMDARs. These are known as antipsychotic drugs and are routinely used in the treatment of psychoses including schizophrenia, mania, and depression. Commonly prescribed antipsychotic drugs in the United States include haloperidol, chlorpromazine, clozapine, quetiapine, and risperidone (Marder & Cannon. *New Engl J Med.* **381**: 1753-1761, 2019).

76.     There is no evidence in the published scientific literature that MLKT can activate D2 receptors and/or 5-HT$_{2A}$ receptors or inhibit NMDARs in healthy or pathological brain tissue. There is also no published data that MLKT can interact with transporters that control brain concentrations of monoamine neurotransmitters (i.e., dopamine or serotonin transporters) or glutamate, elevate their concentrations in the synapse, or subsequently increase activity at D2, 5-

**Exhibit 36**
29     **40**

HT$_{2A}$ or NMDARs. Additionally, there is no published data that supports the hypothesis that pharmacological blockade of either CysLT$_1$R or GPR17 results in modulatory effects on neurobiological pathways associated with neuropsychiatric symptoms (i.e., dopamine, serotonin, glutamate). Put another way, there is no known study that provides rigorous scientific evidence that MLKT can interact with, or modulate, those neurological pathways associated with neuropsychiatric symptoms.

### C.1. MLKT AND DELIVERY ACROSS THE BBB – A REVIEW OF THE EVIDENCE

#### C.1.1.  Tissue Distribution Study

77.     The FDA-approved product label for Singulair® states that preclinical studies in rats provided evidence that MLKT can distribute into brain tissue in rats (https://www.organon.com/product/usa/pi_circulars/s/singulair/singulair_pi.pdf). This statement is based on data presented in the Investigational New Drug (IND) document for MLKT, including a tissue distribution study that shows that measurable but low quantities of radiolabeled MLKT were detected in rat brain tissue following administration of a 5 mg/kg intravenous dose or a 10 mg/kg oral dose (MRK-SNG-01161848 and MRK-SNG-01161866). The statement from the Singulair® product label (revised 06/2021) does not, however, provide any information on the overall quantity of MLKT that crosses the BBB and enters brain parenchyma.

78.     On 12/01/1997, Dr. Shannon P. Williams completed the Pharmacology Review for a new drug application to enable Singulair® (i.e., MLKT sodium) to be marketed in the United States. Included in this Review document is a detailed description of pharmacokinetic studies. Starting on page 11, Dr. Williams provides a summary of experimental work conducted to assess

**Exhibit 36**
30    **41**

distribution of MLKT in multiple species including CD-1 mice, Sprague-Dawley rats, rhesus monkeys and humans. Under the heading "Distribution", studies to evaluate *in vitro* plasma protein binding are described. Of note, [$^{14}$C]MLKT (2-250 µg/ml; specific activity = 13.58 µCi/mg or 21.22 µCi/mg depending upon the batch used) was shown to bind extensively to plasma proteins. Of particular importance, the unbound (i.e., free) fraction of [$^{14}$C]MLKT was 0.3% in mice, 0.9% in rats, 0.4% in monkeys, and 0.4% in humans.

79.    The relevance of the unbound (i.e., free) fraction data in plasma to BBB penetration is that less than 1% of the MLKT that is present in plasma is available to cross the BBB. As such, a very small proportion of MLKT molecules present in blood are even available to successfully distribute into brain tissue. This is a fundamental concept in pharmacokinetics that is supported by the free drug theory (Summerfield et al. *Pharm Res.* **39**: 213-222, 2022).

80.    On pages 13-14 of the FDA Review, studies designed to measure tissue distribution following intravenous administration of [$^{14}$C]MLKT (5 mg/kg) in male Sprague-Dawley rats are described. As explained below, the human equivalent dose for 5 mg/kg to a rat is 46.4 mg. This value is higher than the 10 mg daily dose of MLKT that is indicated for treatment of asthma in adults. Tissue concentrations of [$^{14}$C]MLKT were measured at 1 h, 2 h, 4 h, and 24 h following intravenous administration. The results of this biodistribution study, which are presented in both the original NDA for MLKT and the Center for Drug Evaluation and Research Pharmacology Review for Singulair® document, are shown in **Table 2** below.

**Exhibit 36**

31      **42**

**Table 2: Radioactivity (μg/g or μg/ml) in Tissues of Male Sprague-Dawley Rats receiving [$^{14}$C]MLKT (5 mg/kg, i.v.; Data Expressed as Mean ± SD; n = 3)**

| Tissue | Hours after Dose | | | |
|---|---|---|---|---|
| | 1 hour | 2 hours | 4 hours | 24 hours |
| Liver | 7.73 ± 0.869 | 4.70 ± 0.911 | 2.67 ± 0.704 | 0.392 ± 0.025 |
| Kidney | 3.76 ± 0.253 | 1.98 ± 0.274 | 0.808 ± 0.218 | 0.108 ± 0.007 |
| Mesenteric Lymph Nodes | 3.18 ± 2.31 | 1.56 ± 0.474 | 1.23 ± 0.503 | 0.092 ± 0.024 |
| Pancreas | 2.41 ± 0.840 | 0.847 ± 0.205 | 1.26 ± 0.817 | 0.100 ± 0.013 |
| Fat | 2.01 ± 0.221 | 0.900 ± 0.189 | 0.380 ± 0.020 | 0.076 ± 0.011 |
| Heart | 1.71 ± 0.267 | 0.877 ± 0.092 | 0.396 ± 0.071 | 0.161 ± 0.012 |
| Adrenals | 1.53 ± 0.240 | 0.855 ± 0.191 | 0.442 ± 0.089 | 0.414 ± 0.258 |
| Plasma | 1.22 ± 0.249 | 0.641 ± 0.097 | 0.371 ± 0.040 | 0.041 ± 0.002 |
| Lung | 0.939 ± 0.221 | 0.410 ± 0.052 | 0.256 ± 0.033 | 0.139 ± 0.034 |
| Bladder | 0.813 ± 0.147 | 0.416 ± 0.097 | 0.240 ± 0.092 | 0.101 ± 0.022 |
| Skin | 0.703 ± 0.119 | 0.314 ± 0.038 | 0.190 ± 0.089 | 0.072 ± 0.028 |
| Muscle | 0.652 ± 0.099 | 0.271 ± 0.020 | 0.130 ± 0.020 | 0.085 ± 0.031 |
| Spleen | 0.560 ± 0.065 | 0.387 ± 0.036 | 0.219 ± 0.042 | 0.136 ± 0.012 |
| Testes | 0.307 ± 0.021 | 0.247 ± 0.036 | 0.129 ± 0.009 | 0.030 ± 0.004 |
| Red Blood Cells | 0.166 ± 0.031 | 0.083 ± 0.016 | 0.051 ± 0.011 | 0.041 ± 0.002 |
| Brain | 0.117 ± 0.004 | 0.136 ± 0.005 | 0.085 ± 0.017 | 0.142 ± 0.027 |
| Gastrointestinal Tracts (tissue and contents, % of Dose) | | | | |
| Stomach | 0.515 ± 0.432 | 0.280 ± 0.153 | 0.391 ± 0.298 | 0.277 ± 0.296 |
| Small Intestine | 64.8 ± 6.74 | 79.5 ± 4.23 | 40.0 ± 11.7 | 1.05 ± 0.238 |
| Large Intestine | 0.195 ± 0.036 | 0.108 ± 0.042 | 15.0 ± 7.63 | 0.860 ± 0.739 |
| Cecum | 0.175 ± 0.040 | 1.18 ± 1.75 | 30.6 ± 6.45 | 1.90 ± 0.512 |
| Urine | | | | 0.468 ± 0.122 |
| Feces | | | | 81.1 ± 2.40 |

Values represent Mean ± S.D. (n = 3).
Notebook/Page:  8204/289-303, 12009/301

81.　These results were interpreted by the FDA to reflect that most of the radioactivity associated with [$^{14}$C]MLKT was recovered in the GI tract and feces (Center for Drug Evaluation and Research Pharmacology Review for Singulair® document, page 13), which is consistent with the metabolism and biliary route of elimination of MLKT. Radioactivity at 1 h was greater than

**Exhibit 36**

32     43

plasma in liver, kidney mesenteric lymph nodes, pancreas, fat, heart, and adrenal glands. Of note, the FDA report explicitly states that only a "trace amount" of radioactivity was detected in brain tissue. Radioactivity equivalents in plasma were observed to decline in accordance with time and levels were lower than in brain tissue by 24 h. This can be explained by a combination of processes including rapid clearance of MLKT in plasma, passive diffusion across brain microvascular endothelial cells, non-specific binding of MLKT in brain tissue, and slow CNS drug clearance due to physiological flow of brain interstitial fluid (ISF).

82.    In addition to intravenous dosing, biodistribution of [$^{14}$C]MLKT was evaluated in male Sprague-Dawley rats following an oral dose of 10 mg/kg. These data are shown in **Table 3** below, which are presented in both the original NDA for MLKT and the Center for Drug Evaluation and Research Pharmacology Review for Singulair® document. As noted by Nair and Jacob (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016), a rodent dose is not equivalent to a human dose. Rather, human equivalent doses can be determined from rodent doses based on a simple calculation that relates rodent body weight in kg (W) to its total body surface area in m$^2$ (TBSA) (i.e., TBSA = k(W$^{2/3}$) where k is a constant). This enables generation of an allometric scaling factor that can be calculated by dividing W by TBSA. Given that k = 0.0893 for rats, the allometric scaling factor for a 300 g experimental animal is 7.54. Therefore, the human equivalent dose can then be calculated as follows:

*Human Equivalent Dose (HED; mg/kg) = Rodent Dose / Allometric Scaling Factor*

*HED (mg/kg) = 10 mg/kg / 7.54*

*HED (mg/kg) = 1.326 mg/kg*

**Exhibit 36**
33      44

For a standard 70 kg human subject, this translates to a total dose of 92.8 mg. This is more than 9 times greater than the typical 10 mg dose administered to adult subjects for control of asthma or allergic rhinitis symptoms. It is also more than 18 times greater than the 5 mg chewable tablet formulation given to children aged 6-14 years.

**Table 3: Radioactivity (µg/g or µg/ml) in Tissues of Male Sprague-Dawley Rats receiving [$^{14}$C]MLKT (10 mg/kg, p.o.; Data Expressed as Mean ± SD; n = 3)**

| Tissue | Hours After Dose | | |
|---|---|---|---|
| | 1 Hour | 6 Hours | 24 Hours |
| Small Intestine | 85.9 ± 39.7 | 27.2 ± 6.29 | 1.68 ± 0.74 |
| Stomach | 29.53 ± 17.5 | 8.27 ± 4.14 | 1.14 ± 1.43 |
| Liver | 20.3 ± 16.2 | 6.65 ± 3.15 | 0.77 ± 0.09 |
| Large Intestine | 15.4 ± 1.28 | 24.9 ± 15.8 | 1.31 ± 0.27 |
| Cecum | 4.02 ± 0.54 | 67.7 ± 27.1 | 3.95 ± 0.84 |
| Kidney | 2.56 ± 1.20 | 1.95 ± 0.45 | 0.21 ± 0.07 |
| Mesenteric Lymph Nodes | 5.42 ± 2.30 | 4.0 ± 0.98 | 0.24 ± 0.05 |
| Pancreas | 4.18 ± 1.79 | 2.84 ± 1.40 | 0.19 ± 0.07 |
| Fat | 1.20 ± 0.61 | 0.86 ± 0.26 | 0.16 ± 0.03 |
| Heart | 1.44 ± 0.83 | 0.88 ± 0.39 | 1.08 ± 0.69 |
| Adrenals | 1.81 ± 0.58 | 0.54 ± 0.47 | 0.33 ± 0.15 |
| Plasma | 1.23 ± 0.75 | 0.49 ± 0.13 | 0.07 ± 0.02 |
| Lung | 1.62 ± 1.25 | 1.51 ± 1.84 | 0.39 ± 0.27 |
| Bladder | 0.49 ± 0.15 | 0.45 ± 0.17 | 0.10 ± 0.03 |
| Skin | 0.41 ± 0.11 | 0.30 ± 0.05 | 0.10 ± 0.05 |
| Muscle | 0.40 ± 0.16 | 0.34 ± 0.04 | 0.05 ± 0.02 |
| Spleen | 0.61 ± 0.18 | 0.52 ± 0.37 | 0.16 ± 0.07 |
| Testes | 0.38 ± 0.26 | 0.39 ± 0.16 | 0.05 ± 0.02 |
| Red Blood Cells | 0.19 ± 0.11 | 0.15 ± 0.02 | 0.06 ± 0.04 |
| Brain | 0.12 ± 0.06 | 0.84 ± 0.70 | 0.68 ± 0.54 |
| **Gastrointestinal Tract (Tissue and Contents, % of Dose)** | | | |
| Stomach | 33.2 ± 17.4 | 4.40 ± 2.89 | 1.38 ± 2.30 |
| Small Intestine | 46.0 ± 15.5 | 27.3 ± 14.8 | 0.711 ± 0.373 |
| Large Intestine | 4.63 ± 2.25 | 13.0 ± 14.1 | 9.94 ± 4.22 |
| Cecum | 1.02 ± 0.597 | 48.8 ± 25.0 | 10.2 ± 3.46 |
| Urine | | | 0.458 ± 0.048 |
| Feces | | | 106 ± 20.7 |
| Cumulative Excreta | 84.9 ± 3.78 | 98.3 ± 12.3 | 128 ± 25.3 |
| Total Recovery | 111 ± 10.6 | 111 ± 13.7 | 130 ± 25.2 |

**Exhibit 36**
34      45

83.     Following oral dosing, tissue radioactivity corresponding to [$^{14}$C]MLKT was measured at 1 h, 6 h, and 24 h. At 1 h after oral dosing, several tissues (i.e., small intestine, stomach, liver, large intestine, mesenteric lymph nodes, pancreas, cecum, kidney, adrenal glands, lung, heart) were observed by the FDA to have [$^{14}$C]MLKT concentrations greater than that in plasma. Again, the FDA reported that only "trace amounts" of radioactivity were detected in brain tissue. Radioactivity decreased with time such that approximately 1% remained in tissues at 24 h post-dose. Almost all radioactivity was recovered in the feces and only 0.5% was recovered in urine.

84.     The results of the [$^{14}$C]MLKT biodistribution study were confirmed via autoradiography. In these experiments, male and female nonpregnant rats were orally administered 5 mg/kg [$^{14}$C]MLKT. This rodent dose is equivalent to a human dose of 46.4 mg, which is higher than the dose level used to treat asthma and allergic rhinitis clinically. The FDA reported that this autoradiography study reinforced observations from the oral biodistribution study: the highest levels of [$^{14}$C]MLKT were found in the intestine, stomach, mesenteric lymph nodes, bile, and liver. Additionally, it is important to point out that only the intestinal contents of male rats showed detectable levels of [$^{14}$C]MLKT at 96 h post-dose.

85.     A final autoradiographic study was conducted in pregnant Sprague-Dawley rats. Here, distribution of [$^{14}$C]MLKT to fetoplacental tissues was investigated following administration of a 5 mg/kg oral dose. As noted above, this dose in Sprague-Dawley rats is equivalent to a human dose of 46.4 mg, which is higher than the 10 mg dose level recommended to treat asthma in humans. The report of Dr. Williams notes that radioactivity was of greater intensity in maternal blood in the ovaries and in the mammary glands at 1 h post-dose. Additionally, lower intensity of [$^{14}$C]MLKT signal was detected in placenta, fetal membrane, uterus, fetal liver, clitoral gland, fetus, and amniotic fluid as compared to maternal blood,

**Exhibit 36**

35     46

suggesting a low degree of distribution to these tissues. At 24 h post-[$^{14}$C]MLKT administration, radioactivity was barely detectable in fetoplacental tissues. Finally, the pattern of distribution of [$^{14}$C]MLKT radioactivity in non-fetoplacental tissues was congruent to that observed in non-pregnant female Sprague-Dawley rats.

86.     In summary, these data show a low magnitude of MLKT distribution to the brain in male and female Sprague-Dawley rats. A rigorous analysis of these results requires the appreciation that i) the doses used to acquire the distribution data were significantly higher than those administered to human subjects for treatment of asthma, exercise-induced asthma, or allergic rhinitis; and ii) the small amount of [$^{14}$C]MLKT detected in brain tissue reflects total brain concentrations of MLKT and not the free concentration of MLKT.

87.     Regarding the dose used in the tissue distribution studies, male Sprague-Dawley rats (weight = 300 g) were administered 5 mg/kg MLKT via intravenous injection. Using the same method to convert a rodent dose to a human equivalent dose (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016), a 5 mg/kg dose in a rat corresponds to a human dose of 46.4 mg (i.e., 10 mg/kg / 7.54 x 70 kg standard human body weight = 46.4 mg). This dose is 4.64 times greater than the MLKT standard adult daily dose of 10 mg, is 9.28 times larger than the MLKT standard 5 mg dose for children aged 6-14 years and is 11.6 times larger than the MLKT pediatric dose of 4 mg for children aged 2-5 years.

88.     If the human equivalent dose is determined to be several orders of magnitude greater than the clinically used therapeutic dose, overestimation of the tissue distribution occurs for that drug at therapeutic doses. At the time that the IND enabling studies were performed, MLKT doses in human subjects that were more than 10 mg were explored. This provides justification for dose selection in the MLKT IND enabling studies. Rigorous clinical assessment

**Exhibit 36**

36      47

of MLKT indicated that no additional therapeutic benefit was obtained at MLKT doses greater than 10 mg/day. These results are reported in the FDA-approved label for Singulair®; https://www.organon.com/product/usa/pi_circulars/s/singulair/singulair_pi.pdf). Given current FDA-approved dosing guidelines, it is imperative that the implications of preclinical studies with MLKT be interpreted in the context of human equivalent doses (i.e., allometric scaling).

89.     As such, the preclinical studies used rodent doses that were equivalent to human doses that are higher than those used to treat asthma or allergic rhinitis in human subjects. Even at these higher doses, Dr. Williams noted that ". . . only trace amounts [of MLKT were] detected in the brain . . . ." Therefore, the well-established scientific principle of Fick's First Law of Diffusion tells us that brain distribution of MLKT in these preclinical studies would be even lower if doses consistent with current FDA guidelines for human use had been utilized.

90.     Interpretation of these preclinical MLKT brain uptake data also requires the understanding that these levels reflect the total brain concentration of MLKT. Total brain concentrations of a drug are the sum of bound drug (i.e., drug molecules that are bound to protein constituents in brain tissue) and free drug; however, it is only the free drug component that is available to bind to a receptor and elicit a pharmacological effect. In essence, the fact that a drug is detected in brain tissue cannot be interpreted to infer that it can induce a desired pharmacological effect or a safety concern via an adverse event.

91.     To provide more explanation, as noted above, brain penetration of a therapeutic across the BBB is the net result of passive transcellular diffusion and transport processes. That is, a single drug molecule can cross a biological membrane via more than one mechanism. As systemic doses are increased, the magnitude of the concentration gradient across the plasma membrane of a brain microvascular endothelial cell also increases. This will enhance the

**Exhibit 36**
37      48

magnitude of the passive diffusion component of drug transport across a cellular layer as dictated by Fick's First Law of Diffusion.

92.    The brain levels of $[^{14}C]$MLKT that were detected in the preclinical biodistribution studies described in the Center for Drug Evaluation and Research Pharmacology Review for Singulair® document reflect total brain concentrations. These data provide no information as to whether a sufficient free brain concentration of MLKT to activate its molecular targets (i.e., $CysLT_1R$, GPR17) exists in brain tissue. A central tenet in pharmacology is that it is only the free fraction of a drug that can interact with its receptor and elicit an effect (Summerfield et al. *Pharm Res.* **39**: 213-222, 2022).

93.    Measurement of the unbound brain-to-plasma partition coefficient ($K_{p,uu,brain}$) was first described by Hammarlund-Udenaes and colleagues in 2006 (Gupta et al. *Drug Metab Dispos.* **34(2)**: 318-323). This parameter, as noted by Loryan and colleagues ". . . describes the unbound drug concentration in the brain relative to the blood at equilibrium and is determined only by the net influx and efflux clearances, $CL_{in}$ and $CL_{out}$, and not by any subsequent partitioning into brain cells" (Loryan et al. *Pharm Res.* **39(7)**: 1321-1341, 2022). Of note, $K_{p,uu,brain}$ allows for quantitation of BBB permeability of therapeutic agents and incorporates both passive diffusion and membrane transport processes into a single pharmacokinetic parameter. Furthermore, the adoption of $K_{p,uu,brain}$ by brain barrier scientists has permitted integration with the Free Drug Hypothesis (Smith et al. *Nat Rev Drug Discov.* **9(12)**: 929-939, 2010). As such, $K_{p,uu,brain}$ enables determination of free drug in brain tissue that is available to bind to its target.

94.    Collation of experimental evidence by Loryan and colleagues showed that the mechanism of action for centrally acting drugs such as opioid analgesics, antipsychotics, and antidepressants was more strongly correlated with brain free concentrations than with total (i.e.,

**Exhibit 36**
38    **49**

both free and bound) drug concentrations in brain tissue (Loryan et al. *Pharm Res.* **39(7)**: 1321-1341, 2022).

95.     The free fraction of a drug in brain tissue can be determined experimentally. This can be accomplished using advanced microdialysis sampling methodology to accurately determine drug concentrations in brain interstitial fluid and in plasma; however, microdialysis requires considerable technical expertise to limit tissue damage, which affects feasibility of this methodology across academic and industrial laboratories. To improve experimental throughput and to enhance incorporation of free drug measurements into preclinical drug development, equilibrium dialysis approaches have been developed that have allowed for calculation of the fraction unbound in brain ($f_{u,brain}$) and, subsequently, determination of unbound drug concentrations based on total drug concentrations (Kalvass and Maurer. *Biopharm Drug Dispos.* **23(8)**: 327-338, 2002). Additionally, a brain slice method has been described that allows for empirical determination of the unbound volume of distribution in brain ($V_{u, brain}$) (Loryan et al. *Fluids Barriers CNS.* **10**: 6, 2013). This approach offers several advantages over use of brain homogenates to estimate the fraction unbound ($f_{u,brain}$) including correction for nonspecific binding to brain tissue, lysosomal trapping, and active transport processes. As noted by Loryan and colleagues, this method can be applied to determine the unbound intracellular-to-extracellular concentration ratio ($K_{p,uu,cell}$) or the unbound brain-to-plasma concentration ratio ($K_{p,uu,brain}$) (Loryan et al. *Fluids Barriers CNS.* **10**: 6, 2013). In 1997 (i.e., when the Pharmacology Review for the Singulair® New Drug Application was completed), these methodologies for determination of free drug concentrations in the brain had neither been optimized nor validated. In fact, it would not be until the late 2000s when experimental methods to assess $K_{p,uu,brain}$ and $f_{u,brain}$ were considered robust and were routinely used in academic and industrial drug research laboratories.

**Exhibit 36**
39      **50**

96.     The differences between total brain concentrations and free brain concentrations emphasizes the concept that detection of drug levels in brain tissue can differ considerably from measurement of "pharmacologically active" concentrations. In other words, just because a drug is detected in the CNS, it cannot be inferred that there is a sufficient free fraction available to elicit a pharmacological effect. In the context of the Center for Drug Evaluation and Research Pharmacology Review for Singulair® document that was prepared by Dr. Williams, the distribution of low quantities of [$^{14}$C]MLKT to the brain does not provide and cannot be used as evidence that MLKT has pharmacological effects in the CNS.

**C.1.2.  Marschallinger et al.  Structural and functional rejuvenation of the aged brain by an approved anti-asthmatic drug.  Nature Communications.  6:8416, 2015.**

97.     In 2015, a research article that was published by Marschallinger and colleagues described a translational study in which effects of MLKT on histopathological processes associated with age-related cognitive decline were evaluated. Experiments were conducted in young (4 month old) and aged (20 month old) male Fisher 344 rats. The animals were previously transfected with a fluorescent reporter DsRed2 under control of the neuronal precursor cell-specific promotor of the doublecortin (DCX) gene, an approach that enabled detection of neuronal precursor cells in rat brain tissue.

98.     In animals that were treated with MLKT, multiple beneficial effects were observed. Of note, MLKT treatment reduced neuroinflammation, increased neurogenesis in the hippocampus (a brain structure prominently involved in learning and memory), and enhanced learning and memory in aged animals. Using genetic approaches, the investigators showed that these beneficial effects of MLKT were mediated through inhibition of GPR17.

**Exhibit 36**

40     **51**

99.     Marschallinger and colleagues concluded that their data set demonstrated that MLKT is a potential therapeutic that can be repurposed to restore cognitive function in elderly individuals. Additionally, this research team suggested that their observations with MLKT and leukotriene receptor inhibition could be extended for treatment of dementias.

100.     Central to the Marschallinger study is the suggestion that MLKT crosses the BBB and attains a pharmacologically effective concentration in brain tissue. To obtain their data set, Marschallinger and colleagues reported that 10 mg/kg MLKT was administered via oral gavage to 4 month old and 20 month old rats. The drug was given once per day over a seven-day treatment course. One hour after the last dose was given on day 7, serum, brain tissue, and cerebral-spinal fluid ("CSF") were collected and MLKT concentrations were measured by high performance liquid chromatography (HPLC).

101.     As shown in Figure 1h of the Marschallinger study, the body weight of young rats was approximately 300 g, and the body weight of aged rats was approximately 380 g. For allometric scaling, factors of 7.54 and 8.13 are calculated and applied to animals weighing 300 g and 380 g, respectively (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016). Therefore, the human equivalent dose (based on a standard 70 kg human subject) corresponding to a rodent dose of 10 mg/kg in a young 300 g rat is 92.8 mg. Similarly, the human equivalent dose (based on a standard 70 kg human subject) corresponding to a rodent dose of 10 mg/kg in an aged 380 g rat is 86.1 mg. Both doses, as reported in the design of the Marschallinger study, are considerably higher than the FDA-approved adult therapeutic dose for Singulair® of 10 mg per day and, therefore, are not equivalent. In fact, the dose in young rats is more than 9 times greater and the dose in aged rats is more than 8 times greater than the FDA-approved 10 mg adult Singulair® dose when converting rodent doses to human equivalent doses. As such, the statement by Marschallinger and colleagues

**Exhibit 36**

41      52

that ". . . in a human subject taking 10 mg per day [MLKT], the drug was detectable in the serum and in the CSF in a similar concentration as in the rats" is inaccurate.

102.    Data presented in Supplementary Figure 1A of the Marschallinger study (shown below as **Figure 3**) suggests that administration of 10 mg/kg MLKT once daily via oral gavage for 7 days to young and aged Fisher 344 rats will produce comparable plasma concentrations to a healthy human subject taking 10 mg MLKT once daily. This finding is pharmacologically implausible. As shown by Zhao and colleagues (Zhao et al. *Biopharm Drug Dispos.* **18(9):** 769-777, 1997), a plasma concentration of 400 ng/ml is consistent with administration of 10 mg MLKT once daily to humans; however, the same plasma concentration is unlikely to be observed in rats administered 10 mg/kg MLKT via oral gavage when measurements of drug levels were conducted 1 h after drug dosing, which was reported in the experimental design of the Marschallinger study. This opinion is based on known differences in MLKT oral bioavailability, volume of distribution, time to maximal plasma concentration ($T_{max}$), and elimination half-life ($t_{1/2}$) between rats and humans.



**Figure 3: Supplementary Data Figure 1A from Marschallinger et al.
Nature Communications. 6: 8416, 2015.**

**Exhibit 36**
42     53

103.    Data required to rigorously examine the relationship between rodent and human MLKT doses and plasma concentrations are easily accessible. In fact, pharmacokinetic data for MLKT is reported in the FDA Center for Drug Evaluation and Research Clinical Pharmacology and Biopharmaceutics Reviews for MLKT (https://www.accessdata.fda.gov/drugsatfda_docs/nda/98/20830_Singulair_biopharmr.pdf).    The pharmacokinetic parameters for MLKT in humans and preclinical animal species, as reported in this document, are presented in **Table 4**.

**Table 4: Pharmacokinetic Parameters for MLKT as Reported in the FDA Center for Drug Evaluation and Research Clinical Pharmacology and Biopharmaceutics Review Document**

| Species | Plasma Clearance (mL/min/kg) | Half-Life (min) | $V_{dss}$ (L/kg) | Oral Bioavailability (% of Dose) | Protein Binding (% Bound) |
|---------|------------------------------|-----------------|------------------|----------------------------------|---------------------------|
| Rat | 15 | 90 | 0.7 | 33 | 99.7 |
| Mouse | 11 | 75 | 0.8 | 50 | 99.1 |
| Monkey | 2.5 | 125 | 0.2 | 47 | 99.6 |
| Human | 0.6 | 300 | 0.15 | 67 | 99.6 |

This table shows clear differences in pharmacokinetic properties for MLKT between human subjects and preclinical species, factors that can profoundly impact drug plasma concentrations.

104.    In pharmacokinetics, the relationship between dose and plasma concentration is well established. As such, the following equation can be utilized to estimate a plasma concentration following administration of a known dose of a given drug:

$$C_p = \frac{Dose \; x \; F}{V_d}$$

where "F" corresponds to the oral bioavailability and "$V_d$" is the volume of distribution.

105.    For a young Fisher 344 rat that weighs 300 g, the plasma concentration that results from administration of 10 mg/kg MLKT can be determined as follows:

**Exhibit 36**

43      54

$$C_p = \frac{Dose \; x \; F}{V_d}$$

$$C_p = \frac{(10\frac{mg}{kg} \, x \; 0.3 \; kg \; x \; 0.33)}{(0.7 \frac{L}{kg} \, x \; 0.3 \; kg)}$$

$$C_p = 4.714 \; mg/L, which \; corresponds \; to \; 4,714 \; ng/ml$$

Similarly, for an aged Fisher 344 rat that weighs 380 g, the plasma concentration that results

from administration of 10 mg/kg MLKT can be determined as follows:

$$C_p = \frac{Dose \; x \; F}{V_d}$$

$$C_p = \frac{(10\frac{mg}{kg} \, x \; 0.38 \; kg \; x \; 0.33)}{(0.7 \frac{L}{kg} \, x \; 0.38 \; kg)}$$

$$C_p = 5.429 \; mg/L, which \; corresponds \; to \; 5,429 \; ng/ml$$

These plasma concentrations are more than 11 times and 13 times greater than the plasma

concentrations reported for young and aged rats in the Marschallinger study. Given that the $t_{1/2}$

for MLKT in rats is 90 minutes and the $T_{max}$ is between 22.5 minutes and 37.5 minutes (as

reported in the FDA Center for Drug Evaluation and Research Pharmacology Review document;

https://www.accessdata.fda.gov/drugsatfda_docs/nda/98/020829s000_Singular_Pharma.pdf), it

is pharmacologically implausible that a dose of 10 mg/kg MLKT to young and aged Fisher 344

rats could result in a plasma concentration of approximately 400 ng/ml when measured 1 h after

dosing via oral gavage. Furthermore, this analysis suggests that the experimental animals used to

develop the brain penetration data in the Marschallinger study did not actually receive 10 mg/kg

MLKT.

**Exhibit 36**
44    55

106.    The approach described above can also be used to determine the dose that was used in the brain penetration experiments described by Marschallinger and colleagues. Rearrangement of this equation enables calculation of the dose required to achieve a specific plasma concentration:

$$Dose = \frac{C_p \; x \; V_d}{F}$$

For a young Fisher 344 rat that weighs 300 g, the dose required to achieve a plasma concentration of 400 ng/ml can be calculated as follows:

$$Dose = \frac{C_p \; x \; V_d}{F}$$

$$Dose = \frac{400 \frac{ug}{L} \; x \; 0.7 \; L/kg \; x \; 0.3 \; kg}{0.33}$$

$$Dose = \; 254.5 \; ug, which \; corresponds \; to \; 0.2545 \; mg$$

$$Dose = \; 0.85 \; mg/kg$$

Similarly, for an aged Fisher 344 rat that weighs 380 g, the dose required to achieve a plasma concentration of 400 ng/ml can be calculated as follows:

$$Dose = \frac{C_p \; x \; V_d}{F}$$

$$Dose = \frac{400 \frac{ug}{L} \; x \; 0.7 \; L/kg \; x \; 0.38 \; kg}{0.33}$$

$$Dose = \; 322.4 \; ug, which \; corresponds \; to \; 0.3224 \; mg$$

$$Dose = \; 0.85 \; mg/kg$$

Based on the above calculations, the actual dose used by Marschallinger and colleagues in their *in vivo* brain penetration experiments is unclear.

107.    To make a translationally relevant inference regarding MLKT brain exposure following administration of an adult dose, Marschallinger and colleagues would have needed to

**Exhibit 36**

45      56

use a dose of 1.1 mg/kg in the young rats and 1.2 mg/kg in the aged animals (i.e., doses that are equivalent to the FDA-approved adult Singulair® dose of 10 mg once daily). These calculations are based on the method of Nair and Jacob (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016) and were performed as follows:

1. **Young Animals:**   Rodent Dose = [Human Dose / 70 kg] x Allometric Factor

   Rodent Dose = [10 mg / 70 kg] x 7.54

   Rodent Dose = 1.1 mg/kg

2. **Aged Animals:**   Rodent Dose = [Human Dose / 70 kg] x Allometric Factor

   Rodent Dose = [10 mg / 70 kg] x 8.13

   Rodent Dose = 1.2 mg/kg

If the measurements of plasma concentrations following MLKT administration via oral gavage to young and aged Fisher 344 rats were accurate, then it is highly plausible that Marschallinger and colleagues may have used a translationally relevant MLKT dose to obtain these data. Nonetheless, the fact that the dose used in the Marschallinger study is unclear makes it difficult, if not impossible, to properly compare MLKT concentrations in rodent brain tissue, CSF, and plasma against plasma and CSF measurements for MLKT in the human subject.

108.     Additionally, Marschallinger relies on CSF drug concentrations as a surrogate for brain levels of MLKT. This is not scientifically defensible (Pardridge. *Pharmaceutics*. **14(6)**: 1283, 2022). As described above, a CSF concentration can only be interpreted to reflect drug penetration across the BCSFB. Since paracellular permeability and transporter localization and expression are vastly different between the BBB and the BCSFB, transport of a therapeutic into CSF cannot be

**Exhibit 36**

46     57

used to indicate the magnitude of penetration into brain tissue. Furthermore, Marschallinger reports total CSF drug concentrations and not free CSF concentrations. As such, this approach overestimates the quantity of pharmacologically active MLKT that is present in CSF.

109.     In Supplementary Figure 1B of the Marschallinger study (shown below as **Figure 4**), a graph depicting a "reanalysis" of data from the original Center for Drug Evaluation and Research Pharmacology Review for Singulair® document is presented. The data used to generate this graph is shown in **Table 2** of this report. Performing a "reanalysis" would require that this original data set be subjected to more rigorous scrutiny and renewed assessment in the context of up-to-date knowledge in the field, which was not done. Marschallinger and colleagues only replotted the rat brain and plasma MLKT concentration data that was reviewed by the FDA. They did not perform any new assessment or provide any revised context for this data set. As such, referring to Supplementary Figure 1B as a "reanalysis" is inaccurate.

110.     The figure legend for Supplementary Figure 1B states that ". . . one hour after a single 5 mg kg$^{-1}$ intravenous drug administration, a substantial amount of radioactive equivalents of [$^{14}$C] MLKT (brain: 117 ± 24 ng/g; plasma: 1220 ± 249 ng/ml) had reached the brain." The word "substantial" is an adjective that is used to indicate that a noun is of considerable importance, size, or worth. From a pharmacological perspective, a "substantial amount" of MLKT in brain tissue would mean that enough drug was present to yield a free concentration capable of eliciting a therapeutic or adverse effect. Marschallinger's "reanalysis" does not interpret these data in the context of whether the MLKT brain concentrations reviewed by the FDA were sufficient to produce such effects. Rather, they only deem the brain concentrations as "substantial" because drug molecules simply could be detected in the rat brain tissue samples. Had appropriate pharmacological knowledge been utilized, Marschallinger and colleagues would have been unable

**Exhibit 36**
47     **58**

to suggest that the preclinical MLKT brain concentration data reviewed by the FDA showed that a "substantial amount of . . .[$^{14}$C]MLKT . . . had reached the brain."

111.    In addition, Marschallinger and colleagues do not address the fact that these tissue concentrations of MLKT were total drug concentrations. The Center for Drug Evaluation and Research Pharmacology Review for Singulair® document provides no information on $K_{p,uu,brain}$, $f_u$ or the degree of MLKT non-specific binding in brain tissue. The free fraction of MLKT is the proportion of the drug in brain tissue that is pharmacologically active. Marschallinger and colleagues are unable to make any conclusion as to whether the brain [$^{14}$C]MLKT level of 117 $\pm$ 24 ng/g at 1 h after intravenous injection produces enough of a free drug concentration to elicit a pharmacological effect. As such, it is highly inaccurate to imply that the preclinical biodistribution data set showed a "substantial amount" of MLKT in brain tissue in the absence of any consideration of free drug concentrations.



**Figure 4: Supplementary Data Figure 1B from Marschallinger et al. Nature Communications. 6: 8416, 2015.**

112.    Furthermore, the figure legend for Supplementary Figure 1 of the Marschallinger paper goes on to state "24 hours after [MLKT] injection, its levels in the brain (142 $\pm$ 27 ng/g) were even higher than in the plasma (41 $\pm$ 2 ng/ml)." At face value, this statement is true; however,

**Exhibit 36**
48      59

interpretation of these results requires an understanding of MLKT physicochemical and pharmacokinetic properties. Firstly, MLKT is rapidly cleared from plasma due to its extensive metabolism and excretion in the bile. As such, it is not surprising that MLKT plasma concentrations fell rapidly from 1 h after intravenous injection to 24 h post-administration. In contrast, brain levels of [$^{14}$C]MLKT remain unaltered across the entire time course of the experiment from 1 h to 24 h. These data reflect a combination of passive permeation across the microvascular endothelium (i.e., uptake into brain tissue), non-specific binding to brain parenchyma constituents (i.e., retention within the brain), and slow CNS clearance via bulk flow of ISF. Indeed, the ISF flow rate was determined to be 0.1-0.3 µl min$^{-1}$ g$^{-1}$, which is consistent with convective and not pulsatile flow (Abbott. *Neurochem Int.* **45(4)**: 545-552, 2004). Furthermore, the fact that MLKT levels in the brain exceeded those in plasma at 24 h post-injection does not provide support for the hypothesis that this drug accesses the brain via an endogenous BBB transport protein.

113.    The brain and plasma concentration data presented in the Center for Drug Evaluation and Research Pharmacology Review for Singulair® document can be used for area under the curve analysis between 0 h and 24 h (AUC$_{0-24}$). In pharmacokinetics, AUC analysis is a common parameter that reflects tissue drug exposure. Specific AUC values for brain and plasma can then be compared to obtain a brain-to-plasma ratio. The [$^{14}$C]MLKT data in rats following intravenous injection of 5 mg/kg is shown in figure 4. This analysis resulted in a brain-to-plasma ratio of 0.40 (i.e., AUC$_{0-24, brain}$ = 2676 ng g$^{-1}$ h$^{-1}$; AUC$_{0-24, plasma}$ = 6673 ng ml$^{-1}$ h$^{-1}$; AUC$_{0-24, brain}$ / AUC$_{0-24, plasma}$ = 2676 ng g$^{-1}$ h$^{-1}$ / 6673 ng ml$^{-1}$ h$^{-1}$ = 0.40). The graph used to perform this AUC analysis and associated data table is shown below as **Figure 5.** While this value does indicate accumulation of MLKT in brain tissue, it is based on total brain concentrations. Since the data

**Exhibit 36**
49      **60**

utilized to generate this graph neither accounts for free fraction unbound in brain tissue ($f_u$) nor was obtained using a translationally relevant dose, it cannot be extrapolated to reflect brain exposure in an adult human subject who was administered a therapeutic dose of 10 mg once daily or a pediatric human subject who received 4-5 mg once daily of MLKT.



**Figure 5: AUC$_{0-24}$ Analysis of MLKT Concentrations following Intravenous Dosing (5 mg/kg; Data Expressed as Mean ± SD; n =3 animals)**

114.    A similar analysis can be performed using the rodent biodistribution data following oral administration. These data are reported in the 1997 Center for Drug Evaluation and Research Pharmacology Review for Singulair® document. The curves used for this AUC analysis are depicted in **Figure 6**. This analysis resulted in a brain-to-plasma ratio of 1.62 (i.e., AUC$_{0-24,\ brain}$ = 16,140 ng g$^{-1}$ h$^{-1}$; AUC$_{0-24,\ plasma}$ = 9955 ng ml$^{-1}$ h$^{-1}$; AUC$_{0-24,\ brain}$ / AUC$_{0-24,\ plasma}$ = 16,140 ng g$^{-1}$ h$^{-1}$ / 9955 ng ml$^{-1}$ h$^{-1}$ = 1.62). Similar to the intravenous data shown in **Figure 5**, these results also reflect total brain concentrations. Again, these data account neither for free fraction unbound in brain tissue ($f_u$) nor were obtained using a translationally relevant dose. Therefore, they cannot be extrapolated to reflect brain exposure in an adult human subject who was administered a therapeutic dose of 10 mg once daily or a pediatric human subject who received 4-5 mg once daily of MLKT.

**Exhibit 36**
50      61



**Figure 6: AUC$_{0-24}$ Analysis of MLKT Concentrations following Oral Dosing (10 mg/kg; Data Expressed as Mean ± SD; n =3 animals)**

115.     The oral dosing data depicted in **Figure 6** is also characterized by high variability within the data set (as shown by large error bars on the graph). This is a function of the low number of animals used in this experiment (n = 3) and suggests that these data are underpowered. As such, these data cannot be interpreted to reflect the true magnitude of MLKT brain uptake after oral dosing.

**C.1.3. No Evidence that Endogenous BBB Transporters are Involved in MLKT Brain Uptake**

116.     The overall penetration of a drug across the BBB is the net result of passive transcellular diffusion, uptake transport processes, and efflux transport mechanisms. For a drug to cross the BBB by diffusion, it must be of low molecular weight and be sufficiently lipophilic; however, substances that meet these criteria are often substrates for the critical efflux transporter P-gp (Banks. *BMC Neurology.* **9**: 3, 2009). Generally, Lipinski's "Rule of 5" can provide some ability to predict whether a drug molecule has potential to cross the BBB by passive diffusion;

**Exhibit 36**
51     **62**

however, Lipinski's "Rule of 5" cannot be applied to predict the magnitude of transporter involvement.

117.    Oral absorption is defined as the quantity of drug that passes through the intestinal epithelium and enters the systemic circulation. As such, drug uptake from the gastrointestinal tract into the blood is the net result of both passive diffusion and carrier-mediated transport (i.e., a single drug molecule can utilize multiple mechanisms to cross a biological membrane such as the gastrointestinal epithelium). MLKT is rapidly absorbed from the gastrointestinal tract following oral administration.

118.    Drugs that are formulated for oral dosing are designed to adhere to specific physicochemical criteria known as "Lipinski's Rule of 5." As noted above and in **Table 1**, this is done to maximize passive diffusion across the intestinal epithelium. More stringent application of the Lipinski rules is used to optimize passive transcellular permeability at the BBB (i.e., molecular weight $\leq$ 400 Da, cLogP between 1.5 and 2.5, fewer than 6 hydrogen bonds, polar surface area $\leq$ 80 Å$^2$).

119.    The Lipinski properties for MLKT are as follows: 1 hydrogen-bond donor, 4 hydrogen-bond acceptors; molecular weight = 586.184 Da, and cLogP = 8.0-8.49. Therefore, MLKT fails the Lipinski criteria for both oral absorption and brain penetration. Since it is known that MLKT is absorbed from the gastrointestinal tract following oral administration, it is probable that carrier-mediated transport is a greater contributor than passive diffusion in the oral absorption of this drug (Gimenez et al. *Pharmazie.* **65(2)**: 148-152, 2010).

120.    It is critical to note that Lipinski specifically states that the "Rule of 5" only holds for compounds that are not transporter substrates (Lipinski. *J Pharmacology Toxicol Methods.* **44**: 235-249, 2000; Lipinski et al. *Adv Drug Deliv Rev.* **46**: 3-26, 2001; Benet et al. *Adv Drug Deliv*

**Exhibit 36**
52      63

*Rev.* **101**: 89-98, 2016). As noted by Benet and colleagues, much of the information on transporters was limited at the time that Lipinski developed the "Rule of 5" (Benet et al. *Adv Drug Deliv Rev.* **101**: 89-98, 2016). This provided an impetus to perform transport experiments in cell culture models so that the transporters involved in MLKT oral absorption could be identified.

121.    Mougey and colleagues performed studies on MLKT transport using Caco-2 cells, a human colonic epithelial cell line that is commonly used to model intestinal drug permeability (Mougey et al. *Pharmacogenet Genomics.* **19(2)**: 129-138, 2009). These researchers discovered that MLKT permeability across Caco-2 cell monolayers was saturable and followed Michalis-Menten kinetics. These findings suggested that a membrane transporter was involved in the delivery of MLKT across intestinal epithelial cells. It is critical to emphasize that these data apply to the intestinal epithelium only. Transporter localization and expression varies widely between different cell types and tissues. Therefore, transport data in intestinal cells cannot be used to infer comparable transport mechanisms in other cell types such as brain microvascular endothelial cells.

122.    Mougey and colleagues expanded their studies to identify the exact transport protein involved in permeability of MLKT in the intestine. Of note, these investigators observed that several compounds known to block transport mediated by OATPs significantly ($p < 0.05$) reduced permeability of MLKT in Caco-2 cells. These inhibitors of MLKT permeability included sulfobromophthalein, estrone-3-sulfate, pravastatin, taurocholic acid, and cholic acid (Mougey et al. *Pharmacogenet Genomics.* **19(2)**: 129-138, 2009). Additionally, citrus juices (i.e., grapefruit juice and orange juice; known inhibitors of intestinal transporters OATP1A2 and OATP2B1) were shown to reduce MLKT permeability. This observation contributed to the Mougey hypothesis that OATP transporters are involved in intestinal uptake of MLKT (Mougey et al. *Pharmacogenet Genomics.* **19(2)**: 129-138, 2009).

**Exhibit 36**

53     64

123.    Mougey and colleagues also performed studies in Madin-Darby canine kidney cells (MDCKII cells) transfected with the human gene that encodes OATP2B1 (i.e., SLCO2B1). This experimental strategy results in the generation of an *in vitro* cell culture system that overexpresses the transporter of interest. Theoretically, an increase in cellular drug uptake in MDCK-SLCO2B1 cells as compared to non-transfected MDCKII cells could indicate involvement of OATP2B1 in the membrane transport for a compound of interest. In this series of experiments, Mougey and colleagues showed a statistically significant ($p < 0.05$) increase in MLKT uptake at a single time point (i.e., 1 h) in MDCK-SLCO2B1 cells as compared to non-transfected control cells (Mougey et al. *Pharmacogenet Genomics.* **19(2)**: 129-138, 2009). These investigators interpreted these observations to indicate that OATP2B1 is a primary determinant of intestinal permeability of MLKT.

124.    The transporter studies performed by Mougey and colleagues were far from comprehensive. Significant deficiencies in their data set exist, particularly with respect to the studies Mougey conducted in MDCKII cells. Typically, the determination of whether a drug is a transporter substrate should include time dependence of transport in transfected and control cells, kinetic analysis ($K_m$, $v_{max}$), reporting of mass balance, and the effect of inhibitors (Chu et al. *Pharmacogenet Genomics.* **22(4)**: 319-322, 2012). Mougey and colleagues did not do this.

125.    Chu and colleagues applied various approaches to confirm the results of the Mougey study. These included i) determination of cellular accumulation of MLKT by measuring the amount of drug associated with polarized MDCKII-OATP2B1 monolayers after addition of the drug to either the apical or basolateral side of the cell monolayers; and ii) comparison of time-dependent uptake in transfected versus control cells. Of note, MLKT levels were quantified using liquid chromatography-mass spectrometry (LC-MS/MS), which allows for clear identification of

**Exhibit 36**

54      65

MLKT in biological samples. The study by Chu and colleagues failed to demonstrate robust cellular uptake mediated by OATP2B1 (Chu et al. *Pharmacogenet Genomics.* **22(4)**: 319-322, 2012). Of note, these investigators did show OATP2B1-mediated transport of estrone-3-sulfate, an established transport substrate of OATP2B1 that served as a positive control in these studies.

126.    It is important to point out that Mougey and colleagues suggested that OATP1A2 was also involved in the intestinal transport of MLKT (Mougey et al. *Pharmacogenet Genomics.* **19(2)**: 129-138, 2009). However, the Mougey study provides no data demonstrating involvement of this OATP isoform in carrier-mediated transport of MLKT. As such, it cannot be concluded that MLKT is a transport substrate for OATP1A2 based on the data set reported by Mougey and colleagues.

127.    Two other studies reported the inability of OATP2B1 to transport MLKT. Brännström and colleagues used human embryonic kidney cells (HEK293 cells) transfected with OATP2B1 to study MLKT transport properties (Brännström et al. *Pharmaceutics.* **7(4)**: 554-564, 2015). These investigators reported no difference between OATP2B1 transfected cells and empty vector treated control cells, which means that OATP2B1 is not involved in MLKT transport across biological membranes. These results were confirmed by Bednarczyk and Sanghvi who used the same *in vitro* model system (i.e., OATP2B1 transfected HEK293 cells) and showed the absence of MLKT transport (Bednarczyk & Sanghvi. *Xenobiotica.* **50(9)**: 1128-1137, 2020). Taken together, these observations indicate that OATP2B1 is not involved in the intestinal uptake (i.e., oral absorption) of MLKT.

128.    Recently, MLKT transport by OATP1B1 and/or OATP1B3 was demonstrated in primary human hepatocytes (Varma et al. *Clin Pharmacol Ther.* **101(3)**: 406-415). These OATP isoforms are expressed in the liver and not in the intestine or in the endothelial cells that comprise

**Exhibit 36**

55      66

the BBB (Kalliokoski & Niemi. *Br J Pharmacol.* **158(3)**: 693-705, 2009; Ronaldson & Davis. *Pharmacol Rev.* **65(1)**: 291-314, 2013; Rodrigues et al. *Drug Metab Dispos.* **48(3):** 205-216). As such, neither OATP1B1 nor OATP1B3 plays a role in intestinal absorption or brain uptake of MLKT. Additionally, this study further emphasizes the concept that transporter localization and expression differ between cell types and tissues.

129.    Marschallinger and colleagues postulated that MLKT could access the brain via transport mediated by OATP2B1 (Marschallinger et al. *Nat Commun.* **6**: 8466, 2015). Marschallinger and colleagues believed that a membrane transport mechanism must be required for MLKT brain penetration because they (incorrectly) interpreted the preclinical rat brain penetration data to show that "[m]ost remarkably, while in plasma (and most other organs, for example, lung and muscle), [MLKT] levels strongly decreased within 24 h, the amount of [MLKT] in the brain increased" (page 10; Marschallinger et al. *Nat Commun.* **6**: 8466, 2015). This hypothesis was also based on the paper by Mougey and colleagues that purported to show MLKT transport by OATP2B1 (Mougey et al. *Pharmacogenet Genomics.* **19(2)**: 129-138, 2009). Expression of OATP2B1 at the human BBB is controversial. While some studies have reported that this transporter is expressed in human brain microvessel endothelial cells (Gao et al. *Pflugers Arch.* **467(7)**: 1481-1493, 2015; Billington et al. *Clin Pharmacol Ther.* **106(1)**: 228-237, 2019), others have failed to detect measurable quantities of this transporter (Bao et al. *Clin Pharmacol Ther.* **107(5)**: 1116-1127, 2020). Furthermore, experiments directly assessing OATP2B1 functional activity have failed to demonstrate that MLKT is a substrate for this transporter protein (Chu et al. *Pharmacogenet Genomics.* **22(4)**: 319-322, 2012; Brännström et al. *Pharmaceutics.* **7(4)**: 554-564, 2015; Bednarczyk & Sanghvi. *Xenobiotica.* **50(9)**: 1128-1137, 2020). As such, the

**Exhibit 36**

56      67

lack of MLKT transport by OATP2B1 implies that this transporter is unlikely to be involved in the brain penetration of MLKT.

130.    The Marschallinger paper also suggests that serum albumin could be a brain delivery vehicle for MLKT. This hypothesis is based upon the interpretation of published data by Marschallinger and colleagues that albumin can cross the BBB (Liddelow et al. *PLoS One.* **9**: e106592, 2014) and that 99% of MLKT is bound to plasma proteins. In assessing the validity of this statement, it is critical to point out that the work of Liddelow and colleagues described transfer of albumin across the blood-cerebrospinal fluid barrier (BCSFB). The BCSFB exists at the level of choroid plexus epithelial cells, which are functionally distinct from the brain microvascular endothelial cells that form the primary interface of the BBB. In fact, the choroid plexus is much leakier than the BBB and does not express the same complement of transport proteins (Pardridge. *Expert Opin Drug Deliv.* **13**: 963-975, 2016; Morris et al. *AAPS J.* **19**: 1317-1331, 2019; Pardridge. *Front Aging Neurosci.* **11**: 373, 2020). Due to the relative leakiness of the choroid plexus, proteins can enter the cerebrospinal fluid at a rate inversely proportional to their molecular weight (Reiber. *Restor Neurol Neurosci.* **21**: 79-96, 2003). For example, IgG (Molecular Weight = 150,000 Da) can accumulate in CSF to a level that is 0.1-0.2% of its plasma concentration (Reiber. *Restor Neurol Neurosci.* **21**: 79-96, 2003).

131.    Based on this principle, it is not unexpected that albumin (Molecular Weight = 66,500 Da, which is smaller than IgG) could cross the BCSFB and be detected in CSF. Liddelow and colleagues demonstrated this concept in postnatal day 2 and postnatal day 10 mouse pups and in adult mice via intraperitoneal injection of human serum albumin (Liddelow et al. *PLoS One.* **9**: e106592, 2014). Across all animal ages, human serum albumin was detectable in CSF and was observed in choroid plexus tissue sections by an *in situ* proximity ligation assay. In totality, the

**Exhibit 36**

57      **68**

data presented by Liddelow, and colleagues demonstrates that albumin can be transferred into CSF by permeating the BCSFB.

132.     As noted above, the BCSFB is not the same as the BBB. Unlike the BCSFB, albumin cannot be transported across the intact BBB (Banks et al. *J Gerontol A Biol Sci Med Sci.* **55(12)**: B601-B606, 2000). In fact, albumin accumulation in brain tissue can trigger both brain dysfunction and seizure activity (Ivens et al. *Brain.* **130(Pt 2)**: 535-547, 2007; David et al. *J Neurosci.* **29(34)**: 10588-10599, 2009) and is a marker of BBB disruption (Hillmer et al. *J Cereb Blood Flow Metab.* **43(5)**: 712-721, 2023).

133.     The concepts described above clearly elucidate two substantial flaws in the hypothesis of Marschallinger and colleagues that MLKT brain delivery may be mediated by albumin transport across the BBB. Firstly, albumin cannot cross the intact BBB. Secondly, the accumulation of a solute (i.e., small molecule drug or large protein) in CSF cannot be used as a surrogate marker for drug transport across the BBB and accumulation in brain tissue (Pardridge. *Pharmaceutics.* **14(6)**: 1283, 2022). Marschallinger incorrectly assumed that detection of albumin in CSF indicated that this plasma protein would also accumulate in brain tissue. This is not the case. Solute detection in CSF is only an indicator of the transport of that solute across the choroid plexus. It is not reflective of transport across the brain microvascular endothelium due to physiological differences between the BBB and BCSFB.

## D. MLKT AND PHARMACOLOGICAL EFFECTS IN THE BRAIN – A REVIEW OF THE EVIDENCE

134.     In 2020, a boxed warning was added to the FDA-approved product label for Singulair® due to reports of behavior and mood-related changes following treatment with MLKT.

**Exhibit 36**
58      **69**

This boxed warning for Singulair® is primarily focused on neuropsychiatric symptoms that include aggression, depression, agitation, sleep disturbances, suicidal ideation, and suicide. There is no identified biologically plausible mechanism through which MLKT could lead to neuropsychiatric symptoms (Clarridge et al. *J Allergy Clin Immunol Pract.* **9**: 2638-2641, 2021). Of significance, the Center for Drug Evaluation and Research Pharmacology Review document for MLKT (i.e., Singulair®) noted that "no significant activities were noted at the doses tested" in the preclinical CNS and behavioral safety pharmacology studies that were performed (Page 8; NDA 20.829 and NDA 20.830).

135.    The FDA provided a webinar to discuss their decision to add a boxed warning to the product label for MLKT (Singulair®). This presentation was conducted by Dr. Katherine Clarridge, MD, MSc, of the Division of Pulmonary, Allery, and Critical Care, Office of Immunology and Inflammation, Office of New Drugs, Center for Drug Evaluation and Research. Of note, slide 66 of this presentation clearly indicates the FDA's perspective that adding a boxed warning to the MLKT (Singulair®) label does not demonstrate "consistency with a science-based decision." Indeed, the totality of scientific literature describing mechanisms of MLKT effects in the brain do not support the ability of this drug to trigger neuropsychiatric symptoms at therapeutic dose levels. Furthermore, the dynamics of drug delivery mechanisms at the brain microvascular endothelium (i.e., passive diffusion and membrane transport mechanisms operating concurrently) do not support the hypothesis that increases to MLKT plasma concentrations (such as theoretically may occur during a DDI) will elevate brain MLKT levels to pharmacologically relevant free concentrations that can cause neuropsychiatric symptoms.

136.    The FDA position on the boxed warning for MLKT is also articulated in an article published by the American Academy of Allergy, Asthma, and Immunology (Clarridge et al. *J*

**Exhibit 36**
59      **70**

*Allergy Clin Immunol Pract.* **9**: 2638-2641, 2021). This paper provides some perspective into the FDA approach to safety labeling and some rationale as to why MLKT required a boxed warning while other leukotriene receptor antagonist drugs (i.e., zafirlukast, zileuton) did not. The lead author of this article is Dr. Katherine Clarridge who also provided the webinar on the MLKT boxed warning described above. This article explicitly acknowledges that there is a ". . . lack of a clear understanding of the potential cause or mechanism of action . . ." for neuropsychiatric side effects that were reported in patients taking MLKT therapy.

137.    A recent study utilized a metabolomics approach to study MLKT metabolism and provide insights into MLKT effects in the body (Marques et al. *Life Sci.* **310**: 121056, 2022). Of note, Marques and colleagues identified 18 new metabolites of MLKT and proposed that these metabolites could interfere with functioning of the hypothalamic-pituitary axis (HPA), dysregulate neurotransmitters and their receptors, and cause immature brain development in children (Marques et al. *Life Sci.* **310**: 121056, 2022). Marques and colleagues suggested that the identification of these metabolites now provided a hypothetical mechanism for development of neuropsychiatric adverse events following MLKT administration. It is essential to point out that the conclusions of Marques and colleagues are merely hypotheses that have not been tested via rigorous biological evaluation. Furthermore, the study by Marques and colleagues provides no data from *in vitro* or *in vivo* experiments to support their ideas on the cause of adverse events attributed to MLKT therapy. As such, the conclusion that new metabolites of MLKT can trigger deleterious events in the brain and are a root cause of neuropsychiatric symptoms in human subjects who take MLKT is both an overstatement and a premature conclusion.

138.    Of note, the Marques study implicates conjugation of MLKT with glutathione as a causative event for oxidative stress in the brain and the trigger for HPA dysregulation,

**Exhibit 36**
60     71

neurotransmitter pathway disruption, and impaired brain development (Marques et al. *Life Sci.* **310**: 121056, 2022). Indeed, glutathione is the primary endogenous antioxidant in the body. Depletion of glutathione stores is causative for redox imbalance and oxidative stress (Thompson and Ronaldson. *Adv Pharmacol.* **71**: 165-202, 2014); however, Marques and colleagues provide no evidence that MLKT, at a pharmacologically relevant dose, can deplete glutathione levels in the brain to such a level that pathological oxidative stress would result. Furthermore, glutathione conjugation is an established Phase II drug metabolism reaction. When a drug is conjugated to glutathione, it is rendered pharmacologically inactive. As such, it is implausible that a glutathione conjugated metabolite of MLKT would be responsible for adverse events in the brain.

139.    Additionally, Marques and colleagues used an untargeted metabolomics approach to study changes in brain neurotransmitters following administration of MLKT. As shown in **Figure 5F** of the Marques paper, MLKT treatment resulted in statistically significant changes in detection of dopamine, histamine, serotonin, adenosine, γ-aminobutyric acid (GABA), and L-glutamate. Interpretation of these data requires an understanding of the limitations of untargeted metabolomics, which include decreased precision due to relative quantification of metabolites and a bias in detection towards substances in higher abundance (Schrimpe-Rutledge et al. *J Am Soc Mass Spectrom.* **27**: 1897-1905, 2016). For example, Marques and colleagues showed a significant decrease in brain dopamine levels following MLKT treatment (Marques et al. *Life Sci.* **310**: 121056, 2022); however, it cannot be assumed that this finding reflects a biologically plausible adverse event associated with MLKT treatment unless accompanied by rigorous *in vivo* behavioral testing in animal models. Dopamine depletion is associated with hypoactivity, altered motor coordination, and reduced feeding behavior, effects that have been known by the scientific community for decades (Ungerstedt. *Acta Physiol Scand Suppl.* **367**: 95-122, 1971; Zigmond and

**Exhibit 36**

61     **72**

Stricker. *Science.* **177**: 1211-1214, 1972; Marshall and Teitelbaum. *Brain Res.* **55**: 229-233, 1973). Marques and colleagues did not perform experiments to determine if the reduction in dopamine that they observed caused any of these known behavioral manifestations. As such, untargeted metabolomics data cannot be used to suggest that MLKT triggers adverse events absent any supportive behavioral data.

140.     The scientific rigor of the Marques study is also concerning. Specifically, their metabolomics data is comprised of n = 2 animals in the control group and n = 4 animals in the MLKT (1 mg/kg) group (Marques et al. *Life Sci.* **310**: 121056, 2022). While the authors indicate that they achieved statistical significance, it is highly probable that the effect observed is due to the small number of animals per experimental group and not because of a real biological response. For *in vivo* experiments, metabolomics analyses should be powered to detect at least a 25% difference between control and treatment groups and permit reproducibility of their data set by other laboratories. This entails assigning at least n = 8 animals per group to generate a robust and reproducible data set.

141.     The expression of $CysLT_1R$ (i.e., the primary molecular target for MLKT) in brain tissue is low. This has been demonstrated by northern blot analysis of human brain tissue where $CysLT_1R$ mRNA levels were shown to be lower than $CysLT_1R$ mRNA levels in lung, placenta, peripheral blood leukocytes, pancreas, colon, spleen, prostate, and heart (Sarau et al. *Mol Pharmacol.* **56(3)**: 657-663, 1999). Additionally, it is important to point out that another study also analyzed human brain tissue by northern blot analysis and was not able to detect $CysLT_1R$ mRNA (Lynch et al. *Nature.* **399**: 789-793, 1999).

142.     In contrast, GPR17 has been reported to be expressed in human brain tissue at the mRNA level (Pugliese et al. *Am J Physiol Cell Physiol.* **297(4)**: C1028-C1040, 2009). Specific

**Exhibit 36**
62     73

brain regions that have been shown to express GPR17 include frontal cortex, striatum, and brainstem (Pugliese et al. *Am J Physiol Cell Physiol.* **297(4)**: C1028-C1040, 2009). In fact, many studies have indicated that GPR17 may be expressed in brain at higher levels than in other tissues including the lung (Blasius et al. *J Neurochem.* **70**: 1357-1365, 1998; Ciana et al. *EMBO J.* **25**: 4615-4627; Lecca et al. *PLoS One.* **3**: e3579, 2008; Benned-Jensen & Rosenkilde. *Br J Pharmacol.* **159(5)**: 1092-1105, 2010). Indeed, genetic knockdown of $CysLT_1R$ attenuates neuroinflammation and depressive behavior in mice subjected to chronic mild stress (Yu et al. *Psychopharmacology.* **233:** 1739-1749, 2016). More recently, knockdown of GPR17 reduced production of proinflammatory cytokines and suppressed microglial activation in male Institute of Cancer Research (ICR) mice treated with lipopolysaccharide, a bacterial toxin that can trigger inflammation (Liang et al. *J Neuroinflamm.* **20**: 271, 2023). These studies indicate that both receptors can play a role in mediating pharmacological effects of MLKT in the brain despite differences in CNS protein expression.

143.    Both $CysLT_1R$ and GPR17 are also expressed in mouse and rat brain (Maekawa et al. *J Biol Chem.* **277(23)**: 20820-20824, 2002; Fang et al. *Neuroscience.* **140**: 969-979, 2006; Lecca et al. *PLoS One.* **3(10)**: e3579; Mastaitis et al. *Proc Natl Acad Sci USA.* **112(6)**: 1845-1849, 2014). This has resulted in the use of rodent models to study pharmacological effects of targeting $CysLT_1R$ and/or GPR17 in the CNS. The appropriate use of such animal models in neuropharmacology research is dependent upon comparable sequence homology between human and rodent orthologues of $CysLT_1R$ and GPR17.

144.    "Sequence homology" is a scientific term that indicates the degree of similarity between DNA, RNA, or protein sequences of two different species. For example, sequence homology for $CysLT_1R$ between mice and humans is over 80% (Henderson et al. *Am J Respir Crit*

**Exhibit 36**

63      74

*Care Med.* **165**: 108-116, 2002; Henderson et al. *Am J Respir Crit Care Med.* **173**: 718-728, 2006; Doherty et al. *J Allergy Clin Immunol.* **132(1)**: 205-213, 2013). Human GPR17 is more than 90% identical to both mouse and rat orthologues in terms of protein sequence homology (Ciana et al. *EMBO J.* **25**: 4615-4627; Maekawa et al. *Proc Natl Acad Sci USA.* **106(28)**: 11685-11690, 2009). These observations further emphasize the utility of rodent model systems to study drug effects at the level of $CysLT_1R$ and GPR17.

145.    Of note, an IC50 value for MLKT inhibition of leukotriene $D_4$ at $CysLT_1R$ has been published. In pharmacology, an "IC50" is defined as the concentration used to reduce a biological process by 50%. It is routinely used as a method to compare effects of a drug against multiple molecular targets (i.e., receptors). Specifically, the IC50 for MLKT has been reported to be 2.3 nM based upon the inhibitory activity of MLKT against leukotriene $D_4$-induced calcium mobilization in HEK293 cells (Sarau et al. *Mol Pharm.* **56**: 657-663, 1999). The determination of this MLKT IC50 utilized an assay that is based on mechanistic activation of $CysLT_1R$ receptors, which are G-protein coupled receptors and trigger intracellular calcium release when activated. In the presence of leukotriene $D_4$, intracellular calcium levels are increased. When the receptor is blocked with an antagonist such as MLKT, calcium concentrations in the cytoplasm will be reduced in the presence of the agonist (i.e., leukotriene $D_4$).

146.    IC50 data for inhibition of GPR17 by MLKT is also known in the scientific literature. In these experiments, the IC50 value was determined using a $[^{35}S]GTP\gamma S$ radioligand binding assay in an astrocytoma cell line that expresses human GPR17 (Ciana et al. *EMBO J.* **25**: 4615-4627, 2006). Similar to $CysLT_1R$, GPR17 is a G-protein coupled receptor, which means that guanosine diphosphate (GDP) is exchanged for guanosine triphosphate (GTP) at receptor subunits when activated by an agonist. Therefore, GTP binding is increased in the presence of leukotriene

**Exhibit 36**

64      75

$D_4$ but will decrease when the agonist-receptor interaction is blocked with an inhibitory drug such as MLKT. Based on the reduction of $[^{35}S]$GTP$\gamma$S binding to GPR17, the IC50 for MLKT at this receptor was determined to be 60 nM (Ciana et al. *EMBO J.* **25**: 4615-4627, 2006).

147.    Comparison of these IC50 values indicates that this drug is more potent against CysLT$_1$R versus GPR17. In fact, MLKT is more than 26-times more potent at CysLT$_1$R (as determined by the quotient of IC50$_{GPR17}$ divided by IC50$_{CysLT1R}$). In pharmacology, "potency" is a term used to compare drug effects at different receptors in terms of the concentration required to elicit an effect. As such, the IC50 data for MLKT can be interpreted to indicate that an enhanced effect will occur at CysLT$_1$R as compared to GPR17.

148.    The IC50 data for MLKT teaches that its pharmacological effect involves a greater contribution from CysLT$_1$R than GPR17. This concept assumes comparable expression of the two molecular targets for MLKT (i.e., CysLT$_1$R and GPR17); however, previous studies have shown that CysLT$_1$R is expressed at much lower levels in the brain than GPR17 (Sarau et al. *Mol Pharmacol.* **56(3)**: 657-663, 1999; Ciana et al. *EMBO J.* **25**: 4615-4627). Taken together with the IC50 data described in paragraphs 128-130 above, a pharmacologically relevant effect of MLKT is not plausible at therapeutic concentrations.

149.    As reviewed by Ghosh and colleagues (Ghosh et al. *CNS Neurosci Ther.* **22(12)**: 943-951, 2016), drugs that block CysLT$_1$R and/or GPR17 (i.e., a drug class that includes MLKT) have potential to exert beneficial effects against a plethora of neurological diseases including brain injury, multiple sclerosis, AD, Parkinson's disease, stroke, and epilepsy. Indeed, published literature that has evaluated the interaction of MLKT with CysLT$_1$R and/or GPR17 in the CNS has described pharmacological effects that are overwhelmingly beneficial. Such effects include neuroprotection, mitigation of inflammatory processes, improved neurocognitive performance,

**Exhibit 36**

65      76

and protection of BBB integrity. While these studies have reported positive results across a diversity of animal models of disease, it is important to note that most of these findings were made using doses where allometric scaling was not employed. As such, critical evaluation of these data shows that pharmacological effects of MLKT may not be observed at therapeutic doses in human subjects.

150.    Examples of individual scientific papers describing these positive effects and their translational implications are discussed in detail below. The papers chosen for discussion were selected to reflect MLKT effects across different preclinical models and are presented in this report in chronological order by publication date. Additionally, the studies described or listed below are representative of the body of literature that has studied pharmacological effects of MLKT in the brain.  When critically assessing scientific knowledge in this area, it is important to focus on the MLKT dose and the totality of experiments completed to show that either beneficial effects or adverse events are biologically plausible. Indeed, most preclinical studies have not used doses that are therapeutically relevant and/or have not employed proper allometric scaling in their experimental design. Furthermore, these studies have not measured MLKT concentrations in brain tissue or employed available methodologies to determine $K_{p,uu,brain}$ or $f_{u,brain}$ values for MLKT. As such, it is essential to consider that the described effects may not occur in human subjects at FDA-approved dose levels. Furthermore, molecular changes in the brain following drug treatment are often poorly correlated with functional neurological outcomes. Therefore, the most translationally relevant studies will include both biochemical experiments and rigorous behavioral analyses to assess neurological effects of MLKT.

151.    Additionally, the preclinical studies described below on MLKT effects in the brain were conducted using many different animal models. These models exhibit pathological features

**Exhibit 36**

66      77

of CNS diseases and employed MLKT as a drug that could be repurposed to treat various conditions. These studies emphasize the concept that positive effects of MLKT are not "model-specific" and have not only been reported in a small sampling of neurological disease states. An important caveat is the fact that if a drug shows effectiveness in a disease state, it cannot be extrapolated to infer that the drug will also have an effect in the healthy brain. As such, the totality of published studies on MLKT effects in animal models provides no convincing evidence that this drug can trigger adverse neuropsychiatric symptoms in the non-pathological brain.

### 1. Lai et al. Montelukast targeting the cysteinyl leukotriene receptor 1 ameliorates $A\beta_{1-42}$-induced memory impairment and neuroinflammatory and apoptotic responses in mice. *Neuropharmacology.* 79: 707-714, 2014.

152.    In neuropharmacology, one of the most difficult diseases to treat is AD. Indeed, biologic $A\beta$ targeting drugs have recently received accelerated FDA approval (i.e., aducanumab; Aduhelm™; recently discontinued by Biogen) or full FDA approval (lecanemab-irmb; Leqembi™); however, the most effective therapeutic strategy for AD is still unclear. As such, there remains a critical need for development of novel therapeutic strategies to treat this devastating neurological disease.

153.    Pathological processes associated with AD include oxidative stress and neuroinflammation (Heneka et al. *Lancet Neurol.* **14(4)**: 388-405, 2015; Cheignon et al. *Redox Biol.* **14**: 450-464, 2018). Since cysteinyl leukotrienes are associated with inflammation, Lai and colleagues proposed that MLKT could be repurposed as an AD therapeutic. To test this hypothesis, these investigators intracerebroventricularly (ICV) injected $A\beta_{1-42}$, the primary pathogenic protein in hallmark neurite plaques of AD, into the brains of male ICR mice (3 months old; 20-25 g). At 72 h post-ICV infusion of $A\beta_{1-42}$, MLKT (1.0 mg/kg or 2.0 mg/kg) was given by intragastric

**Exhibit 36**
67     **78**

administration. Using allometric scaling, 1-2 mg/kg in an ICR mouse corresponds to a human dose of 5.7mg – 11.4 mg. These doses are consistent with the FDA-approved MLKT doses in adults and children aged 6-14.

154. The effect of MLKT on $AB_{1-42}$-induced memory impairment was evaluated using Morris Water Maze testing and the Y-maze test, which is also commonly used to assess short term memory in experimental rodents (Kraeuter et al. *Methods Mol Biol.* **1916**: 105-111, 2019). At both dose levels, MLKT improved performance in the Morris Water Maze test as shown by an increased percentage of time spent in the platform quadrant and an increased number of platform crossings. Additionally, MLKT increased the ability of $A\beta_{1-42}$-treated mice to avoid an aversive stimulus (i.e., an electrical shock) in the Y-maze test. Taken together, these observations show that MLKT, at doses that correspond to FDA-approved therapeutic dose levels in humans, can improve memory performance in an *in vivo* model of AD pathology.

155. At the mechanistic level, MLKT treatment suppressed NF-kB signaling in $A\beta_{1-42}$-treated mice. This pharmacological effect indicates that MLKT can ameliorate inflammatory signaling in the brain at doses that correspond to FDA-approved therapeutic doses. This effect is further reflected by the ability of MLKT to suppress proinflammatory cytokines such as TNF-$\alpha$ and IL-1$\beta$.

156. An additional benefit of MLKT treatment in $A\beta_{1-42}$-treated mice is that this drug reduced CNS caspase-3 activation and restored brain levels of Bcl-2. Caspase-3 is an enzyme associated with programmed cell death (i.e., apoptosis) while Bcl-2 is a negative regulator of apoptosis. The effect observed in the presence of MLKT is consistent with a neuroprotective mechanism where cellular loss in the brain is prevented. In the context of AD, a primary goal of any potential drug treatment is to limit neuronal cell death to preserve cognitive function.

**Exhibit 36**
68     79

157.    Overall, the results presented by Lai and colleagues are very encouraging. Neuroprotection in the setting of a pathology relevant to AD was demonstrated and the positive effects of MLKT were observed at therapeutically relevant dose levels. Additionally, there were no adverse or toxic effects reported that were associated with MLKT administration; however, their work was conducted in a very simple model of AD. Indeed, more complex transgenic AD models are available that can recapitulate pathological features of AD beyond elevated brain concentrations of $A\beta_{1-42}$. While the study by Lai and colleagues provides some preliminary evidence that MLKT can produce protective and restorative effects in the brain, it is premature to conclude that MLKT can be repurposed for treatment of AD or related dementias.

### 2. Saad et al. Montelukast, a cysteinyl leukotriene receptor-1 antagonist protects against hippocampal injury induced by transient global cerebral ischemia and reperfusion in rats. *Neurochem Res.* 40(1): 139-150, 2015.

158.    At present, treatment of ischemic stroke is limited to a single pharmacological agent (i.e., recombinant tissue plasminogen activator; r-tPA; Alteplase®) or surgical intervention via endovascular thrombectomy (Nilles et al. *Int J Mol Sci.* **23(3):** 1898, 2022). Treatment with r-tPA is limited by a narrow therapeutic window and/or a risk for bleeding complications. As such, there is a critical need for novel or repurposed pharmacological agents that can be developed for stroke treatment. Indeed, inflammation is a known pathological mechanism associated with brain injury post-stroke. Furthermore, elevated levels of cysteinyl leukotrienes have been reported in ischemic brain tissue and are associated with both brain injury and BBB dysfunction (Corser-Jensen et al. *Exp Neurol.* **256:** 7-16, 2014). As such, this provided a strong scientific premise for the team of Saad and colleagues to explore MLKT as a neuroprotective agent in the setting of ischemic stroke.

**Exhibit 36**

69      80

159.    Saad and colleagues induced global cerebral ischemia in male Wistar rats (250-300 g) via 15 min occlusion of both common carotid arteries followed by reperfusion for 60 min. In the MLKT pretreatment group, animals were administered MLKT (0.5 mg/kg, p.o.) for 7 days prior to onset of global cerebral ischemia. Using the method of Nair and Jacob (Nair & Jacob. *J Basic Clin Pharm.* **7(2)**: 27-31, 2016), allometric scaling factors of 7 and 7.4 are used for rats weighing 250 g and 300 g respectively. For a rat dose of 0.5 mg/kg (p.o.), this results in calculation of human equivalent doses ranging between 4.7 mg and 5 mg (assuming a standard 70 kg human subject). This dose is below the FDA-approved adult MLKT dose and is consistent with the FDA-approved dose for children aged 6-14 years.

160.    Saad and colleagues focused on changes in indices of neuroprotection following administration of MLKT. Specifically, pretreatment with MLKT (0.5 mg/kg, p.o.) resulted in decreased lactate dehydrogenase (i.e., a marker of cellular injury), decreased caspase-3 and cytochrome c (i.e., markers of apoptosis), decreased thiobarbituric acid reactive substances (TBARs) and nitric oxide (i.e., markers of oxidative stress), increased glutathione (i.e., a measure of cellular redox potential), and reduced hippocampal $CysLT_1R$ expression. All these parameters indicate that MLKT can exert beneficial effects in the setting of global cerebral ischemia.

161.    From a pathological perspective, Saad and colleagues demonstrated that MLKT pretreatment reduced the cerebral infarction volume as compared to global cerebral ischemia alone. MLKT also prevented neuronal pyknosis (i.e., shrinkage of the nucleus and chromatin) in the hippocampus.

162.    Taken together, Saad and colleagues provided crucial evidence that MLKT can protect against CNS injury associated with global cerebral ischemia at therapeutically relevant doses. Nonetheless, this study is limited by a lack of robust behavioral experiments to assess

**Exhibit 36**
70      **81**

whether MLKT pretreatment can protect against neurological deficits following global cerebral ischemia. Additionally, it is critical to determine whether MLKT retains its beneficial effects if administered following a global ischemic insult.

### 3. Marschallinger et al. Structural and functional rejuvenation of the aged brain by an approved anti-asthmatic drug. *Nature Communications.* 6: 8416, 2015.

163.    In addition to their assessment of MLKT brain concentrations and hypothesis on mechanisms of MLKT brain penetration, the Marschallinger study evaluated effects of MLKT in the CNS. The objective of this work was to determine if MLKT could promote healthy aging by reducing brain inflammation and restoring CNS homeostasis. Marschallinger and colleagues hypothesized that reduction of inflammatory mechanisms in the brain could improve neurocognitive performance as well as reducing the risk for development of dementia and/or associated neurodegenerative diseases (i.e., AD).

164.    For this study, Marschallinger and colleagues used male Fisher 344 rats aged 4 months and 20 months. As noted by Sengupta (Sengupta. *Int J Prev Med.* **4(6)**: 624-630, 2013), 11.8 rat days are equivalent to 1 human year (Sengupta. *Int J Prev Med.* **4(6)**: 624-630, 2013). This means that 4-month-old rats are equivalent to a 10-year-old human and 20-month-old rats correspond to a 52-year-old human. Some of the experimental animals used in the Marschallinger study were male transgenic *DCX-DsRed2* Fisher 344 rats. In these animals, proliferation of neural progenitor cells resulted in these cells being stained red by DsRed2, an approach that enabled the investigators to track these cells in a living animal.

165.    To study effects of MLKT, Marschallinger and colleagues indicated that they administered 10 mg/kg MLKT via oral gavage over a 42-day treatment time course. As noted in paragraph 103 of this report, the method of Nair and Jacob (Nair & Jacob. *J Basic Clin Pharm.*

**Exhibit 36**
71      **82**

**7(2)**: 27-31, 2016) shows that a 10 mg/kg dose in a rat corresponds to a human equivalent dose of 92.8 mg. This is more than 9 times greater than the FDA-approved 10 mg dose for MLKT in adult human subjects.

166.     Analysis of data presented in the Marschallinger study also requires an appreciation that the reported *in vivo* administered dose may have been inaccurate. As noted in paragraphs 104-108 above, the reported plasma concentration of approximately 400 ng/ml in young and aged Fisher 344 rats is pharmacologically implausible had the animals received 10 mg/kg MLKT via oral gavage. This fact suggests that the animals received a lower MLKT dose than 10 mg/kg. As such, the MLKT dose level used to obtain the data set described below is unclear.

167.     Using the Morris Water Maze test, a behavioral method to evaluate visual-spatial memory in laboratory rodents, Marschallinger and colleagues showed a statistically significant improvement in both platform latency and distance travelled in 20-month-old male Fisher 344 rats administered MLKT (reported to be 10 mg/kg/day p.o.) as compared to age-matched rats that did not receive MLKT. No significant effect of MLKT was observed in 4-month-old male Fisher 344 rats.

168.     Marschallinger and colleagues also studied anxiety-like behaviors using the elevated Y-maze test and depression-like behaviors via the forced swim test. The forced swim test measures learned helplessness, which is a characteristic strongly associated with depression-like behavior in rodents. Healthy rodents have a natural tendency to escape from water. If a rodent does not demonstrate a desire to escape from water (i.e., immobility), this is indicative of a depressive-like behavior (Kraeuter et al. *Methods Mol Biol.* **1916:** 75-80, 2019). In 20-month-old rats, MLKT did not have any effect on anxiety-like or depression-like behaviors; in contrast, young animals experienced a small but statistically significant increase in time spent in the closed arm of the

**Exhibit 36**

72     **83**

elevated Y-maze. This finding can be interpreted to indicate that MLKT may have potential to trigger anxiety-like behaviors. The caveat to this observation is that the anxiety-like behaviors only occurred in younger animals at a dose that is equivalent to a human dose of 92.8 mg (i.e., more than 9 times higher than the FDA-approved adult MLKT dose and more than 18 times higher than the FDA-approved pediatric MLKT dose).

169.   MLKT administration to 20-month-old male Fisher 344 rats triggered biological mechanisms associated with beneficial effects in the brain. Firstly, Marschallinger's data set showed that MLKT (suggested to be 10 mg/kg/day p.o. over 42 days) reduced activation of microglia (i.e., the primary immune cells of the brain), reduced CNS levels of proinflammatory cytokines, and stimulated neurogenesis in the hippocampus, a brain region prominently involved in both learning and memory. Interestingly, Marschallinger and colleagues were able to identify a modest correlation between increased neurogenesis and improved cognitive performance in the older rat cohort that had been treated with MLKT. This observation is consistent with a previous *in vitro* study using adult rat neuronal progenitor cells, which showed that MLKT-mediated inhibition of GPR17 resulted in enhanced neurogenesis (Huber et al. *Cell Physiol Biochem.* **28**: 793-804, 2011). In contrast, MLKT treatment had no effect on brain microglia, proinflammatory cytokine levels, or neurogenesis in the younger experimental animals.

170.   Marschallinger and colleagues concluded that MLKT could be an effective treatment to preserve cognitive function in older subjects due to altered leukotriene signaling in the aged brain. This hypothesis was based, in part, on the observation that mRNA of 5-lipoxygenase (5-LOX), a critical enzyme in leukotriene synthesis, was elevated in the brain of older male Fisher 344 rats and in elderly human subjects (i.e., greater than 60 years of age).

**Exhibit 36**
73      **84**

171.     Mechanistically, the Marschallinger data set indicates that GPR17 may be more important as a molecular target than $CysLT_1R$ in mediating the pharmacological effects of MLKT in the brain. This hypothesis is based on the observation that genetic knockdown or knockout of GPR17 in neurospheres from adult mice completely abolished the effects of MLKT. These experiments were conducted using a MLKT concentration of 10 μM, which is the same as 5,861.84 ng/mL. This concentration is much greater than any plasma concentration that would be achievable following a therapeutic dose of MLKT given that steady state trough concentrations were reported to be 18-24 ng/mL in healthy human volunteers (Zhao et al. *Biopharm Drug Dispos.* **18(9):** 769-777, 1997). This is noteworthy because such a high concentration did not cause any overt toxicity in the neurospheres used in the GPR17 knockdown/knockout experiments described by Marschallinger and colleagues.

172.     Overall, Marschallinger and colleagues conclude that MLKT restores learning and memory function in 20-month-old Fisher 344 rats, animals in which cognition is impaired due to natural aging. At face value, the Marschallinger paper presents a robust data set that supports this hypothesis; however, it is essential that this paper be taken in context with the MLKT dose that was reported to have been used in this study. As noted above, Marschallinger and colleagues indicated that they used a MLKT dose that corresponds to a human dose that is much larger than the FDA-approved dose for both adults and children. Therefore, it must be considered that, had Marschallinger and colleagues used a more clinically relevant dose in their study, the beneficial effects of MLKT on memory performance or the negative effect of anxiety-like behaviors (only observed in 4-month-old rats) might not have been observed. Put another way, a pharmacological effect that is observed at one dose does not mean that a similar but reduced effect will be seen at a lower dose.

**Exhibit 36**

74        **85**

**4. Eriksson et al. The anti-asthmatic drug, montelukast, modifies the neurogenic potential in the young healthy and irradiated brain.** *Cell Death Dis.* 9(7): 775, 2018.

173.     Given the evidence from Marschallinger and colleagues that described MLKT as having neuroprotective effects in the aging brain (Marschallinger et al. *Nature Commun.* **6**: 8416, 2015), Eriksson and colleagues sought to determine if this drug could be an effective treatment for adverse events associated with cranial irradiation (CIR). Indeed, CIR is a common treatment paradigm for treatment of brain tumors in children. CIR's adverse events include sleep disturbances and cognitive impairment, which result from toxicity to neural stem and progenitor cells, loss of oligodendrocytes, and neuroinflammation (Belka et al. *Br J Cancer.* **85**: 1233-1239, 2001; Meyers et al. *J Clin Oncol.* **24**: 1305-1309, 2006). A significant component of CNS injury following CIR results from microglial activation (Jenrow et al. *Radiat Res.* **179**: 549-556, 2013). The fact that Marschallinger and colleagues observed that MLKT could attenuate activation of microglia in the aged brain added additional impetus for the Eriksson group to test effects of MLKT in the setting of CIR toxicity.

174.     The Eriksson study was conducted using female C57BL/6J mice. CIR treatment was done on postnatal days 21 and 22. Animals were administered MLKT (10 mg/kg/day i.p.) for 14 days starting on postnatal day 19. Again, this study did not employ allometric scaling and used an *in vivo* MLKT dose that corresponds to a human dose that is higher than what has been approved by the FDA. In mice, the allometric scaling factor is different than that in rats. Since MLKT dosing was initiated in mice that weighed 7.5 g, the allometric scaling factor is 9.7 when accounting for total body surface area. Therefore, the human equivalent dose for 10 mg/kg i.p. MLKT in a 7.5 g mouse is 72.5 mg, a value that is more than 7 times greater than the FDA-approved adult dose and 14 times greater than the FDA-approved dose for children aged 6-14.

**Exhibit 36**
75     86

175.    In mice subjected to CIR, treatment with MLKT resulted in less total cell death than vehicle-treated animals. This finding provides evidence for a neuroprotective effect of MLKT in the setting of a strong adverse stimulus that negatively affects CNS integrity. Eriksson and colleagues postulated that the protective effects of MLKT following CIR were related to actions on activated microglia. Indeed, microglia are known to express GPR17 (i.e., a molecular target for MLKT) and produce both reactive oxygen species and proinflammatory mediators in an activated state (Bordt et al. *Free Rad Biol Med.* **76**: 34-46, 2014). As such, blockade of GPR17 by MLKT on microglia can mitigate the deleterious effects of these cells in the brain following CIR and promote neuroprotection.

176.    Interestingly, the Eriksson study showed that MLKT had negative effects on cellular proliferation and maturation under control conditions. Eriksson and colleagues argued that these observations indicate that administration of MLKT to healthy pediatric subjects should be carefully considered with thorough evaluation of both risks and benefits. Based on the data set presented in the Eriksson article, this conclusion is overstated. Indeed, Eriksson and colleagues used a dose that is equivalent to 14 times the FDA-approved pediatric MLKT dose of 5 mg/day. As such, the data set presented by Eriksson and colleagues in their article (Eriksson et al. *Cell Death Dis.* **9(7)**: 775, 2018) does not provide any evidence that a therapeutic dose of MLKT will cause deleterious neurological effects in the brain of young human subjects.

**5. Michael et al. The leukotriene receptor antagonist montelukast attenuates neuroinflammation and affects cognition in transgenic 5xFAD mice. *Int J Mol Sci.* 22(5): 2782, 2021.**

177.    The manuscript by Michael and colleagues describes an *in vivo* study that aimed to assess the utility of targeting leukotriene signaling to ameliorate CNS pathology associated with

**Exhibit 36**

76      87

AD. Indeed, neuroinflammation is well known to be a primary contributor to the development and progression of AD. Of particular significance, 5-LOX (i.e., the rate-limiting enzyme in the biosynthesis of leukotrienes) is increased in the hippocampus of human subjects diagnosed with AD (Firuzi et al. *FASEB J.* **22**: 1169-1178, 2007; Ikonomovic et al. *J Histochem Cytochem.* **56**: 1065-1073, 2008). Additionally, 5-LOX is expressed in microglia, a primary source of leukotrienes in brain tissue isolated from a preclinical model of AD (i.e., transgenic humanized amyloid precursor protein (hAPP) mice) and from AD patients (Michael et al. *Acta Neuropathol Commun.* **8**: 1-20, 2020). These findings provided motivation for Michael and colleagues to interrogate the hypothesis that pharmacological inhibition of leukotriene signaling may have beneficial effects in the context of AD.

178.    In this study, Michael and colleagues utilized the transgenic 5xFAD mouse model of AD. Mice were aged to 5-months (i.e., an age where basal synaptic transmission and long-term potentiation in the hippocampus begin to deteriorate in this animal model) and then were treated with MLKT for 13 weeks. MLKT was administered via an adhesive buccal film at 1 mg/cm$^2$ (i.e., 3.3 mg/kg/day; low-dose) or 3 mg/cm$^2$ (i.e., 10/g/kg/day; high-dose). This strategy was implemented to enhance MLKT exposure in experimental animals by increasing bioavailability due to bypassing first pass metabolism. Michael and colleagues did not report the weight of the mice used in their study; however, human equivalent doses for a standard 70 kg human subject can be estimated via the mouse allometric scaling factor of 12.3 (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016). As such, the MLKT low dose corresponds to a human equivalent dose of 18.78 mg and the MLKT high dose corresponds to a human equivalent dose of 56.9 mg. Both doses are higher than the FDA-approved daily dose level for MLKT in adults and in children.

**Exhibit 36**
77     **88**

179.    Michael and colleagues demonstrated that high-dose MLKT treatment caused a significant decrease in expression of eight genes associated with AD pathogenesis as compared to vehicle-treated controls. Additionally, high-dose MLKT reduced brain expression of 13 genes associated with microglial activity and innate immunity. Of particular significance, there was considerable overlap between the microglial/immune system genes modulated by MLKT treatment and those known to be upregulated in microglial cells in the AD brain. It was also noteworthy in the Michael study that the gene most affected by high-dose MLKT treatment encoded GPR17, which suggests that beneficial effects in the brain associated with MLKT may result from decreased leukotriene signaling.

180.    Using histological analysis, Michael and colleagues demonstrated that MLKT treatment promoted microglial polarization towards homeostatic phenotypes. This is an important finding because it suggests that pharmacological antagonism of leukotriene signaling in the brain can promote a microenvironment more conducive to CNS restoration and repair. This concept was shown by an increase in microglial that stained positive for both Iba1 (i.e., a protein marker for both microglia and macrophages) and Tmem119 (i.e., a protein marker of tissue-resident and homeostatic microglia) (Bennett et al. *Proc Natl Acad Sci USA.* **113**: E1738-E1746, 2016; Keren-Shaul et al. *Cell.* **169**: 1276-1290, 2017; Krasemann et al. *Immunity.* **47**: 566-581, 2017) following both low-dose and high-dose MLKT treatment. Additionally, high-dose MLKT treatment resulted in a decrease in soma (i.e., cell body) size of Iba1+/Tmem119+ microglia as compared to those present in the brains of vehicle-treated 5xFAD mice. Since larger soma size is associated with aging and neurodegeneration-associated microglia (Michael et al. *Int J Mol Sci.* **22(5)**: 2782, 2021), this finding provides further evidence for protective effects of MLKT in the setting of AD. Furthermore, both low-dose and high-dose MLKT treatment decreased the percentage of Iba+

**Exhibit 36**

78      **89**

microglia that expressed 5-LOX, which indicates that MLKT treatment can reduce leukotriene synthesis and decrease neuroinflammation in the transgenic 5xFAD model.

181.    Michael and colleagues assessed effects of MLKT on cognitive performance using the Barnes' maze and Morris water maze tests. In the Barnes maze test, which is based on the time taken for an experimental animal to find an escape chamber, a reduction in escape latency time was shown to be significantly associated with increasing MLKT dose. In the high-dose MLKT group, higher frequencies of contact with the escape chamber were observed. These observations imply that MLKT treatment stimulated learning behavior in transgenic 5xFAD mice. In the Morris water maze test, which requires mice to find and remember the location of an escape platform within a pool of water, high-dose MLKT treatment was shown to improve learning behavior in female 5xFAD mice but not in their male counterparts. Interestingly, all animals regardless of treatment group or sex spent comparable amounts of time in the target quadrant, suggesting that neither low-dose MLKT nor high-dose MLKT was able to improve memory performance. These observations may relate to the motivation of the experimental animals, which was noted by the investigators of the study to be low (Michael et al. *Int J Mol Sci.* **22(5)**: 2782, 2021).

182.    In summary, the study of Michael and colleagues aimed to determine the potential utility of repurposing MLKT for treatment of AD. The investigators' data set showed that MLKT treatment could modulate pathophysiological pathways associated with neurodegeneration including microglial activity. Of translational significance, results from the Barnes' maze test indicated positive and dose-dependent effects of MLKT on learning behavior. The lack of robust results from the Morris water maze test is likely due to the low motivational status of the 5xFAD mice used in this study, an effect that often occurs following repeated behavioral experimentation within the same cohort of animals. If the investigators had decided to use a different cohort of

**Exhibit 36**
79      90

5xFAD mice for the Morris water maze experiments, it is scientifically plausible that beneficial effects of MLKT on memory may have been captured. Additionally, it is critical to point out that the study of Michael and colleagues did not report any adverse effects associated with MLKT following administration over a lengthy treatment course (i.e., 13 weeks). Furthermore, the dose used in this study were 1.9-5.7 times higher than the FDA-approved adult dose for MLKT and 3.8-11.4 times higher than the FDA-approved MLKT dose for children aged 6 to 14 years. As such, it is unlikely that adverse effects of MLKT would occur at lower doses when they were not observed at elevated doses.

### 6.  Tel et al. Investigation of the relationship between chronic montelukast treatment, asthma and depression-like behavior in mice. *Exp Ther Med.* 21(1): 27, 2021.

183.    The manuscript by Tel and colleagues describes a preclinical study designed to determine whether chronic MLKT administration is associated with an increase in depression symptoms. As acknowledged by the authors, the FDA issued a warning regarding neuropsychiatric adverse events associated with MLKT treatment in 2008. Depression was included amongst the neuropsychiatric symptoms described in the FDA warning. As such, the team of Tel and colleagues sought to evaluate the validity of this statement with respect to depression using an established animal model of asthma (i.e., challenge with ovalbumin).

184.    To develop a model of persistent asthma, a total of three ovalbumin challenges were administered over a two-week time course to an equal number of male and female Swiss mice (weight 20-25 g). The ovalbumin model is well-established and the most widely used model of experimental asthma (Aun et al. *J Asthma Allergy.* **10**: 293-301, 2017). MLKT was administered at a dose of 20 mg/kg/day via drinking water. As noted by Nair and Jacob (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016), the allometric scaling factor for a mouse weighing 20 g is 12.3.

**Exhibit 36**

80      91

Therefore, a 20 mg/kg/day MLKT dose is equivalent to a human dose of 113.8 mg in a 70 kg human subject. This is more than 11 times greater than the FDA-approved adult MLKT dose of 10 mg/day and more than 22 times greater than the FDA-approved pediatric MLKT dose of 5 mg/day.

185.    Behaviors associated with depression were evaluated using the forced swim test, a well-established behavioral paradigm for this neuropsychiatric symptom (Kraeuter et al. *Methods Mol Biol.* **1916:** 75-80, 2019). In the study by Tel and colleagues, ovalbumin challenge resulted in an increase in immobility in the forced swim test (Tel et al. *Exp Ther Med.* **21(1)**: 27, 2021), which shows that pathological characteristics of asthma are associated with depression, a fact that has been well described in the scientific literature (Jiang et al. *J Affect Disord.* **166:** 22-29, 2014; Trojan et al. *Ann Allergy Asthma Immunol.* **112**: 432-436, 2014). In contrast, MLKT reduced immobility times in ovalbumin-treated mice following the second and third forced swim test trials, suggesting a protective effect for this drug against depressive-like behaviors in experimental animals.

186.    Of particular significance, MLKT treatment did not alter immobility times in the forced swim test in control (i.e., non-ovalbumin treated) mice. This observation suggests that MLKT at a dose of 20 mg/kg/day via oral administration did not induce depression-like behaviors in male and female Swiss mice.

187.    In summary, the work of Tel and colleagues aimed to disentangle depression-like behaviors triggered by asthma itself and by administration of MLKT as a treatment for asthma. The investigators' data set revealed that pathological features of asthma could cause depression-like behaviors in male and female Swiss mice; however, MLKT was not shown to be a trigger of depression when administered as a treatment for asthma. Of particular significance, the data set of

**Exhibit 36**
81      92

Tel and colleagues was obtained using a MLKT dose that was equivalent to human doses that were 11-22 times greater than the approved FDA doses for MLKT. As such, the lack of depressive symptoms triggered by MLKT at this high dose indicates that it is unlikely that lower MLKT doses would result in the neuropsychiatric symptom of depression.

### 7. Rostevanov et al. Montelukast induces beneficial behavioral outcomes and reduces inflammation in male and female rats. *Front Immunol.* 13: 981440, 2022.

188.    The study by Rostevanov and colleagues was designed to test the possibility that MLKT can exert beneficial effects in the brain in the setting of mental illness. This hypothesis was developed based on the established link between immune disturbances, inflammatory processes, and progression of mental illness, especially mood disorders (Jeppesen and Benros. *Front Psychiatry.* **10**: 131, 2019; Yuan et al. *Trans Pscyhiatry.* **9**: 1-13, 2019). As such, Rostevanov and colleagues proposed that MLKT, a drug with established immune-modulating and anti-inflammatory properties, may provide beneficial effects in the setting of psychiatric diseases. This suggestion has considered reports regarding adverse neuropsychiatric events in human subjects prescribed MLKT, observations that Rostevanov and colleagues interpret as circumstantial and not causative and based primarily on retrospective analyses (Rostevanov et al. *Front Immunol.* **13**: 981440, 2022).

189.    The Rostevanov study was conducted using male (220-250 g) and female (180-200 g) Sprague-Dawley rats aged approximately eight weeks. Depressive-like behaviors were induced using a chronic unpredictable mild stress (CUMS) paradigm. This approach required rats to be subjected to various mild stressors (i.e., cage tilt, increase in number of cage mates, food or water deprivation, placement in a soiled cage, exposure to perfume odor) for certain periods of time over

**Exhibit 36**
82      93

four weeks. After CUMS conditioning was completed, animals were administered MLKT (20 mg/kg, i.p.) once daily for two weeks. Human equivalent doses for a standard 70 kg human subject can be estimated via the rat allometric scaling factor of 6.2 given that all animals in the Rostevanov study are between the working weight range of 80 g and 270 g (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016). As such, a 20 mg/kg MLKT dose in rats is allometrically scaled to a dose of 225.8 mg for a 70 kg human subject.

190.    Rostevanov and colleagues employed multiple behavioral paradigms to test whether MLKT treatment could attenuate depressive-like symptoms resulting from the CUMS paradigm. Using the open field test, a measure of general rodent activity, the investigators observed increased locomotor activity as indicated by increased movement velocity in male rats subjected to CUMS. This effect was attenuated by MLKT treatment. In contrast, CUMS did not increase locomotor activity and MLKT had no effect on open field behavior in female Sprague-Dawley rats. As such, these observations indicate that MLKT administration may have potential to mitigate manic behaviors in males.

191.    A sucrose consumption test was also conducted to assess anhedonia (i.e., the inability to experience joy or pleasure). Here, male rats showed a significant decrease in sucrose consumption following the CUMS paradigm, an effect that was reversed by MLKT treatment. In contrast, there was a non-significant decrease in sucrose consumption following CUMS that was not modulated by MLKT in females. This suggests that MLKT may exert antidepressant-like properties in Sprague-Dawley rats.

192.    The Rostevanov study did report some negative behaviors associated with MLKT administration. Specifically, MLKT was shown to increase aggression in male Sprague-Dawley rats as measured by the number of "attacks" committed by the investigational rat when placed into

**Exhibit 36**
83     94

a cage containing a naïve (i.e., untreated) rat of the same sex. In contrast, aggressive behavior was reduced by MLKT treatment in both control and CUMS-subjected female Sprague-Dawley rats. By itself, the CUMS paradigm did not increase the number of "attacks" that were observed.

193.    Divergent effects of MLKT treatment on brain cytokine and prostaglandin levels were reported in the Rostevanov study. Specifically, MLKT reduced IL-6 levels in the frontal cortex and hypothalamus and decreased TNF-α concentrations in the frontal cortex, hypothalamus, and hippocampus in female Sprague-Dawley rats. In contrast, MLKT increased TNF-α in the frontal cortex of control males, increased IL-6 in the hypothalamus of control males, and decreased TNF-α in the hippocampus of CUMS-subjected males. In terms of prostaglandin E2 (PGE2) levels, these were decreased following MLKT treatment in both male and female rats subjected to CUMS.

194.    In summary, Rostevanov and colleagues conclude "[to] the best of our knowledge, this is the first study that directly and thoroughly tested behavioral effects of [MLKT] in rats." This conclusion is an overstatement given the study design and resultant data set. Most problematically is the single dose of MLKT used in the Rostevanov study. Indeed, 20 mg/kg MLKT in Sprague-Dawley rats corresponds to a human equivalent dose of 225.8 mg for a 70 kg subject. This is more than 22 times greater than the FDA-approved adult dose for MLKT of 10 mg. It is also more than 45 times greater than the FDA-approved MLKT dose for children aged 6 to 14 years of 5 mg. This is particularly pertinent for the finding of increased aggressive behavior in male Sprague-Dawley rats following MLKT treatment. Since the dose used by Rostevanov and colleagues was so large, it cannot be inferred that such adverse effects will occur at therapeutically relevant dose levels. Interestingly, this was the only adverse event observed in this study despite the elevated dose level and the use of 100% dimethyl sulfoxide (DMSO) as a drug delivery vehicle.

**Exhibit 36**

84     95

Indeed, DMSO concentrations of 32% and 64% were shown to decrease locomotor activity in male mice (Castro et al. *Pharmacol Biochem Behav.* **50**: 521-526, 1995). Additionally, repeated i.p. injection of DMSO was shown to reduce nerve conduction velocity in Wistar rats in a dose-dependent manner (Cavaletti et al. *Toxicol Lett.* **118**: 103-107, 2000). These articles support the common consensus in the field that modulation of CNS activity by high doses of DMSO administered chronically can cause experimental artifacts and lead to inaccurate interpretation of experimental results. Overall, the findings reported by Rostevanov and colleagues must be considered as inconclusive and not supportive of the possibility that MLKT can trigger pharmacological effects, either beneficial or adverse, in the CNS.

### 8. Yates et al. Montelukast reduces grey matter abnormalities and functional deficits in a mouse model of inflammation-induced encephalopathy of prematurity. *J Neuroinflammation.* **19(1): 265, 2022.**

195.    The study by Yates and colleagues focused on encephalopathy of prematurity (EoP), a neurological condition involving white and grey matter injury and risk for future cognitive and motor deficits that affects 30% of infants born earlier than 32-weeks gestation (Lean et al. *Pediatr Res.* **86(3):** 365-374, 2019). The pathogenesis of EoP is multifactorial and is believed to involve, in part, inflammation, chronic hypoxia, and microglial activation (Verney et al. *J Neuropathol Exp Neurol.* **71(3):** 251-264, 2012; Supramanium et al. *Pediatr Res.* **71(3):** 301-309, 2013; Scafidi et al. *Nature.* **506(7487):** 230-234, 2014; Kuban et al. *Pediatr Neurol.* **52(1)**: 42-48, 2015). As noted by Yates and colleagues, MLKT has demonstrated beneficial effects in the brain that render it worthy of investigation as a treatment for EoP. Additionally, the investigators noted that cysteinyl leukotriene receptors are upregulated in the brain in response to injury (Fang et al. *Neuroscience.* **140(3):** 969-979, 2006; Zhang et al. *Acta Pharmacol Sin.* **27(12):** 1553-1560, 2006;

**Exhibit 36**
85    96

Zhao et al. *J Pharm Pharmacol.* **63(4)**: 550-557, 2011), which further adds justification to the proposition that MLKT may show beneficial effects in the setting of EoP.

196.    Yates and colleagues used an animal model of EoP where male CD-1 mouse pups were exposed to IL-1β, a strategy that produces both white matter and grey matter injury. With respect to drug treatment, these investigators performed a dose-response study where MLKT (1-30 mg/kg; i.p.) was administered twice daily on postnatal day 1-4 and once daily on postnatal day 5. The body weight of the individual mouse pups is not reported in this study; however, the average weight of a newborn CD-1 mouse pup is reported to be 1-2 g (Spangenberg et al. *Lab Anim.* **48(3)**: 193-206, 2014). Positive effects on neurocognitive performance were reported at a rodent MLKT dose of 3 mg/kg (i.p.). This corresponds to a human equivalent dose of 34 mg - 42 mg for male CD-1 rat pups that weigh 1-2 g. This dose level is 8.5-10.5 times higher that the FDA-approved 4 mg dose for children younger than 6 years of age.

197.    In terms of neuropsychiatric symptoms, animals that were administered IL-1β only demonstrated clear anxiety behaviors as measured by the light-dark box approach. In this behavioral paradigm, reduced time spent in the light zone and fewer transitions between zones is indicative of an increase in anxiety. These behaviors were attenuated in animals that were administered both IL-1β and MLKT (3 mg/kg, i.p.). Additionally, spatial memory performance was assessed using the Morris Water Maze method. Of particular importance, animals that received both IL-1β and MLKT showed an improvement in memory performance as compared to mice that were injected with IL-1β only. Taken together, these data show that MLKT can improve neurocognitive performance and reduce anxiety at a murine dose of 3 mg/kg (i.p.).

198.    Yates and colleagues also measured neurodegeneration by immunohistochemistry in the barrel cortex and in the hippocampus. In these experiments, the investigators assessed

**Exhibit 36**
86      97

parvalbumin staining. Parvalbumin is a calcium binding protein that is highly expressed at the cell surface on a subset of neurons that are highly susceptible to inflammation (Ruden et al. *Neuropsychopharmacology.* **46(2):** 279-287, 2021). As such, reduced parvalbumin staining indicates neurodegeneration and an attenuation of this response means neuroprotection. In the Yates study, parvalbumin staining was decreased in barrel cortex, but not in the hippocampus, following IL-1β treatment. Administration of high-dose MLKT (30 mg/kg, i.p.) attenuated the inflammation-induced decrease in parvalbumin positive neurons, which demonstrates a neuroprotective effect at this dose level. Of significance, 30 mg/kg MLKT is equivalent to a human dose of 336 mg - 420 mg when accounting for a postnatal mouse pup weight of 1-2 g.

199.    In summary, the work of Yates and colleagues showed that MLKT could exert neuroprotective effects in a murine model of EoP. Specifically, MLKT protected against neurodegeneration in the barrel cortex, improved neurocognitive performance, and attenuated anxiety in these postnatal mice. These effects were observed at doses of 3 mg/kg or greater. Of translational significance, it is critical to note that the doses used in this study correspond to human equivalent doses that are considerably greater than those approved for clinical use. While the results of the Yates study are encouraging and point away from the ability of MLKT to trigger neuropsychiatric effects, the fact that such high doses were used means that these protective effects may also not be seen at therapeutic dose levels.

### 9. Other studies showing positive effects of MLKT in preclinical animal models.

200.    Examples of other studies showing that the anti-inflammatory, antioxidant, and/or anti-apoptotic properties of MLKT can lead to neuroprotection include Kalonia et al. *Neuroscience.* **171(1)**: 284-299, 2010; Zhao et al. *J Pharm Pharmacol.* **63(4)**: 550-557, 2011;

**Exhibit 36**

87     98

Nagarajan and Marathe. *Neurosci Lett.* **682**: 100-105, 2018; Mansour et al. *Toxicol Appl Pharmacol.* **358**: 76-85, 2018; Zhou et al. *Inflammopharmacology.* **27(5)**: 933-940, 2019; Gelosa et al. *Pharmacol Res.* **142:** 223-236, 2019; Wallin and Svenningsson. *Int J Mol Sci.* **22(11)**: 5606, 2021; Tassan Mazzocco et al. *J Neuroinflammation.* **20:** 34, 2023; Wang et al. *Brain Res.* **1817:** 148498, 2023.

201.    Many systemic diseases are also associated with neurological dysfunction. A good example is diabetes mellitus, which is well known to increase the risk of developing cognitive impairment and dementia (Saedi et al. *World J Diabetes.* **7(17)**: 412-422, 2016). Based on this significant public health concern, Zhang and colleagues examined the possibility as to whether MLKT treatment could attenuate cognitive dysfunction and neurotoxicity in the setting of diabetes mellitus (Zhang et al. *Neurotoxicology.* **57**: 214-222, 2016). Using the well-established streptozotocin model of diabetes mellitus, MLKT (1 mg/kg or 2 mg/kg, p.o.) increased time spent in the target quadrant and target quadrant crossings in the Morris water maze test, which suggests improvement in spatial memory (Zhang et al. *Neurotoxicology.* **57**: 214-222, 2016). Additionally, MLKT treatment at dose levels of 1 mg/kg and 2 mg/kg improved the number of correct choices in the Y-maze test (i.e., entry into a shock-free compartment), which further emphasizes that MLKT reduced cognitive dysfunction in the streptozotocin model (Zhang et al. *Neurotoxicology.* **57**: 214-222, 2016). At the biochemical level, MLKT treatment reduced indices of neuroinflammation and decreased neuronal apoptosis in the hippocampus, thereby demonstrating the neuroprotective potential of MLKT. Using a scaling factor of 12.3 for mice weighing 20-25 g, the human equivalent doses for 1 mg/kg and 2 mg/kg MLKT are 5.7 mg and 11.4 mg based on a standard 70 kg human subject. This suggests that proper allometric scaling has been conducted by Zhang and colleagues and provides strong evidence for CNS protective effects of MLKT in the

**Exhibit 36**

88     99

context of diabetes mellitus-associated cognitive dysfunction. It is also critical to emphasize that Zhang and colleagues did not report any adverse effects of MLKT treatment at these translationally relevant dose levels (Zhang et al. *Neurotoxicology.* **57**: 214-222, 2016).

202.    Additionally, MLKT has potential to exert BBB protective effects. For example, Biber and colleagues evaluated effects of MLKT (10 mg/kg/day, i.p.) in Sprague-Dawley rats subjected to traumatic brain injury induced via the weight-drop method (Biber et al. *Brain Inj.* **23(6):** 577-584, 2009). After 48 h, MLKT reduced BBB permeability as assessed by extravasation of Evan's blue-albumin, a paracellular permeability marker (Biber et al. *Brain Inj.* **23(6):** 577-584, 2009). Additionally, Lenz and colleagues demonstrated that MLKT (0.03 μmol and 0.3 μmol) administration reduced blood-to-brain permeability of sodium fluorescein (NaF; a small molecular weight indicator of BBB integrity) in the pentylenetetrazol-induced kindling model of epilepsy (Lenz et al. *Neuroscience.* **277**: 859-871, 2014). These studies provide preliminary evidence that BBB protection by MLKT is plausible in neurological disease states.

203.    More recently, Zhou et al. evaluated protective effects of MLKT in cultured human brain endothelial cells subjected to oxygen-glucose deprivation followed by reoxygenation (OGD/R), *in vitro* conditions used to study pathological mechanisms associated with ischemic stroke (Zhou et al. *Inflammopharmacology.* **27(5)**: 933-940). In a concentration-dependent manner, MLKT was shown to ameliorate both OGD/R-mediated increases in endothelial cell monolayer permeability to FITC-dextran (molecular weight not provided) and reduction of critical tight junction proteins occludin and ZO-1 (Zhou et al. *Inflammopharmacology.* **27(5)**: 933-940). MLKT treatment also suppressed the OGD/R-induced enhancement of matrix metalloproteinases 2 and 9 (MMP2 and MMP9), enzymes that contribute to tight junction dysfunction under hypoxic and aglycemic conditions (Zhou et al. *Inflammopharmacology.* **27(5)**: 933-940). Zhou and

**Exhibit 36**
89    **100**

colleagues also performed *in vivo* experiments following middle cerebral artery occlusion (MCAO) in mice and showed that MLKT (30 mg/kg/day, i.p.) reduced Evan's blue-albumin extravasation at seven days post-ischemic insult (Zhou et al. *Inflammopharmacology.* **27(5)**: 933-940). While this dose is equivalent to a human dose that is much higher than the FDA-approved adult dose of 10 mg (i.e., 30 mg/kg in a mouse corresponds to 170.7 mg for a 70 kg human subject using the mouse allometric scaling factor of 12.3), it does suggest a potential BBB protective property for MLKT. Indeed, this possibility will need to be interrogated in more detail via rigorous dose-response studies.

204.    There is also preliminary evidence that MLKT may prevent bacterial invasion of the endothelial cells that comprise the BBB. As shown by Zhu and colleagues, *Escherichia coli (E. Coli)* invasion of human brain microvascular endothelial cells was blocked in the presence of 50 μM MLKT (Zhu et al. *Infect Immun.* **78(8):** 3554-3559, 2010). Mechanistically, Zhu and colleagues proposed that these effects of MLKT were associated with inhibition of cysteinyl leukotrienes, which are elevated due to increased arachidonic acid resulting from cytosolic phospholipase A2 alpha that is increased in response to *E. Coli* cellular invasion (Zhu et al. *Infect Immun.* **78(8):** 3554-3559, 2010). *In vivo*, administration of MLKT (5 mg/kg) to 5-day-old rats exposed to *E. Coli* resulted in a 78% decrease in the incidence of bacterial meningitis (Zhu et al. *Infect Immun.* **78(8):** 3554-3559, 2010). Given that the average weight of a 5-day-old rat is 10 g, the allometric scaling factor is calculated to be 2.45 (i.e., W = 0.010 kg; TBSA = 0.00408 m$^2$; Scaling Factor = W/TBSA = 2.45). Additionally, the age of the rat must be considered. Given that one rat day is equivalent to 34.8 human days (Sengupta. *Int J Prev Med.* **4(6)**: 624-630, 2013), the animals used in the study by Zhu and colleagues are approximately equivalent to a 6-month-old human infant. This enables determination of a human equivalent dose of 15.3 mg (i.e., 5 mg/kg

**Exhibit 36**
90    **101**

rodent dose divided by 2.45 and then multiplied by an average 6-month-old infant weight of 7.5 kg). This dose is more than 3.5 times greater than the FDA-approved MLKT dose of 4 mg for children aged between 6 and 24 months. As such, the potential of MLKT to counteract bacterial infection at the level of the BBB will need to be investigated using more translationally relevant doses.

### E. Review of Plaintiff's Expert Report by Dr. Dima Mazen Qato, PharmD, MPH, PhD

205.    I have reviewed the report of Dr. Dima Mazen Qato, PharmD, MPH, PhD, who was retained by plaintiff's counsel to provide opinions on the potential for neuropsychiatric side effects to occur following administration of MLKT to humans. As such, Dr. Qato has addressed issues related to general causation that included opinions related to pharmacokinetic and pharmacodynamic properties of MLKT. I disagree with much of what Dr. Qato has said on these issues.  In the paragraphs below, I will address some of the opinions of Dr. Qato in these specific areas.

206.    On page 3 of her report, Dr. Qato states ". . . it is my expert opinion to a reasonable degree of scientific certainty that [MLKT] causes new-onset or worsening neuropsychiatric adverse effects . . . ." This point is reinforced on page 7 of her report where it is suggested that "[t]he biological plausibility of a causal relationship between [MLKT] and neuropsychiatric side effects is supported by the drug's mechanism of action." These opinions are based on ". . . biological plausibility based on [MLKT's] pharmacology and mechanism of action . . . ." I disagree with Dr. Qato's opinion. As noted in paragraphs 30-31 in this report, the known mechanism of action for MLKT involves inhibition of leukotriene effects at $CysLT_1R$ and GPR17. Additionally, MLKT may block the activity of 5-LOX, which can reduce leukotriene biosynthesis and contribute

**Exhibit 36**
91    **102**

to the mechanism of action of this drug (i.e., paragraph 33 in this report). Leukotrienes are proinflammatory lipid mediators that exert deleterious effects in the brain, particularly on cognition and memory. Therefore, if MLKT was having any effect in the brain, its pharmacological inhibition of leukotriene effects at $CysLT_1R$, GPR17, and/or 5-LOX would prevent adverse effects associated with leukotrienes in the brain; however, these facts are incorrectly stated by Dr. Qato on page 9 of her report when she writes: "The association between [MLKT] use and neuropsychiatric effects aligns with the known effects of leukotrienes on the central nervous system." Furthermore, Dr. Qato's assumption is refuted by peer-reviewed scientific literature that have described effects for MLKT in the CNS that are overwhelmingly beneficial. Taken together, there is not convincing pharmacological evidence that supports a biological mechanism for MLKT that can result in adverse effects in the brain including neuropsychiatric side effects. Put another way, the mechanism of action for MLKT does not suggest that an increased risk for CNS toxicity or neuropsychiatric adverse effects were foreseeable.

207.     Dr. Qato also attributes the ability of MLKT to cross the BBB (at doses higher than those approved for human use) as critical in the onset of neuropsychiatric side effects. This is noted throughout her report on page 3 (". . . its ability to cross the blood-brain barrier (BBB), page 7 ("[it] is known to cross the blood-brain barrier . . .), page 12 ("[MLKT] pharmacological properties, including its ability to permeate the blood-brain barrier (BBB) . . .), and page 13 ("[MLKT] is a fat-soluble molecule that readily crosses the blood-brain barrier . . . and "[e]vidence that [MLKT] crosses the BBB and accumulates in the brain . . ."). In paragraphs 77-96 of my report, I provide detailed analysis of pharmacological evidence related to penetration of MLKT across the BBB. It is essential to note that the presence of MLKT in brain tissue cannot be interpreted to indicate that "pharmacologically active" concentrations of this drug are achievable in brain tissue at

**Exhibit 36**
92    **103**

therapeutically relevant doses. In fact, preclinical data sets, including those reported in the Center for Drug Evaluation and Research Pharmacology Review for Singulair®, measured total brain MLKT levels and not free brain concentrations, and the dosage used was much higher than those approved for human use. This concept is not addressed by Dr. Qato in her analysis of preclinical animal studies, which showed that total brain MLKT concentrations were greater than plasma at 24 h post-oral administration (i.e., 0.68 µg/g for brain versus 0.07 µg/ml for plasma). As explicitly stated in paragraph 96 of this report, it cannot be inferred from a total brain concentration measurement for MLKT that there is a sufficient free fraction (i.e., pharmacologically active) of drug available in the brain to have a pharmacological effect, much less an effect on receptor or transporter systems relevant to neuropsychiatric symptoms or side effects.

208.    Additionally, Dr. Qato's assumption that MLKT will cross the BBB because it is "fat-soluble" (i.e., lipophilic) is an oversimplification of the physicochemical properties that determine passive permeability across the brain microvascular endothelium. As noted in paragraph 119 of this report, MLKT has a cLogP = 8.0-8.49. Although MLKT is highly lipophilic, this value is considerably greater than the range of cLogP values that are known to be optimal for BBB penetration (i.e., cLog 1.5-2.5) (Ronaldson and Davis. *Expert Opin Drug Deliv.* Epub Jan 13, 2024). Indeed, all CNS penetrant drugs must have some hydrophilic characteristics to permeate the layer of unstirred water that exists adjacent to a lipid bilayer (Avdeef et al. *Eur J Pharm Sci.* **22(5)**: 365-374, 2004; Sugita et al. *J Chem Inf Model.* **61(7)**: 3681-3695, 2021). Additionally, MLKT possesses a molecular weight of 586.184 Da, which renders it too large to exhibit substantive passive permeability at the BBB. These physicochemical properties imply that any brain uptake of MLKT is likely to require a carrier-mediated transport process. As discussed in paragraphs 120-133 of this report, attempts to identify discrete transport mechanisms involved in

**Exhibit 36**
93    **104**

MLKT brain penetration (i.e., OATP-mediated transport, "hitch-hiking" via serum albumin) have failed at the laboratory bench. As such, there is not any biologically plausible mechanism that can enable MLKT to efficiently cross the BBB and attain pharmacologically effective free concentrations in brain tissue.

209.    On page 7 of her report, Dr. Qato states "[s]ome clinical and animal studies have reported a dose-response relationship, with higher doses of [MLKT] treatment being associated with a greater risk of adverse effects. Dr. Qato uses a study by Arnold et al. (Arnold et al. *Clin Toxicol (Phila)*. **56(1)**: 25-29, 2018) as a representative clinical study. Analysis of the Arnold study reveals that incidence of neurological side effects (i.e., headache, dizziness or vertigo, agitation/irritability, hallucinations or delusions, confusion, tremor) is higher following a MLKT primary dose greater than 50 mg when compared against all doses ingested by a cohort of 17,069 human subjects aged 5-17 years (Arnold et al. *Clin Toxicol (Phila)*. **56(1)**: 25-29, 2018). It is essential to point out that a MLKT dose of 50 mg is 5 times greater than the FDA-approved MLKT dose in individuals older than 15 years-of-age and is 10 times greater than the FDA-approved dose for children aged 6-14 years-of-age. Additionally, the Arnold study did not provide any information as to whether neurological side effects were more frequent in children who ingested 10 mg MLKT as compared to those that ingested lower doses (Arnold et al. *Clin Toxicol (Phila)*. **56(1)**: 25-29, 2018). It should also be pointed out that the Arnold study did not detect any reports of seizures in any of the subjects included in the study cohort that was analyzed (Arnold et al. *Clin Toxicol (Phila)*. **56(1)**: 25-29, 2018). Overall, the work of Arnold and colleagues cannot be utilized as substantive clinical evidence that incidence of neurological side effects occurs in a dose-dependent manner across the range of FDA-approved doses for MLKT.

**Exhibit 36**
94   **105**

210.     Dr. Qato uses the work of Marschallinger and colleagues (Marschallinger et al. *Nat Commun.* **6:** 8466, 2015) as a representative basic science study to support dose-dependency of adverse effects associated with MLKT administration. It is essential to point out that all the animal experiments that comprised this study used the same dose (i.e., 10 mg/kg). As such, it is impossible for the data set of Marschallinger and colleagues to show a dose-response effect because only a single dose was used in the study design. Furthermore, the work of Marschallinger et al. does not support plaintiffs' claims that MLKT can cause adverse neurological symptoms in young and/or aged Fisher 344 rats (Marschallinger et al. *Nat Commun.* **6:** 8466, 2015). In fact, effects of MLKT brain exposure that were reported in this study were overwhelmingly positive. Therefore, the Marschallinger study cannot be deployed to support Dr. Qato's suggestion that animal studies have revealed a dose-response relationship for MLKT-associated adverse effects.

211.     On page 7 of her report, Dr. Qato states "[MLKT] is known to . . . interact with receptors in the central nervous system. [E]merging evidence suggests that these interactions may lead to alterations in neurotransmitter systems and neuroinflammatory responses, potentially contributing to the development of neuropsychiatric symptoms." In the next paragraph on page 7, Dr. Qato qualifies this statement by writing "[in] the brain, CysLTRs are implicated in the CNS regulation of mood, anxiety, sleep, and cognitive function. Specifically, [MLKT] alters levels of neurotransmitters (e.g., serotonin, histamine, L-glutamate, dopamine, GABA) responsible for the dysregulation and interference of various neurotransmitter pathways, particularly those involved in the hypothalamic-pituitary-adrenal axis (HPA)." These statements are based upon a single publication by Marques that was published in *Life Sciences* (Marques et al. *Life Sci.* **310**: 121056, 2022). The work of Marques and colleagues was reviewed in paragraphs 137-140 of my report. Of note, the observation that MLKT can modulate neurotransmitter levels in rodent brain tissue is

**Exhibit 36**
95     **106**

based solely upon untargeted metabolomics studies and did not include any behavioral data. In the absence of rigorous behavioral studies, the Marques study does not provide support for the mechanistic hypothesis that MLKT can trigger neuropsychiatric side effects in the brain. Put another way, the work of Marques and colleagues does not provide evidence for biological plausibility of a claimed causal relationship between MLKT and neuropsychiatric adverse effects.

212.    Additionally, Dr. Qato uses the graphical abstract from the Marques study as evidence to support the statement that "[a]nimal studies and in vitro experiments have also demonstrated alterations in neurochemical signaling associated with [MLKT] administration." While Marques et al. did use both *in vitro* and *in vivo* methods in their work, Dr. Qato greatly overstates the study implications by suggesting that alterations in neurochemical signaling were shown to be associated with MLKT administration. The effects of MLKT on neurological function have not been tested by Marques and colleagues using rigorous biological evaluation. As such, the conclusions of the Marques study are merely hypotheses and cannot be interpreted to indicate that MLKT can cause neuropsychiatric adverse effects.

213.    Perhaps more critically, Dr. Qato does not discuss any of the papers that demonstrate that MLKT can exert positive effects in brain tissue. Indeed, the peer-reviewed scientific literature is replete with publications demonstrating that MLKT is associated with beneficial properties including many effects that may be relevant to the treatment of neurological diseases. In this report, I have provided a detailed discussion of several representative preclinical studies that showed mechanistic data supporting positive pharmacological effects of MLKT in the CNS (paragraphs 153-205). The lack of discussion of these studies is a notable omission and suggests an incomplete treatment of the peer-reviewed scientific literature in Dr. Qato's report.

**Exhibit 36**
96   **107**

214.     In her assessment of preclinical research on MLKT effects in the CNS, Dr. Qato has not addressed the concept of allometric scaling and/or the relationship of animal doses to MLKT doses used clinically. Indeed, allometric scaling reveals that many animal studies use MLKT doses that are equivalent to human doses much greater than 10 mg. This concept is exemplified by the study of Eriksson and colleagues (Eriksson et al. *Cell Death Dis.* **9(7)**: 775, 2018) who sought to determine if MLKT could exert beneficial effects in the brain following cranial irradiation. As noted in paragraph 177 of this report, Eriksson et al. showed that MLKT had negative effects on cellular proliferation and maturation under control conditions. These observations were interpreted to suggest that administration of MLKT to healthy pediatric subjects should be carefully considered due to a potential risk for adverse events. Indeed, Eriksson and colleagues used a dose that is equivalent to 14 times the FDA-approved pediatric MLKT dose of 5 mg/day (Eriksson et al. *Cell Death Dis.* **9(7)**: 775, 2018). As such, the data set presented by Eriksson and colleagues in their article (Eriksson et al. *Cell Death Dis.* **9(7)**: 775, 2018) does not provide any evidence that a therapeutic dose of MLKT will cause deleterious neurological effects in the brain of young human subjects. Dr. Qato clearly does not consider the implications of using such a high human equivalent dose, which is exemplified by her reference to the Eriksson study on pages 6-7 of her report: "These CNS effects play an important role in the mechanisms responsible for the neuropsychiatric adverse drug reactions that have been reported in patients treated with [MLKT], particularly in children, due to the early maturation stage of their brains."

215.     Dr. Qato provided some opinions on MLKT pharmacokinetic and toxicokinetic properties and their relationship to neuropsychiatric side effects. Of note, she explicitly states ". . . in preapproval toxicology studies, clinical signs of CNS toxicity preceded death at higher dose in mice and rats." This statement is referring to data presented in the Center for Drug Evaluation and

**Exhibit 36**
97    **108**

Research Pharmacology Review for Singulair® under the heading "Toxicology." Here, MLKT was reported to be well tolerated in mice at oral doses up to 800 mg/kg. Using the allometric scaling method of Nair and Jacob (Nair & Jacob. *J Basic Clin Pharm*. **7(2)**: 27-31, 2016), this corresponds to an equivalent dose of 4,552.8 mg for a 70 kg human subject. Following oral dosing, CNS toxicity occurred at doses greater than or equal to 1,250 mg/kg. Signs of CNS toxicity included reduced activity and ptosis (i.e., drooping of the upper eyelid) in mice and decreased activity, salivation, and soft stools in rats. A mouse dose of 1,250 mg/kg is equivalent to a dose of 7,113.8 mg in a 70 kg human subject. Similarly, a rat dose of 1,250 mg/kg is equivalent to a dose of 14,112.9 mg in a 70 kg human subject. The minimum lethal dose in both mice and rats was more than 5,000 mg/kg. A mouse dose of 5,000 mg/kg is equivalent to a single dose of 28,455.3 mg in a 70 kg human subject. Similarly, a rat dose of 5,000 mg/kg is equivalent to a dose of 56,451.6 mg in a 70 kg human subject. Finally, the no-adverse effect level (NOAEL) for MLKT in mice and rats was measured to be 625 mg/kg. A mouse dose of 625 mg/kg is equivalent to a dose of  3,556.9 mg in a 70 kg human subject. Similarly, a rat dose of 1,250 mg/kg is equivalent to a dose of 7,056.5 mg in a 70 kg human subject. It is obvious that all these human equivalent doses are many orders of magnitude greater than the maximum FDA-approved doses.

216.    In terms of pharmacokinetics, Dr. Qato focused on children in whom some variability in plasma drug concentrations and exposure have been reported. For example, Dr. Qato is correct in noting that both the $C_{max}$ and AUC values are higher in children aged 6 months to 2 years taking 4 mg oral granules as compared to children aged 2-6 years taking 4mg chewable tablets (i.e., 610 ng/ml and 3,907 ng-hr/ml versus 504 ng/ml and 2,761 ng-hr/ml, respectively). Similar comparisons are made between adolescent and adult subjects. Dr. Qato uses these data, as well as other pharmacokinetic comparisons, to suggest that ". . . substantial interindividual

**Exhibit 36**
98   **109**

variability in the pharmacokinetics of [MLKT] in younger children indicate[s] highly unpredictable [MLKT] exposure and plasma-levels. Clinical studies also indicate significantly greater exposure in adolescents (12-17 years old) than adults taking the 10 mg film coated tablet, and variability in the pharmacokinetics of the chewable tablets when compared to the film coated tablet (page 7 of her report" and that "[t]his variability can result in unpredictable drug concentrations, potentially increases the risk of neuropsychiatric effects and was not adequately mentioned in product labeling nor dosage and instructions (page 13 of her report)." Given that the NOAEL is considerably greater than therapeutic doses administered to human subjects, thereby indicated a large therapeutic window, it is pharmacologically unwarranted to assume that variability in plasma concentrations and/or drug exposure at a therapeutic dose level will increase the probability of experiencing an adverse drug effect. Again, Dr. Qato did not consider either the actual toxic and/or lethal doses for MLKT or allometric scaling methods when interpreting the potential risk for CNS side effects in human subjects including neuropsychiatric adverse events.

217.   Additionally, Dr. Qato pointed to food effects as a source of pharmacokinetic variability in MLKT plasma concentrations. Specifically, Dr. Qato noted that $C_{max}$ values for the 5 mg MLKT coated tablet under fasted and fed conditions were $488 \pm 66$ ng/ml and $256 \pm 82$ ng/ml, respectively. This effect was not unexpected given that food is well known to reduce drug absorption for many currently marketed therapeutics (Cheng and Wong. *Pharmaceutics.* **12(7)**: 672, 2020). Nonetheless, both $C_{max}$ values are substantially lower than those that would be achieved if doses at or above the NOAEL were given. As such, it is pharmacological implausible that pharmacokinetic variability between fasting and fed states will increase the probability of adverse drug events including neuropsychiatric side effects.

**Exhibit 36**
99   **110**

218.    Dr. Qato also indicates that the Center for Drug Evaluation and Research Approval Package for Singulair® stated ". . . with multiple dosing [MLKT] accumulates to a greater extent than predicted by a single dose and that the pharmacokinetics may be dose dependent (page 15 of her report)." Dr. Qato's characterization of this statement is misleading because she left out the final portion of the sentence from the Center for Drug Evaluation and Research Approval Package for Singulair® document, which adds that "the drug was generally well tolerated" in adult human subjects. This finding is consistent with the preclinical toxicology data described above and further emphasizes that neuropsychiatric side effects were unlikely within the therapeutic dose range for MLKT. In summary, I disagree with Dr. Qato that ". . . there is sufficient general causation between [MLKT] and neuropsychiatric adverse effects . . . ." The totality of available scientific literature in conjunction with biological plausibility do not support the assertion that MLKT can contribute to these adverse effects, either in adult or pediatric populations.

219.    Additionally, Dr. Qato states that ". . . adults had a clearance rate of 66.7 mL/min and children between 2 and 6 years had a clearance rate of 25.7 mL/min." While it is true that the Center for Drug Evaluation and Research Approval Package for Singulair® document reports these clearance values for adults and children aged 2-6 years (page 16 of the clinical review section), Dr. Qato's statement is misleading because she does not indicate that these two age groups received different doses of MLKT. Specifically, adult volunteers received the 10 mg film-coated tablet while the pediatric subjects received 4 mg chewable tablets. Indeed, children receive a lower dose of MLKT to account for pharmacokinetic differences as compared to adults; however, this basic pharmacological fact was not acknowledged by Dr. Qato. Furthermore, Dr. Qato suggests that the low clearance rate of MLKT in children can contribute to drug accumulation. While the clearance rate for MLKT is limited by the fraction unbound (i.e., MLKT is a highly

**Exhibit 36**
100    **111**

plasma protein bound drug), it also exhibits a low plasma accumulation ratio of 1.14 (Zhao et al. *Bipharmaceut Drug Dispos.* **18(9)**: 769-777, 1997). This parameter suggests low risk for tissue accumulation and toxicity. Additionally, Dr. Qato states ". . . that for highly protein bound drugs ([MLKT] is more than 99% bound to proteins), more of the drug could be unbound, potentially leading to increased risk of toxicity . . . (page 14 of her report)." This statement is contradictory because highly protein bound drugs will have less (not more) of the drug unbound. This property will tend to reduce the risk of toxicity, not increase it as suggested by Dr. Qato. As such, I disagree with Dr. Qato's reasoning that low clearance rates for MLKT in children render this population of human subjects more susceptible to MLKT-associated toxicity.

### E. Review of Plaintiff's Expert Report by Dr. Jack E. Fincham, PhD, RPh

220.    In addition to the report of Dr. Qato, I have reviewed the expert report of Dr. Jack E. Fincham, PhD, RPh. Dr. Fincham was retained by plaintiff's counsel to provide opinions on the capability of MLKT to cause neuropsychiatric injuries in the general population as well as regulatory and labeling issues associated with Merck's marketing of Singulair®. In his report, Dr. Fincham makes inaccurate and/or misleading statements regarding the pharmacology of Singulair® (i.e., MLKT), particularly with respect to basic science studies that he contends support the scientific plausibility of its CNS penetration and adverse effect profile. I disagree with much of what Dr. Fincham has said on these issues.  In the paragraphs below, I will address some of the specific aspects of Dr. Fincham's report that relate to pharmacology and associated peer-reviewed literature in the basic sciences.

221.    On page 7 of his report, Dr. Fincham states "[t]he leukotrienes (LTs) agents such as [MLKT] are pro-inflammatory lipid mediators, and this fact coupled with the pattern of

**Exhibit 36**
101    **112**

expression of their receptors in different organs, has led to the suggestion that LTs play an important role in the central nervous system, and impact CNS functioning and the occurrence of subsequent adverse effects." Dr. Fincham supports this statement by referencing a review article by Marques and colleagues (Marques et al. *Pharmaceuticals (Basel).* **15(9)**: 1039, 2022). It is noteworthy that Dr. Fincham also indicates that the Marques review article explicitly states ". . . that cysteinyl leukotrienes, such as [MLKT], are associated with ADR occurrence" on page 7 of his report. Dr. Fincham's opinion that MLKT is a cysteinyl leukotriene is incorrect. While it is true that leukotrienes are pro-inflammatory lipid mediators that exert deleterious effects on cognition and memory in the CNS, MLKT is neither a leukotriene nor a pro-inflammatory lipid mediator. Rather, MLKT is an antagonist of leukotriene effects at their target receptors such as $CysLT_1R$ and GPR17. Additionally, MLKT has been shown to block 5-LOX, thereby reducing biosynthesis of leukotrienes. The first sentence of the introduction of the Marques article states "[MLKT] is an antagonist of the cysteinyl leukotrienes receptor 1 . . . " (Marques et al. *Pharmaceuticals (Basel).* **15(9)**: 1039, 2022). This statement makes it very clear that MLKT is not a leukotriene; however, Dr. Fincham incorrectly uses the Marques article to categorize this drug as a pro-inflammatory molecule.

222.    By virtue of its pharmacological effects at its target receptors (i.e., $CysLT_1R$, GPR17, 5-LOX), MLKT exerts anti-inflammatory effects, which account for its utility in the therapeutic management of asthma and allergic rhinitis. In the brain, blockade of $CysLT_1R$, GPR17, and/or 5-LOX would be expected to exert positive effects on the brain by preventing leukotriene-associated impairments in cognition and memory function. As noted in my report, most basic science studies published in peer-reviewed scientific journals support the plausibility of these beneficial effects. Dr. Fincham does not acknowledge any of these studies. Rather, he

**Exhibit 36**
102    **113**

comes to the overarching conclusion that MLKT can impair CNS function and promote adverse drug effects in the brain. Without providing an unbiased assessment of the peer-reviewed literature including a rigorous evaluation of those studies showing that MLKT exerts beneficial effects in brain tissue and/or could be repurposed as a neuroprotective treatment for CNS diseases, it is impossible to understand how Dr. Fincham believes that available scientific information points towards plausibility that MLKT could trigger neuropsychiatric side effects.

223.     On page 11 of his report, Dr. Fincham refers to the study by Marschallinger et al. (Marschallinger et al. *Nat Commun.* **6**: 8466, 2015): "Marschallinger and colleagues found higher doses of [MLKT] were associated with higher occurrences of adverse drug events." This statement reflects the fact that Dr. Fincham has used the Marschallinger study as evidence of a dose-response effect for development of negative neurological symptoms associated with administration of MLKT. The Marschallinger study was conducted in 4-month-old and 20-month-old male Fisher 344 rats that were reportedly given a single MLKT dose of 10 mg/kg via oral gavage. It is pharmacologically impossible to demonstrate a dose-response effect for a drug in an *in vivo* study where only a single dose was used. As such, Dr. Fincham's perception that the data of Marschallinger and colleagues showed that elevated doses of MLKT were more likely to cause adverse neurological effects than lower doses is inaccurate. Additionally, the neurological effects of MLKT demonstrated by Marschallinger et al. included reduced neuroinflammation, increased neurogenesis in the hippocampus, and improved learning and memory functions in older experimental animals. These effects were overwhelmingly positive and led Marschallinger and colleagues to postulate that MLKT could be repurposed as a treatment for dementias. Given that the MLKT effects measured in this study were overwhelmingly positive, Marschallinger et al. did

**Exhibit 36**
103     **114**

not conclude that this medication was associated with higher incidences of adverse neurological effects as Dr. Fincham has suggested.

224.    Dr. Fincham also provides an opinion regarding the capability of MLKT to cross the BBB. As stated on page 14 of his report: ". . . Dr. Fincham observes that, in 1997, Merck told FDA that "[MLKT] did not cross the [BBB]; therefore, . . . CNS toxicity is unlikely. However, in 1998, the Center for Drug Evaluation and Research Application Number 20-830(sic) Pharmacology Review, Table 4, p.13, Table 5, p.14, indicates that [MLKT] was present in the rat brains after administration. Over a decade later, an email chain describes conversations about how to answer questions pertaining to how psychiatric side effects could be induced by Singulair®? Does the drug cross the [BBB]?" These sentences were supported by i) Montelukast Sodium Clinical Documentation (MRK-SNG-01289254 – MRK-SNG-01289750); ii) Center for Drug Evaluation and Research Application Number 20-829 Pharmacology Review; and iii) a confidential series of e-mails between Merck employees (MRK-SNG-01661694 – MRK-SNG-01661697). Dr. Fincham uses the totality of this information to conclude that the MLKT label should have stated that there are ". . . no clinical trial data stating whether the drug crosses the barrier instead of "studies in rats with radiolabeled [MLKT] indicate minimal distribution across the [BBB]." It is critical to note that the preclinical data in rats referenced by Dr. Fincham measured total brain MLKT concentrations and not free brain levels. As noted in paragraph 96 of this report, a total drug concentration that suggests "presence" in the brain cannot be used to infer that there is sufficient free drug available to trigger a neurological effect.

225.    Dr. Fincham is correct in acknowledging that there is not any clinical trial data indicating that MLKT crosses the BBB in human subjects. Measurement of drug levels in human brain tissue can be measured in either living subjects using PET technology or in post-mortem

**Exhibit 36**
104    **115**

brain tissue following autopsy. Evaluation of MLKT BBB permeability using PET requires chemical formulation of MLKT into a reliable PET tracer that can provide sufficient radioactive signal above background to enable drug detection in brain tissue (Breuil et al. *J Cereb Blood Flow Metab.* **42(1)**: 175-185, 2022). While PET technology has been used to measure BBB permeability of currently marketed therapeutics in humans (Eyal et al. *Clin Pharmacol Ther.* **87(5)**: 579-585, 2010; Bauer et al. *J Cereb Blood Flow Metab.* **35(5):** 743-746, 2015), it is limited by resolution of tracer detection that can be affected by generation of radiometabolites (Ruck et al. *Neural Regen Res.* **10(6)**: 889-891, 2015; Breuil et al. *J Cereb Blood Flow Metab.* **42(1)**: 175-185, 2022). Drug accumulation in brain tissue can be measured in post-mortem brain tissue as is commonly done in toxicological analyses (Rohrig & Hicks. *J Analyt Toxicol.* **39(2)**: 137-139, 2015). These studies are often not applicable for clinical evaluation of BBB penetration due to variations in post-mortem interval from death to tissue collection and viability of the specimen itself. Additionally, it is challenging to obtain post-mortem brain tissue samples where dose, duration of administration, and concomitantly administered medications have been controlled to allow for accurate assessment of BBB penetration of MLKT. Taken together, limitations of PET technology and evaluation of drug levels in post-mortem brain tissue preclude their use in a clinical trial to study brain penetration of MLKT.

226.   MLKT levels have allegedly (but without referenced support) been measured in CSF samples isolated from healthy human subjects as was reported in the study of Marschallinger et al. As noted in paragraph 107 of my report, use of CSF drug concentrations to make inferences regarding BBB penetration of MLKT is not scientifically defensible. In his recent publication, Pardridge teaches us that a CSF concentration only indicates the quantity of drug that crosses the BCSFB. Given that BBB and BCSFB permeabilities for therapeutic agents are different, transport

**Exhibit 36**
105   **116**

of MLKT into CSF cannot be used to calculate the magnitude of penetration into brain tissue. Indeed, Marschallinger reports total CSF drug concentrations and not free CSF concentrations, which further prevents their data from being used to predict MLKT brain penetration. Furthermore, the Merck email chain referenced by Dr. Fincham in his report merely states current knowledge in the field: that studies in rats indicated minimal penetration of MLKT across the BBB and that there were no known comparable BBB studies in human subjects administered MLKT.

## SUMMARY OF OPINIONS

227.    As outlined in this report, there is not a biologically plausible mechanism that would permit MLKT (i.e., Singulair®) to cross the BBB and accumulate in brain tissue such that a sufficient free MLKT concentration could be attained at therapeutic doses that would enable a pharmacologically relevant effect to occur.

228.    Additionally, there is not convincing pharmacological evidence across the many preclinical studies that have evaluated MLKT effects in the brain that this drug can trigger adverse neuropsychiatric symptoms at pharmacologically relevant concentrations when administered at FDA-approved therapeutic doses.  In fact, most published studies show that MLKT can exert anti-inflammatory, antioxidant, and/or anti-apoptotic effects in the brain (i.e., beneficial effects that are associated with neuroprotection), but only at dose levels that are greater than the FDA-approved doses for this medication.  Of particular significance, most of these studies did not detect any adverse neurological or psychiatric side effects at either clinically relevant doses or human equivalent doses substantially greater than the FDA-approved 5 mg pediatric dose and/or 10 mg adult dose for MLKT. The only exception was the study by Rostevanov and colleagues (Rostevanov et al. *Front Immunol.* **13**: 981440, 2022), which showed aggression in male

**Exhibit 36**
106    **117**

experimental animals. These effects were observed following administration of a very high dose of MLKT (i.e., 20 mg/kg, which is equivalent to 255.8 mg in a 70 kg human subject) and using a vehicle (i.e., 100% DMSO) that is known to confound results from behavioral experiments. As noted above, the data set presented by Rostevanov, and colleagues is inconclusive.

_____

Patrick  T. Ronaldson, PhD, FAAPS

February 2, 2024

Exhibit 36
107    118

# REFERENCES

## Literature

Abbott NJ. Evidence for bulk flow of brain interstitial fluid: significance for physiology and pathology. Neurochem Int. 2004 Sep;45(4):545-52. doi: 10.1016/j.neuint.2003.11.006. PMID: 15186921.

Abbott NJ, Rönnbäck L, Hansson E. Astrocyte-endothelial interactions at the blood-brain barrier. Nat Rev Neurosci. 2006 Jan;7(1):41-53. doi: 10.1038/nrn1824. PMID: 16371949.

Abdullahi W, Tripathi D, Ronaldson PT. Blood-brain barrier dysfunction in ischemic stroke: targeting tight junctions and transporters for vascular protection. Am J Physiol Cell Physiol. 2018 Sep 1;315(3):C343-C356. doi: 10.1152/ajpcell.00095.2018. Epub 2018 Jun 27. PMID: 29949404; PMCID: PMC6171039.

Agarwal S, Elmquist WF. Insight into the cooperation of P-glycoprotein (ABCB1) and breast cancer resistance protein (ABCG2) at the blood-brain barrier: a case study examining sorafenib efflux clearance. Mol Pharm. 2012 Mar 5;9(3):678-84. doi: 10.1021/mp200465c. Epub 2012 Feb 22. PMID: 22335402; PMCID: PMC3296237.

Al-Majdoub ZM, Al Feteisi H, Achour B, Warwood S, Neuhoff S, Rostami-Hodjegan A, Barber J. Proteomic Quantification of Human Blood-Brain Barrier SLC and ABC Transporters in Healthy Individuals and Dementia Patients. Mol Pharm. 2019 Mar 4;16(3):1220-1233. doi: 10.1021/acs.molpharmaceut.8b01189. Epub 2019 Feb 8. PMID: 30735053.

Arnold DH, Bowman N, Reiss TF, Hartert TV, Seger DL. Adverse events are rare after single-dose montelukast exposures in children. Clin Toxicol (Phila). 2018 Jan;56(1):25-29. doi: 10.1080/15563650.2017.1337123. Epub 2017 Jun 22. PMID: 28639856; PMCID: PMC6631372.

Asthma & Allergy Foundation of America, Asthma Medicine Triggers; https://aafa.org/asthma/asthma-triggers-causes/medicines/

Aun MV, Bonamichi-Santos R, Arantes-Costa FM, Kalil J, Giavina-Bianchi P. Animal models of asthma: utility and limitations. J Asthma Allergy. 2017 Nov 7;10:293-301. doi: 10.2147/JAA.S121092. PMID: 29158683; PMCID: PMC5683778.

Avdeef A, Nielsen PE, Tsinman O. PAMPA--a drug absorption in vitro model 11. Matching the in vivo unstirred water layer thickness by individual-well stirring in microtitre plates. Eur J Pharm Sci. 2004 Aug;22(5):365-74. doi: 10.1016/j.ejps.2004.04.009. PMID: 15265506.

Balani SK, Xu X, Pratha V, Koss MA, Amin RD, Dufresne C, Miller RR, Arison BH, Doss GA, Chiba M, Freeman A, Holland SD, Schwartz JI, Lasseter KC, Gertz BJ, Isenberg JI, Rogers JD, Lin JH, Baillie TA. Metabolic profiles of montelukast sodium (Singulair), a potent cysteinyl

**Exhibit 36**
108   **119**

leukotriene1 receptor antagonist, in human plasma and bile. Drug Metab Dispos. 1997 Nov;25(11):1282-7. PMID: 9351905.

Banks, WA. Characteristics of compounds that cross the blood-brain barrier. BMC Neurol 9 (Suppl 1), S3 (2009). https://doi.org/10.1186/1471-2377-9-S1-S3.

Banks WA, Farr SA, Morley JE. Permeability of the blood-brain barrier to albumin and insulin in the young and aged SAMP8 mouse. J Gerontol A Biol Sci Med Sci. 2000 Dec;55(12):B601-6. doi: 10.1093/gerona/55.12.b601. PMID: 11129390.

Bansal S, Paine MF, Unadkat JD. Comprehensive Predictions of Cytochrome P450 (P450)-Mediated In Vivo Cannabinoid-Drug Interactions Based on Reversible and Time-Dependent P450 Inhibition in Human Liver Microsomes. Drug Metab Dispos. 2022 Apr;50(4):351-360. doi: 10.1124/dmd.121.000734. Epub 2022 Feb 3. PMID: 35115300.

Bao X, Wu J, Xie Y, Kim S, Michelhaugh S, Jiang J, Mittal S, Sanai N, Li J. Protein Expression and Functional Relevance of Efflux and Uptake Drug Transporters at the Blood-Brain Barrier of Human Brain and Glioblastoma. Clin Pharmacol Ther. 2020 May;107(5):1116-1127. doi: 10.1002/cpt.1710. Epub 2019 Dec 10. PMID: 31664714; PMCID: PMC7167337.

Barone E, Cenini G, Di Domenico F, Martin S, Sultana R, Mancuso C, Murphy MP, Head E, Butterfield DA. Long-term high-dose atorvastatin decreases brain oxidative and nitrosative stress in a preclinical model of Alzheimer disease: a novel mechanism of action. Pharmacol Res. 2011 Mar;63(3):172-80. doi: 10.1016/j.phrs.2010.12.007. Epub 2010 Dec 27. PMID: 21193043; PMCID: PMC3034810.

Bauer M, Karch R, Zeitlinger M, Philippe C, Römermann K, Stanek J, Maier-Salamon A, Wadsak W, Jäger W, Hacker M, Müller M, Langer O. Approaching complete inhibition of P-glycoprotein at the human blood-brain barrier: an (R)-[11C]verapamil PET study. J Cereb Blood Flow Metab. 2015 May;35(5):743-6. doi: 10.1038/jcbfm.2015.19. Epub 2015 Feb 11. PMID: 25669913; PMCID: PMC4420865.

Bednarczyk D, Sanghvi MV. Organic anion transporting polypeptide 2B1 (OATP2B1), an expanded substrate profile, does it align with OATP2B1's hypothesized function? Xenobiotica. 2020 Sep;50(9):1128-1137. doi: 10.1080/00498254.2020.1745318. Epub 2020 Mar 26. PMID: 32189541.

Begley DJ. Delivery of therapeutic agents to the central nervous system: the problems and the possibilities. Pharmacol Ther. 2004 Oct;104(1):29-45. doi: 10.1016/j.pharmthera.2004.08.001. PMID: 15500907.

Belka C, Budach W, Kortmann RD, Bamberg M. Radiation induced CNS toxicity--molecular and cellular mechanisms. Br J Cancer. 2001 Nov 2;85(9):1233-9. doi: 10.1054/bjoc.2001.2100. PMID: 11720454; PMCID: PMC2375250.

**Exhibit 36**
109    **120**

Benet LZ, Hosey CM, Ursu O, Oprea TI. BDDCS, the Rule of 5 and drugability. Adv Drug Deliv Rev. 2016 Jun 1;101:89-98. doi: 10.1016/j.addr.2016.05.007. Epub 2016 May 13. PMID: 27182629; PMCID: PMC4910824.

Benned-Jensen T, Rosenkilde MM. Distinct expression and ligand-binding profiles of two constitutively active GPR17 splice variants. Br J Pharmacol. 2010 Mar;159(5):1092-105. doi: 10.1111/j.1476-5381.2009.00633.x. Epub 2010 Feb 8. PMID: 20148890; PMCID: PMC2839267.

Bennett ML, Bennett FC, Liddelow SA, Ajami B, Zamanian JL, Fernhoff NB, Mulinyawe SB, Bohlen CJ, Adil A, Tucker A, Weissman IL, Chang EF, Li G, Grant GA, Hayden Gephart MG, Barres BA. New tools for studying microglia in the mouse and human CNS. Proc Natl Acad Sci U S A. 2016 Mar 22;113(12):E1738-46. doi: 10.1073/pnas.1525528113. Epub 2016 Feb 16. PMID: 26884166; PMCID: PMC4812770.

Biber N, Toklu HZ, Solakoglu S, Gultomruk M, Hakan T, Berkman Z, Dulger FG. Cysteinyl-leukotriene receptor antagonist montelukast decreases blood-brain barrier permeability but does not prevent oedema formation in traumatic brain injury. Brain Inj. 2009 Jun;23(6):577-84. doi: 10.1080/02699050902926317. PMID: 19484631.

Billington S, Shoner S, Lee S, Clark-Snustad K, Pennington M, Lewis D, Muzi M, Rene S, Lee J, Nguyen TB, Kumar V, Ishida K, Chen L, Chu X, Lai Y, Salphati L, Hop CECA, Xiao G, Liao M, Unadkat JD. Positron Emission Tomography Imaging of [11 C]Rosuvastatin Hepatic Concentrations and Hepatobiliary Transport in Humans in the Absence and Presence of Cyclosporin A. Clin Pharmacol Ther. 2019 Nov;106(5):1056-1066. doi: 10.1002/cpt.1506. Epub 2019 Jul 22. PMID: 31102467; PMCID: PMC6777999.

Bläsius R, Weber RG, Lichter P, Ogilvie A. A novel orphan G protein-coupled receptor primarily expressed in the brain is localized on human chromosomal band 2q21. J Neurochem. 1998 Apr;70(4):1357-65. doi: 10.1046/j.1471-4159.1998.70041357.x. PMID: 9523551.

Bordt EA, Polster BM. NADPH oxidase- and mitochondria-derived reactive oxygen species in proinflammatory microglial activation: a bipartisan affair? Free Radic Biol Med. 2014 Nov;76:34-46. doi: 10.1016/j.freeradbiomed.2014.07.033. Epub 2014 Aug 1. PMID: 25091898; PMCID: PMC4252610.

Brännström M, Nordell P, Bonn B, Davis AM, Palmgren AP, Hilgendorf C, Rubin K, Grime K. Montelukast Disposition: No Indication of Transporter-Mediated Uptake in OATP2B1 and OATP1B1 Expressing HEK293 Cells. Pharmaceutics. 2015 Dec 15;7(4):554-64. doi: 10.3390/pharmaceutics7040554. PMID: 26694455; PMCID: PMC4695834.

Braune M, Scherf N, Heine C, Sygnecka K, Pillaiyar T, Parravicini C, Heimrich B, Abbracchio MP, Müller CE, Franke H. Involvement of GPR17 in Neuronal Fibre Outgrowth. Int J Mol Sci. 2021 Oct 28;22(21):11683. doi: 10.3390/ijms222111683. PMID: 34769111; PMCID: PMC8584086.

**Exhibit 36**
110    **121**

Breuil L, Marie S, Goutal S, Auvity S, Truillet C, Saba W, Langer O, Caillé F, Tournier N. Comparative vulnerability of PET radioligands to partial inhibition of P-glycoprotein at the blood-brain barrier: A criterion of choice? J Cereb Blood Flow Metab. 2022 Jan;42(1):175-185. doi: 10.1177/0271678X211045444. Epub 2021 Sep 9. PMID: 34496661; PMCID: PMC8721783.

Bronger H, König J, Kopplow K, Steiner HH, Ahmadi R, Herold-Mende C, Keppler D, Nies AT. ABCC drug efflux pumps and organic anion uptake transporters in human gliomas and the blood-tumor barrier. Cancer Res. 2005 Dec 15;65(24):11419-28. doi: 10.1158/0008-5472.CAN-05-1271. PMID: 16357150.

Brown JD, Winterstein AG. Potential Adverse Drug Events and Drug-Drug Interactions with Medical and Consumer Cannabidiol (CBD) Use. J Clin Med. 2019 Jul 8;8(7):989. doi: 10.3390/jcm8070989. PMID: 31288397; PMCID: PMC6678684.

Busse, W, Bartels, C, Rosenkranz, M. (2023). Brain–Airway Interactions in Asthma. In: Brasier, A.R., Jarjour, N.N. (eds) Precision Approaches to Heterogeneity in Asthma. Advances in Experimental Medicine and Biology, vol 1426. Springer, Cham. https://doi.org/10.1007/978-3-031-32259-4_9.

Callahan MK, Ransohoff RM. Analysis of leukocyte extravasation across the blood-brain barrier: conceptual and technical aspects. Curr Allergy Asthma Rep. 2004 Jan;4(1):65-73. doi: 10.1007/s11882-004-0046-9. PMID: 14680625.

Cardoso Jde O, Oliveira RV, Lu JB, Desta Z. In Vitro Metabolism of Montelukast by Cytochrome P450s and UDP-Glucuronosyltransferases. Drug Metab Dispos. 2015 Dec;43(12):1905-16. doi: 10.1124/dmd.115.065763. PMID: 26374173; PMCID: PMC4658491.

Castro CA, Hogan JB, Benson KA, Shehata CW, Landauer MR. Behavioral effects of vehicles: DMSO, ethanol, Tween-20, Tween-80, and emulphor-620. Pharmacol Biochem Behav. 1995 Apr;50(4):521-6. doi: 10.1016/0091-3057(94)00331-9. PMID: 7617697.

Cavaletti G, Oggioni N, Sala F, Pezzoni G, Cavalletti E, Marmiroli P, Petruccioli MG, Frattola L, Tredici G. Effect on the peripheral nervous system of systemically administered dimethylsulfoxide in the rat: a neurophysiological and pathological study. Toxicol Lett. 2000 Dec 20;118(1-2):103-7. doi: 10.1016/s0378-4274(00)00269-1. PMID: 11137315.

Cheignon C, Tomas M, Bonnefont-Rousselot D, Faller P, Hureau C, Collin F. Oxidative stress and the amyloid beta peptide in Alzheimer's disease. Redox Biol. 2018 Apr;14:450-464. doi: 10.1016/j.redox.2017.10.014. Epub 2017 Oct 18. PMID: 29080524; PMCID: PMC5680523.

Chen Y, Wu H, Wang S, Koito H, Li J, Ye F, Hoang J, Escobar SS, Gow A, Arnett HA, Trapp BD, Karandikar NJ, Hsieh J, Lu QR. The oligodendrocyte-specific G protein-coupled receptor GPR17 is a cell-intrinsic timer of myelination. Nat Neurosci. 2009 Nov;12(11):1398-406. doi: 10.1038/nn.2410. Epub 2009 Oct 18. PMID: 19838178; PMCID: PMC2783566.

**Exhibit 36**
111   **122**

Cheng L, Wong H. Food Effects on Oral Drug Absorption: Application of Physiologically-Based Pharmacokinetic Modeling as a Predictive Tool. Pharmaceutics. 2020 Jul 17;12(7):672. doi: 10.3390/pharmaceutics12070672. PMID: 32708881; PMCID: PMC7408216.

Chu X, Philip G, Evers R. Comments on Mougey et al. (2009): Absorption of montelukast is transporter mediated. Pharmacogenetics and Genomics 22(4):p 319-322, April 2012. | DOI: 10.1097/FPC.0b013e32834e9e35

Ciana P, Fumagalli M, Trincavelli ML, Verderio C, Rosa P, Lecca D, Ferrario S, Parravicini C, Capra V, Gelosa P, Guerrini U, Belcredito S, Cimino M, Sironi L, Tremoli E, Rovati GE, Martini C, Abbracchio MP. The orphan receptor GPR17 identified as a new dual uracil nucleotides/cysteinyl-leukotrienes receptor. EMBO J. 2006 Oct 4;25(19):4615-27. doi: 10.1038/sj.emboj.7601341. Epub 2006 Sep 21. PMID: 16990797; PMCID: PMC1589991.

Clarridge K, Chin S, Eworuke E, Seymour S. A Boxed Warning for Montelukast: The FDA Perspective. J Allergy Clin Immunol Pract. 2021 Jul;9(7):2638-2641. doi: 10.1016/j.jaip.2021.02.057. Epub 2021 Mar 17. PMID: 33744471.

Corser-Jensen CE, Goodell DJ, Freund RK, Serbedzija P, Murphy RC, Farias SE, Dell'Acqua ML, Frey LC, Serkova N, Heidenreich KA. Blocking leukotriene synthesis attenuates the pathophysiology of traumatic brain injury and associated cognitive deficits. Exp Neurol. 2014 Jun;256:7-16. doi: 10.1016/j.expneurol.2014.03.008. Epub 2014 Mar 25. PMID: 24681156; PMCID: PMC4731038.

Dahan A, van der Schrier R, Smith T, Aarts L, van Velzen M, Niesters M. Averting Opioid-induced Respiratory Depression without Affecting Analgesia. Anesthesiology. 2018 May;128(5):1027-1037. doi: 10.1097/ALN.0000000000002184. PMID: 29553984.

Dallas S, Miller DS, Bendayan R. Multidrug resistance-associated proteins: expression and function in the central nervous system. Pharmacol Rev. 2006 Jun;58(2):140-61. doi: 10.1124/pr.58.2.3. PMID: 16714484.

David Y, Cacheaux LP, Ivens S, Lapilover E, Heinemann U, Kaufer D, Friedman A. Astrocytic dysfunction in epileptogenesis: consequence of altered potassium and glutamate homeostasis? J Neurosci. 2009 Aug 26;29(34):10588-99. doi: 10.1523/JNEUROSCI.2323-09.2009. PMID: 19710312; PMCID: PMC2875068.

De Lepeleire I, Reiss TF, Rochette F, Botto A, Zhang J, Kundu S, Decramer M. Montelukast causes prolonged, potent leukotriene D4-receptor antagonism in the airways of patients with asthma. Clin Pharmacol Ther. 1997 Jan;61(1):83-92. doi: 10.1016/S0009-9236(97)90184-3. PMID: 9024176.

de Vries NA, Zhao J, Kroon E, Buckle T, Beijnen JH, van Tellingen O. P-glycoprotein and breast cancer resistance protein: two dominant transporters working together in limiting the brain penetration of topotecan. Clin Cancer Res. 2007 Nov 1;13(21):6440-9. doi: 10.1158/1078-0432.CCR-07-1335. PMID: 17975156.

**Exhibit 36**

112   **123**

Doherty TA, Khorram N, Lund S, Mehta AK, Croft M, Broide DH. Lung type 2 innate lymphoid cells express cysteinyl leukotriene receptor 1, which regulates TH2 cytokine production. J Allergy Clin Immunol. 2013 Jul;132(1):205-13. doi: 10.1016/j.jaci.2013.03.048. Epub 2013 May 17. PMID: 23688412; PMCID: PMC3704056.

Eriksson Y, Boström M, Sandelius Å, Blennow K, Zetterberg H, Kuhn G, Kalm M. The anti-asthmatic drug, montelukast, modifies the neurogenic potential in the young healthy and irradiated brain. Cell Death Dis. 2018 Jul 10;9(7):775. doi: 10.1038/s41419-018-0783-7. PMID: 29991719; PMCID: PMC6039496.

Eyal S, Ke B, Muzi M, Link JM, Mankoff DA, Collier AC, Unadkat JD. Regional P-glycoprotein activity and inhibition at the human blood-brain barrier as imaged by positron emission tomography. Clin Pharmacol Ther. 2010 May;87(5):579-85. doi: 10.1038/clpt.2010.11. Epub 2010 Mar 24. PMID: 20336065; PMCID: PMC2939015.

Fang SH, Wei EQ, Zhou Y, Wang ML, Zhang WP, Yu GL, Chu LS, Chen Z. Increased expression of cysteinyl leukotriene receptor-1 in the brain mediates neuronal damage and astrogliosis after focal cerebral ischemia in rats. Neuroscience. 2006 Jul 7;140(3):969-79. doi: 10.1016/j.neuroscience.2006.02.051. Epub 2006 May 2. PMID: 16650938.

Fick, A. Fick's First Law of Diffusion

Filppula AM, Laitila J, Neuvonen PJ, Backman JT. Reevaluation of the microsomal metabolism of montelukast: major contribution by CYP2C8 at clinically relevant concentrations. Drug Metab Dispos. 2011 May;39(5):904-11. doi: 10.1124/dmd.110.037689. Epub 2011 Feb 2. PMID: 21289076.

Firuzi O, Zhuo J, Chinnici CM, Wisniewski T, Praticò D. 5-Lipoxygenase gene disruption reduces amyloid-beta pathology in a mouse model of Alzheimer's disease. FASEB J. 2008 Apr;22(4):1169-78. doi: 10.1096/fj.07-9131.com. Epub 2007 Nov 12. PMID: 17998412; PMCID: PMC2698428.

Galligan JJ, Sternini C. Insights into the Role of Opioid Receptors in the GI Tract: Experimental Evidence and Therapeutic Relevance. Handb Exp Pharmacol. 2017;239:363-378. doi: 10.1007/164_2016_116. PMID: 28204957; PMCID: PMC6310692.

Gao B, Hagenbuch B, Kullak-Ublick GA, Benke D, Aguzzi A, Meier PJ. Organic anion-transporting polypeptides mediate transport of opioid peptides across blood-brain barrier. J Pharmacol Exp Ther. 2000 Jul;294(1):73-9. PMID: 10871297.

Gao B, Vavricka SR, Meier PJ, Stieger B. Differential cellular expression of organic anion transporting peptides OATP1A2 and OATP2B1 in the human retina and brain: implications for carrier-mediated transport of neuropeptides and neurosteriods in the CNS. Pflugers Arch. 2015 Jul;467(7):1481-1493. doi: 10.1007/s00424-014-1596-x. Epub 2014 Aug 19. PMID: 25132355.

**Exhibit 36**

113    **124**

Gao X, Bayraktutan U. TNF-α evokes blood-brain barrier dysfunction through activation of Rho-kinase and neurokinin 1 receptor. Immunobiology. 2023 Sep;228(5):152706. doi: 10.1016/j.imbio.2023.152706. Epub 2023 Jul 12. PMID: 37454559.

Geldenhuys WJ, Mohammad AS, Adkins CE, Lockman PR. Molecular determinants of blood-brain barrier permeation. Ther Deliv. 2015;6(8):961-71. doi: 10.4155/tde.15.32. Epub 2015 Aug 25. PMID: 26305616; PMCID: PMC4675962.

Gelosa P, Bonfanti E, Castiglioni L, Delgado-Garcia JM, Gruart A, Fontana L, Gotti M, Tremoli E, Lecca D, Fumagalli M, Cimino M, Aigner L, Abbracchio MP, Sironi L. Improvement of fiber connectivity and functional recovery after stroke by montelukast, an available and safe anti-asthmatic drug. Pharmacol Res. 2019 Apr;142:223-236. doi: 10.1016/j.phrs.2019.02.025. Epub 2019 Feb 25. PMID: 30818044.

Gelosa P, Colazzo F, Tremoli E, Sironi L, Castiglioni L. Cysteinyl Leukotrienes as Potential Pharmacological Targets for Cerebral Diseases. Mediators Inflamm. 2017;2017:3454212. doi: 10.1155/2017/3454212. Epub 2017 May 10. PMID: 28607533; PMCID: PMC5451784.

Ghosh A, Chen F, Thakur A, Hong H. Cysteinyl Leukotrienes and Their Receptors: Emerging Therapeutic Targets in Central Nervous System Disorders. CNS Neurosci Ther. 2016 Dec;22(12):943-951. doi: 10.1111/cns.12596. Epub 2016 Aug 19. PMID: 27542570; PMCID: PMC6492851.

Giménez BG, Santos MS, Ferrarini M, Fernandes JP. Evaluation of blockbuster drugs under the rule-of-five. Pharmazie. 2010 Feb;65(2):148-52. PMID: 20225662.

González-Maeso J, Weisstaub NV, Zhou M, Chan P, Ivic L, Ang R, Lira A, Bradley-Moore M, Ge Y, Zhou Q, Sealfon SC, Gingrich JA. Hallucinogens recruit specific cortical 5-HT(2A) receptor-mediated signaling pathways to affect behavior. Neuron. 2007 Feb 1;53(3):439-52. doi: 10.1016/j.neuron.2007.01.008. PMID: 17270739.

Gorska-Ciebiada M, Ciebiada M, Gorska MM, Gorski P, Grzelewska-Rzymowska I. Intercellular adhesion molecule 1 and tumor necrosis factor alpha in asthma and persistent allergic rhinitis: relationship with disease severity. Ann Allergy Asthma Immunol. 2006 Jul;97(1):66-72. doi: 10.1016/S1081-1206(10)61372-5. PMID: 16892784.

Gupta A, Chatelain P, Massingham R, Jonsson EN, Hammarlund-Udenaes M. Brain distribution of cetirizine enantiomers: comparison of three different tissue-to-plasma partition coefficients: K(p), K(p,u), and K(p,uu). Drug Metab Dispos. 2006 Feb;34(2):318-23. doi: 10.1124/dmd.105.007211. Epub 2005 Nov 22. PMID: 16303872.

Hansen AJ. Effect of anoxia on ion distribution in the brain. Physiol Rev. 1985 Jan;65(1):101-48. doi: 10.1152/physrev.1985.65.1.101. PMID: 3880896.

**Exhibit 36**
114   **125**

Harro J. Neuropsychiatric Adverse Effects of Amphetamine and Methamphetamine. Int Rev Neurobiol. 2015;120:179-204. doi: 10.1016/bs.irn.2015.02.004. Epub 2015 Mar 12. PMID: 26070758.

Hartsock A, Nelson WJ. Adherens and tight junctions: structure, function and connections to the actin cytoskeleton. Biochim Biophys Acta. 2008 Mar;1778(3):660-9. doi: 10.1016/j.bbamem.2007.07.012. Epub 2007 Jul 27. PMID: 17854762; PMCID: PMC2682436.

Haseloff RF, Dithmer S, Winkler L, Wolburg H, Blasig IE. Transmembrane proteins of the tight junctions at the blood-brain barrier: structural and functional aspects. Semin Cell Dev Biol. 2015 Feb;38:16-25. doi: 10.1016/j.semcdb.2014.11.004. Epub 2014 Nov 26. PMID: 25433243.

Hashimoto, Y., Greene, C., Munnich, A. et al. The CLDN5 gene at the blood-brain barrier in health and disease. Fluids Barriers CNS 20, 22 (2023). https://doi.org/10.1186/s12987-023-00424-5

Hawkins BT, Davis TP. The blood-brain barrier/neurovascular unit in health and disease. Pharmacol Rev. 2005 Jun;57(2):173-85. doi: 10.1124/pr.57.2.4. PMID: 15914466.

Henderson WR Jr, Chiang GK, Tien YT, Chi EY. Reversal of allergen-induced airway remodeling by CysLT1 receptor blockade. Am J Respir Crit Care Med. 2006 Apr 1;173(7):718-28. doi: 10.1164/rccm.200501-088OC. Epub 2005 Dec 30. PMID: 16387808; PMCID: PMC2662952.

Henderson WR Jr, Tang LO, Chu SJ, Tsao SM, Chiang GK, Jones F, Jonas M, Pae C, Wang H, Chi EY. A role for cysteinyl leukotrienes in airway remodeling in a mouse asthma model. Am J Respir Crit Care Med. 2002 Jan 1;165(1):108-16. doi: 10.1164/ajrccm.165.1.2105051. PMID: 11779739.

Heneka MT, Carson MJ, El Khoury J, Landreth GE, Brosseron F, Feinstein DL, Jacobs AH, Wyss-Coray T, Vitorica J, Ransohoff RM, Herrup K, Frautschy SA, Finsen B, Brown GC, Verkhratsky A, Yamanaka K, Koistinaho J, Latz E, Halle A, Petzold GC, Town T, Morgan D, Shinohara ML, Perry VH, Holmes C, Bazan NG, Brooks DJ, Hunot S, Joseph B, Deigendesch N, Garaschuk O, Boddeke E, Dinarello CA, Breitner JC, Cole GM, Golenbock DT, Kummer MP. Neuroinflammation in Alzheimer's disease. Lancet Neurol. 2015 Apr;14(4):388-405. doi: 10.1016/S1474-4422(15)70016-5. PMID: 25792098; PMCID: PMC5909703.

Hillmer L, Erhardt EB, Caprihan A, Adair JC, Knoefel JE, Prestopnik J, Thompson J, Hobson S, Rosenberg GA. Blood-brain barrier disruption measured by albumin index correlates with inflammatory fluid biomarkers. J Cereb Blood Flow Metab. 2023 May;43(5):712-721. doi: 10.1177/0271678X221146127. Epub 2022 Dec 15. PMID: 36522849; PMCID: PMC10108191.

Hirsch JE. An index to quantify an individual's scientific research output. Proc Natl Acad Sci U S A. 2005 Nov 15;102(46):16569-72. doi: 10.1073/pnas.0507655102. Epub 2005 Nov 7. PMID: 16275915; PMCID: PMC1283832.

Hirvensalo P, Tornio A, Neuvonen M, Tapaninen T, Paile-Hyvärinen M, Kärjä V, Männistö VT, Pihlajamäki J, Backman JT, Niemi M. Comprehensive Pharmacogenomic Study Reveals an

**Exhibit 36**
115    **126**

Important Role of UGT1A3 in Montelukast Pharmacokinetics. Clin Pharmacol Ther. 2018 Jul;104(1):158-168. doi: 10.1002/cpt.891. Epub 2017 Nov 6. PMID: 28940478; PMCID: PMC6033076.

Hsiao P, Unadkat JD. P-glycoprotein-based loperamide-cyclosporine drug interaction at the rat blood-brain barrier: prediction from in vitro studies and extrapolation to humans. Mol Pharm. 2012 Mar 5;9(3):629-33. doi: 10.1021/mp200563a. Epub 2012 Feb 17. PMID: 22316009; PMCID: PMC3307806.

Huber C, Marschallinger J, Tempfer H, Furtner T, Couillard-Despres S, Bauer HC, Rivera FJ, Aigner L. Inhibition of leukotriene receptors boosts neural progenitor proliferation. Cell Physiol Biochem. 2011;28(5):793-804. doi: 10.1159/000335793. Epub 2011 Dec 15. PMID: 22178932. Iadecola C. The Neurovascular Unit Coming of Age: A Journey through Neurovascular Coupling in Health and Disease. Neuron. 2017 Sep 27;96(1):17-42. doi: 10.1016/j.neuron.2017.07.030. PMID: 28957666; PMCID: PMC5657612.

Ikonomovic MD, Abrahamson EE, Uz T, Manev H, Dekosky ST. Increased 5-lipoxygenase immunoreactivity in the hippocampus of patients with Alzheimer's disease. J Histochem Cytochem. 2008 Dec;56(12):1065-73. doi: 10.1369/jhc.2008.951855. Epub 2008 Aug 4. PMID: 18678882; PMCID: PMC2583907.

Ishiguro N, Saito A, Yokoyama K, Morikawa M, Igarashi T, Tamai I. Transport of the dopamine D2 agonist pramipexole by rat organic cation transporters OCT1 and OCT2 in kidney. Drug Metab Dispos. 2005 Apr;33(4):495-9. doi: 10.1124/dmd.104.002519. Epub 2005 Jan 7. PMID: 15640376.

Itkonen MK, Tornio A, Filppula AM, Neuvonen M, Neuvonen PJ, Niemi M, Backman JT. Clopidogrel but Not Prasugrel Significantly Inhibits the CYP2C8-Mediated Metabolism of Montelukast in Humans. Clin Pharmacol Ther. 2018 Sep;104(3):495-504. doi: 10.1002/cpt.947. Epub 2017 Dec 23. PMID: 29171020; PMCID: PMC6175296.

Ivens S, Kaufer D, Flores LP, Bechmann I, Zumsteg D, Tomkins O, Seiffert E, Heinemann U, Friedman A. TGF-beta receptor-mediated albumin uptake into astrocytes is involved in neocortical epileptogenesis. Brain. 2007 Feb;130(Pt 2):535-47. doi: 10.1093/brain/awl317. Epub 2006 Nov 21. PMID: 17121744.

Janzer RC, Raff MC. Astrocytes induce blood-brain barrier properties in endothelial cells. Nature. 1987 Jan 15-21;325(6101):253-7. doi: 10.1038/325253a0. PMID: 3543687.

Jenrow KA, Brown SL, Lapanowski K, Naei H, Kolozsvary A, Kim JH. Selective inhibition of microglia-mediated neuroinflammation mitigates radiation-induced cognitive impairment. Radiat Res. 2013 May;179(5):549-56. doi: 10.1667/RR3026.1. Epub 2013 Apr 5. PMID: 23560629; PMCID: PMC3673739.

**Exhibit 36**
116    **127**

Jeong SM, Hahm KD, Shin JW, Leem JG, Lee C, Han SM. Changes in magnesium concentration in the serum and cerebrospinal fluid of neuropathic rats. Acta Anaesthesiol Scand. 2006 Feb;50(2):211-6. doi: 10.1111/j.1399-6576.2006.00925.x. PMID: 16430544.

Jeppesen R, Benros ME. Autoimmune Diseases and Psychotic Disorders. Front Psychiatry. 2019 Mar 20;10:131. doi: 10.3389/fpsyt.2019.00131. PMID: 30949074; PMCID: PMC6435494.
Jiang M, Qin P, Yang X. Comorbidity between depression and asthma via immune-inflammatory pathways: a meta-analysis. J Affect Disord. 2014 Sep;166:22-9. doi: 10.1016/j.jad.2014.04.027. Epub 2014 May 10. PMID: 25012406.

Kadry H, Noorani B, Cucullo L. A blood-brain barrier overview on structure, function, impairment, and biomarkers of integrity. Fluids Barriers CNS. 2020 Nov 18;17(1):69. doi: 10.1186/s12987-020-00230-3. PMID: 33208141; PMCID: PMC7672931.

Kalliokoski A, Niemi M. Impact of OATP transporters on pharmacokinetics. Br J Pharmacol. 2009 Oct;158(3):693-705. doi: 10.1111/j.1476-5381.2009.00430.x. Epub 2009 Sep 25. PMID: 19785645; PMCID: PMC2765590.

Kalonia H, Kumar P, Kumar A, Nehru B. Protective effect of montelukast against quinolinic acid/malonic acid induced neurotoxicity: possible behavioral, biochemical, mitochondrial and tumor necrosis factor-α level alterations in rats. Neuroscience. 2010 Nov 24;171(1):284-99. doi: 10.1016/j.neuroscience.2010.08.039. Epub 2010 Sep 9. PMID: 20813166.

Kalvass JC, Maurer TS. Influence of nonspecific brain and plasma binding on CNS exposure: implications for rational drug discovery. Biopharm Drug Dispos. 2002 Nov;23(8):327-38. doi: 10.1002/bdd.325. PMID: 12415573.

Kapur S, Seeman P. NMDA receptor antagonists ketamine and PCP have direct effects on the dopamine D(2) and serotonin 5-HT(2)receptors-implications for models of schizophrenia. Mol Psychiatry. 2002;7(8):837-44. doi: 10.1038/sj.mp.4001093. PMID: 12232776.

Kanaya A, Yang M, Emala C, Mikami M. Chronic allergic lung inflammation negatively influences neurobehavioral outcomes in mice. J Neuroinflammation. 2022 Aug 31;19(1):210. doi: 10.1186/s12974-022-02575-y. PMID: 36045388; PMCID: PMC9429782.

Keren-Shaul H, Spinrad A, Weiner A, Matcovitch-Natan O, Dvir-Szternfeld R, Ulland TK, David E, Baruch K, Lara-Astaiso D, Toth B, Itzkovitz S, Colonna M, Schwartz M, Amit I. A Unique Microglia Type Associated with Restricting Development of Alzheimer's Disease. Cell. 2017 Jun 15;169(7):1276-1290.e17. doi: 10.1016/j.cell.2017.05.018. Epub 2017 Jun 8. PMID: 28602351.

Knorr B, Franchi LM, Bisgaard H, Vermeulen JH, LeSouef P, Santanello N, Michele TM, Reiss TF, Nguyen HH, Bratton DL. Montelukast, a leukotriene receptor antagonist, for the treatment of persistent asthma in children aged 2 to 5 years. Pediatrics. 2001 Sep;108(3):E48. doi: 10.1542/peds.108.3.e48. PMID: 11533366.

**Exhibit 36**

117   **128**

Knorr B, Holland S, Rogers JD, Nguyen HH, Reiss TF. Montelukast adult (10-mg film-coated tablet) and pediatric (5-mg chewable tablet) dose selections. J Allergy Clin Immunol. 2000 Sep;106(3 Suppl):S171-8. doi: 10.1067/mai.2000.109424. PMID: 10984399.

Knorr B, Larson P, Nguyen HH, Holland S, Reiss TF, Chervinsky P, Blake K, van Nispen CH, Noonan G, Freeman A, Haesen R, Michiels N, Rogers JD, Amin RD, Zhao J, Xu X, Seidenberg BC, Gertz BJ, Spielberg S. Montelukast dose selection in 6- to 14-year-olds: comparison of single-dose pharmacokinetics in children and adults. J Clin Pharmacol. 1999 Aug;39(8):786-93. doi: 10.1177/00912709922008434. PMID: 10434229.

Kraeuter AK, Guest PC, Sarnyai Z. The Y-Maze for Assessment of Spatial Working and Reference Memory in Mice. Methods Mol Biol. 2019;1916:105-111. doi: 10.1007/978-1-4939-8994-2_10. PMID: 30535688.

Krasemann S, Madore C, Cialic R, Baufeld C, Calcagno N, El Fatimy R, Beckers L, O'Loughlin E, Xu Y, Fanek Z, Greco DJ, Smith ST, Tweet G, Humulock Z, Zrzavy T, Conde-Sanroman P, Gacias M, Weng Z, Chen H, Tjon E, Mazaheri F, Hartmann K, Madi A, Ulrich JD, Glatzel M, Worthmann A, Heeren J, Budnik B, Lemere C, Ikezu T, Heppner FL, Litvak V, Holtzman DM, Lassmann H, Weiner HL, Ochando J, Haass C, Butovsky O. The TREM2-APOE Pathway Drives the Transcriptional Phenotype of Dysfunctional Microglia in Neurodegenerative Diseases. Immunity. 2017 Sep 19;47(3):566-581.e9. doi: 10.1016/j.immuni.2017.08.008. PMID: 28930663; PMCID: PMC5719893.

Kuban KC, O'Shea TM, Allred EN, Fichorova RN, Heeren T, Paneth N, Hirtz D, Dammann O, Leviton A; ELGAN Study Investigators. The breadth and type of systemic inflammation and the risk of adverse neurological outcomes in extremely low gestation newborns. Pediatr Neurol. 2015 Jan;52(1):42-8. doi: 10.1016/j.pediatrneurol.2014.10.005. Epub 2014 Oct 16. PMID: 25459361; PMCID: PMC4276530.

Lai J, Hu M, Wang H, Hu M, Long Y, Miao MX, Li JC, Wang XB, Kong LY, Hong H. Montelukast targeting the cysteinyl leukotriene receptor 1 ameliorates Aβ1-42-induced memory impairment and neuroinflammatory and apoptotic responses in mice. Neuropharmacology. 2014 Apr;79:707-14. doi: 10.1016/j.neuropharm.2014.01.011. Epub 2014 Jan 20. PMID: 24456746.

Lean RE, Han RH, Smyser TA, Kenley JK, Shimony JS, Rogers CE, Limbrick DD Jr, Smyser CD. Altered neonatal white and gray matter microstructure is associated with neurodevelopmental impairments in very preterm infants with high-grade brain injury. Pediatr Res. 2019 Sep;86(3):365-374. doi: 10.1038/s41390-019-0461-1. Epub 2019 Jun 18. PMID: 31212303; PMCID: PMC6702093.

Lecca D, Trincavelli ML, Gelosa P, Sironi L, Ciana P, Fumagalli M, Villa G, Verderio C, Grumelli C, Guerrini U, Tremoli E, Rosa P, Cuboni S, Martini C, Buffo A, Cimino M, Abbracchio MP. The recently identified P2Y-like receptor GPR17 is a sensor of brain damage and a new target for brain repair. PLoS One. 2008;3(10):e3579. doi: 10.1371/journal.pone.0003579. Epub 2008 Oct 31. PMID: 18974869; PMCID: PMC2570486.

**Exhibit 36**
118   **129**

Lee W, Glaeser H, Smith LH, Roberts RL, Moeckel GW, Gervasini G, Leake BF, Kim RB. Polymorphisms in human organic anion-transporting polypeptide 1A2 (OATP1A2): implications for altered drug disposition and central nervous system drug entry. J Biol Chem. 2005 Mar 11;280(10):9610-7. doi: 10.1074/jbc.M411092200. Epub 2005 Jan 4. PMID: 15632119.

Lenz QF, Arroyo DS, Temp FR, Poersch AB, Masson CJ, Jesse AC, Marafiga JR, Reschke CR, Iribarren P, Mello CF. Cysteinyl leukotriene receptor (CysLT) antagonists decrease pentylenetetrazol-induced seizures and blood-brain barrier dysfunction. Neuroscience. 2014 Sep 26;277:859-71. doi: 10.1016/j.neuroscience.2014.07.058. Epub 2014 Aug 1. PMID: 25090924.

Levine D, Respaut R, Cooke K, Spector M, Lesser B. A son dies, his parents tried to sue. How U.S. courts protect Big Pharma. Reuters Special Rpt. filed June 26, 2023.

Liang Y, Kang X, Zhang H, Xu H, Wu X. Knockdown and inhibition of hippocampal GPR17 attenuates lipopolysaccharide-induced cognitive impairment in mice. J Neuroinflammation. 2023 Nov 21;20(1):271. doi: 10.1186/s12974-023-02958-9. PMID: 37990234; PMCID: PMC10662506.

Liddelow SA, Dzięgielewska KM, Møllgård K, Whish SC, Noor NM, Wheaton BJ, Gehwolf R, Wagner A, Traweger A, Bauer H, Bauer HC, Saunders NR. Cellular specificity of the blood-CSF barrier for albumin transfer across the choroid plexus epithelium. PLoS One. 2014 Sep 11;9(9):e106592. doi: 10.1371/journal.pone.0106592. PMID: 25211495; PMCID: PMC4161337.

Lipinski CA. Drug-like properties and the causes of poor solubility and poor permeability. J Pharmacol Toxicol Methods. 2000 Jul-Aug;44(1):235-49. doi: 10.1016/s1056-8719(00)00107-6. PMID: 11274893.

Lipinski CA, Lombardo F, Dominy BW, Feeney PJ. Experimental and computational approaches to estimate solubility and permeability in drug discovery and development settings. Adv Drug Deliv Rev. 2001 Mar 1;46(1-3):3-26. doi: 10.1016/s0169-409x(00)00129-0. PMID: 11259830.

Liu X, Tang SS, Liu SM, Zeng J, Chen ZG, Liu CH, Mu RH, Yuan DH, Zhao JJ, Hong H, Wang H. Deficiency of astrocyte CysLT1R ameliorates depression-like behaviors in mice by modulating glutamate synaptic transmission. Neurobiol Dis. 2022 Dec;175:105922. doi: 10.1016/j.nbd.2022.105922. Epub 2022 Nov 10. PMID: 36371059.

Lochhead JJ, Ronaldson PT, Davis TP. Hypoxic Stress and Inflammatory Pain Disrupt Blood-Brain Barrier Tight Junctions: Implications for Drug Delivery to the Central Nervous System. AAPS J. 2017 Jul;19(4):910-920. doi: 10.1208/s12248-017-0076-6. Epub 2017 Mar 28. PMID: 28353217; PMCID: PMC5481481.

Lochhead JJ, Yang J, Ronaldson PT, Davis TP. Structure, Function, and Regulation of the Blood-Brain Barrier Tight Junction in Central Nervous System Disorders. Front Physiol. 2020 Aug 6;11:914. doi: 10.3389/fphys.2020.00914. PMID: 32848858; PMCID: PMC7424030.

**Exhibit 36**
119    **130**

Loryan I, Fridén M, Hammarlund-Udenaes M. The brain slice method for studying drug distribution in the CNS. Fluids Barriers CNS. 2013 Jan 21;10(1):6. doi: 10.1186/2045-8118-10-6. PMID: 23336814; PMCID: PMC3602653.

Loryan I, Reichel A, Feng B, Bundgaard C, Shaffer C, Kalvass C, Bednarczyk D, Morrison D, Lesuisse D, Hoppe E, Terstappen GC, Fischer H, Di L, Colclough N, Summerfield S, Buckley ST, Maurer TS, Fridén M. Unbound Brain-to-Plasma Partition Coefficient, Kp,uu,brain-a Game Changing Parameter for CNS Drug Discovery and Development. Pharm Res. 2022 Jul;39(7):1321-1341. doi: 10.1007/s11095-022-03246-6. Epub 2022 Apr 11. PMID: 35411506; PMCID: PMC9246790.

Loryan I, Sinha V, Mackie C, Van Peer A, Drinkenburg WH, Vermeulen A, Heald D, Hammarlund-Udenaes M, Wassvik CM. Molecular properties determining unbound intracellular and extracellular brain exposure of CNS drug candidates. Mol Pharm. 2015 Feb 2;12(2):520-32. doi: 10.1021/mp5005965. Epub 2014 Dec 26. PMID: 25496026.

Lynch KR, O'Neill GP, Liu Q, Im DS, Sawyer N, Metters KM, Coulombe N, Abramovitz M, Figueroa DJ, Zeng Z, Connolly BM, Bai C, Austin CP, Chateauneuf A, Stocco R, Greig GM, Kargman S, Hooks SB, Hosfield E, Williams DL Jr, Ford-Hutchinson AW, Caskey CT, Evans JF. Characterization of the human cysteinyl leukotriene CysLT1 receptor. Nature. 1999 Jun 24;399(6738):789-93. doi: 10.1038/21658. PMID: 10391245.

Maekawa A, Austen KF, Kanaoka Y. Targeted gene disruption reveals the role of cysteinyl leukotriene 1 receptor in the enhanced vascular permeability of mice undergoing acute inflammatory responses. J Biol Chem. 2002 Jun 7;277(23):20820-4. doi: 10.1074/jbc.M203163200. Epub 2002 Apr 3. PMID: 11932261.

Maekawa A, Balestrieri B, Austen KF, Kanaoka Y. GPR17 is a negative regulator of the cysteinyl leukotriene 1 receptor response to leukotriene D4. Proc Natl Acad Sci U S A. 2009 Jul 14;106(28):11685-90. doi: 10.1073/pnas.0905364106. Epub 2009 Jun 26. PMID: 19561298; PMCID: PMC2710631.

Maekawa A,  Xing W, Austen KF, Kanaoka Y; GPR17 Regulates Immune Pulmonary Inflammation Induced by House Dust Mites. J Immunol 1 August 2010; 185 (3): 1846–1854. https://doi.org/10.4049/jimmunol.1001131

Mansour RM, Ahmed MAE, El-Sahar AE, El Sayed NS. Montelukast attenuates rotenone-induced microglial activation/p38 MAPK expression in rats: Possible role of its antioxidant, anti-inflammatory and antiapoptotic effects. Toxicol Appl Pharmacol. 2018 Nov 1;358:76-85. doi: 10.1016/j.taap.2018.09.012. Epub 2018 Sep 15. PMID: 30222980.

Marder SR, Cannon TD. Schizophrenia. N Engl J Med. 2019 Oct 31;381(18):1753-1761. doi: 10.1056/NEJMra1808803. PMID: 31665579.

**Exhibit 36**

120   **131**

Marques CF, Marques MM, Justino GC. Leukotrienes vs. Montelukast-Activity, Metabolism, and Toxicity Hints for Repurposing. Pharmaceuticals (Basel). 2022 Aug 23;15(9):1039. doi: 10.3390/ph15091039. PMID: 36145259; PMCID: PMC9505853.

Marques CF, Marques MM, Justino GC. The mechanisms underlying montelukast's neuropsychiatric effects - new insights from a combined metabolic and multiomics approach. Life Sci. 2022 Dec 1;310:121056. doi: 10.1016/j.lfs.2022.121056. Epub 2022 Oct 10. PMID: 36228771.

Marschallinger J, Schäffner I, Klein B, Gelfert R, Rivera FJ, Illes S, Grassner L, Janssen M, Rotheneichner P, Schmuckermair C, Coras R, Boccazzi M, Chishty M, Lagler FB, Renic M, Bauer HC, Singewald N, Blümcke I, Bogdahn U, Couillard-Despres S, Lie DC, Abbracchio MP, Aigner L. Structural and functional rejuvenation of the aged brain by an approved anti-asthmatic drug. Nat Commun. 2015 Oct 27;6:8466. doi: 10.1038/ncomms9466. PMID: 26506265; PMCID: PMC4639806.

Marshall JF, Teitelbaum P. A comparison of the eating in response to hypothermic and glucoprivic challenges after nigral 6-hydroxydopamine and lateral hypothalamic electrolytic lesions in rats. Brain Res. 1973 May 30;55(1):229-33. doi: 10.1016/0006-8993(73)90507-6. PMID: 4514582.

Mastaitis J, Min S, Elvert R, Kannt A, Xin Y, Ochoa F, Gale NW, Valenzuela DM, Murphy AJ, Yancopoulos GD, Gromada J. GPR17 gene disruption does not alter food intake or glucose homeostasis in mice. Proc Natl Acad Sci U S A. 2015 Feb 10;112(6):1845-9. doi: 10.1073/pnas.1424968112. Epub 2015 Jan 26. PMID: 25624481; PMCID: PMC4330737.

Matsson P, Kihlberg J. How Big Is Too Big for Cell Permeability? J Med Chem. 2017 Mar 9;60(5):1662-1664. doi: 10.1021/acs.jmedchem.7b00237. Epub 2017 Feb 24. PMID: 28234469. Meyers CA, Brown PD. Role and relevance of neurocognitive assessment in clinical trials of patients with CNS tumors. J Clin Oncol. 2006 Mar 10;24(8):1305-9. doi: 10.1200/JCO.2005.04.6086. PMID: 16525186.

Michael J, Unger MS, Poupardin R, Schernthaner P, Mrowetz H, Attems J, Aigner L. Microglia depletion diminishes key elements of the leukotriene pathway in the brain of Alzheimer's Disease mice. Acta Neuropathol Commun. 2020 Aug 8;8(1):129. doi: 10.1186/s40478-020-00989-4. PMID: 32771067; PMCID: PMC7414992.

Michael J, Zirknitzer J, Unger MS, Poupardin R, Rieß T, Paiement N, Zerbe H, Hutter-Paier B, Reitsamer H, Aigner L. The Leukotriene Receptor Antagonist Montelukast Attenuates Neuroinflammation and Affects Cognition in Transgenic 5xFAD Mice. Int J Mol Sci. 2021 Mar 9;22(5):2782. doi: 10.3390/ijms22052782. PMID: 33803482; PMCID: PMC7967180.

Mikitsh JL, Chacko AM. Pathways for small molecule delivery to the central nervous system across the blood-brain barrier. Perspect Medicin Chem. 2014 Jun 16;6:11-24. doi: 10.4137/PMC.S13384. PMID: 24963272; PMCID: PMC4064947.

**Exhibit 36**
121   **132**

Millar SA, Stone NL, Yates AS, O'Sullivan SE. A Systematic Review on the Pharmacokinetics of Cannabidiol in Humans. Front Pharmacol. 2018 Nov 26;9:1365. doi: 10.3389/fphar.2018.01365. PMID: 30534073; PMCID: PMC6275223.

Miller DS, Bauer B, Hartz AM. Modulation of P-glycoprotein at the blood-brain barrier: opportunities to improve central nervous system pharmacotherapy. Pharmacol Rev. 2008 Jun;60(2):196-209. doi: 10.1124/pr.107.07109. Epub 2008 Jun 17. PMID: 18560012; PMCID: PMC2634288.

Misra A, Ganesh S, Shahiwala A, Shah SP. Drug delivery to the central nervous system: a review. J Pharm Pharm Sci. 2003 May-Aug;6(2):252-73. PMID: 12935438.

Morris ME, Rodriguez-Cruz V, Felmlee MA. SLC and ABC Transporters: Expression, Localization, and Species Differences at the Blood-Brain and the Blood-Cerebrospinal Fluid Barriers. AAPS J. 2017 Sep;19(5):1317-1331. doi: 10.1208/s12248-017-0110-8. Epub 2017 Jun 29. PMID: 28664465; PMCID: PMC6467070.

Mougey EB, Feng H, Castro M, Irvin CG, Lima JJ. Absorption of montelukast is transporter mediated: a common variant of OATP2B1 is associated with reduced plasma concentrations and poor response. Pharmacogenet Genomics. 2009 Feb;19(2):129-38. doi: 10.1097/FPC.0b013e32831bd98c. PMID: 19151602; PMCID: PMC2641037.

Nagarajan VB, Marathe PA. Effect of montelukast in experimental model of Parkinson's disease. Neurosci Lett. 2018 Aug 24;682:100-105. doi: 10.1016/j.neulet.2018.05.052. Epub 2018 Jun 6. PMID: 29885451.

Nair AB, Jacob S. A simple practice guide for dose conversion between animals and human. J Basic Clin Pharm. 2016 Mar;7(2):27-31. doi: 10.4103/0976-0105.177703. PMID: 27057123; PMCID: PMC4804402.

Neumaier F, Zlatopolskiy BD, Neumaier B. Drug Penetration into the Central Nervous System: Pharmacokinetic Concepts and In Vitro Model Systems. Pharmaceutics. 2021 Sep 23;13(10):1542. doi: 10.3390/pharmaceutics13101542. PMID: 34683835; PMCID: PMC8538549.

Nilles KL, Williams EI, Betterton RD, Davis TP, Ronaldson PT. Blood-Brain Barrier Transporters: Opportunities for Therapeutic Development in Ischemic Stroke. Int J Mol Sci. 2022 Feb 8;23(3):1898. doi: 10.3390/ijms23031898. PMID: 35163820; PMCID: PMC8836701.

Nischwitz V, Berthele A, Michalke B. Speciation analysis of selected metals and determination of their total contents in paired serum and cerebrospinal fluid samples: An approach to investigate the permeability of the human blood-cerebrospinal fluid-barrier. Anal Chim Acta. 2008 Oct 10;627(2):258-69. doi: 10.1016/j.aca.2008.08.018. Epub 2008 Aug 27. PMID: 18809082.

Nitta T, Hata M, Gotoh S, Seo Y, Sasaki H, Hashimoto N, Furuse M, Tsukita S. Size-selective loosening of the blood-brain barrier in claudin-5-deficient mice. J Cell Biol. 2003 May 12;161(3):653-60. doi: 10.1083/jcb.200302070. PMID: 12743111; PMCID: PMC2172943.

**Exhibit 36**
122    **133**

Noda A, Fushiki H, Murakami Y, Sasaki H, Miyoshi S, Kakuta H, Nishimura S. Brain penetration of telmisartan, a unique centrally acting angiotensin II type 1 receptor blocker, studied by PET in conscious rhesus macaques. Nucl Med Biol. 2012 Nov;39(8):1232-5. doi: 10.1016/j.nucmedbio.2012.06.012. Epub 2012 Aug 11. PMID: 22890047.

Oldendorf WH, Hyman S, Braun L, Oldendorf SZ. Blood-brain barrier: penetration of morphine, codeine, heroin, and methadone after carotid injection. Science. 1972 Dec 1;178(4064):984-6. doi: 10.1126/science.178.4064.984. PMID: 5084666.

Pajouhesh H, Lenz GR. Medicinal chemical properties of successful central nervous system drugs. NeuroRx. 2005 Oct;2(4):541-53. doi: 10.1602/neurorx.2.4.541. PMID: 16489364; PMCID: PMC1201314.

Palm K, Stenberg P, Luthman K, Artursson P. Polar molecular surface properties predict the intestinal absorption of drugs in humans. Pharm Res. 1997 May;14(5):568-71. doi: 10.1023/a:1012188625088. PMID: 9165525.

Pardridge WM. A Historical Review of Brain Drug Delivery. Pharmaceutics. 2022 Jun 16;14(6):1283. doi: 10.3390/pharmaceutics14061283. PMID: 35745855; PMCID: PMC9229021. Pardridge WM. Blood-Brain Barrier and Delivery of Protein and Gene Therapeutics to Brain. Front Aging Neurosci. 2020 Jan 10;11:373. doi: 10.3389/fnagi.2019.00373. PMID: 31998120; PMCID: PMC6966240.

Pardridge WM. CSF, blood-brain barrier, and brain drug delivery. Expert Opin Drug Deliv. 2016 Jul;13(7):963-75. doi: 10.1517/17425247.2016.1171315. Epub 2016 Apr 11. PMID: 27020469. Pardridge WM. Drug transport across the blood-brain barrier. J Cereb Blood Flow Metab. 2012 Nov;32(11):1959-72. doi: 10.1038/jcbfm.2012.126. Epub 2012 Aug 29. PMID: 22929442; PMCID: PMC3494002.

Polli JW, Olson KL, Chism JP, John-Williams LS, Yeager RL, Woodard SM, Otto V, Castellino S, Demby VE. An unexpected synergist role of P-glycoprotein and breast cancer resistance protein on the central nervous system penetration of the tyrosine kinase inhibitor lapatinib (N-{3-chloro-4-[(3-fluorobenzyl)oxy]phenyl}-6-[5-({[2-(methylsulfonyl)ethyl]amino}methyl)-2-furyl]-4-quinazolinamine; GW572016). Drug Metab Dispos. 2009 Feb;37(2):439-42. doi: 10.1124/dmd.108.024646. Epub 2008 Dec 4. PMID: 19056914.

Pugliese AM, Trincavelli ML, Lecca D, Coppi E, Fumagalli M, Ferrario S, Failli P, Daniele S, Martini C, Pedata F, Abbracchio MP. Functional characterization of two isoforms of the P2Y-like receptor GPR17: [35S]GTPgammaS binding and electrophysiological studies in 1321N1 cells. Am J Physiol Cell Physiol. 2009 Oct;297(4):C1028-40. doi: 10.1152/ajpcell.00658.2008. Epub 2009 Jul 22. PMID: 19625605.

Puris E, Gynther M, Auriola S, Huttunen KM. L-Type amino acid transporter 1 as a target for drug delivery. Pharm Res. 2020 May 6;37(5):88. doi: 10.1007/s11095-020-02826-8. PMID: 32377929; PMCID: PMC7203094.

**Exhibit 36**
123   **134**

Puris E, Fricker G, Gynther M. Targeting Transporters for Drug Delivery to the Brain: Can We Do Better? Pharm Res. 2022 Jul;39(7):1415-1455. doi: 10.1007/s11095-022-03241-x. Epub 2022 Mar 31. PMID: 35359241; PMCID: PMC9246765.

Ramires R, Caiaffa MF, Tursi A, Haeggström JZ, Macchia L. Novel inhibitory effect on 5-lipoxygenase activity by the anti-asthma drug montelukast. Biochem Biophys Res Commun. 2004 Nov 12;324(2):815-21. doi: 10.1016/j.bbrc.2004.09.125. PMID: 15474500.

Redzic Z. Molecular biology of the blood-brain and the blood-cerebrospinal fluid barriers: similarities and differences. Fluids Barriers CNS. 2011 Jan 18;8(1):3. doi: 10.1186/2045-8118-8-3. PMID: 21349151; PMCID: PMC3045361.

Reiber H. Proteins in cerebrospinal fluid and blood: barriers, CSF flow rate and source-related dynamics. Restor Neurol Neurosci. 2003;21(3-4):79-96. PMID: 14530572.

Reiss TF, Altman LC, Chervinsky P, Bewtra A, Stricker WE, Noonan GP, Kundu S, Zhang J. Effects of montelukast (MK-0476), a new potent cysteinyl leukotriene (LTD4) receptor antagonist, in patients with chronic asthma. J Allergy Clin Immunol. 1996 Sep;98(3):528-34. doi: 10.1016/s0091-6749(96)70086-6. PMID: 8828530.

Robey RW, To KK, Polgar O, Dohse M, Fetsch P, Dean M, Bates SE. ABCG2: a perspective. Adv Drug Deliv Rev. 2009 Jan 31;61(1):3-13. doi: 10.1016/j.addr.2008.11.003. Epub 2008 Dec 16. PMID: 19135109; PMCID: PMC3105088.

Rodrigues AD, Lai Y, Shen H, Varma MVS, Rowland A, Oswald S. Induction of Human Intestinal and Hepatic Organic Anion Transporting Polypeptides: Where Is the Evidence for Its Relevance in Drug-Drug Interactions? Drug Metab Dispos. 2020 Mar;48(3):205-216. doi: 10.1124/dmd.119.089615. Epub 2019 Dec 26. PMID: 31879282.

Rohrig TP, Hicks CA. Brain tissue: a viable postmortem toxicological specimen. J Anal Toxicol. 2015 Mar;39(2):137-9. doi: 10.1093/jat/bku139. Epub 2014 Dec 11. PMID: 25505054.

Rom S, Zuluaga-Ramirez V, Dykstra H, Reichenbach NL, Ramirez SH, Persidsky Y. Poly(ADP-ribose) polymerase-1 inhibition in brain endothelium protects the blood-brain barrier under physiologic and neuroinflammatory conditions. J Cereb Blood Flow Metab. 2015 Jan;35(1):28-36. doi: 10.1038/jcbfm.2014.167. Epub 2014 Sep 24. PMID: 25248836; PMCID: PMC4294393.

Ronaldson PT, Brzica H, Abdullahi W, Reilly BG, Davis TP. Transport Properties of Statins by Organic Anion Transporting Polypeptide 1A2 and Regulation by Transforming Growth Factor-β Signaling in Human Endothelial Cells. J Pharmacol Exp Ther. 2021 Feb;376(2):148-160. doi: 10.1124/jpet.120.000267. Epub 2020 Nov 9. PMID: 33168642; PMCID: PMC7839073.

Ronaldson PT, Davis TP. Blood–brain barrier transporters: a translational consideration for CNS delivery of neurotherapeutics, Expert Opin Drug Deliv., Epub Jan 13, 2024. DOI: 10.1080/17425247.2024.2306138

**Exhibit 36**
124   **135**

Ronaldson PT, Davis TP. Targeted drug delivery to treat pain and cerebral hypoxia. Pharmacol Rev. 2013 Jan 23;65(1):291-314. doi: 10.1124/pr.112.005991. PMID: 23343976; PMCID: PMC3565919.

Ronaldson PT, Davis TP. Targeting transporters: promoting blood-brain barrier repair in response to oxidative stress injury. Brain Res. 2015 Oct 14;1623:39-52. doi: 10.1016/j.brainres.2015.03.018. Epub 2015 Mar 18. PMID: 25796436; PMCID: PMC4569519.

Rostevanov IS, Betesh-Abay B, Nassar A, Rubin E, Uzzan S, Kaplanski J, Biton L, Azab AN. Montelukast induces beneficial behavioral outcomes and reduces inflammation in male and female rats. Front Immunol. 2022 Sep 6;13:981440. doi: 10.3389/fimmu.2022.981440. PMID: 36148246; PMCID: PMC9487911.

Ruck T, Bittner S, Meuth SG. Blood-brain barrier modeling: challenges and perspectives. Neural Regen Res. 2015 Jun;10(6):889-91. doi: 10.4103/1673-5374.158342. PMID: 26199600; PMCID: PMC4498345.

Ruden JB, Dugan LL, Konradi C. Parvalbumin interneuron vulnerability and brain disorders. Neuropsychopharmacology. 2021 Jan;46(2):279-287. doi: 10.1038/s41386-020-0778-9. Epub 2020 Jul 28. PMID: 32722660; PMCID: PMC7852528.

Saedi E, Gheini MR, Faiz F, Arami MA. Diabetes mellitus and cognitive impairments. World J Diabetes. 2016 Sep 15;7(17):412-22. doi: 10.4239/wjd.v7.i17.412. PMID: 27660698; PMCID: PMC5027005.

Sanchez-Covarrubias L, Slosky LM, Thompson BJ, Davis TP, Ronaldson PT. Transporters at CNS barrier sites: obstacles or opportunities for drug delivery? Curr Pharm Des. 2014;20(10):1422-49. doi: 10.2174/13816128113199990463. PMID: 23789948; PMCID: PMC3913737.

Sarau HM, Ames RS, Chambers J, Ellis C, Elshourbagy N, Foley JJ, Schmidt DB, Muccitelli RM, Jenkins O, Murdock PR, Herrity NC, Halsey W, Sathe G, Muir AI, Nuthulaganti P, Dytko GM, Buckley PT, Wilson S, Bergsma DJ, Hay DW. Identification, molecular cloning, expression, and characterization of a cysteinyl leukotriene receptor. Mol Pharmacol. 1999 Sep;56(3):657-63. doi: 10.1124/mol.56.3.657. PMID: 10462554.

Scafidi J, Hammond TR, Scafidi S, Ritter J, Jablonska B, Roncal M, Szigeti-Buck K, Coman D, Huang Y, McCarter RJ Jr, Hyder F, Horvath TL, Gallo V. Intranasal epidermal growth factor treatment rescues neonatal brain injury. Nature. 2014 Feb 13;506(7487):230-4. doi: 10.1038/nature12880. Epub 2013 Dec 25. PMID: 24390343; PMCID: PMC4106485.

Schrimpe-Rutledge AC, Codreanu SG, Sherrod SD, McLean JA. Untargeted Metabolomics Strategies-Challenges and Emerging Directions. J Am Soc Mass Spectrom. 2016 Dec;27(12):1897-1905. doi: 10.1007/s13361-016-1469-y. Epub 2016 Sep 13. PMID: 27624161; PMCID: PMC5110944.

**Exhibit 36**
125   **136**

Sengupta P. The Laboratory Rat: Relating Its Age With Human's. Int J Prev Med. 2013 Jun;4(6):624-30. PMID: 23930179; PMCID: PMC3733029.

Simpson IA, Carruthers A, Vannucci SJ. Supply and demand in cerebral energy metabolism: the role of nutrient transporters. J Cereb Blood Flow Metab. 2007 Nov;27(11):1766-91. doi: 10.1038/sj.jcbfm.9600521. Epub 2007 Jun 20. PMID: 17579656; PMCID: PMC2094104.

Smith DA, Di L, Kerns EH. The effect of plasma protein binding on in vivo efficacy: misconceptions in drug discovery. Nat Rev Drug Discov. 2010 Dec;9(12):929-39. doi: 10.1038/nrd3287. PMID: 21119731.

Spangenberg E, Wallenbeck A, Eklöf AC, Carlstedt-Duke J, Tjäder S. Housing breeding mice in three different IVC systems: maternal performance and pup development. Lab Anim. 2014 Jul;48(3):193-206. doi: 10.1177/0023677214531569. Epub 2014 Apr 23. PMID: 24759571.

Sugita M, Sugiyama S, Fujie T, Yoshikawa Y, Yanagisawa K, Ohue M, Akiyama Y. Large-Scale Membrane Permeability Prediction of Cyclic Peptides Crossing a Lipid Bilayer Based on Enhanced Sampling Molecular Dynamics Simulations. J Chem Inf Model. 2021 Jul 26;61(7):3681-3695. doi: 10.1021/acs.jcim.1c00380. Epub 2021 Jul 8. PMID: 34236179.

Summerfield SG, Yates JWT, Fairman DA. Free Drug Theory - No Longer Just a Hypothesis? Pharm Res. 2022 Feb;39(2):213-222. doi: 10.1007/s11095-022-03172-7. Epub 2022 Feb 2. PMID: 35112229.

Supramaniam V, Vontell R, Srinivasan L, Wyatt-Ashmead J, Hagberg H, Rutherford M. Microglia activation in the extremely preterm human brain. Pediatr Res. 2013 Mar;73(3):301-9. doi: 10.1038/pr.2012.186. Epub 2012 Dec 7. PMID: 23364172.

Sweeney MD, Sagare AP, Zlokovic BV. Blood-brain barrier breakdown in Alzheimer disease and other neurodegenerative disorders. Nat Rev Neurol. 2018 Mar;14(3):133-150. doi: 10.1038/nrneurol.2017.188. Epub 2018 Jan 29. PMID: 29377008; PMCID: PMC5829048.

Takeshita Y, Ransohoff RM. Inflammatory cell trafficking across the blood-brain barrier: chemokine regulation and in vitro models. Immunol Rev. 2012 Jul;248(1):228-39. doi: 10.1111/j.1600-065X.2012.01127.x. PMID: 22725965; PMCID: PMC3383666.

Tassan Mazzocco M, Murtaj V, Martins D, Schellino R, Coliva A, Toninelli E, Vercelli A, Turkheimer F, Belloli S, Moresco RM. Exploring the neuroprotective effects of montelukast on brain inflammation and metabolism in a rat model of quinolinic acid-induced striatal neurotoxicity. J Neuroinflammation. 2023 Feb 13;20(1):34. doi: 10.1186/s12974-023-02714-z. PMID: 36782185; PMCID: PMC9923670.

Tel BC, Telli G, Onder S, Nemutlu E, Bozkurt TE. Investigation of the relationship between chronic montelukast treatment, asthma and depression-like behavior in mice. Exp Ther Med. 2021 Jan;21(1):27. doi: 10.3892/etm.2020.9459. Epub 2020 Nov 9. PMID: 33262813; PMCID: PMC7690246.

**Exhibit 36**
126    **137**

Thompson BJ, Ronaldson PT. Drug delivery to the ischemic brain. Adv Pharmacol. 2014;71:165-202. doi: 10.1016/bs.apha.2014.06.013. Epub 2014 Aug 22. PMID: 25307217; PMCID: PMC4281266.

Thompson BJ, Sanchez-Covarrubias L, Slosky LM, Zhang Y, Laracuente ML, Ronaldson PT. Hypoxia/reoxygenation stress signals an increase in organic anion transporting polypeptide 1a4 (Oatp1a4) at the blood-brain barrier: relevance to CNS drug delivery. J Cereb Blood Flow Metab. 2014 Apr;34(4):699-707. doi: 10.1038/jcbfm.2014.4. Epub 2014 Jan 29. PMID: 24473481; PMCID: PMC3982098.

Trojan TD, Khan DA, Defina LF, Akpotaire O, Goodwin RD, Brown ES. Asthma and depression: the Cooper Center Longitudinal Study. Ann Allergy Asthma Immunol. 2014 May;112(5):432-6. doi: 10.1016/j.anai.2014.02.015. Epub 2014 Mar 18. PMID: 24650441.

Tseng YT, Cox TM, Grant GD, Arora D, Hall S, McFarland AJ, Ekberg J, Rudrawar S, Anoopkumar-Dukie S. In vitro cytotoxicity of montelukast in HAPI and SH-SY5Y cells. Chem Biol Interact. 2020 Aug 1;326:109134. doi: 10.1016/j.cbi.2020.109134. Epub 2020 May 25. PMID: 32464120.

Ungerstedt U. Adipsia and aphagia after 6-hydroxydopamine induced degeneration of the nigro-striatal dopamine system. Acta Physiol Scand Suppl. 1971;367:95-122. doi: 10.1111/j.1365-201x.1971.tb11001.x. PMID: 4332694.

Vamvakopoulou IA, Narine KAD, Campbell I, Dyck JRB, Nutt DJ. Mescaline: The forgotten psychedelic. Neuropharmacology. 2023 Jan 1;222:109294. doi: 10.1016/j.neuropharm.2022.109294. Epub 2022 Oct 14. PMID: 36252614.

van der Meulen M, Amaya JM, Dekkers OM, Meijer OC. Association between use of systemic and inhaled glucocorticoids and changes in brain volume and white matter microstructure: a cross-sectional study using data from the UK Biobank. BMJ Open. 2022 Aug 30;12(8):e062446. doi: 10.1136/bmjopen-2022-062446. PMID: 36041764; PMCID: PMC9438037.

Varma MV, Kimoto E, Scialis R, Bi Y, Lin J, Eng H, Kalgutkar AS, El-Kattan AF, Rodrigues AD, Tremaine LM. Transporter-Mediated Hepatic Uptake Plays an Important Role in the Pharmacokinetics and Drug-Drug Interactions of Montelukast. Clin Pharmacol Ther. 2017 Mar;101(3):406-415. doi: 10.1002/cpt.520. Epub 2016 Nov 18. PMID: 27648490.

Verney C, Pogledic I, Biran V, Adle-Biassette H, Fallet-Bianco C, Gressens P. Microglial reaction in axonal crossroads is a hallmark of noncystic periventricular white matter injury in very preterm infants. J Neuropathol Exp Neurol. 2012 Mar;71(3):251-64. doi: 10.1097/NEN.0b013e3182496429. PMID: 22318128.

Vollenweider FX, Vollenweider-Scherpenhuyzen MF, Bäbler A, Vogel H, Hell D. Psilocybin induces schizophrenia-like psychosis in humans via a serotonin-2 agonist action. Neuroreport. 1998 Dec 1;9(17):3897-902. doi: 10.1097/00001756-199812010-00024. PMID: 9875725.

**Exhibit 36**
127    **138**

Wallin J, Svenningsson P. Potential Effects of Leukotriene Receptor Antagonist Montelukast in Treatment of Neuroinflammation in Parkinson's Disease. Int J Mol Sci. 2021 May 25;22(11):5606. doi: 10.3390/ijms22115606. PMID: 34070609; PMCID: PMC8198163.

Wang J, He X, Meng H, Li Y, Dmitriev P, Tian F, Page JC, Lu QR, He Z. Robust Myelination of Regenerated Axons Induced by Combined Manipulations of GPR17 and Microglia. Neuron. 2020 Dec 9;108(5):876-886.e4. doi: 10.1016/j.neuron.2020.09.016. Epub 2020 Oct 26. PMID: 33108748; PMCID: PMC7736523.

Wang Y, Jun Yun H, Ding Y, Du H, Geng X. Montelukast sodium protects against focal cerebral ischemic injury by regulating inflammatory reaction via promoting microglia polarization. Brain Res. 2023 Oct 15;1817:148498. doi: 10.1016/j.brainres.2023.148498. Epub 2023 Jul 25. PMID: 37499731.

Wang Y, Yang Y, Zhang S, Li C, Zhang L. Modulation of neuroinflammation by cysteinyl leukotriene 1 and 2 receptors: implications for cerebral ischemia and neurodegenerative diseases. Neurobiol Aging. 2020 Mar;87:1-10. doi: 10.1016/j.neurobiolaging.2019.12.013. Epub 2019 Dec 20. PMID: 31986345.

Williams EI, Betterton RD, Davis TP, Ronaldson PT. Transporter-Mediated Delivery of Small Molecule Drugs to the Brain: A Critical Mechanism That Can Advance Therapeutic Development for Ischemic Stroke. Pharmaceutics. 2020 Feb 14;12(2):154. doi: 10.3390/pharmaceutics12020154. PMID: 32075088; PMCID: PMC7076465.

Wood WG, Eckert GP, Igbavboa U, Müller WE. Statins and neuroprotection: a prescription to move the field forward. Ann N Y Acad Sci. 2010 Jun;1199:69-76. doi: 10.1111/j.1749-6632.2009.05359.x. PMID: 20633110; PMCID: PMC2909025.

Yates, A.G., Kislitsyna, E., Alfonso Martin, C. et al. Montelukast reduces grey matter abnormalities and functional deficits in a mouse model of inflammation-induced encephalopathy of prematurity. J Neuroinflammation 19, 265 (2022). https://doi.org/10.1186/s12974-022-02625-5

Yuan N, Chen Y, Xia Y, Dai J, Liu C. Inflammation-related biomarkers in major psychiatric disorders: a cross-disorder assessment of reproducibility and specificity in 43 meta-analyses. Transl Psychiatry. 2019 Sep 18;9(1):233. doi: 10.1038/s41398-019-0570-y. PMID: 31534116; PMCID: PMC6751188.

Yu XB, Dong RR, Wang H, Lin JR, An YQ, Du Y, Tang SS, Hu M, Long Y, Sun HB, Kong LY, Hong H. Knockdown of hippocampal cysteinyl leukotriene receptor 1 prevents depressive behavior and neuroinflammation induced by chronic mild stress in mice. Psychopharmacology (Berl). 2016 May;233(9):1739-49. doi: 10.1007/s00213-015-4136-2. Epub 2015 Nov 7. PMID: 26546369.

**Exhibit 36**
128    **139**

Zhan TW, Tian YX, Wang Q, Wu ZX, Zhang WP, Lu YB, Wu M. Cangrelor alleviates pulmonary fibrosis by inhibiting GPR17-mediated inflammation in mice. Int Immunopharmacol. 2018 Sep;62:261-269. doi: 10.1016/j.intimp.2018.06.006. Epub 2018 Jul 23. PMID: 30036769.

Zhang CT, Lin JR, Wu F, Ghosh A, Tang SS, Hu M, Long Y, Sun HB, Hong H. Montelukast ameliorates streptozotocin-induced cognitive impairment and neurotoxicity in mice. Neurotoxicology. 2016 Dec;57:214-222. doi: 10.1016/j.neuro.2016.09.022. Epub 2016 Oct 1. PMID: 27702591.

Zhang YJ, Zhang L, Wang SB, Shen HH, Wei EQ. Montelukast modulates lung CysLT(1) receptor expression and eosinophilic inflammation in asthmatic mice. Acta Pharmacol Sin. 2004 Oct;25(10):1341-6. PMID: 15456537.

Zhao JJ, Rogers JD, Holland SD, Larson P, Amin RD, Haesen R, Freeman A, Seiberling M, Merz M, Cheng H. Pharmacokinetics and bioavailability of montelukast sodium (MK-0476) in healthy young and elderly volunteers. Biopharm Drug Dispos. 1997 Dec;18(9):769-77. doi: 10.1002/(sici)1099-081x(199712)18:9<769::aid-bdd60>3.0.co;2-k. PMID: 9429741.

Zhao R, Shi WZ, Zhang YM, Fang SH, Wei EQ. Montelukast, a cysteinyl leukotriene receptor-1 antagonist, attenuates chronic brain injury after focal cerebral ischaemia in mice and rats. J Pharm Pharmacol. 2011 Apr;63(4):550-7. doi: 10.1111/j.2042-7158.2010.01238.x. Epub 2011 Mar 1. PMID: 21401607.

Zhou L, Sun X, Shi Y, Liu J, Luan G, Yang Y. Cysteinyl leukotriene receptor type 1 antagonist montelukast protects against injury of blood-brain barrier. Inflammopharmacology. 2019 Oct;27(5):933-940. doi: 10.1007/s10787-019-00611-7. Epub 2019 Jul 16. PMID: 31313075.

Zhu L, Pearce D, Kim KS. Prevention of Escherichia coli K1 penetration of the blood-brain barrier by counteracting the host cell receptor and signaling molecule involved in E. coli invasion of human brain microvascular endothelial cells. Infect Immun. 2010 Aug;78(8):3554-9. doi: 10.1128/IAI.00336-10. Epub 2010 Jun 1. PMID: 20515928; PMCID: PMC2916274.

Zhu P, Ye Z, Guo D, Xiong Z, Huang S, Guo J, Zhang W, Polli JE, Zhou H, Li Q, Shu Y. Irinotecan Alters the Disposition of Morphine Via Inhibition of Organic Cation Transporter 1 (OCT1) and 2 (OCT2). Pharm Res. 2018 Oct 25;35(12):243. doi: 10.1007/s11095-018-2526-y. PMID: 30361780; PMCID: PMC6294118.

Zigmond MJ, Stricker EM. Deficits in feeding behavior after intraventricular injection of 6-hydroxydopamine in rats. Science. 1972 Sep 29;177(4055):1211-4. doi: 10.1126/science.177.4055.1211. PMID: 5057630.

**Other References**

United States Patent No. 5,565,473 Unsaturated Hydroxyalkylquinoline Acids as Leukotriene Antagonists (October 15, 1996).

**Exhibit 36**
129   **140**

CDER Application No. 20-829 Final Printed Singulair® Label (issued February 1996).

Singulair® Label & Patient Information (issued September 2007).

Singulair® Label & Patient Information (revised February 2008).

Singulair® Label (revised March 2012); (https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021409s036lbl.pdf).

Singulair® Label & Patient Information (revised April 2020).

Singulair® Label (revised March 2021); https://www.organon.com/product/usa/pi_circulars/s/singulair/singulair_pi.pdf.

Micardis® Label (revised May 2011); https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/020850s032lbl.pdf.

April 30, 1992 Original IND – L-706,631 (MRK-SNG-01161480 to MRK-SNG-01163055).

March 9, 1992 Reference G-1, MRL Preclinical Report: Physiological Disposition of L-706,631 in Rats and Monkeys (MRK-SNG-00030811 to MRK-SNG-00030859).

May 9, 1996 Reference G-8, MRL Preclinical Report: Tissue Distribution of Radioactivity in Rats After Oral Administration of [14C]MK-0476 (MRK-SNG-00026551 to MRK-SNG-00026558).

May 13, 1996 Reference G-9, Banyu Preclinical Report: Pharmacokinetic Studies of MK-0476 (III): Whole Body Autoradiography in Rats (MRK-SNG-00030466 to MRK-SNG-00030484).

July 19, 1996 Montelukast Sodium Nonclinical Pharmacology & Toxicology Documentation, G. Nonclinical Pharmacokinetics (MRK-SNG-00022648 to MRK-SNG-00022686).

February 24, 1997 Montelukast Sodium Clinical Document, D. Clinical Efficacy and Safety (MRK-SNG-01289254 to MRK-SNG-01289750)

January 20, 1998 CDER Clinical Pharmacology and Biopharmaceutics Review for 20-829 & 20-830, Review of Sponsor's Responses to the Agency's Review Comments on Montelukast's NDAs.

January 28, 1998 CDER Pharmacology Review Addendum to Original Pharmacology Review dated 12/1/97 & December 1, 1997 Original Review for NDA 20-829 and 20-830. Shannon P. Williams, Ph.D. (reviewer).

July 27, 2005 CDER, Approval Package for Singulair Application Numbers 20-829/S033, 20-830/S035, 21-409/S012.

**Exhibit 36**
130    **141**

April 28, 2008 NDA 20-829: Singulair™ Tablets, NDA 20-830: Singulair™ Chewable Tablets, NDA 21-409: Singulair™ Oral Granules Response to FDA Request for Information.

March 2009 Emails regarding Final Addition - FDA SS/Q&A for AAAAI Meeting

FDA Drug Topics: Safety Labeling Changes for Leukotriene Receptor Antagonists and Decisions Behind a Boxed Warning Webinar by Katherine Clarridge, MD, MSc.

March 2005 FDA, Guidance for Industry Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment.

May 16, 2022 Letter from Administrators of Montelukast Side Effects Support & Discussion Group to US FDA Montelukast Working Group.

January 5, 2024 Expert Report of Dima Mazen Qato, PharmD, MPH, PhD.

January 19, 2024 Expert Report of Jack E. Fincham, Ph.D., R.Ph.

January 5, 2024 Expert Report of David Healy (Parker) MB BCh, BOA, MD, FRCPsych

**Exhibit 36**

131    **142**