Lynne M. Kizis, *Pro Hac Vice*
  lkizis@wilentz.com
Kevin P. Roddy, CA State Bar No. 128283
  kroddy@wilentz.com
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel:   (732) 855-6402

Kimberly Beck, *Pro Hac Vice*
  kim@becklawcenter.com
BECK LAW CENTER
201 E. 5th Street, Suite 1900
Cincinnati, Ohio
Tel:   (888) 434-2912

*Attorneys for Plaintiff*

Shehnaz M. Bhujwala, CA State Bar No. 223484
  bhujwala@boucher.la
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

*Local Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP. a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 3:24-cv-00916-H-BLM<br><br>**NOTICE OF WITHDRAWAL AND REFILING OF ECF DOC NOS. 34 AND 35**<br><br>The Hon. Marilyn L. Huff<br><br>Action Filed:   May 24, 2024<br>Trial Date:   Not Set |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiff Richard Parker ("Plaintiff") hereby withdraws ECF Document Numbers 34 and 35 from the Court's docket in accordance with Section II, F. of the ECF Administrative Policies and Procedures Manual, and the Clerk's instructions. These documents will be re-filed per the Clerk's instructions.

DATED:  August 6, 2024          Respectfully submitted,

BOUCHER LLP

By:  /s/ Shehnaz M. Bhujwala
SHEHNAZ M. BHUJWALA
*Local Counsel for Plaintiff*
Email: bhujwala@boucher.la