UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PARKER, an individual<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00916-H-BLM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO APPEAR TELEPHONICALLY**<br><br>[Doc. No. 42.] |

On August 14, 2024, Plaintiff Richard Parker ("Plaintiff"), filed an ex parte motion to move the hearing on Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp. LLC, Organon & Co., and Organon LLC's ("Defendants") motion for summary judgment, Daubert motions, and motions to strike (Doc. Nos. 9, 10, 11, 30(2), 31(5)), scheduled for Monday, August 19, 2024, at 10:30 a.m. Pacific Time, or, in the alternative, for Plaintiff to appear telephonically at the hearing. (Doc. No. 42.) Defendants filed a response, stating that Defendants oppose moving the hearing date to a later date due to the impending Court-

ordered deadlines for pre-trial documents (Doc. No. 43 ¶ 4), but that Defendants do not oppose Plaintiff's request to appear telephonically at the August 19, 2024, hearing (id. ¶¶ 4, 5.).  For good cause shown, the Court grants Plaintiff's ex parte motion to appear telephonically at the hearing on **August 19, 2024**, at 10:30 a.m.  The Court will e-mail Plaintiff the dial-in information prior to the hearing.

**IT IS SO ORDERED.**

DATED:  August 16, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT